IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:06CV536-DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE STATEMENT

Comes now Takeda America Holdings, Inc. ("TAH") and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that TAH is a wholly owned subsidiary of Takeda Pharmaceutical Company Limited, a publicly held Japanese corporation.

Respectfully submitted,

_____
Joe Espy, III  ASB-6591-S82J
One of the Attorneys for Defendant
Takeda America Holdings, Inc.

**OF COUNSEL:**

Melton, Espy & Williams, P.C.
Drawer 5130
Montgomery, Alabama 36103-5130
Telephone: 334-263-6621
Facsimile: 334-263-7252
jespy@mewlegal.com

Thomas P. Sullivan (*motion for admission pro hac vice to be filed*)
Robert R. Stauffer (*motion for admission pro hac vice to be filed*)
Nada Djordjevic (*motion for admission pro hac vice to be filed*)
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611
Phone: 312-222-9350
Fax: 312-840-7305

Dated:   June 19, 2006

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above **Disclosure Statement** has been served upon the following counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed this 19 day of June, 2006.

/s/ Pamela B. Slate

Pamela B. Slate
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, Al 36104

Kimberly R. West
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35298

Shanin Specter
Donald E. Haviland, Jr.
KLINE & SPECTER
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

*Attorneys for Blue Cross and Blue Shield of Alabama and Blue Cross and Blue Shield of Michigan*

Tabor R. Novak, Jr.
BALL, BALL, MATTHEWS & NOVAK, PA
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

Daniel E. Reidy
James R. Daly
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585

*Attorneys for Defendant TAP Pharmaceutical Products, Inc.*

2

Robert A. Huffaker
RUSHTON, STAKLEY, JOHNSON &
GARRETT, PA
184 Commerce Street
Montgomery, AL 36104

George C. Lombardi
Erik W. Snapp
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

*Counsel for Defendant Abbott Laboratories*

Sandy G. Robinson
CABANISS, JOHNSTON, GARDNER, DUMAS
& O'NEAL LLP
Post Office Box 2906
Mobile, AL 36652

*Counsel for Defendant
Amerisource Bergen Corporation*