IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA and BLUE CROSS AND BLUE SHIELD OF MICHIGAN, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NUMBER: |
| TAP PHARMACEUTICAL PRODUCTS, INC., et al., | * * * | 2:06-cv-536-DRB |
| Defendants. | * | |

### DISCLOSURE STATEMENT OF DEFENDANTS AMERISOURCEBERGEN CORPORATION, AMERISOURCE BERGEN SPECIALTY GROUP, AND ONCOLOGY SUPPLY

Defendant AmerisourceBergen Corporation is a publicly traded corporation. Oncology Supply and AmerisourceBergen Specialty Group are trade names or d/b/a's of ASD Specialty Healthcare, Inc., a wholly owned subsidiary of AmerisourceBergen Corporation.

/s/Sandy G. Robinson
**SANDY G. ROBINSON – ROBIS5756**
**IAN D. ROSENTHAL - ROSEI6905**
Attorney for Defendants
AmerisourceBergen Corporation,
AmerisourceBergen Specialty Group,
and Oncology Supply Company,

**CABANISS, JOHNSTON, GARDNER,**
  **DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama  36652
251/415-7300 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this **20th** day of **June, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**James R. Daly**
jrdaly@jonesday.com

**Joseph C. Espy, III**
jespy@mewlegal.com clucas@mewlegal.com

**Robert A. Huffaker**
rah@rsjg.com va@rsjg.com

**Tabor Robert Novak, Jr**
tnovak@ball-ball.com

**Daniel Edward Reidy**
dereidy@jonesday.com

**Sandra Grisham Robinson**
sgr@cabaniss.com kguillott@cabaniss.com

**Ian David Rosenthal**
idr@cabaniss.com stheobald@cabaniss.com

**Pamela Beard Slate**
pslate@slatekennedy.com

**Robert R. Stauffer**
rstauffer@jenner.com

**Kimberly R. West**
kw@wallacejordan.com

and by placing same in the United States mail, first class postage prepaid and properly addressed as follows:

Nada Djordjevic, Esquire
Jenner & Block, LLP -- IL
One IBM Plaza
Chicago, IL 60611

Donald E. Haviland, Jr., Esquire
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

George C. Lombardi, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60610

Erik W. Snapp, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60610

Shanin Specter, Esquire
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Thomas P. Sullivan, Esquire
Jenner & Block, LLP -- IL
One IBM Plaza
Chicago, IL 60611


/s/Sandy G. Robinson_____
Of Counsel