IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN 19 P 2: 32

| | |
|---|---|
| **BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN,** ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 2:06CV536-DRB |
| v. ) ) | |
| **TAP PHARMACEUTICAL PRODUCTS, INC., et al.,** ) ) ) | |
| Defendants. ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned Joseph C. Espy, III, a member in good standing of the Bar of this Court, respectfully moves that Thomas P. Sullivan, Robert R. Stauffer, and Nada Djordjevic, members of the firm of JENNER & BLOCK LLP, Chicago, Illinois, be admitted pro hac vice for the purpose of appearing on behalf of the Defendants Takeda Pharmaceutical Company Limited and Takeda America Holdings, Inc. Attached hereto are certificates of good standing for Thomas P. Sullivan, Robert R. Stauffer and Nada Djordjevic.

Dated: 6-19-06

Respectfully submitted,

By: _____
Joe Espy, III / ASB-6591-S82J
One of the Attorneys for Defendants
Takeda Pharmaceutical Company
Limited and Takeda America Holdings,
Inc.

OF COUNSEL:

MELTON, ESPY & WILLIAMS, PC
Post Office Drawer 5130
Montgomery, Alabama 36103-5130
Tel: (334) 263-6621
jespy@mewlegal.com
Thomas P. Sullivan
Robert R. Stauffer
Nada Djordjevic
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record as follows: by mailing a copy of same to each in the United States Mail, properly addressed, first-class postage prepaid, on this 19 day of June 2006.

_____
OF COUNSEL

Pamela B. Slate
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, Al 36104

Kimberly R. West
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35298

Shanin Specter
Donald E. Haviland, Jr.
KLINE & SPECTER
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

*Attorneys for Blue Cross and Blue Shield of Alabama and Blue Cross and Blue Shield of Michigan*

Tabor R. Novak, Jr.
BALL, BALL, MATTHEWS & NOVAK, PA
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

Daniel E. Reidy
James R. Daly
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585

*Attorneys for Defendant TAP Pharmaceutical Products, Inc.*

Robert A. Huffaker
RUSHTON, STAKLEY, JOHNSON & GARRETT, PA

184 Commerce Street
Montgomery, AL 36104

George C. Lombardi
Erik W. Snapp
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

*Counsel for Defendant Abbott Laboratories*

Sandy G. Robinson
CABANISS, JOHNSTON, GARDNER, DUMAS &
O'NEAL LLP
Post Office Box 2906
Mobile, AL 36652

*Counsel for Defendant
Amerisource Bergern Corporation*

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Thomas P. Sullivan

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Thomas P. Sullivan was duly admitted to practice in said Court on (06/18/1953) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/14/2006 )

Michael W. Dobbins, Clerk,

By: Krysten J. Coppoletta
     Deputy Clerk

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Nada Djordjevic

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Nada Djordjevic was duly admitted to practice in said Court on (12/19/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/14/2006 )

    Michael W. Dobbins, Clerk,

    By:  Krysten J. Coppoletta
        Deputy Clerk

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Robert R. Stauffer

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Robert R. Stauffer was duly admitted to practice in said Court on (02/18/1987) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/14/2006 )

                        Michael W. Dobbins, Clerk,

                        By: Krysten J. Coppoletta
                                Deputy Clerk