IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIED OF MICHIGAN, | * * * * |
| Plaintiffs, | * * |
| v. | * Case No. 2:06-cv-536-DRB |
| | * |
| TAP PHARMACEUTICAL PRODUCTS, INC., ABBOTT LABORATORIES, et al., | * * * * |
| Defendants | * |

## DISCLOSURE STATEMENT OF DEFENDANT ABBOTT LABORATORIES

Pursuant to Rule 7.1 Federal Rules of Civil Procedure and Civil Misc. Order No. 3047, the Defendant Abbott Laboratories states that it has no parent company and that no publicly held corporation owns 10% or more of its stock.  Abbott Laboratories has no subsidiaries and affiliates that have issued shares to the public.

s/Robert A. Huffaker
RUSHTON,  STAKELY, JOHNSTON
    & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3215
Fax: (334) 481-0814
E-Mail: rah@rsjg.com
Bar Number:  ASB-7668-U79R

1

>George C. Lombardi (Illinois Bar No. 6187715)
>Erik W. Snapp (Illinois Bar No. 6236596)
>WINSTON & STRAWN, L.L.P.
>35 West Wacker Drive
>Chicago, Illinois 60601
>Tel:  (312) 558-5600
>Fax: (312) 558-5700
>E-Mail: esnapp@winston.com
>
>Counsel for Defendant
>ABBOTT LABORATORIES

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Pamela B. Slate
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, Alabama 36104
*Counsel for Plaintiffs*

Kimberly R. West
WALLACE, JORDON, RATLIFF & BRANDT, LLC
Post Office Box 530910
Birmingham, Alabama 35298
*Counsel for Plaintiffs*

Tabor R. Novak, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109
*Counsel for TAP Pharmaceutical Products, Inc.*

Joseph C. Espy, III
MELTON, ESPY & WILLIAMS, P.C.
301 Adams Avenue
Montgomery, Alabama 36104
*Counsel for Takeda Pharmaceutical Company, Limited and Takeda America Holdings, Inc.*

Sandy G. Robinson
Ian D. Rosenthal
CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL, LLP
Post Office Box 2906
Mobile, Alabama 36652
***Counsel for Amerisource Bergen Corporation***

I hereby certify that I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant on this the 20TH day of June 2006:

Shanin Specter
Donald E. Haviland
KLINE & SPECTER
1525 Locust Street, 19th Floor
Philadelphia, Pennsylvania  19102
***Counsel for Plaintiffs***

Daniel E. Reidy
James R. Daly
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
***Counsel for TAP Pharmaceutical Products, Inc.***

Thomas P. Sullivan
Robert R. Stauffer
Nada Djordjevic
JENNER & BLOCK, LLP
One IBM Plaza
Chicago, Illinois 60611
***Counsel for Takeda Pharmaceutical Company, Limited and Takeda America Holdings, Inc.***

                              s/Robert A. Huffaker