IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIED OF MICHIGAN, | * * * * |
| Plaintiffs, | * * |
| v. | *   Case No. 2:06-cv-536-DRB * |
| TAP PHARMACEUTICAL PRODUCTS, INC., ABBOTT LABORATORIES, et al., | * * * * * |
| Defendants | * |

## MOTION FOR ADMISSION OF GEORGE CARTER LOMBARDI AND ERIK WILLIAM SNAPP *PRO HAC VICE*

**COMES NOW** the undersigned, Robert A. Huffaker, and moves this Court for the admission *pro hac vice* of George Carter Lombardi and Erik William Snapp as additional counsel for the Defendant Abbott Laboratories. As grounds for this motion, the movant shows unto the Court the following:

1. George Carter Lombardi is a member of the law firm of Winston & Strawn, L.L.P., 35 West Wacker Drive, Chicago, Illinois 60601. Mr. Lombardi is a member in good standing of and admitted to practice before the United States District Court, Northern District of Illinois, in which he regularly practices law, as shown by the original of the Certificate in Good Standing from the United States District Court, Northern District of Illinois attached hereto and made part hereof as

1

Exhibit 1.

2.  Erik William Snapp is a member of the law firm of Winston & Strawn, L.L.P., 35 West Wacker Drive, Chicago, Illinois 60601. Mr. Snapp is a member in good standing of and admitted to practice before the United States District Court, Northern District of Illinois, in which he regularly practices law, as shown by the original of the Certificate in Good Standing from the United States District Court, Northern District of Illinois attached hereto and made part hereof as Exhibit 2.

3.  Mr. Snapp and Mr. Lombardi agree to subject themselves to the jurisdiction of the United States District Court for the Middle District of Alabama in any matter arising out of their conduct in this proceeding.

WHEREFORE, the undersigned hereby respectfully requests that the Court grant this Motion for Admission of Erik William Snapp and George Carter Lombardi *Pro Hac Vice* to appear as additional counsel for Defendant Abbott Laboratories in the above captioned case.

Dated this the 20TH day of June, 2006.

>  s/Robert A. Huffaker
>  RUSHTON, STAKELY, JOHNSTON
>    & GARRETT, P.A.
>  Post Office Box 270
>  Montgomery, Alabama 36101-0270
>  Tel: (334) 206-3215
>  Fax: (334) 481-0814
>  E-Mail: rah@rsjg.com
>  Bar Number: ASB-7668-U79R

        George C. Lombardi (Illinois Bar No. 6187715)
        Erik W. Snapp (Illinois Bar No. 6236596)
        WINSTON & STRAWN, L.L.P.
        35 West Wacker Drive
        Chicago, Illinois 60601
        Tel: (312) 558-5600
        Fax: (312) 558-5700
        E-Mail: esnapp@winston.com

        Counsel for Defendant
        ABBOTT LABORATORIES

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 20TH, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Pamela B. Slate
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, Alabama 36104
***Counsel for Plaintiffs***

Kimberly R. West
WALLACE, JORDON, RATLIFF & BRANDT, LLC
Post Office Box 530910
Birmingham, Alabama 35298
***Counsel for Plaintiffs***

Tabor R. Novak, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109
***Counsel for TAP Pharmaceutical Products, Inc.***

Joseph C. Espy, III
MELTON, ESPY & WILLIAMS, P.C.
301 Adams Avenue
Montgomery, Alabama 36104
***Counsel for Takeda Pharmaceutical Company, Limited and Takeda America Holdings, Inc.***

Sandy G. Robinson
Ian D. Rosenthal
CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL, LLP
Post Office Box 2906
Mobile, Alabama 36652
**Counsel for Amerisource Bergen Corporation**

I hereby certify that I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant on this the 20TH day of June 2006:

Shanin Specter
Donald E. Haviland
KLINE & SPECTER
1525 Locust Street, 19th Floor
Philadelphia, Pennsylvania  19102
**Counsel for Plaintiffs**

Daniel E. Reidy
James R. Daly
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
**Counsel for TAP Pharmaceutical Products, Inc.**

Thomas P. Sullivan
Robert R. Stauffer
Nada Djordjevic
JENNER & BLOCK, LLP
One IBM Plaza
Chicago, Illinois 60611
**Counsel for Takeda Pharmaceutical Company, Limited and Takeda America Holdings, Inc.**

s/Robert A. Huffaker

# CERTIFICATE OF GOOD STANDING





*United States of America*

}ss. George Carter Lombardi

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That George Carter Lombardi was duly admitted to practice in said Court on (12/19/1984) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/14/2006 )

                              Michael W. Dobbins, Clerk,

                            By: Krysten J. Coppoletta
                                Deputy Clerk

# CERTIFICATE OF GOOD STANDING





*United States of America*

}ss. Erik William Snapp

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Erik William Snapp was duly admitted to practice in said Court on (12/18/1996) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/14/2006 )

                          Michael W. Dobbins, Clerk,

                          By:  Krysten J. Coppoletta
                              Deputy Clerk