IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUE CROSS AND BLUESHIELD OF ALABAMA; and BLUE CROSS AND BLUE SHIELD OF MICHIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC.; ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA AMERICA HOLDINGS, INC.; ONCOLOGY SUPPLY COMPANY; AMERISOURCE BERGEN SPECIALTY GROUP; AMERISOURCE BERGEN CORPORATION; and FICTITIOUS DEFENDANTS,<br><br>Defendants. | Civil Action No. 2:06cv536-DRB |

## DECLARATION

I, George Kokkines, declare under penalty under the laws of the United States of America that the following is true and correct:

    1.    I am Associate Senior Counsel for Litigation at TAP Pharmaceutical Products Inc ("TAP").

    2.    This affidavit is based upon my personal knowledge and a review of documents of TAP.

    3.    TAP received service of the summons and the Complaint in the instant lawsuit, *BlueCross BlueShield of Alabama and BlueCross BlueShield of Michigan v. TAP*



*Pharmaceutical Products Inc., et al.*, Case No. CV2006-1350 (State of Alabama, Montgomery Circuit Court) on May 30, 2006, via certified mail. TAP received service of the summons and the First Amended Complaint on May 31, 2006.

    4.    TAP is incorporated in the state of Delaware.

    5.    TAP's principal place of business is located in Illinois.

                                                         George C. Kokkines

Executed on: June 14, 2006