IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BLUE CROSS AND BLUESHIELD OF ALABAMA; and BLUE CROSS AND BLUE SHIELD OF MICHIGAN,**<br><br>Plaintiff,<br><br>v.<br><br>**TAP PHARMACEUTICAL PRODUCTS INC.; ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA AMERICA HOLDINGS, INC.; ONCOLOGY SUPPLY COMPANY; AMERISOURCE BERGEN SPECIALTY GROUP; AMERISOURCE BERGEN CORPORATION; and FICTITIOUS DEFENDANTS,**<br><br>Defendant. | Civil Action No. 2:06cv536-DRB |

### DECLARATION

I, Ellen T. Klaus, declare under penalty under the laws of the United States of America that the following is true and correct:

1. I am a Paralegal Supervisor for Litigation at Abbott Laboratories ("Abbott").

2. This affidavit is based upon my personal knowledge and a review of documents of Abbott.

3. Abbott received service of the summons and the Complaint in the instant lawsuit, *BlueCross BlueShield of Alabama and BlueCross BlueShield of Michigan v. TAP*



- 1 -

*Pharmaceutical Products Inc., et al.*, Case No. CV2006-1350 (State of Alabama, Montgomery Circuit Court) on May 30, 2006, via certified mail.

    4.      Abbott is incorporated in the State of Illinois.

    5.      Abbott's principal place of business is located in Abbott Park, Illinois.

_____
Ellen T. Klaus

Executed on June 14, 2006