## AFFIDAVIT OF DIANA KAMMERER

COMMONWEALTH OF PENNSYLVANIA  )

COUNTY OF CHESTER               )

My name is Diana Kammerer and I am employed by AmerisourceBergen Corporation as Senior Legal Assistant. I have personal knowledge of matters set forth herein.

1. AmerisourceBergen Corporation is a Delaware corporation with its principal place of business in Pennsylvania. ASD Specialty Healthcare, Inc. is a wholly owned subsidiary of AmerisourceBergen Corporation.

2. Oncology Supply is a trade name of ASD Specialty HealthCare, Inc., which is a California corporation with its principal place of business in Texas. It is not a separate legal entity, nor is it separately incorporated.

3. AmerisourceBergen Specialty Group is also a trade name of ASD Specialty HealthCare, Inc. It is not a separate legal entity, nor is it separately incorporated.



                          *Diana M. Kammerer*

Its:   Senior Legal Assistant

Sworn to and subscribed before me this
14th day of _____June_____, 2006.

*Eileen L. Baumann*
_____
NOTARY PUBLIC
My Commission Expires:   June 4, 2009

> COMMONWEALTH OF PENNSYLVANIA
> Notarial Seal
> Eileen L. Baumann, Notary Public
> Phoenixville Boro, Chester County
> My Commission Expires June 4, 2009
>
> Member, Pennsylvania Association of Notaries