IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN 15 P 3:43
P. HACKETT
DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA and BLUE CROSS AND BLUE SHIELD OF MICHIGAN, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NUMBER: 2:06cv536-DRB |
| TAP PHARMACEUTICAL PRODUCTS, INC., et al., | * * * | |
| Defendants. | * | |

### CONSENT TO REMOVAL

The defendants identified in the Amended Complaint as "Oncology Supply Company" and "AmerisourceBergen Specialty Group" consent to the removal of the referenced matter from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama.

_____
SANDY G. ROBINSON – ROBIS5756
IAN D. ROSENTHAL – ROSEI6905
Attorneys for Defendants
**Oncology Supply and
AmerisourceBergen Specialty Group**

OF COUNSEL:

**CABANISS, JOHNSTON, GARDNER,
  DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama  36652
251/415-7300 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com
idr@cabaniss.com



**CERTIFICATE OF SERVICE**

      I herby certify that I have served a copy of the foregoing Petition for Removal by United States mail, properly addressed and postage prepaid, to all counsel of record this 16th day of June, 2006.

_____
Of Counsel