# EXHIBITS A-Q TO THE COMPLAINT

# PART 1