

**BlueCross BlueShield
of Alabama**

March 29, 2005

**Via US Postal Service Express/Overnight Mail**

Lupron Settlement Administrator
c/o Complete Claims Solutions
P.O. Box 24604
West Palm Beach, Florida 33416

    Re:    **Blue Cross and Blue Shield of Alabama's Notice of Exclusion
*In re Lupron Marketing and Sales Practices Litigation***

Dear Sir or Madam:

    My name is Donna Harris-Hill. I am Associate Counsel for Blue Cross and Blue Shield of Alabama. My address is 450 Riverchase Parkway East, Birmingham, Alabama 35298. My phone number is (205) 220-4689; my fax number is 1-866-673-0034. Blue Cross and Blue Shield of Alabama's taxpayer identification number is 63-0103830.

    I have authority to act on behalf of Blue Cross and Blue Shield of Alabama in excluding it and the groups it administers, including its self-funded groups, from this settlement. The total amount paid by Blue Cross and Blue Shield of Alabama for Lupron from 1997 - 2001 is $5,553,161. My outside counsel is Kimberly R. West of the law firm of Wallace, Jordan, Ratliff & Brandt, LLC, P.O. Box 530910, Birmingham, Alabama 35298. Her phone number is (205) 874-0352; her fax is (205) 871-7534; and her email is kw@wallacejordan.com. Please communicate directly with Ms. West regarding any questions you might have regarding this exclusion.

    As provided in the Notice, I further certify that:

> "The undersigned individual hereby represents that she has authority to sign and submit this notice of exclusion on behalf of the above-named class member(s). The undersigned also certifies that she has not received any advice from the parties to this litigation or their attorneys concerning her or the class members' fiduciary obligations under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1100, et seq., or other laws governing their obligations to any class member. The undersigned understands that by submitting

450 Riverchase Parkway East   P.O. Box 995   Birmingham, Alabama 35298-0001   205 220-2100

An Independent Licensee of the Blue Cross and Blue Shield Association.



Lupron Settlement Administrator
March 29, 2005
Page -2-

this notice of exclusion, the class member(s) identified above will not be entitled to receive any proceeds of the Class Settlement Fund. By affixing my signature below, I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746."

Yours truly,

*Donna Harris-Hill*

Donna Harris-Hill
Associate Counsel

DHH/cm

cc:   Mr. A. Grey Till, Jr.
      Mr. Michael Patterson
      Ms. Kimberly R. West

**Blue Cross**
**Blue Shield**
of Michigan



600 Lafayette East
Detroit, Michigan 48226-2998

Lansing Office
602 W. Ionia
Lansing, Michigan 48933-1082

**March 29, 2005**
**LANSING OFFICE**

**Via US Postal Service Express/Overnight Mail**

Lupron Settlement Administrator
c/o Complete Claims Solutions
P.O. Box 24604
West Palm Beach, Florida 33416

    Re:    **Blue Cross and Blue Shield of Michigan's Notice of Exclusion**
           *In re Lupron Marketing and Sales Practices Litigation*

Dear Sir or Madam:

My name is Daniel W. McKelvey. I am Assistant General Counsel for Blue Cross and Blue Shield of Michigan, and its wholly owned subsidiary, Blue Care Network. My address is 602 West Ionia, Lansing, Michigan 48933. My phone number is (517) 371-7914; my fax number is (517) 371-7929. Blue Cross and Blue Shield of Michigan's tax payer identification number is 38-2069753; Blue Care Network's tax payer identification number is 38-2359234.

I have authority to act on behalf of Blue Cross and Blue Shield of Michigan and Blue Care Network in excluding it and the groups it administers, including its self-funded groups, from this settlement. The total amount paid by Blue Cross and Blue Shield of Michigan and Blue Care Network for Lupron from January 1, 2000 through December 31, 2001 is $34,561,273.73. My outside counsel is Kimberly R. West of the law firm of Wallace, Jordan, Ratliff & Brandt, LLC, P.O. Box 530910, Birmingham, Alabama 35298. Her phone number is (205) 874-0352; her fax is (205) 871-7534; and her email is kw@wallacejordan.com. Please communicate directly with Ms. West regarding any questions you might have regarding this exclusion.

As provided in the Notice, I further certify that:

> The undersigned individual hereby represents that he has authority to sign and submit this notice of exclusion on behalf of the above-named class member(s). The undersigned also certifies that he has not received any advice from the parties to this litigation or their attorneys concerning his or the class members' fiduciary obligations

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

Page 2
March 29, 2005

under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1100, et seq., or other laws governing their obligations to any class member. The undersigned understands that by submitting this notice of exclusion, the class member(s) identified above will not be entitled to receive any proceeds of the Class Settlement Fund. By affixing my signature below, I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Very truly yours,

*Daniel W. McKelvey/seq*

Daniel W. McKelvey
Assistant General Counsel
Telephone: (517) 371-7914

DWM:khh
cc:   Mr. Joe Murray
      Ms. Kimberly R. West