

# COACH'S PLAYBOOK

TAP 5030224





The main point to make to physicians is that confidentially clause is a protection for them. If word is leaked back to HCFA/Medicare that the cost of Lupron is going down, they very well may take steps in reducing allowable. This tactic should help prevent physicians talking amongst themselves.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

TAP 5030300

FOR REP USE ONLY                    34