## CERTIFICATION

    This is to certify that I, Hiroshi Shinha, am Assistant Secretary of TAP Pharmaceutical Products Inc. and duly qualified and acting as such; that TAP Pharmaceutical Products Inc. is a corporation duly organized and existing under the laws of the State of Delaware with its principal office in Lake Forest, Illinois; that as such Assistant Secretary I am keeper of its books and records and its corporate seal; that the attached Action Taken By Unanimous Consent of the Directors of TAP Pharmaceutical Products Inc. is a true, complete and correct copy of the Action Taken By Unanimous Consent of the Directors of TAP Pharmaceutical Products Inc. (executed in counterparts) passed by the Board of Directors of TAP Pharmaceutical Products Inc.

    Given under my hand as Assistant Secretary and the seal of the Corporation this 27th day of September, 2001.

*[signature: Hiroshi Shinha]*
Assistant Secretary

SUBSCRIBED and SWORN to before me this 27th day of September, 2001.

*[signature: Deborah A. Young]*
NOTARY PUBLIC

"OFFICIAL SEAL"
DEBORAH A. YOUNG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/22/2002



C 353

EXHIBIT E

## ACTION TAKEN BY UNANIMOUS CONSENT OF THE DIRECTORS OF TAP PHARMACEUTICAL PRODUCTS INC.

The undersigned, being all of the Directors of TAP Pharmaceutical Products Inc., a Delaware corporation (the "Corporation"), and acting pursuant to the authority provided in Section 141(f) of the Delaware General Corporation Law, do hereby consent to the adoption of the following resolution:

RESOLVED, that the execution, delivery and performance by the Corporation of a Plea Agreement, a Civil Settlement Agreement and a Corporate Integrity Agreement with the United States of America (the "Federal Agreements") and Settlement Agreements with the States of the United States of America and the District of Columbia (the "State Agreements") concerning the investigation of the Corporation's sales, marketing and pricing practices, the factual basis for which and the provisions of which have been described to and considered in detail by the Board (the "Investigation"), together with such changes to such agreements as shall be approved by the President in his sole discretion, are hereby authorized and approved in all respects;

FURTHER RESOLVED, that the President is hereby authorized, empowered and directed to execute and deliver, in the name of and on behalf of the Corporation, the final versions of the Federal Agreements and the State Agreements, with the final approval of the form of each such agreement being conclusively evidenced by the President's signature;

FURTHER RESOLVED, that the President is authorized and empowered to appear on behalf of the Corporation in court, to waive indictment, and to plead guilty, all in accordance with the provisions of the Plea Agreement;

FURTHER RESOLVED, that the execution, delivery and performance of a Limited Privilege Waiver Agreement with the United States of America in connection with the Investigation, as approved by the President in his sole discretion, is hereby ratified and approved;

FURTHER RESOLVED, that the President is hereby authorized and empowered to execute and deliver, in the name and on behalf of the Corporation, any amendments to the Federal Agreements, the State Agreements and the Limited Privilege Waiver Agreement, in such form as is approved by the President in his sole discretion, with the final approval of the form of each such amendment being conclusively evidenced by the President's signature; and

FURTHER RESOLVED, that the President or any of the other authorized officers of the Corporation are hereby authorized and empowered to take any and all actions and to execute and deliver all ancillary documents and agreements reasonably required or appropriate in order to carry out the intent and purpose of the preceding resolutions and to fulfill the Corporation's obligations and responsibilities under the Federal Agreements, the State Agreements and the Limited Privilege Waiver Agreement.

Date: September 13, 2001

_____           _____
K. Takeda                           M. White

_____           _____
M. Fujino                           J. Leiden

_____           _____
N. Nakamura                         D. Goffredo

_____           _____
Y. Narai                            W. Dempsey

_____           _____
S. Honda                            T. Watkins

C 354

## CTION TAKEN BY UNANIMOUS CON_ _NT OF THE
## DIRECTORS OF TAP PHARMACEUTICAL PRODUCTS INC.

The undersigned, being all of the Directors of TAP Pharmaceutical Products Inc., a Delaware corporation (the "Corporation"), and acting pursuant to the authority provided in Section 141(f) of the Delaware General Corporation Law, do hereby consent to the adoption of the following resolution:

RESOLVED, that the execution, delivery and performance by the Corporation of a Plea Agreement, a Civil Settlement Agreement and a Corporate Integrity Agreement with the United States of America (the "Federal Agreements") and Settlement Agreements with the States of the United States of America and the District of Columbia (the "State Agreements") concerning the investigation of the Corporation's sales, marketing and pricing practices, the factual basis for which and the provisions of which have been described to and considered in detail by the Board (the "Investigation"), together with such changes to such agreements as shall be approved by the President in his sole discretion, are hereby authorized and approved in all respects;

FURTHER RESOLVED, that the President is hereby authorized, empowered and directed to execute and deliver, in the name of and on behalf of the Corporation, the final versions of the Federal Agreements and the State Agreements, with the final approval of the form of each such agreement being conclusively evidenced by the President's signature;

FURTHER RESOLVED, that the President is authorized and empowered to appear on behalf of the Corporation in court, to waive indictment, and to plead guilty, all in accordance with the provisions of the Plea Agreement;

FURTHER RESOLVED, that the execution, delivery and performance of a Limited Privilege Waiver Agreement with the United States of America in connection with the Investigation, as approved by the President in his sole discretion, is hereby ratified and approved;

FURTHER RESOLVED, that the President is hereby authorized and empowered to execute and deliver, in the name and on behalf of the Corporation, any amendments to the Federal Agreements, the State Agreements and the Limited Privilege Waiver Agreement, in such form as is approved by the President in his sole discretion, with the final approval of the form of each such amendment being conclusively evidenced by the President's signature; and

FURTHER RESOLVED, that the President or any of the other authorized officers of the Corporation are hereby authorized and empowered to take any and all actions and to execute and deliver all ancillary documents and agreements reasonably required or appropriate in order to carry out the intent and purpose of the preceding resolutions and to fulfill the Corporation's obligations and responsibilities under the Federal Agreements, the State Agreements and the Limited Privilege Waiver Agreement.

Date: September 13, 2001

| | |
|---|---|
| K. Takeda | M. White |
| M. Fujino | J. Leiden |
| N. Nakamura | D. Goffredo |
| Y. Narai | W. Dempsey |
| S. Honda | T. Watkins |

C- 355