# EXHIBITS R-S TO THE COMPLAINT

# PART 2