# 2004 Annual Report

Abbott
A Promise for Life

Founded in 1888 by Dr. Wallace Calvin Abbott, a Chicago physician, Abbott is a broad-based health care company that discovers, develops, manufactures and markets products that span the continuum of care — from prevention and diagnosis to treatment and cure. Abbott's principal businesses include medical products, including devices, diagnostic tests and instruments, nutritionals for children and adults, and pharmaceuticals.

Headquartered in north suburban Chicago, Abbott serves customers in more than 130 countries, with a staff of 60,000-plus at more than 100 manufacturing, distribution, research and development, and other locations.

1   Letter to Shareholders
14  Medical Products Group
28  Pharmaceutical Products Group
42  Expanding Patient Access
44  Financial Report
46  Consolidated Financial Statements and Notes
62  Management Report on Internal Control Over Financial Reporting
63  Reports of Independent Registered Public Accounting Firm
64  Financial Instruments and Risk Management
65  Financial Review
74  Summary of Selected Financial Data
75  Directors and Corporate Officers
76  Shareholder and Corporate Information



On the cover: Katrina Donnell spends hours at the beach, but only seconds checking her blood glucose levels, thanks to *FreeStyle Flash,* the world's smallest glucose monitor. During a routine physical nearly four years ago, the 15-year-old from San Diego, Calif., was diagnosed with diabetes. Today, she spends time with her friends and educates others about the disease through her volunteer activities with the Juvenile Diabetes Research Foundation.

Miles D. White

Our company had an excellent 2004. Sales rose 14 percent, based on strong and balanced double-digit growth in both of our business groups. In medical products we delivered our best performance in 10 years. In pharmaceuticals we achieved double-digit U.S. sales growth for the 17th time in 18 quarters.

We were able to deliver at this high level because of the work we've done to strategically transform our company to prepare it for the future. We've built Abbott to provide patients more innovative products with greater marketplace potential; we've broadened our base and enhanced our mix of businesses; and we've strengthened our organization to make this possible.

We have a very straightforward, three-part strategy: we're focused on serving the patient, with superior science, across a broad base of technologies and businesses. And we're executing this strategy with increasing success. By building our business base and our new-product pipeline, we've made Abbott a stronger company, capable of delivering consistent performance. And our progress has been acknowledged by several leading national publications, including recognition as one of the most admired companies in our industry.

## Building for the future

Five years ago, it was clear that we would have to make significant changes to ensure a future as successful as our past and to carry on Abbott's legacy for patients, for shareholders and for all of those who depend upon our company. We've done that work.

- We've rationalized our business structure for focus and performance. Our two business groups, Pharmaceutical Products and Medical Products, have clearly defined and complementary growth strategies, and provide us with one of the broadest and most stable business bases in the health care industry.

- We've invested to build that base with strategic acquisitions ranging from large transactions to enhance our global pharmaceuticals business to smaller transactions involving technology-based companies to strengthen the medical products business. As a result, Abbott is now composed entirely of businesses that are either established market leaders, or high-growth, high-margin opportunities driven by scientific innovation.

We have a very straightforward, three-part strategy: we're focused on serving the patient, with superior science, across a broad base of technologies and businesses.

- And we've raised Abbott science to a new level. Top-tier scientific capability is critical to our future success and to our ability to provide a strong return to shareholders, and will remain at the center of our strategy for the future. We increased Abbott's R&D investment significantly over the past five years. As a result, we've become a significant biotechnology company through our leadership in monoclonal antibody research. And through our varied medical products businesses, we're developing innovative new technologies across a broad range of therapeutic areas and market categories. Abbott has been recognized as having one of the best new-product pipelines in the health care industry.

## 2004 financial results and business highlights

The foundation for our increasing success is our broad and well-balanced base of businesses.

Our Medical Products Group (MPG) has done an outstanding job of raising its standards, its capabilities and its profitability. MPG is now a very attractive combination of established market leaders such as Abbott Diagnostics and our Ross nutritionals business, with a range of very promising, technology-driven businesses that compete in high-growth new markets.

At the same time, our Pharmaceutical Products Group (PPG) has become a major pharmaceutical player. By globalizing operations, strengthening R&D and focusing the business on

a set of high-potential markets that best match our strengths, we've built one of the industry's fastest growing pharmaceutical companies and one of its best new-product pipelines.

