Abbott 2004 Annual Report

# Marketed Products

Medical Products Group     Animal Health     Nutritionals
Diabetes Care     Point of Care
Diagnostics     Spine
Molecular     Vascular



Abbott 2004 Annual Report

## Pharmaceutical Products Group

Anesthesia
Anti-Infectives
Cardiovascular
Immunology
Metabolics

Neuroscience
Pain Management
Renal Care
Virology



# Product Research

## Medical Products Group

Innovation is a critical component of our strategy to achieve leadership positions in areas where patient need is greatest. The following are selected highlights from some of our most promising late-stage medical technology development programs.

### Diabetes Care

Abbott is developing new products that reduce the pain and inconvenience of blood glucose monitoring. *FreeStyle Navigator* is designed to continually measure glucose levels through a patch worn by the patient. In development, *FreeStyle Navigator* transmits glucose-level data every 60 seconds, allowing patients to monitor their diabetes more closely.

### Vascular

Abbott is dedicated to advancing the treatment of vascular disease. Our *ZoMaxx* drug-eluting stent, currently in clinical trials, features a unique stainless steel and tantalum composite and seeks to deliver optimum drug concentration to the vessel wall to reduce narrowing of the artery. The *Emboshield* device (co-developed with MedNova Ltd.) captures embolic debris during carotid artery stenting, reducing the risk of stroke. *StarClose* is the world's first clip-based vascular closure device.

### Molecular

Abbott recognizes the growing trend toward molecular testing, which has demonstrated advantages in detection, therapy monitoring and testing for predisposition of disease. Included in our growing pipeline are real-time PCR (polymerase chain reaction) tests for infectious diseases and FISH (fluorescence *in situ* hybridization) tests for cervical, esophageal and melanoma cancers.

### Spine

Abbott is developing motion-preserving technologies and devices, which seek to treat degenerative disc disease without fusion of the vertebrae. For example, the *Wallis System* is a novel spinal implant for treating degenerative disc disease and is less invasive than artificial discs. Currently available outside the U.S., Abbott will initiate U.S. clinical trials for the *Wallis System* in 2005.

### Diagnostics

Abbott continues to expand the menus of *AxSym* and *Architect*, its leading systems for immunoassay and clinical chemistry testing. In 2005, we anticipate more than 100 product launches. Among the assays in development is *Architect* BNP (B-type natriuretic peptide), which helps diagnose heart failure. In addition, Abbott is also expanding its line of *Cell-Dyn* hematology instruments, used to perform blood counts to screen for a variety of disorders.

### Point of Care

Abbott is expanding its cardiac menu for its hand-held analyzer *i-STAT*, to provide faster results in the management of patients with chest pain. In addition, a new metabolic test panel, the *CHEM8+* cartridge, will allow physicians to obtain a rapid snapshot of the function of important organ systems.

Abbott 2004 Annual Report

## Pharmaceutical Products Group

Abbott's pharmaceutical pipeline focuses on five specialty therapeutic areas that represent new hope for patients, many of whom suffer from diseases for which there have been no new treatments in decades. The following are selected disease areas where Abbott scientists are researching new treatments for patients.

### Immunology

Abbott discovers and develops innovative biologics and small molecule treatments for autoimmune diseases. *Humira* is approved to treat rheumatoid arthritis (RA) and is under FDA review for early RA and psoriatic arthritis. Clinical trials are also underway for juvenile RA, psoriasis, Crohn's disease and ankylosing spondylitis. ABT-874, a biologic in clinical development, is being evaluated for multiple sclerosis, psoriasis and Crohn's disease.

### Oncology

Abbott's approach in oncology is to develop more targeted, less toxic therapies to help people with cancer live longer, healthier lives. *Xinlay*, an oral, once-daily, non-chemotherapy agent, has been submitted for FDA review for the treatment of late-stage prostate cancer. Other therapies in earlier development seek to address multiple stages of cancer progression.

### Metabolics

Developing safe and effective therapies for metabolic disorders remains the ultimate goal at Abbott. More than 150 million people worldwide have type 2 diabetes, and this number is expected to rise to 300 million by 2025. Pre-clinical research continues at Abbott for novel drugs for the treatment of diabetes and other metabolic disorders.

### Neuroscience and Pain Management

More than 75 million U.S. adults suffer from chronic or acute pain. *Vicodin CR*, a more convenient option of a widely recognized pain medicine, is in late-stage clinical development. Novel compounds in earlier-stage development include treatments to address neurological diseases such as schizophrenia and Alzheimer's disease, as well as pain.

### Infectious Diseases

Abbott has been a leader in HIV research for two decades. Discovery work is underway to identify a next-generation HIV protease inhibitor (PI). In 2005, Abbott expects to launch a once-daily version of its PI *Kaletra*, and to further improve convenience, expects to submit a regulatory application for a reduced pill count formulation. Abbott scientists also continue research on possible new treatments for hepatitis C.

### Additional Therapies in Development

We have several promising, late-stage compounds that fall outside our five therapeutic areas of focus. They include *Simdax* (levosimendan) for heart failure, approved in several countries and in clinical development in the U.S. and Europe. *Zemplar Capsules* is under FDA review for treatment of a complication associated with chronic kidney disease.

13