Medical Products Group



Richard A. Gonzalez
President and Chief Operating Officer,
Medical Products Group

In 2004, Abbott's Medical Products Group, now strategically realigned across its eight businesses, delivered its best performance in 10 years.

Abbott 2004 Medical Products Group

## FreeStyle Flash

*FreeStyle Flash* (*FreeStyle Mini* outside the U.S.) is the world's smallest blood glucose monitor and returns an accurate reading with a tiny 0.3 microliter sample in an average of just seven seconds. *FreeStyle Flash* is an example of Abbott's dedication to reducing the inconvenience and pain associated with blood glucose testing.



## Diabetes Care                    Point of Care



## i-STAT

*i-STAT* is a market-leading hand-held analyzer that features a broad test menu. *i-STAT* delivers test results in a few minutes at the patient's bedside, improving outcomes and saving lives.

Abbott 2004 Medical Products Group

## PathVysion and UroVysion

*PathVysion* tests for the HER-2 gene in breast cancer patients to identify candidates for appropriate therapy selection, including Herceptin therapy, a targeted cancer treatment. *UroVysion* is a DNA-based test for bladder cancer.



## Diagnostics

## Molecular

## Architect ci8200



The *Architect ci8200* is a modular diagnostic analyzer that integrates chemistry and immunoassay testing. Its full menu includes testing for cancer, thyroid, fertility, cardiac, therapeutic drugs, drugs of abuse, hepatitis, metabolic, routine chemistries and specific proteins.

## AbbottPrism



*AbbottPrism*, an analyzer designed for high-volume blood centers and blood banks, screens the majority of the world's blood supply.

16

Abbott 2004 Medical Products Group

## Healthy Living

Abbott has expanded its presence in the healthy living category with the acquisition of the *Body for Life*, *Myoplex*, *ZonePerfect* and *AdvantEdge* brands.



*Ensure* provides great-tasting, on-the-go nutrition to help consumers stay healthy, active and energetic. The *Glucerna* family of bars and shakes is specifically designed for people with diabetes.



# Nutritionals

## Infant Nutritionals

Infant Nutritionals includes a broad line of infant formula products, including *Similac Advance* and *Isomil Advance*. *Pedialyte* is the number one pediatrician-recommended oral electrolyte solution in the U.S. for the prevention of dehydration, and *PediaSure* provides balanced nutrition for children.



Abbott 2004 Medical Products Group

## ProGlide and StarClose

*Perclose ProGlide* and *StarClose* enable quick closure of femoral artery access sites after coronary interventions.

## Emboshield

*Emboshield*, under FDA review with the *Xact* stent (both co-developed with MedNova Ltd.), seeks to capture debris dislodged during a carotid artery stenting procedure, reducing the risk of ischemic stroke.



## Spine          Vascular          Animal Health

## PathFinder and InFix

*PathFinder* (far right), a minimally invasive device used in lower back surgery, requires only two small incisions, potentially reducing pain and allowing patients to go home sooner. *InFix*, assembled inside the patient during surgery, allows surgeons to restore spine stability.



## SevoFlo and PropoFlo

*SevoFlo* and *PropoFlo* are anesthesia products used by veterinarians in the operating room.

