# Key Accomplishments in 2004
## Medical Products Group

**Completed more than 80 diagnostic product launches**

Abbott introduced a number of key assays on both the *AxSym* and *Architect* platforms. Abbott expanded its *AxSym* cardiac panel with BNP (B-type natriuretic peptide) and Troponin-I ADV, an improved troponin assay. Troponin-I was also launched on the *Architect* system. Outside the United States, Abbott completed its hepatitis menu offering on *Architect*.

**Initiated enrollment in ZOMAXX I clinical trial**

In the third quarter, Abbott began enrollment in ZOMAXX I, our international drug-eluting stent trial. The 400-patient, randomized, non-inferiority study is being conducted in more than 30 centers in Europe, Australia and New Zealand.

**Launched *StarClose* outside the U.S.**

Abbott introduced *StarClose*, its novel clip-based closure device, in more than 30 countries outside the United States. The clip-based device enables closure of the femoral artery access site in less than 30 seconds.

**Completed acquisitions of TheraSense, Inc., i-STAT Corp. and Experimental and Applied Sciences, Inc. (EAS)**

The TheraSense acquisition enhances Abbott's diabetes care product offerings with the *FreeStyle* product group, including *FreeStyle Flash*, the world's smallest blood glucose meter, and adds *FreeStyle Navigator*, a continuous blood glucose monitor, to our pipeline. In addition, the acquisition strengthens Abbott's global market position and sales infrastructure.

Abbott further reinforced its commitment to point-of-care diagnostics by acquiring i-STAT. i-STAT is an innovative leader with a proven history in hand-held analyzers, which can provide physicians with critical test results at a patient's bedside.

Abbott expanded its presence in the healthy living nutritionals category through its acquisition of EAS, the maker of the popular *AdvantEdge*, *Body for Life* and *Myoplex* brands of nutritional products.





PathVysion — With her friends and family supporting her, Donna Henagin is on an important mission — to build breast cancer awareness. Three years ago, she was treated with Herceptin therapy for breast cancer after the *PathVysion* test determined it was a viable treatment option that could save her life.

### A promising beginning for our new business model

In 2003, we announced plans to reshape and realign our medical products business for higher growth. We created a new hospital products company in Hospira and created a new operating model at Abbott. We enhanced the Medical Products Group's potential by improving its ability to focus on opportunities in a number of dynamic, high-growth markets. The Medical Products Group now consists of eight distinct units: Abbott Diagnostics, Abbott Diabetes Care, Abbott Point of Care, Abbott Molecular, Ross Products, Abbott Vascular, Abbott Spine and Abbott Animal Health.

The Medical Products Group produced strong financial results in 2004. On April 30, Hospira became an independent company on schedule and according to plan. Our Lake County, Ill., diagnostics manufacturing facilities are operating within their improved quality system, and acquisitions in our blood glucose monitoring, point of care and nutritionals businesses further supported our high-growth strategy.

Our goal is to build billion-dollar businesses in diabetes care, molecular diagnostics and vascular devices — promising health care segments where innovation drives patient preference. We are developing highly sophisticated assays, instrumentation and devices that provide therapeutic alternatives for patients. As we strive to achieve leadership positions in each category, we are growing our core medical products businesses — Ross Products and Abbott Diagnostics — through the introduction of new products, market expansion and targeted acquisitions.

### Diagnostics: building momentum through new product launches

Abbott diagnostic products are used to diagnose and monitor patients around the world in what is today an $11 billion global diagnostics market. Worldwide, Abbott maintains the number one position in the immunoassay segment. With the largest installed base of immunoassay instruments in the global diagnostics market — nearly 50,000 — Abbott has a presence in virtually every lab and hospital around the world. Moreover, Abbott has one of the broadest menus of immunoassays with 185 different menu items covering 11 therapeutic areas, including cardiac, infectious diseases and cancer. In addition, Abbott tests are used to screen the majority of the world's blood supply.

