Pharmaceutical Products Group



Jeffrey M. Leiden, M.D., Ph.D.
President and Chief Operating Officer,
Pharmaceutical Products Group,
Chief Scientific Officer

In 2004, Abbott's Pharmaceutical Products Group, which combines a promising pipeline with a growing portfolio of leading brands, delivered another year of double-digit sales growth.

Abbott 2004 Pharmaceutical Products Group



*Humira* is a biologic therapy used by patients around the world to reduce the often painful and disabling symptoms of rheumatoid arthritis (RA). *Humira* is easy to use — self administered at home just twice a month by pre-filled syringe.

Abbott is pursuing six additional indications for *Humira*, its biologic therapy marketed for RA. In 2004, we submitted regulatory applications for early RA and psoriatic arthritis.

- Early RA
- Psoriatic arthritis
- Psoriasis
- Crohn's disease
- Juvenile RA
- Ankylosing spondylitis



Abbott 2004 Pharmaceutical Products Group

*Synthroid* remains the number-one-prescribed treatment for thyroid disease; millions of patients and physicians have relied on *Synthroid* for half a century.

*Tarka* is a combination calcium channel blocker and angiotensin-converting enzyme (ACE) inhibitor for reducing high blood pressure.




TriCor          Synthroid          Tarka

*TriCor* is the market-leading fibrate for reducing cholesterol and high triglycerides. We received FDA approval in 2004 for an improved *TriCor* that brings benefits to patients with certain lipid disorders. *TriCor* can now be taken with or without food, increasing convenience for patients.



Abbott 2004 Pharmaceutical Products Group

*Kaletra* remains the world's most prescribed HIV protease inhibitor due to its excellent efficacy and long-term viral suppression. Data show that HIV patients new to therapy, taking a *Kaletra*-based regimen experienced no resistance through six years in clinical trials.




# Kaletra     Biaxin XL     Omnicef

*Biaxin XL* is our antibiotic for the treatment of upper and lower respiratory tract infections.



*Omnicef* is one of the fastest-growing antibiotics on the market today.



Abbott 2004 Pharmaceutical Products Group

*Zemplar* is an intravenous therapy for the treatment of secondary hyperparathyroidism, a complication associated with chronic kidney failure.



Depakote ER            Zemplar            Ultane

*Depakote ER*, the once-a-day version of *Depakote*, is indicated for epilepsy and migraine prevention and is under FDA review for bipolar disorder. *Depakote* is a leading therapy for epilepsy and bipolar disorder, as well as a treatment for the prevention of migraine headaches.



*Ultane (Sevorane)* is a unique inhalation anesthetic for inpatient and outpatient procedures for both children and adults.



32