# Key Accomplishments in 2004
## Pharmaceutical Products Group

**Achieved double-digit sales growth in the Pharmaceutical Products Group**

For the full year 2004, Abbott's global Pharmaceutical Products Group achieved more than 16 percent sales growth. Abbott's U.S. pharmaceuticals business has consistently achieved strong double-digit sales growth in each of the last four years. In 2004, we achieved full-year sales growth in the U.S. of nearly 16 percent.

**Submitted seven regulatory applications to the U.S. Food and Drug Administration (FDA)**

In 2004, we submitted seven regulatory applications to the FDA, including new drug applications for *Xinlay* for prostate cancer and *Zemplar Capsules* for secondary hyperparathyroidism; supplemental biologics license applications for two new *Humira* indications — early RA and psoriatic arthritis; and supplemental new drug applications for *Depakote ER* for bipolar disorder and *Kaletra* once-daily dosing. Our joint venture, TAP, also submitted a new drug application for febuxostat, for chronic gout.

**Launched new *TriCor* for high triglycerides and cholesterol**

We received FDA approval for an improved formulation of *TriCor*, which brings several benefits to patients with certain lipid disorders, including providing the same therapeutic benefit as the previous *TriCor*, but at a lower dose. Most importantly, *TriCor* can now be taken with or without food, increasing convenience for patients.

**Continued the successful worldwide launch of *Humira***

*Humira*, a biologic therapy for treating the often painful and disabling symptoms of rheumatoid arthritis is now launched in nearly 60 countries around the world. Patient demand for *Humira* continues to exceed our expectations. We are pursuing six additional indications for *Humira* that could expand its potential benefit to thousands of patients.

**Maintained *Synthroid* as the most prescribed thyroid therapy**

Though generic competition to *Synthroid* emerged in 2004, patients and physicians continue to choose *Synthroid*. Millions of patients have relied on *Synthroid* for half a century; the product is one of the least expensive medications — branded or generic — on the market today.





Humira — Kiki Armijo was diagnosed with severe rheumatoid arthritis at the age of 20, halting the pursuit of her professional acting career. After developing resistance to another therapy, Kiki was prescribed *Humira*, and started feeling better within weeks of treatment.

## Pharmaceuticals today: a vital, global business

Over the past five years, we transformed our pharmaceuticals business to focus on leading-edge science and novel, breakthrough medicines that improve patient health.

We have expanded our presence around the world and doubled our R&D capacity — instrumental in developing our self-sustaining, industry-competitive and balanced pipeline. With cutting-edge R&D capabilities in biologics and small molecules, Abbott combines the best tools in medical science to benefit millions of people.

Our research focuses on five disease areas: immunology; oncology; neuroscience and pain management; metabolics; and infectious diseases. Our emphasis on specialty-focused areas provides hope for patients, many of whom suffer from diseases, such as prostate cancer and congestive heart failure, which have not benefitted from new treatment options in decades. Our objective is straightforward: translating science into lasting contributions to improve health.

We're seeing the results in our performance. Abbott's U.S. pharmaceuticals business has consistently achieved strong double-digit sales growth in each of the last four years. We have numerous global brands that each have annual sales potential of more than $500 million, and a late-stage pipeline of novel products that offer considerable promise for patients.

## Marketed products: a portfolio of performers

Abbott's core pharmaceutical franchises delivered solid results in 2004, including the success of *Humira, TriCor, Kaletra, Omnicef* and Mobic.

## *Humira*: realizing its promise around the world

*Humira* is the latest treatment approved by the U.S. Food and Drug Administration (FDA) to control the signs and symptoms and slow the progression of rheumatoid arthritis (RA). A biologic therapy, *Humira* works by helping the body's immune system slow the inflammation process and stop joint deterioration. It's easy to use — *Humira* is self-administered at home just twice a month by pre-filled syringe.

After its initial approval in Europe, *Humira* is now approved in nearly 60 countries. Both physicians and patients outside of the United States are realizing the promise of biologics such as *Humira*, and the market is growing substantially as a result.

In the U.S., *Humira's* market share continues to climb — representing approximately 30 percent of new self-injectable prescriptions written for RA.

## New *TriCor*: better benefits for patients

*TriCor* is Abbott's leading treatment for cholesterol and high triglycerides. At the end of 2004, we received FDA approval for an improved formulation of *TriCor* that brings benefits to patients with certain lipid disorders.