This strong base allowed us to deliver on our financial commitments despite some significant challenges. Notably TAP, our joint venture with Takeda Pharmaceutical Company Ltd., had a disappointing year. At the same time, generic competition arose for our thyroid medication, *Synthroid*. While we did feel impact from this, we've been remarkably successful in retaining patients, as opposed to the precipitous drop-off usually seen when generics enter the market.

Abbott stock rose 7 percent for the year, placing it among the leaders in our peer group of companies. Combined with our excellent dividend yield, our total return to shareholders was also among the group's best at approximately 10 percent. Our five-year total return to shareholders was tied for best in the group at 52 percent, and we outperformed both the S&P 500 and S&P 500 Health Care indices.

## Highlights of our year include:

**The successful creation of Hospira**

On April 30, our former hospital products business became an independent company. We created Hospira because we recognized that both Abbott and this business would thrive better separately than together, and that shareholders would be better served by two more focused companies. The market has agreed that this was the right decision. The value of the two companies rose more than $9 billion (13 percent) between Hospira's launch and the end of the year.

**Outstanding global pharmaceutical growth**

*Humira*, our breakthrough treatment for patients with rheumatoid arthritis (RA), exceeded expectations in 2004, achieving worldwide sales of more than $850 million in its first full year on the market. In 2005, we expect *Humira* to become our largest single product, with global sales exceeding $1.3 billion. And we believe this is still only the beginning for this remarkable medication, which we refer to as "a pipeline in a product" because of the promise it offers to treat multiple conditions. We are currently developing *Humira* for six additional indications.

Our AIDS medication *Kaletra* remained the world's number one HIV protease inhibitor, supported by data showing no viral resistance after six years, for HIV patients new to therapy. We expect *Kaletra* to generate another year of strong sales, along with *TriCor*, our lipid-lowering medicine, on the strength of an improved new formulation.

Cumulative five-year total shareholder return
(Assuming $100 invested on 12/31/99, dividends reinvested)
200
150
100
50
1999
2000
2001
2002
2003
2004
ABT
S&P 500 Index
S&P 500 Health Care Index

Cash dividends declared per share
(In dollars per share)
1.2
0.9
0.6
0.3
0.76
0.84
0.94
0.98
1.04
2000
2001
2002
2003
2004

**Broadening our base**

Acquisitions have been a core element of our strategy to improve our business mix. We were particularly active last year in medical products, where we added businesses that met our rigorous acquisition criteria and greatly strengthened our competitiveness.

The largest of our acquisitions in 2004 was TheraSense, Inc., a maker of advanced diabetes management technology, which we combined with our existing glucose monitoring business to create Abbott Diabetes Care. Building on the base we established here through our MediSense business, we now have the commercial presence and the technological depth to achieve leadership in this market. This business is expected to cross the billion-dollar threshold in 2005, with outstanding opportunity for sustainable growth as we help to address a global epidemic of diabetes.

Miles White, chairman of the board and chief executive officer, is pictured here in the lobby of Abbott Diabetes Care in Alameda, Calif., with Kerry Galligan. Kerry, a product quality assurance manager at Abbott Diabetes Care, was diagnosed with diabetes more than 20 years ago. She is demonstrating *FreeStyle Navigator*, a continuous blood glucose monitor that is in development to help people with diabetes eliminate the need to perform multiple, daily finger sticks. Through a patch worn on the arm or abdomen that samples interstitial fluid, *FreeStyle Navigator* is designed to enable patients to monitor glucose levels every 60 seconds.

Also in 2004, we completed the acquisition of i-STAT Corp., broadening our range and expertise in diagnostic testing. *i-STAT* analyzers provide us leading technology in point-of-care diagnostics, which provide both convenience and speed by allowing physicians to receive test results at the patient's side. We also enhanced our growing spine-care business with the addition of Spine Next S.A., a French company that has developed unique technology in the emerging non-fusion segment of the spine market. And we significantly strengthened our position in the fast-growing, healthy living nutrition market with our acquisition of Experimental and Applied Sciences, Inc. (EAS), the maker of *Body for Life* and other well-known brands of nutrition bars and drinks. These additions help to enhance our business breadth, balance our mix between medical products and pharmaceutical products, and bring us superior products in fast-growing new markets. As we've demonstrated, Abbott's commercial presence and development resources can help these entrepreneurial businesses grow larger, faster.

Our diagnostics business made great progress in 2004 toward regaining its traditional market leadership. Now supported by improved quality systems, we completed more than 80 diagnostic product launches during the year and placed nearly 1,000 new *Architect* diagnostic systems worldwide. We now have nearly 50,000 immunochemistry instruments placed with customers around the world, which provides us an outstanding base for the future of this reinvigorated business.