In 2004, we focused our efforts on more than 80 product launches. We introduced *AxSym* BNP (B-type natriuretic peptide), expanding our cardiac menu and providing customers with an alternative to diagnose and assess the severity of heart failure. Abbott also launched Troponin-I assays for both the *Architect* and *AxSym* systems to aid in the diagnosis of heart attacks and launched new assays for the *AxSym* system, including two hepatitis tests in the U.S.

In addition to menu expansion, Abbott's diagnostics division focused on improving the workflow of laboratory customers. The *Architect ci8200* system integrates immunoassay and clinical chemistry modules, facilitating workflow consolidation and boosting overall laboratory productivity.

At the American Association of Clinical Chemistry conference, we showcased the *Architect ci8200*, three hematology analyzers in development and several diagnostic products designed to improve laboratory workflow efficiency. The *Architour*, a unique mobile sales and marketing campaign, brought the *Architect ci8200* on a customized semitrailer directly to customers — giving laboratory personnel first-hand experience with the instrument. The *Architour* traveled more than 60,000 miles, reaching nearly 3,000 U.S. customers at hundreds of sites.

Although 2004 was a transition year, we made significant progress toward resuming upward sales momentum in our U.S. diagnostics business. We expect still better performance in 2005 and beyond as we work to increase market share by accelerating *Architect* placements and launching new assays to expand menus on the *Architect* and *AxSym* systems.

< *PathVysion* Patient - New York, New York



Body for Life — Kelly Adair entered the *Body for Life* Challenge through her local gym. Adding regular exercise, incorporating a better diet and choosing *Body for Life* shakes and bars made a significant impact on her life. She lost 25 pounds and has since changed careers to become a personal trainer.

### Abbott Diabetes Care: adding TheraSense; strengthening our market presence

Abbott Diabetes Care is developing products to reduce the discomfort and inconvenience of blood glucose monitoring. We made important strides in 2004, introducing systems that are easier to use, require less blood and provide faster results.

We launched the new *Precision Xceed* blood glucose monitoring system, which features a small, compact meter design and simple three-button interface. Both the *Precision Xceed* and the *Precision Xtra* utilize our new test strip, which provides results in 10 seconds and requires 40 percent less blood than previous versions.

We acquired TheraSense, Inc., a leader in developing blood glucose self-monitoring devices that require very small blood samples to deliver rapid test results, virtually pain free.

TheraSense provides a strong product line and new advanced technology to our diabetes care business. The acquisition added leading marketed products to our portfolio including *FreeStyle Flash* (*FreeStyle Mini* outside the U.S.), the world's smallest glucose monitor. With the TheraSense acquisition, Abbott now holds the number three position in the large and growing blood glucose testing market. To build on that position, we are maximizing Abbott's global sales infrastructure to market both MediSense and TheraSense products to diabetes patients worldwide.

TheraSense also brought us *FreeStyle Navigator*, a continuous glucose monitoring system that is designed to monitor patient glucose levels 24 hours a day. *FreeStyle Navigator* is currently in development and has the potential to usher in a new era of diabetes management.

*FreeStyle Navigator* is designed to enable patients to monitor glucose levels every 60 seconds through a patch worn on the arm or abdomen that samples interstitial fluid. The sensor transmits results to a wireless receiver that can be placed in a pocket or purse, or worn on a belt. Under development to measure glucose levels continuously and accurately without multiple skin punctures, *FreeStyle Navigator* has the potential to provide a new level of convenience and efficacy benefitting diabetes patients and the health care system in general.

### Abbott Point of Care: improving patient care; solidifying Abbott's point-of-care presence

The January 2004 acquisition of i-STAT Corp. demonstrated Abbott's commitment to transforming the medical products group into a higher-growth business focused on new technologies to improve patient care. i-STAT, a leading manufacturer of point-of-care diagnostic systems, secures Abbott's access to one of the industry's leading platforms and broadest product menus. Our complete point-of-care portfolio — which includes *Precision PCx* and *PrecisionWeb*, leading products in glucose measurement in hospitals — gives Abbott the broadest presence in the rapidly growing point-of-care market.