New *TriCor* was developed using nanoparticle technology, which allows the medicine to dissolve faster in the body for easier absorption. The new tablets are just as safe and effective as the previous tablets, but are now offered at a lower dosage strength. Most important, *TriCor* can now be taken with or without food, increasing convenience for patients.

In clinical trials, we are researching the benefits of *TriCor* in combination with existing lipid-lowering therapies. We expect that *TriCor* will remain a valuable therapy for years to come.

*< Humira* Patient - Los Angeles, California

Abbott 2004 Pharmaceutical Products Group



TriCor — Suffering from diabetes for 35 years, Oralia Flores also has high cholesterol and triglycerides. Her cardiologist prescribed *TriCor* to help reduce her lipids. Most recently, Oralia switched to new *TriCor* tablets, which she takes in combination with a statin, further improving her lipid profile.

### *Kaletra*: a leading HIV therapy worldwide

*Kaletra* remains the leading protease inhibitor treatment for HIV around the world. HIV can now be treated as a chronic disease, therefore, long-term viral suppression and tolerability are vital for patient compliance. *Kaletra* meets these criteria.

We presented data that showed HIV patients new to therapy taking a *Kaletra*-based regimen experienced no resistance through six years of therapy. And, the majority of these *Kaletra* patients maintained an undetectable amount of HIV in the blood. These results are important because resistance — what happens when a drug's performance against HIV is no longer effective — is the leading cause of HIV treatment failure. The data demonstrate *Kaletra's* ability to meet the pressing needs in HIV therapy for the long term. In addition, we submitted an application to regulatory authorities for once-daily dosing of *Kaletra* and in 2005 plan to file a regulatory application for a reduced pill count formulation, further improving patient convenience.

### Additional therapies: contributing to patient health

*Omnicef* is one of the fastest-growing antibiotics in the U.S. We shared data that showed children taking *Omnicef* were more likely to finish their course of therapy and preferred the taste of *Omnicef* when compared to a leading competitive product. In 2004, the FDA approved a new 250 mg/5mL dosage, allowing parents to administer fewer teaspoons per dose to their children.

*Tarka* is a best-in-class combination therapy for hypertension. During the year, we obtained global manufacturing rights for *Tarka* and expanded our marketing rights to include all international markets, except Japan.

*Depakote* is a leading therapy for epilepsy and bipolar disorder, as well as a treatment for migraine headaches. *Depakote ER* is our once-daily formulation currently indicated for epilepsy and migraine headaches; we submitted a new drug application to the FDA for bipolar disorder at the end of 2004.

As anticipated, generic competition to *Synthroid*, our well-established thyroid medication, emerged in 2004. Nonetheless, patients and physicians continue to choose *Synthroid* despite the availability of generic therapies. In fact, the number of patients continuing on *Synthroid* exceeded our expectations — a testament to the brand's loyalty among patients and physicians. Millions of patients have relied on *Synthroid* for half a century; it is one of the least expensive medications — branded or generic — on the market today.

Demand for Mobic, a treatment for pain associated with osteoarthritis and rheumatoid arthritis, increased significantly in 2004 following the market withdrawal of a competitive pain product. Abbott distributes Mobic through its strategic alliance with Boehringer Ingelheim Pharmaceuticals, Inc.

In our TAP joint venture, both *Prevacid* and *Lupron* experienced challenging market dynamics in 2004. *Prevacid* treats acid reflux, the disease that causes heartburn. New products, such as *Prevacid SoluTab*, an orally dissolving tablet, and *Prevacid IV*, for the hospital market, are representative of efforts to enhance the leadership position of *Prevacid*.

*Lupron* is used to decrease the body's production of specific hormones. It treats advanced prostate cancer, as well as endometriosis, fibroids and early puberty. *Lupron* maintained its leading market share in 2004 due in part to product advantages, such as state-of-the-art time-release dosing and a delivery method that is more comfortable for patients.

*TriCor* Patient - McAllen, Texas >







Depakote ER — Alexander Deckard, a teenager who loves to fish, wasn't enjoying school because his epilepsy medication was interfering with his cognitive skills. Alexander switched to *Depakote ER*, and he is enjoying school once again.

## Abbott science: providing hope for patients

The transformation of Abbott's Pharmaceutical Products Group has led to the success of our marketed products and to the quality of our pipeline. Through the advancement of leading-edge science, we will sustain our business for years to come. It's already yielding results — our late-stage pipeline is poised to deliver more than 10 new medicines or new indications in the next several years.