And, in pharmaceuticals, we saw great productivity from our late-stage pipeline in 2004. We completed seven regulatory submissions in the second half of the year. Highlights include submissions for *Humira* for early RA and psoriatic arthritis. We also submitted new drug applications for a capsule form of *Zemplar* for a complication associated with chronic kidney disease; and for *Xinlay*, for prostate cancer. Prostate cancer kills 30,000 American men each year, and there are very few treatment options available for patients. TAP submitted

febuxostat for FDA approval for chronic gout. And *Simdax*, in late-stage clinical trials for congestive heart failure, continues to move through development. We plan to submit a new drug application for *Simdax* by year-end, one of up to 10 additional pharmaceutical regulatory submissions or approvals expected in 2005.

## The health care environment: what it will take to succeed

Our efforts to build Abbott have been carried out against what has been, perhaps, the most difficult business environment our industry has ever faced — and one we do not expect to improve meaningfully in the foreseeable future.

Despite strong financial performance, major pharmaceutical stocks have seen, on average, flat-to-negative price performance in recent years. This is due to a complex of factors, including rising cost pressures, generic competition, a perceived dearth of new chemical entities, regulatory constraints and litigation. But the dominant factor influencing our industry today is increasing political pressure to provide people access to medicines when health care systems fail to do so.

We've navigated this extremely difficult environment while simultaneously transforming Abbott into a company better prepared to overcome these challenges going forward. We've rebuilt our company around the critical success factors for the future of the health care industry. Our strategy is based on the three key determinants of success we see in the years ahead:

## Business breadth

Abbott has been a multi-line health care company for more than 70 years. Maintaining a broad base of business has never been a more prominent and active part of our strategy than it is today. In transforming Abbott we've invested heavily to build the right combination of businesses, and to equip and structure those businesses to succeed.

Together, our two very different and highly complementary business groups give Abbott a well-balanced portfolio that promises strong, consistent growth while minimizing the volatility that affects so many companies that operate in a single line of business. These two models allow us to capture the higher growth that is possible with pharmaceuticals, while smoothing out cycles with medical products that offer high growth and profitability with less risk and uncertainty.

**Our two business groups, Pharmaceutical Products and Medical Products, provide us one of the broadest and most stable business bases in the health care industry.**

Pharmaceuticals offer higher reward, but at higher risk. Medical products lower that risk profile considerably while providing excellent return. We can count on bringing more medical products to market, faster than pharmaceuticals. Their development generally takes less time and investment. And they improve our balance between short- and long-term investments.

Our broad base of businesses allows us to capture more opportunities, to grow faster, and to deliver a more consistent return to our shareholders. Over the past five years, broad-based health care companies outperformed pure pharmaceutical companies in total shareholder return. In fact, during the period, nearly all major pure pharmaceutical companies had negative total returns compared to strong double-digit returns for the major diversified companies, including Abbott.

## Superior science

We've worked to build the kind of research and development organization that we expect to win in the future health care environment.

Our investment has risen to the point that our program can be highly competitive, funding a range of major projects simultaneously. By consolidating our pharmaceutical R&D into a single, global organization, we've realized great efficiencies — allowing us to conduct more programs, in a focused set of therapeutic areas, more productively than before. At the same time, the addition of innovative new businesses in medical products means that our entire company is now focused on delivering advanced new technologies.

Most importantly, our focus is on breakthrough medical science — innovative technologies that change the way patients are treated and, as a result, change their lives. *Humira* is one such advance. It leads the way in what we expect to be a succession of biological products based on our leading monoclonal antibody technology. Our cancer compound, *Xinlay*, is the first drug in an entirely new class with breakthrough potential for patients.

**Most importantly, our focus is on breakthrough medical science — innovative technologies that change the way patients are treated and, as a result, change their lives.**

In medical products our *Freestyle Navigator* glucose monitoring system was recognized by *Time* magazine as one of the most promising new medical technologies on the horizon. And in molecular diagnostics, a field that didn't even exist only a few years ago, we now offer products that are changing lives. For example, our *PathVysion* test uses an advanced technology called FISH (fluorescence *in situ* hybridization) to identify the precise kind of cancer a patient is fighting and, consequently, the best therapy to treat it.

We're making Abbott a leader in medical science. Our commitment to this goal will only grow. Our future lies in tomorrow's new products, and we intend for them to make the difference for patients and for investors.