The *i-STAT* system provides physicians with the information they need to make life-saving decisions at the patient's bedside. It offers simple, accurate and reliable technology that delivers rapid results without transporting samples to a central laboratory. The increasing demand for faster turnaround of laboratory tests makes point of care an attractive commercial opportunity. Our goal is to improve patient outcomes in the acute setting through the development of new assays and systems.

One such assay launched in 2004 was the *i-STAT* Troponin-I test. Troponin-I is a protein that is released from dead or severely injured heart cells during a cardiac event.







StarClose — When chest pain sent John Mitchell to the hospital for a cardiac procedure, his physician used Abbott's new *StarClose* vessel closure device to seal the incision site in the femoral artery, allowing John to begin his recovery almost immediately.

The *i-STAT* Troponin-I test helps hospital emergency departments meet the American College of Cardiology and American Heart Association guidelines for patients presenting with chest pain. In 10 minutes, from a single drop of blood, the *i-STAT* analyzer provides results with the sensitivity needed to respond with immediate, life-saving therapy.

In 2005, we plan to launch new cardiac assays on the *i-STAT* analyzer, such as BNP and CK-MB (Creatine Kinase MB), which will offer physicians better information, faster.

## Abbott Molecular: adding capabilities; enhancing disease detection

In molecular diagnostics, we are enhancing our capabilities in oncology, infectious diseases and other categories where genomic markers offer significant advantages in detection, therapy monitoring and testing for predisposition of disease.

Proprietary FISH (fluorescence *in situ* hybridization) technology is the basis for our non-invasive *UroVysion* test for early detection of the recurrence of bladder cancer. We received FDA approval to expand our *UroVysion* claims to include initial diagnosis of bladder cancer in patients with hematuria (blood in the urine). This represents a much broader indication with significantly higher sales potential. Our other FISH-based assay, *PathVysion*, tests for the HER-2 gene in breast cancer patients to identify appropriate candidates for cancer therapy selection.

We are also working on FISH-based assays to detect other forms of cancer. Because this technology has the potential to detect cancers earlier at the genetic level, these tests may offer better alternatives and outcomes for patients. Furthest along in development is a FISH-based test to non-invasively detect cervical cancer. Abbott expects to seek FDA approval for this test within the next few years.

In 2005, Abbott will launch new molecular-based systems and assays to automate real-time PCR (polymerase chain reaction) tests focusing on infectious diseases, which represent nearly 50 percent of the molecular diagnostics market. We are developing new molecular-based assays and automated systems for HIV, hepatitis B and C and chlamydia/gonorrhea, among others.

Success in the rapidly growing molecular segment complements Abbott's leadership position in the global diagnostics market. Most importantly, patients will benefit from more sophisticated genomic technology that provides better information to physicians and caregivers earlier in the disease process.

## Ross Nutritionals: building the healthy living segment; expanding the product portfolio

Ross holds a leading position in the nutritional market segment with strong consumer brands — *Similac Advance* and *Isomil Advance* in pediatric nutritionals; *Ensure* and *ZonePerfect* for healthy, active adults; and *Glucerna* for people with diabetes. With a greater focus on consumer marketing, Ross is maximizing the strength of its core brands and leveraging its $500 million healthy living market presence.

In 2004, Abbott strengthened its position in the healthy living category with the addition of Experimental & Applied Sciences, Inc. (EAS), the maker of *AdvantEdge, Myoplex* and *Body for Life* brands. This acquisition accelerates Ross' entry into the important weight management and sports performance segments and increases our market presence in the balanced nutrition segment.

## Abbott Vascular: advancing stent technologies; providing new alternatives

In 2004, we advanced our goal of becoming a leader in vascular products. Of particular note, we initiated the enrollment of ZOMAXX I, a clinical trial of our drug-eluting stent, outside of the U.S.