### *Humira's* promise grows with additional indications

Currently marketed for rheumatoid arthritis (RA), *Humira* has the potential to treat several autoimmune diseases, such as psoriasis, a chronic skin disorder and Crohn's disease, inflammation of the gastrointestinal tract. Each of *Humira's* additional indications represents a relatively low-risk, late-stage opportunity to expand benefits to potentially thousands of new patients.

In 2004, we submitted data to the FDA for approval of two of these indications, psoriatic arthritis and early RA. Results for psoriatic arthritis show that *Humira* works rapidly, achieving significant improvement in signs and symptoms of both joints and skin. In early RA, we found that treatment with *Humira* in combination with methotrexate in patients who have had RA for less than three years provided favorable outcomes versus conventional therapy, treating the disease before irreversible joint damage occurs.

Abbott shared impressive clinical data throughout the year for several other indications, including psoriasis, juvenile RA, Crohn's disease and ankylosing spondylitis (arthritis of the spine). Highlights include *Humira* psoriasis data, which demonstrated relief of symptoms and improvement in severity of the disease. *Humira* also showed strong potential for the treatment of Crohn's disease.

## Oncology: new hope for men with prostate cancer

*Xinlay* is a novel, oral, once-daily, investigational treatment for prostate cancer, a disease for which there are very few treatment options available. About 230,000 men in the U.S. this year will be diagnosed with prostate cancer and nearly 30,000 will die from the disease.

*Xinlay* is a non-hormonal, non-chemotherapy agent designed to inhibit endothelin, a protein in the body that signals prostate cancer cells to grow and spread. Late in 2004, we submitted a new drug application to the FDA seeking approval for the use of *Xinlay* in men with advanced (metastatic), hormone-refractory prostate cancer. A second trial is underway studying *Xinlay* in men with less advanced (non-metastatic) disease. We are also evaluating its role in early prostate cancer prior to hormone therapy and other cancer types.

Other cancer compounds progressing in the pipeline include ABT-510, a first-in-class angiogenesis inhibitor to delay tumor growth, and ABT-751, an anti-mitotic, which inhibits the replication of cancer cells by interfering with cell division.

### *Zemplar Capsules*: treating a growing epidemic

More than 20 million Americans have chronic kidney disease and an additional 20 million are at risk, creating what the National Institutes of Health describes as a "growing epidemic." When kidneys begin to fail, they lose their ability to activate vitamin D obtained through diet and other sources. As a result, many kidney patients develop secondary hyperparathyroidism (SHPT) which, if left untreated, can affect vital organs and cause bone disease.

*Zemplar Capsules* is a promising treatment we submitted for regulatory approval in the summer of 2004 for the treatment of SHPT in stage three and four chronic kidney disease (CKD) patients (before they require dialysis). Physicians today have

Abbott 2004 Pharmaceutical Products Group



Tarka — In Jose Villanuova's family, diabetes and high blood pressure are prevalent. So, after he was diagnosed with diabetes 15 years ago, Jose got serious about improving his health. He started eating better and exercising. And he was prescribed *Tarka* to reduce his high blood pressure.

limited options to treat this stage of the disease. Abbott shared pivotal clinical trial data in 2004 showing patients treated with *Zemplar Capsules* had a significant and sustained reduction in parathyroid hormone levels.

*Zemplar Capsules* is an oral formulation of *IV Zemplar*, which is currently marketed for stage five (end-stage) kidney disease patients with SHPT who require dialysis. *IV Zemplar* is considered the standard of care in the U.S. for dialysis patients with SHPT.

### Promising science: additional medical advances to improve health

Also in development is ABT-874, a fully human anti-interleukin-12 (IL-12) monoclonal antibody Abbott is evaluating for the treatment of multiple sclerosis, psoriasis and Crohn's disease. Designed to target and neutralize IL-12, a protein known to mediate inflammation, ABT-874 has the additional advantage of convenient, self-injection dosing.

*Simdax* (levosimendan), a calcium sensitizing agent with vasodilatory properties, is a novel therapy for the treatment of decompensated heart failure. It is approved in several countries outside of the U.S. and is in late-stage clinical development in the U.S. and Europe. Clinical studies are underway to evaluate its ability to relieve heart failure symptoms.

We plan to communicate new late-stage data on *Simdax* in the second half of 2005. A study evaluating a potential mortality benefit for levosimendan is currently underway with heart failure patients in Europe, which could expand the product's usage.

We have several other therapies in early development at Abbott. These include compounds for the treatment of pain and cognitive disorders such as Alzheimer's disease and schizophrenia; as well as treatments for infectious diseases, such as hepatitis C; and early work in diabetes and metabolics.