## Taking action for the patient

In the past year, during which I've served as chairman of the Pharmaceutical Research and Manufacturers of America (PhRMA), the pharmaceutical industry's U.S. trade association, an industry-wide program has been launched to ensure that patients are able to get the medicines they need, not just affordably, but often at no cost. Today, our industry is showing great leadership, not just in creating new and better health care products, but in ensuring that those who need them, get them. Through the Partnership for Prescription Assistance (PPA), our industry is working closely with a broad coalition of other committed parties to understand patients' concerns and to take meaningful actions to address them. The PPA brings together doctors, nurses, patient organizations, community groups and pharmaceutical makers to help low-income, uninsured patients receive free or nearly free doctor-prescribed medicines in the most efficient way.

Abbott is among the leaders in this effort. Our patient assistance programs provide free medications to those in need, for important treatments such as *Kaletra* and *Humira*. In 2004, the Abbott Patient Assistance Program and *Humira* Medicare Assistance Program gave qualified patients more than $235 million worth of Abbott medicines at no cost. We're also discounting medicines for seniors and the uninsured.

And we're at the forefront of industry efforts to educate people who need help on how to get their medications as easily and inexpensively as possible. Our sales representatives are helping the U.S. government to distribute

information on the Medicare drug benefit program. We've worked with peer companies to provide patients one-stop access to our patient assistance programs, and to make those programs better known and easier to use. These efforts continued in January when Abbott, TAP and eight other pharmaceutical makers launched Together Rx Access, a program that will provide discounts of up to 40 percent for uninsured Americans under the age of 65 who need help affording their prescriptions.

Our industry is showing great leadership, not just in creating new and better health care products, but in ensuring that those who need them, get them.

These actions, combined with our pioneering work to improve treatment access in Africa and developing countries, put Abbott at the forefront of efforts to secure access for all of the people who need our products.

## Ready to win

We've built our company to win in the years ahead: to win for patients, and as a result, to win for shareholders. Of the many reasons why Abbott is prepared to deliver sustainable, stronger growth, one remains to discuss: our people.

Abbott people are, of course, the source of all our company's success. "Superior science" means Abbott people. "Business breadth" means Abbott people. The people who are Abbott have risen to the challenge of a new era in health care and a new era for our company. It takes 60,000 committed people around the world to make this happen.

We thank those colleagues who retired from our company in 2004 after many years and many contributions to our success, and congratulate those who have taken on new senior leadership positions. Lance Wyatt, senior vice president, Global Pharmaceutical Manufacturing, retired in 2004 after 28 years with the company in multiple divisions. Lance was succeeded by John Landgraf, a 26-year Abbott veteran. Holger Liepmann, a 19-year veteran of Abbott's international business, was named senior vice president, International Operations, succeeding Guillermo Herrera, who retired after 24 years with the company. Jose de Lasa, executive vice president and general counsel, retires from the company effective March 31, 2005, after 10 years of service. Laura Schumacher, a 15-year Abbott veteran who previously headed our litigation group will succeed Jose. And, once again, we congratulate our 14,000 former colleagues who have successfully launched Hospira as an independent company that is already a leader in its marketplace.

At the same time, we are delighted to welcome William Daley, an outstanding new addition to our Board of Directors. Bill is chairman of the Midwest for JP Morgan Chase & Co. He brings our Board a unique combination of business and governmental experience at the highest levels, having also served as U.S. Secretary of Commerce under President Bill Clinton. We are committed to maintaining a Board of high quality and independence to guarantee the effective governance of our company. Bill's appointment ably serves this goal.

Abbott people have surmounted internal and external challenges to bring our company to a position of greater strength, opportunity, and promise for the future. Thanks to them, Abbott is ready to achieve a higher level of success for years to come. Abbott is ready to deliver breakthrough innovation across our broad base of health care businesses. Abbott is ready to improve health care for more people in more ways than ever before. In short, Abbott is ready to win.

Miles D. White
Chairman of the Board and Chief Executive Officer
March 1, 2005

# Promise

We made great progress in the strategic transformation of our company.

We are advancing leading-edge technologies to deliver solutions for patients; focusing on areas of medical need with the most urgency and possibility; and building our broad-based business and worldwide presence to execute on our commitments to those we serve.

The strategies we are pursuing and the investments we are making are building a stronger, more vital Abbott. The promise of our company is in the promise that our work holds for health and life.