< *StarClose* Patient - London, England

Abbott 2004 Medical Products Group



PathFinder — Following a workplace injury, Reginald Peguese's doctor used *PathFinder* to repair damage to his spine. This minimally invasive device provided a quicker recovery, allowing Reginald to return to his normal routine, such as getting a cup of coffee and catching up on a good book.

Conducted in more than 30 centers in Europe, Australia and New Zealand, the trial investigates the performance of a novel stent platform that integrates three proprietary Abbott technologies: our innovative *TriMaxx* stent, which features a stainless steel and tantalum composite material that combines strength with high visibility to facilitate ease of positioning; ABT-578, our internally developed immunosuppressant drug; and *Pharmacoat*, a unique formulation of phosphorylcholine polymer coating that has been optimized to deliver a sustainable drug concentration to the vessel wall. Preliminary data suggest that our drug-eluting stent platform has the potential to be competitive in this growing $5 billion market.

In our vessel closure business, we added *Perclose ProGlide*, featuring a monofilament suture, which is favored by surgeons for vascular repair. We also introduced an entirely new clip-based technology that facilitates closure of the femoral artery access site after diagnostic and interventional procedures. Our novel *StarClose* device enables a secure, reliable close in less than 30 seconds and is intended to replace manual compression. Abbott launched *StarClose* outside the U.S. in 2004 and we plan a U.S. launch in 2005.

In our endovascular business, we completed our SECuRITY trial, testing the combination of the *Xact* stent and *Emboshield* device (co-developed with MedNova Ltd.). The *Emboshield* filter was developed to prevent plaque that may be released during carotid artery stenting from reaching critical organs, including the brain, reducing the possibility of a stroke. The trial evaluated the technology in patients at high risk for complications from a carotid endarterectomy, the surgical removal of the artery lining, which is the standard of care. The data demonstrate that carotid stenting with embolic protection is a viable alternative to this surgery, enabling patients to enjoy quicker recovery times from a less invasive procedure.

Early in 2005, we initiated a groundbreaking trial to investigate minimally invasive carotid artery stenting in patients with carotid artery disease who have not displayed symptoms of stroke and who normally would be referred for surgery. An indication for this patient group could expand the market significantly. The *Xact* stent and *Emboshield* device were submitted to the FDA for approval in the second half of 2004, with an expected U.S. launch in 2005.

### Abbott Spine: acquiring new technologies; preserving surgical options

In 2003, Abbott acquired Spinal Concepts (now called Abbott Spine), which offers a broad, highly innovative product portfolio. One example is *PathFinder*, which allows a surgeon to perform spinal procedures less invasively, reducing the recovery time associated with traditional operating techniques. Another Abbott Spine innovation, *InFix,* is a modular, interbody spacer that is assembled in the patient during the procedure, enabling the surgeon to more closely restore the patient's anatomy and provide stability to the lower spine.

As the spinal market transitions from fusion technologies to motion-preserving devices, Abbott Spine is advancing its pipeline to include emerging motion-preserving technologies, including dynamic stabilization and artificial discs. Abbott's 2004 acquisition of Spine Next S.A., provides access to exciting non-fusion technology. For example, the *Wallis System* is a novel spinal implant for treating degenerative disc disease without fusing the vertebrae. Currently available outside the U.S., Abbott will initiate U.S. clinical trials in 2005.

### Abbott Animal Health: providing veterinary surgical products; improving animal care

For more than a decade, Abbott Animal Health has been applying Abbott's fundamental strengths in human health to advance veterinary medicine. With key branded products that include *SevoFlo, PropoFlo, HemaBlock* and *Nexaband*, our growth strategy is to expand our presence in the $5 billion companion animal market. Abbott offers a complete line of anesthesia and critical care products in the U.S. and in a number of international markets.