### Two important treatments in late-stage development at TAP

Febuxostat, in development at TAP, our joint venture with Takeda Pharmaceutical Company Ltd., is expected to represent a new choice for the treatment of high uric acid levels associated with gout. Gout is a chronic condition in which excessive uric acid accumulates in the joints, forming crystals and causing painful inflammation. There have been no new treatments for chronic gout in almost 40 years in the U.S.

In clinical trials, febuxostat was found to be effective in the treatment of gout patients with high uric acid levels. Submitted to the FDA at the end of 2004, TAP hopes to launch this important new medicine in 2005.

Another TAP compound, asoprisnil, is an oral medication that could change the way women are treated for uterine fibroids. Fibroids affect up to 40 percent of women of child-bearing age, and currently surgery is the primary treatment option. Asoprisnil seeks to reduce the size of fibroids and menstrual bleeding. TAP expects to submit asoprisnil for FDA approval in 2005.

As we realize the promise of our late-stage pipeline, our global R&D organization continues to pioneer new technologies to serve patients. Today, Abbott is poised to introduce more new products in the coming years than ever before.



Abbott 2004 Annual Report

# Expanding Patient Access

## Expanding access to those in need — the poor, the uninsured and the elderly — was the focus of our citizenship efforts in 2004.

"I want us to be as passionate about finding solutions to the problems of access as we are about the breakthrough discoveries that make the issue of access so important. In the final analysis, the life-saving, life-enhancing therapies and medicines we provide should be available to everyone who needs them." *Miles D. White, Chairman of the Board and Chief Executive Officer*

### Access to medicines

We help patients access our products through our Patient Assistance Program and *Humira* Medicare Assistance Program, which provided more than 200,000 patients in financial need with free medicine valued at more than $235 million in 2004. We also expanded our Medicare assistance coverage this year to include cost savings on Abbott medicines for chronic conditions, including thyroid disease, high blood pressure, high cholesterol, epilepsy and bipolar disorder.

Abbott participates in industry-wide efforts to help low-income, uninsured or underinsured patients access free or discounted medications. We joined with major pharmaceutical companies to launch the Partnership for Prescription Assistance (PPA) and various state product access initiatives. These programs are designed to educate patients on the more than 275 public and private patient-assistance programs supported by the industry. More information on PPA can be found at **www.pparx.org**.

We continue to participate in the Together Rx program, which has provided 1.4 million qualified seniors with discounts on drugs valued at more than $575 million through 2004. We also participate in Together Rx Access, which provides the uninsured with discounts on more than 275 drugs.

### Fighting HIV/AIDS globally

Abbott and the Abbott Fund are investing $100 million over five years in programs that help developing countries fight HIV/AIDS. These programs, known as the Abbott Global Care Initiatives, take a comprehensive approach to combat stigma and discrimination; expand access to testing and treatment; prevent mother-to-child transmission of HIV; strengthen health care infrastructure; and deliver services to orphans impacted by HIV/AIDS.

For example, through the *Step Forward* program in India, the Abbott Fund collaborated with the International HIV/AIDS Alliance to provide home-based care, education, nutrition, counseling and vocational training to more than 47,000 children and families. Overall, more than 130,000 children and families in India, Romania, Tanzania and Burkina Faso received services through *Step Forward* in 2004.

Our Tanzania Care program is aimed at modernizing the country's public health care facilities and systems, and improving services and access to care for people living with HIV/AIDS.

Our work includes the construction of a modern outpatient treatment center and the renovation of a state-of-the-art laboratory at Muhimbili National Hospital in Dar es Salaam. Both will be operational in 2005. Counseling and HIV testing services and facilities have been introduced at 77 urban and rural locations throughout Tanzania.

### Tsunami relief efforts

During the year, we responded to humanitarian crises, including disaster relief, special medical missions and product donations valued at $46 million to assist individuals in 84 countries. In December 2004 and January 2005, Abbott donated $5.5 million in funds, prescription medicines and nutritionals to aid victims of the earthquake and tsunami in Asia and Africa.

For more information visit **www.abbott.com/citizenship** and read our global citizenship report.

---

After losing their parents to AIDS, 5-year-old Sarojini and her 7-year-old brother Gopi were adopted by a family in their community in Tenali, Andrea Pradesh, India. Partnering with local agencies, the Abbott Fund's *Step Forward* program is supporting groundbreaking efforts to introduce adoption and foster care initiatives for children affected by HIV/AIDS in India.

42

