# 2004 Financial Report

Abbott 2004 Annual Report

.

46  Consolidated Statement of Earnings

47  Consolidated Statement of Cash Flows

48  Consolidated Balance Sheet

50  Consolidated Statement of Shareholders' Investment

51  Notes to Consolidated Financial Statements

62  Management Report on Internal Control Over Financial Reporting

63  Reports of Independent Registered Public Accounting Firm

64  Financial Instruments and Risk Management

65  Financial Review

74  Summary of Selected Financial Data

76  Shareholder and Corporate Information

Abbott 2004 Annual Report

## Consolidated Statement of Earnings

*(dollars and shares in thousands except per share data)*

| Year Ended December 31 | 2004 | 2003 | 2002 |
|---|---|---|---|
| Net Sales | $19,680,016 | $17,280,333 | $15,279,537 |
| Cost of products sold | 8,884,157 | 7,774,239 | 6,820,501 |
| Research and development | 1,696,753 | 1,623,752 | 1,474,537 |
| Acquired in-process research and development | 279,006 | 100,240 | 107,700 |
| Selling, general and administrative | 4,921,780 | 4,808,090 | 3,724,855 |
| Total Operating Cost and Expenses | 15,781,696 | 14,306,321 | 12,127,593 |
| Operating Earnings | 3,898,320 | 2,974,012 | 3,151,944 |
| Net interest expense | 149,087 | 146,365 | 205,479 |
| (Income) from TAP Pharmaceutical Products Inc. joint venture | (374,984) | (580,950) | (666,773) |
| Net foreign exchange (gain) loss | 29,059 | 57,048 | 71,184 |
| Other (income) expense, net | (30,442) | (35,602) | 221,067 |
| Earnings from Continuing Operations Before Taxes | 4,125,600 | 3,387,151 | 3,320,987 |
| Taxes on Earnings from Continuing Operations | 949,764 | 882,426 | 773,982 |
| Earnings from Continuing Operations | 3,175,836 | 2,504,725 | 2,547,005 |
| Earnings from Discontinued Operations, net of taxes | 60,015 | 248,508 | 246,698 |
| Net Earnings | $ 3,235,851 | $ 2,753,233 | $ 2,793,703 |
| | | | |
| Basic Earnings Per Common Share — | | | |
| Continuing Operations | $ 2.03 | $ 1.60 | $ 1.63 |
| Discontinued Operations | 0.04 | 0.16 | 0.16 |
| Net Earnings | $ 2.07 | $ 1.76 | $ 1.79 |
| | | | |
| Diluted Earnings Per Common Share — | | | |
| Continuing Operations | $ 2.02 | $ 1.59 | $ 1.62 |
| Discontinued Operations | 0.04 | 0.16 | 0.16 |
| Net Earnings | $ 2.06 | $ 1.75 | $ 1.78 |
| | | | |
| Average Number of Common Shares Outstanding | | | |
| Used for Basic Earnings Per Common Share | 1,560,557 | 1,562,815 | 1,560,956 |
| Dilutive Common Stock Options | 10,054 | 9,054 | 12,337 |
| Average Number of Common Shares Outstanding | | | |
| Plus Dilutive Common Stock Options | 1,570,611 | 1,571,869 | 1,573,293 |
| | | | |
| Outstanding Common Stock Options Having No Dilutive Effect | 44,005 | 57,706 | 22,588 |

*The accompanying notes to consolidated financial statements are an integral part of this statement.*

## Consolidated Statement of Cash Flows

*(dollars in thousands)*

| Year Ended December 31 | 2004 | 2003 | 2002 |
|---|---|---|---|
| Cash Flow From (Used in) Operating Activities of Continuing Operations: | | | |
| Net earnings | $ 3,235,851 | $ 2,753,233 | $ 2,793,703 |
| Less: Earnings from discontinued operations, net of taxes | 60,015 | 248,508 | 246,698 |
| Earnings from continuing operations | 3,175,836 | 2,504,725 | 2,547,005 |
| Adjustments to reconcile earnings from continuing operations | | | |
| to net cash from operating activities of continuing operations — | | | |
| Depreciation | 840,591 | 769,403 | 705,785 |
| Amortization of intangibles | 448,109 | 358,036 | 337,838 |
| Acquired in-process research and development | 279,006 | 100,240 | 107,700 |
| Investing and financing (gains) losses, net | 47,400 | 76,755 | 93,523 |
| Trade receivables | (588,575) | (121,702) | (142,781) |
| Inventories | (285,328) | 101,360 | (156,580) |
| Prepaid expenses and other assets | (431,436) | (333,858) | 280,522 |
| Trade accounts payable and other liabilities | 602,605 | (131,809) | 93,268 |
| Income taxes payable | 217,815 | 62,084 | (212,764) |
| Net Cash From Operating Activities of Continuing Operations | 4,306,023 | 3,385,234 | 3,653,516 |
| | | | |
| Cash Flow From (Used in) Investing Activities of Continuing Operations: | | | |
| Acquisitions of businesses, net of cash acquired | (2,327,821) | (497,914) | (585,999) |
| Acquisitions of property and equipment | (1,291,633) | (1,050,058) | (1,105,445) |
| Purchases of investment securities | (543,292) | (289,432) | (156,078) |
| Proceeds from sales of investment securities | 224,923 | 333,757 | 140,284 |
| Other | 14,433 | 66,465 | 16,570 |
| Net Cash (Used in) Investing Activities of Continuing Operations | (3,923,390) | (1,437,182) | (1,690,668) |
| | | | |
| Cash Flow From (Used in) Financing Activities of Continuing Operations: | | | |
| Proceeds from (repayments of) commercial paper, net | 813,000 | (814,000) | (1,306,000) |
| Proceeds from issuance of long-term debt, net | 1,500,000 | 688,643 | — |
| Repayment of long-term debt | (1,650,000) | — | — |
| Other borrowing transactions, net | 142,998 | (342,570) | 286,872 |
| Purchases of common shares | (499,745) | (97,617) | — |
| Proceeds from stock options exercised | 155,197 | 75,035 | 137,004 |
| Dividends paid | (1,599,770) | (1,515,703) | (1,427,850) |
| Net Cash (Used in) Financing Activities of Continuing Operations | (1,138,320) | (2,006,212) | (2,309,974) |
| | | | |
| Effect of exchange rate changes on cash and cash equivalents | 184,271 | 180,971 | 55,627 |
| | | | |
| Discontinued Operations: | | | |
| Net cash provided by discontinued operations | 101,920 | 167,863 | 338,571 |
| Financing activities of discontinued operations | 700,000 | — | — |
| Net cash provided by discontinued operations | 801,920 | 167,863 | 338,571 |
| Net Increase in Cash and Cash Equivalents | 230,504 | 290,674 | 47,072 |
| Cash and Cash Equivalents, Beginning of Year | 995,124 | 704,450 | 657,378 |
| Cash and Cash Equivalents, End of Year | $ 1,225,628 | $   995,124 | $   704,450 |

*The accompanying notes to consolidated financial statements are an integral part of this statement.*

Abbott 2004 Annual Report

## Consolidated Balance Sheet

*(dollars in thousands)*

| December 31 | | | |
|---|---|---|---|
| Assets | 2004 | 2003 | 2002 |
| **Current Assets:** | | | |
| Cash and cash equivalents | $ 1,225,628 | $ 995,124 | $ 704,450 |
| Investment securities | 833,334 | 291,297 | 261,677 |
| Trade receivables, less allowances of — | | | |
| 2004: $231,704; 2003: $259,514; 2002: $198,116 | 3,696,115 | 3,313,377 | 2,927,370 |
| Inventories — | | | |
| Finished products | 1,488,939 | 1,467,441 | 1,274,760 |
| Work in process | 582,787 | 545,977 | 563,659 |
| Materials | 548,737 | 725,021 | 602,883 |
| Total inventories | 2,620,463 | 2,738,439 | 2,441,302 |
| Deferred income taxes | 1,031,746 | 1,165,259 | 1,022,861 |
| Other prepaid expenses and receivables | 1,080,143 | 1,110,885 | 1,097,690 |
| Assets held for sale | 247,056 | — | — |
| Total Current Assets | 10,734,485 | 9,614,381 | 8,455,350 |
| | | | |
| Investment Securities | 145,849 | 406,357 | 250,779 |
| | | | |
| **Property and Equipment, at Cost:** | | | |
| Land | 338,428 | 356,757 | 335,566 |
| Buildings | 2,519,492 | 2,662,023 | 2,387,583 |
| Equipment | 8,681,655 | 9,479,044 | 8,790,209 |
| Construction in progress | 962,114 | 792,923 | 634,315 |
| | 12,501,689 | 13,290,747 | 12,147,673 |
| Less: accumulated depreciation and amortization | 6,493,815 | 7,008,941 | 6,319,551 |
| Net Property and Equipment | 6,007,874 | 6,281,806 | 5,828,122 |
| | | | |
| Intangible Assets, net of amortization | 5,171,594 | 4,089,882 | 3,919,248 |
| Goodwill | 5,685,124 | 4,449,408 | 3,732,533 |
| Investments in Joint Ventures, Deferred Income Taxes and Other Assets | 952,929 | 1,197,474 | 1,406,648 |
| Assets Held for Sale | 69,639 | — | — |
| | $28,767,494 | $26,039,308 | $23,592,680 |

*The accompanying notes to consolidated financial statements are an integral part of this statement.*

## Consolidated Balance Sheet

*(dollars in thousands)*

| December 31<br>Liabilities and Shareholders' Investment | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Current Liabilities:** | | | |
| Short-term borrowings | $ 1,836,649 | $ 828,092 | $ 1,927,543 |
| Trade accounts payable | 1,054,464 | 1,078,333 | 995,228 |
| Salaries, wages and commissions | 637,333 | 625,525 | 579,689 |
| Other accrued liabilities | 2,491,956 | 2,180,098 | 2,202,477 |
| Dividends payable | 405,730 | 383,352 | 367,345 |
| Income taxes payable | 156,417 | 158,836 | 42,387 |
| Current portion of long-term debt | 156,034 | 1,709,265 | 221,111 |
| Liabilities of operations held for sale | 87,061 | — | — |
| Total Current Liabilities | 6,825,644 | 6,963,501 | 6,335,780 |
| Long-term Debt | 4,787,934 | 3,452,329 | 4,273,973 |
| Post-employment Obligations and Other Long-term Liabilities | 2,606,410 | 2,551,220 | 2,318,374 |
| Liabilities of Operations Held for Sale | 1,644 | — | — |
| Deferred Income Taxes | 220,079 | — | — |
| **Commitments and Contingencies** | | | |
| **Shareholders' Investment:** | | | |
| Preferred shares, one dollar par value | | | |
| Authorized — 1,000,000 shares, none issued | — | — | — |
| Common shares, without par value | | | |
| Authorized — 2,400,000,000 shares | | | |
| Issued at stated capital amount — | | | |
| Shares: 2004: 1,575,147,418; | | | |
| 2003: 1,580,247,227; 2002: 1,578,944,551 | 3,239,575 | 3,034,054 | 2,891,266 |
| Common shares held in treasury, at cost — | | | |
| Shares: 2004: 15,123,800; | | | |
| 2003: 15,729,296; 2002: 15,876,449 | (220,854) | (229,696) | (231,845) |
| Unearned compensation — restricted stock awards | (50,110) | (56,336) | (76,472) |
| Earnings employed in the business | 10,033,440 | 9,691,484 | 8,601,386 |
| Accumulated other comprehensive income (loss) | 1,323,732 | 632,752 | (519,782) |
| Total Shareholders' Investment | 14,325,783 | 13,072,258 | 10,664,553 |
| | $28,767,494 | $26,039,308 | $23,592,680 |

Abbott 2004 Annual Report

## Consolidated Statement of Shareholders' Investment

*(dollars in thousands except per share data)*

| Year Ended December 31 | 2004 | 2003 | 2002 |
|---|---|---|---|
| Common Shares: | | | |
| Beginning of Year | | | |
| Shares: 2004: 1,580,247,227; 2003: 1,578,944,551; 2002: 1,571,816,976 | $ 3,034,054 | $ 2,891,266 | $ 2,643,443 |
| Issued under incentive stock programs | | | |
| Shares: 2004: 6,811,550; 2003: 4,186,710; 2002: 7,331,098 | 208,880 | 118,119 | 202,741 |
| Tax benefit from option shares and vesting of | | | |
| restricted stock awards (no share effect) | 22,871 | 29,980 | 46,755 |
| Retired — Shares: 2004: 11,911,359; 2003: 2,884,034; 2002: 203,523 | (26,230) | (5,311) | (1,673) |
| End of Year | | | |
| Shares: 2004: 1,575,147,418; 2003: 1,580,247,227; 2002: 1,578,944,551 | $ 3,239,575 | $ 3,034,054 | $ 2,891,266 |
| | | | |
| Common Shares Held in Treasury: | | | |
| Beginning of Year | | | |
| Shares: 2004: 15,729,296; 2003: 15,876,449; 2002: 17,286,684 | $ (229,696) | $ (231,845) | $ (252,438) |
| Issued under incentive stock programs | | | |
| Shares: 2004: 605,496; 2003: 147,153; 2002: 1,410,235 | 8,842 | 2,149 | 20,593 |
| End of Year | | | |
| Shares: 2004: 15,123,800; 2003: 15,729,296; 2002: 15,876,449 | $ (220,854) | $ (229,696) | $ (231,845) |
| | | | |
| Unearned Compensation — Restricted Stock Awards: | | | |
| Beginning of Year | $ (56,336) | $ (76,472) | $ (18,258) |
| Issued at market value — | | | |
| Shares: 2004: 589,000; 2003: 130,000; 2002: 1,396,000 | (25,528) | (5,429) | (78,835) |
| Lapses — Shares: 2004: 57,899; 2002: 25,105 | 3,029 | — | 1,362 |
| Amortization | 28,725 | 25,565 | 19,259 |
| End of Year | $ (50,110) | $ (56,336) | $ (76,472) |
| | | | |
| Earnings Employed in the Business: | | | |
| Beginning of Year | $ 9,691,484 | $ 8,601,386 | $ 7,281,395 |
| Net earnings | 3,235,851 | 2,753,233 | 2,793,703 |
| Cash dividends declared on common shares | | | |
| (per share — 2004: $1.04; 2003: $.98; 2002: $.94) | (1,622,148) | (1,531,710) | (1,468,643) |
| Spin-off of Hospira, Inc. | (761,916) | — | — |
| Cost of common shares retired in excess of stated capital amount | (527,197) | (135,390) | (64,066) |
| Cost of treasury shares issued below market value | 17,366 | 3,965 | 58,997 |
| End of Year | $10,033,440 | $ 9,691,484 | $ 8,601,386 |
| | | | |
| Accumulated Other Comprehensive Income (Loss): | | | |
| Beginning of Year | $ 632,752 | $ (519,782) | $ (594,710) |
| Other comprehensive income and spin-off of Hospira, Inc. | 690,980 | 1,152,534 | 74,928 |
| End of Year | $ 1,323,732 | $ 632,752 | $ (519,782) |

*The accompanying notes to consolidated financial statements are an integral part of this statement.*

Notes to Consolidated Financial Statements

Note 1 — Summary of Significant Accounting Policies

*Nature of Business* — Abbott's principal business is the discovery, development, manufacture and sale of a broad line of health care products.

*Concentration of Risk and Guarantees* — Due to the nature of its operations, Abbott is not subject to significant concentration risks relating to customers, products or geographic locations, except that three U.S. wholesalers accounted for 20 percent of trade receivables as of December 31, 2004 and 2003 and 22 percent of trade receivables as of December 31, 2002. Product warranties are not significant.

Abbott has no material exposures to off-balance sheet arrangements; no special purpose entities; nor activities that include non-exchange-traded contracts accounted for at fair value. Abbott has periodically entered into agreements in the ordinary course of business, such as assignment of product rights, with other companies which has resulted in Abbott becoming secondarily liable for obligations that Abbott was previously primarily liable. Since Abbott no longer maintains a business relationship with the other parties, Abbott is unable to develop an estimate of the maximum potential amount of future payments under these obligations. Based upon past experience, the likelihood of payments under these agreements is remote. In addition, Abbott periodically acquires small companies in which Abbott agrees to pay contingent consideration based on attaining certain thresholds.

*Basis of Consolidation* — The consolidated financial statements include the accounts of the parent company and subsidiaries, after elimination of intercompany transactions. The accounts of foreign subsidiaries are consolidated as of November 30, due to the time needed to consolidate these subsidiaries. No events occurred related to these foreign subsidiaries in December 2004, 2003 and 2002 that materially affected the financial position or results of operations.

*Use of Estimates* — The financial statements have been prepared in accordance with generally accepted accounting principles in the United States and necessarily include amounts based on estimates and assumptions by management. Actual results could differ from those amounts. Significant estimates include amounts for sales rebates, income taxes, pension and other post-employment benefits, valuation of intangibles, litigation, stock compensation, and inventory and accounts receivable exposures.

*Revenue Recognition* — Revenue from product sales is recognized upon passage of title and risk of loss to customers (when product is delivered to common carrier for shipment to domestic customers). Provisions for discounts, rebates and sales incentives to customers, and returns and other adjustments are provided for in the period the related sales are recorded. Sales incentives to customers are not material. Historical data is readily available and reliable, and is used for estimating the amount of the reduction in gross sales. Revenue from the launch of a new product, from an improved version of an existing product, or for shipments in excess of a customer's normal requirements are recorded when the conditions noted above are met.

In those situations, management records a returns reserve for such revenue, if necessary. Sales of product rights for marketable products are recorded as revenue upon disposition of the rights. Revenue from license of product rights, or for performance of research or selling activities, is recorded over the periods earned.

*Income Taxes* — Deferred income taxes are provided for the tax effect of temporary differences between the tax bases of assets and liabilities and their reported amounts in the financial statements at the enacted statutory rate to be in effect when the taxes are paid. U.S. income taxes are provided on those earnings of foreign subsidiaries and subsidiaries operating in Puerto Rico under tax incentive grants, which are intended to be remitted to the parent company. Except for dividends that will be remitted under the American Jobs Creation Act of 2004, deferred income taxes are not provided on undistributed earnings reinvested indefinitely in foreign subsidiaries as working capital and plant and equipment. Loss contingency provisions are recorded for the estimated amount of audit settlements under the provisions of Statement of Financial Accounting Standards (SFAS) No. 5, "Accounting for Contingencies."

*Pension and Post-Employment Benefits* — Abbott accrues for the actuarially determined cost of pension and post-employment benefits over the service attribution periods of the employees. With the assistance of outside actuaries, Abbott must develop long-term assumptions, the most significant of which are the health care costs trend rate, discount rate and the expected return on plan assets. Differences between the expected long-term return on plan assets and the actual annual return are amortized over a five-year period. Unrecognized actuarial losses and gains are amortized over the remaining service attribution periods of the employees under the corridor method.

*Valuation of Intangible Assets* — Purchased intangible assets are recorded at fair value. The fair value of significant purchased intangible assets is based on independent appraisals. Abbott uses a discounted cash flow model to value intangible assets. The discounted cash flow model requires assumptions about the timing and amount of future net cash inflows, risk, the cost of capital and terminal values. Intangible assets and goodwill are reviewed for impairment at least on a quarterly and annual basis, respectively.

*Stock-Based Compensation* — Abbott measures compensation cost using the intrinsic value-based method of accounting for stock options and replacement stock options granted to employees. In December 2004, the Financial Accounting Standards Board issued a revised SFAS No. 123, "Share Based Payment," which requires that fair value be recorded in the results of operations beginning no later than July 1, 2005. Restricted stock awards are amortized over their vesting period with a charge to compensation expense.

*Litigation* — Abbott accounts for litigation losses in accordance with SFAS No. 5. Under SFAS No. 5, loss contingency provisions are recorded for probable losses at management's best estimate of a loss, or when a best estimate cannot be made, a minimum loss contingency amount is recorded.

Abbott 2004 Annual Report

## Notes to Consolidated Financial Statements

*Cash, Cash Equivalents and Investment Securities* — Cash equivalents consist of time deposits and certificates of deposit with original maturities of three months or less. Investments in marketable equity securities are classified as available-for-sale and are recorded at fair value with any unrealized holding gains or losses, net of tax, included in Accumulated other comprehensive income (loss). Investments in equity securities that are not traded on public stock exchanges are recorded at cost. Abbott monitors equity investments for other than temporary declines in fair value and charges impairment losses to income when an other than temporary decline in estimated value occurs. Investments in debt securities are classified as held-to-maturity, as management has both the intent and ability to hold these securities to maturity, and are reported at cost, net of any unamortized premium or discount. Income relating to these securities is reported as a component of interest income.

*Inventories* — Inventories are stated at the lower of cost (first-in, first-out basis) or market. Cost includes material and conversion costs.

*Property and Equipment* — Depreciation and amortization are provided on a straight-line basis over the estimated useful lives of the assets. The following table shows estimated useful lives of property and equipment:

| Classification | Estimated Useful Lives |
|---|---|
| Buildings | 10 to 50 years (average 27 years) |
| Equipment | 3 to 20 years (average 11 years) |

*Product Liability* — Provisions are made for probable losses that are not covered by product liability insurance. Abbott carries third-party insurance coverage in amounts that reflect historical loss experience, which does not include coverage for catastrophic losses.

*Translation Adjustments* — For foreign operations in highly inflationary economies, translation gains and losses are included in Net foreign exchange (gain) loss. For remaining foreign operations, translation adjustments are included as a component of Accumulated other comprehensive income (loss).

*Research and Development Costs* — Internal research and development costs are expensed as incurred. Clinical trial costs incurred by third parties are expensed as the contracted work is performed. Where contingent milestone payments are due to third parties under research and development arrangements, the milestone payment obligations are expensed when the milestone results are achieved.

*Reclassifications* — The income and cash flows of Hospira and direct transaction costs of the spin-off have been presented as discontinued operations in the Consolidated Statement of Earnings and Statement of Cash Flows. Prior years' balance sheets have not been adjusted to reflect the effect of the spin-off. In addition, Other prepaid expenses and receivables and Trade accounts payable to TAP's trade accounts receivable as of December 31, 2003 and 2002 have been reclassified to conform to the December 31, 2004 classification.

Note 2 — Supplemental Financial Information
(dollars in thousands)

| Other Accrued Liabilities | 2004 | 2003 | 2002 |
|---|---|---|---|
| Accrued rebates payable to government agencies | $ 519,653 | $ 381,898 | $ 288,076 |
| Accrued other rebates (a) | 202,363 | 212,459 | 205,489 |
| All other | 1,769,940 | 1,585,741 | 1,708,912 |
| Total | $ 2,491,956 | $2,180,098 | $2,202,477 |

(a) Accrued wholesaler chargeback rebates of $72,634, $81,292 and $81,017 at December 31, 2004, 2003 and 2002, respectively, are netted in trade receivables. Accrued wholesaler chargeback rebates are netted in trade receivables because Abbott's customers are invoiced at a higher catalog price but only remit to Abbott their contract price for the products.

| Post-employment Obligations and Other Long-term Liabilities | 2004 | 2003 | 2002 |
|---|---|---|---|
| Accrued post-employment medical and dental costs | $ 747,406 | $ 797,127 | $ 746,352 |
| Minimum pension liability adjustments | 577,432 | 498,008 | 342,874 |
| All other | 1,281,572 | 1,256,085 | 1,229,148 |
| Total | $ 2,606,410 | $2,551,220 | $2,318,374 |

| Net Interest Expense | 2004 | 2003 | 2002 |
|---|---|---|---|
| Interest expense | $ 200,206 | $ 188,288 | $ 238,945 |
| Interest income | (51,119) | (41,923) | (33,466) |
| Total | $ 149,087 | $ 146,365 | $ 205,479 |

| Comprehensive Income, net of tax | 2004 | 2003 | 2002 |
|---|---|---|---|
| Foreign currency translation adjustments | $ 861,139 | $1,162,004 | $ 327,680 |
| Minimum pension liability adjustments, net of taxes of $45,690 in 2004, $57,219 in 2003 and $115,992 in 2002 | (75,947) | (99,155) | (203,182) |
| Unrealized (losses) gains on marketable equity securities | (43,613) | 106,673 | (20,307) |
| Net (losses) gains on derivative instruments designated as cash flow hedges | (39,951) | 3,550 | (28,774) |
| Reclassification adjustments for realized (gains) | (30,547) | (20,538) | (489) |
| Other comprehensive income | 671,081 | 1,152,534 | 74,928 |
| Net Earnings | 3,235,851 | 2,753,233 | 2,793,703 |
| Comprehensive Income | $ 3,906,932 | $3,905,767 | $2,868,631 |

| Supplemental Comprehensive Income Information, net of tax | 2004 | 2003 | 2002 |
|---|---|---|---|
| Cumulative foreign currency translation (gain) loss adjustments | $(1,714,901) | $ (853,762) | $ 308,242 |
| Cumulative minimum pension liability adjustments | 355,103 | 302,337 | 203,182 |
| Cumulative unrealized (gains) on marketable equity securities | (17,701) | (95,143) | (9,008) |
| Cumulative losses on derivative instruments designated as cash flow hedges | 53,767 | 13,816 | 17,366 |

| Supplemental Cash Flow Information | 2004 | 2003 | 2002 |
|---|---|---|---|
| Income taxes paid | $ 675,728 | $ 832,380 | $ 880,569 |
| Interest paid | 197,554 | 207,045 | 265,698 |

## Notes to Consolidated Financial Statements

### Note 3 — Investment Securities

*(dollars in thousands)*

The following is a summary of investment securities at December 31:

| Current Investment Securities | 2004 | 2003 | 2002 |
|---|---|---|---|
| Time deposits and certificates of deposit | $833,334 | $291,297 | $120,000 |
| Other | — | — | 141,677 |
| Total | $833,334 | $291,297 | $261,677 |

| Long-term Investment Securities | 2004 | 2003 | 2002 |
|---|---|---|---|
| Equity securities | $125,541 | $381,053 | $222,667 |
| Other | 20,308 | 25,304 | 28,112 |
| Total | $145,849 | $406,357 | $250,779 |

Abbott reviews the carrying value of investments in equity securities each quarter to determine whether an other than temporary decline in market value exists. Abbott considers factors affecting the investee, factors affecting the industry the investee operates in, and general equity market trends. Abbott considers the length of time an investment's market value has been below carrying value and the near-term prospects for recovery to carrying value. When Abbott determines that an other than temporary decline has occurred, the investment is written down with a charge to Other (income) expense, net. Other (income) expense, net for 2002 includes a charge of $193,862 for an other than temporary decline in the market value of certain equity securities.

Gross unrealized holding gains (losses) on current and long-term held-to-maturity investment securities totaled $1,200 and $(900), respectively, at December 31, 2004; $1,400 and $(2,200), respectively, at December 31, 2003; and $1,500 and $(8,500), respectively, at December 31, 2002. Gross unrealized holding gains (losses) on available-for-sale equity securities totaled $30,800 and $(1,100), respectively, at December 31, 2004; $162,700 and $(4,000), respectively, at December 31, 2003; and $24,400 and $(9,200), respectively, at December 31, 2002.

### Note 4 — Financial Instruments and Derivatives

Certain Abbott foreign subsidiaries enter into foreign currency forward exchange contracts to manage exposures to changes in foreign exchange rates for anticipated intercompany purchases by those subsidiaries whose functional currencies are not the U.S. dollar. These contracts, totaling $984 million, $602 million and $857 million at December 31, 2004, 2003 and 2002, respectively, are designated as cash flow hedges of the variability of the cash flows due to changes in foreign exchange rates. Abbott records the contracts at fair value, resulting in charges of $40.0 million and $28.8 million to Accumulated other comprehensive income (loss) in 2004 and 2002, respectively, and a $3.6 million credit to Accumulated other comprehensive income (loss) in 2003. No hedge ineffectiveness was recorded in income in 2004, 2003 or 2002. Accumulated gains and losses as of December 31, 2004 will be included in Cost of products sold at the time the products are sold, generally through the end of 2005.

Abbott enters into foreign currency forward exchange contracts to manage currency exposures for foreign currency denominated third-party trade payables and receivables, and for intercompany loans and trade accounts payable where the receivable or payable is denominated in a currency other than the functional currency of the entity. For intercompany loans, the contracts require Abbott to sell or buy foreign currencies, primarily European currencies and Japanese yen, in exchange for primarily U.S. dollars and other European currencies. For intercompany and trade payables and receivables, the currency exposures are primarily the U.S. dollar, European currencies and Japanese yen. These contracts are recorded at fair value, with the resulting gains or losses reflected in income as Net foreign exchange (gain) loss. At December 31, 2004, 2003 and 2002, Abbott held $3.3 billion, $3.0 billion and $1.9 billion, respectively, of such foreign currency forward exchange contracts.

Abbott is a party to interest rate hedge contracts totaling $3.1 billion to manage its exposure to changes in the fair value of $3.1 billion of fixed-rate debt due July 2006 through March 2014. These contracts are designated as fair value hedges of the variability of the fair value of fixed-rate debt due to changes in the long-term benchmark interest rates. The effect of the hedge is to change a fixed-rate interest obligation to a variable rate for that portion of the debt. Abbott records the contracts at fair value and adjusts the carrying amount of the fixed-rate debt by an offsetting amount. No hedge ineffectiveness was recorded in income in 2004, 2003 and 2002.

The carrying values and fair values of certain financial instruments as of December 31 are shown in the table below. The carrying values of all other financial instruments approximate their estimated fair values. Fair value is the quoted market price of the instrument held or the quoted market price of a similar instrument. The counter parties to financial instruments consist of select major international financial institutions. Abbott does not expect any losses from nonperformance by these counter parties.

| *(dollars in millions)* | 2004 | | 2003 | | 2002 | |
|---|---|---|---|---|---|---|
| | Carrying Value | Fair Value | Carrying Value | Fair Value | Carrying Value | Fair Value |
| Investment Securities: | | | | | | |
| Current | $ 833.3 | $ 833.3 | $ 291.3 | $ 291.3 | $ 261.7 | $ 259.4 |
| Long-term: | | | | | | |
| Available-for-Sale Equity Securities | 125.5 | 125.5 | 381.1 | 381.1 | 222.7 | 222.7 |
| Other | 20.3 | 20.6 | 25.3 | 24.5 | 28.1 | 23.4 |
| Total Long-term Debt | (4,944.0) | (5,012.6) | (5,161.6) | (5,407.2) | (4,495.1) | (4,640.4) |
| Foreign Currency Forward Exchange Contracts: | | | | | | |
| (Payable) position | (117.1) | (117.1) | (33.3) | (33.3) | (34.3) | (34.3) |
| Receivable position | 37.2 | 37.2 | 3.0 | 3.0 | 16.5 | 16.5 |
| Interest Rate Hedge Contracts | (3.7) | (3.7) | 128.7 | 128.7 | 160.2 | 160.2 |

Abbott 2004 Annual Report

## Notes to Consolidated Financial Statements

### Note 5 — Post-Employment Benefits
*(dollars in thousands)*

Retirement plans consist of defined benefit, defined contribution, and medical and dental plans. Information for Abbott's major defined benefit plans and post-employment medical and dental benefit plans is as follows:

| | Defined Benefit Plans | | | Medical and Dental Plans | | |
|---|---|---|---|---|---|---|
| | 2004 | 2003 | 2002 | 2004 | 2003 | 2002 |
| Projected benefit obligations, January 1 | $ 4,646,321 | $ 3,748,425 | $ 3,240,523 | $ 1,241,845 | $ 1,286,831 | $ 963,411 |
| Service cost — benefits earned during the year | 187,146 | 192,529 | 172,191 | 34,628 | 43,737 | 40,541 |
| Interest cost on projected benefit obligations | 253,249 | 247,117 | 225,509 | 64,054 | 69,365 | 74,093 |
| Losses (gains), primarily changes in discount and medical trend rates, plan design changes, law changes and differences between actual and estimated health care costs | 174,669 | 497,468 | 220,789 | (44,707) | (100,158) | 269,841 |
| Benefits paid | (191,543) | (169,560) | (144,010) | (67,232) | (57,930) | (61,055) |
| Spin-off of Hospira | (425,069) | — | — | (116,464) | — | — |
| Other, primarily foreign currency translation | 108,452 | 130,342 | 33,423 | — | — | — |
| Projected benefit obligations, December 31 | $ 4,753,225 | $ 4,646,321 | $ 3,748,425 | $ 1,112,124 | $ 1,241,845 | $ 1,286,831 |
| | | | | | | |
| Plans' assets at fair value, January 1, principally listed securities | $ 3,017,732 | $ 2,373,415 | $ 2,643,704 | $ — | $ — | $ 293 |
| Actual return on plans' assets | 285,794 | 441,307 | (310,375) | | | |
| Company contributions | 565,909 | 309,473 | 162,872 | 67,232 | 57,930 | 60,762 |
| Benefits paid | (191,543) | (169,560) | (144,010) | (67,232) | (57,930) | (61,055) |
| Spin-off of Hospira | (262,109) | — | — | | | |
| Other, primarily foreign currency translation | 49,883 | 63,097 | 21,224 | — | — | — |
| Plans' assets at fair value, December 31 | $ 3,465,666 | $ 3,017,732 | $ 2,373,415 | $ — | $ — | $ — |
| | | | | | | |
| Projected benefit obligations greater than plans' assets, December 31 | $(1,287,559) | $(1,628,589) | $(1,375,010) | $(1,112,124) | $(1,241,845) | $(1,286,831) |
| Unrecognized actuarial losses, net | 1,494,915 | 1,436,013 | 1,113,143 | 587,976 | 718,215 | 568,340 |
| Unrecognized prior service cost | (5,835) | 13,575 | 15,047 | (285,659) | (334,662) | (77,861) |
| Net prepaid (accrued) benefit cost | $ 201,521 | $ (179,001) | $ (246,820) | $ (809,807) | $ (858,292) | $ (796,352) |
| | | | | | | |
| Accrued benefit cost | $ (617,533) | $ (883,358) | $ (741,449) | $ (809,807) | $ (858,292) | $ (796,352) |
| Prepaid benefit cost | 241,622 | 206,349 | 151,755 | — | — | — |
| Intangible assets | 17,261 | 22,460 | 23,700 | — | — | — |
| Accumulated other comprehensive income (loss) | 560,171 | 475,548 | 319,174 | — | — | — |
| Net prepaid (accrued) benefit cost | $ 201,521 | $ (179,001) | $ (246,820) | $ (809,807) | $ (858,292) | $ (796,352) |
| | | | | | | |
| Service cost — benefits earned during the year | $ 187,146 | $ 192,529 | $ 172,191 | $ 34,628 | $ 43,737 | $ 40,541 |
| Interest cost on projected benefit obligations | 253,249 | 247,117 | 225,509 | 64,054 | 69,365 | 74,093 |
| Expected return on plans' assets | (295,294) | (288,454) | (282,721) | — | — | — |
| Net amortization | 30,809 | 6,452 | 4,340 | 5,650 | 6,768 | 10,491 |
| Total cost | 175,910 | 157,644 | 119,319 | 104,332 | 119,870 | 125,125 |
| Discontinued operations | (9,781) | (20,404) | (14,543) | (14,349) | (33,630) | (36,696) |
| Net cost of continuing operations | $ 166,129 | $ 137,240 | $ 104,776 | $ 89,983 | $ 86,240 | $ 88,429 |

The accumulated benefit obligations for all defined benefit plans was approximately $3,954,000, $3,762,000 and $3,037,000 at December 31, 2004, 2003 and 2002, respectively. In 2004, 2003 and 2002, Abbott recorded minimum pension liability adjustments of $120,475, $155,134 and $342,874, respectively, because the accumulated benefit obligations for certain defined benefit plans exceeded the market value of the plans' assets. This resulted in charges to Accumulated other comprehensive income (loss) of $75,947 in 2004, $99,155 in 2003 and $203,182 in 2002, net of taxes. As a result of the spin-off on April 30, 2004, Abbott transferred to Hospira a minimum

pension liability adjustment and a charge to Accumulated other comprehensive income (loss), net of income taxes, of $41,051 and $23,181, respectively. For plans where the accumulated benefit obligations exceeded plan assets at December 31, 2004, 2003 and 2002, the aggregate accumulated benefit obligations were $3,053,000, $3,033,000 and $2,383,000, respectively; the projected benefit obligations were $3,738,000, $3,824,000 and $3,053,000, respectively; and the aggregate plan assets were $2,909,000, $2,567,000 and $1,981,000, respectively. The weighted average discount rate used at December 31, 2004 for determining the accumulated benefit

54

## Notes to Consolidated Financial Statements

obligations for defined benefit plans whose accumulated benefit obligations were in excess of plan assets was 5.7 percent. A one-percentage point reduction in the discount rate at December 31, 2004 would result in an increase in the minimum pension liability adjustments and an increase in the charge to Accumulated other comprehensive income (loss) of approximately $779,000 and $507,000, respectively.

The weighted average assumptions used to determine benefit obligations for defined benefit plans and medical and dental plans as of December 31, the measurement date of the plans, are as follows:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Discount rate | 5.6% | 5.8% | 6.5% |
| Expected aggregate average long-term change in compensation | 4.2% | 4.2% | 4.2% |

The weighted average assumptions used to determine the net cost for defined benefit plans and medical and dental plans are as follows:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Discount rate | 6.0% | 6.5% | 6.9% |
| Expected return on plan assets | 8.4% | 8.6% | 9.0% |
| Expected aggregate average long-term change in compensation | 4.2% | 4.1% | 4.6% |

The assumed health care cost trend rates for medical and dental plans at December 31 were as follows:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Health care cost trend rate assumed for the next year | 7% | 8% | 9% |
| Rate that the cost trend rate gradually declines to | 5% | 5% | 5% |
| Year that rate reaches the assumed ultimate rate | 2007 | 2007 | 2007 |

A one-percentage point increase/(decrease) in the assumed health care cost trend rate would increase/(decrease) the accumulated post-employment benefit obligations as of December 31, 2004, by $179,052/$(134,289), and the total of the service and interest cost components of net post-employment health care cost for the year then ended by approximately $20,135/$(15,907).

In 2004, Abbott reflected the requirements of Financial Accounting Standards Board Staff Position No. 106-2, "Accounting and Disclosure Requirements Related to the Medicare Prescription Drug, Improvement and Modernization Act of 2003." As a result, the projected benefit obligations related to benefits attributed to past service were reduced by approximately $210,000 and the net cost recognized in 2004 was reduced by approximately $33,000.

The weighted average asset allocation for Abbott's U.S. defined benefit plans by asset category is shown in the table below. Abbott's international defined benefit plans have similar equity content.

| Asset Category | 2004 | 2003 | 2002 |
|---|---|---|---|
| Equity securities | 73% | 68% | 60% |
| Fixed income securities | 27 | 32 | 40 |
| Total | 100% | 100% | 100% |

The investment mix between equity securities and fixed income securities is based upon achieving a desired return, balancing higher return, more volatile equity securities, and lower return, less volatile fixed income securities. Abbott's domestic defined benefit plans are invested in diversified portfolios of public-market equity and fixed income securities. Investment allocations are made across a range of markets, industry sectors, capitalization sizes, and, in the case of fixed income securities, maturities and credit quality. The plans hold no securities of Abbott. Abbott's international defined benefit plans are invested in a corresponding manner, with some variance in portfolio structure around local practices.

The plans' expected return on assets, as shown above, is based on management's expectations of long-term average rates of return to be achieved by the underlying investment portfolios. In establishing this assumption, management considers historical and expected returns for the asset classes in which the plans are invested, as well as current economic and capital market conditions.

Abbott funds its domestic pension plans according to IRS funding limitations. In 2004, 2003 and 2002, $482,000, $200,000 and $106,000, respectively, was funded to the main domestic pension plan. International pension plans are funded according to similar regulations. In January 2005, $641,000 was contributed to the main domestic defined benefit plan. In addition, Abbott transferred approximately $45,000 to Hospira in 2004 in accordance with the employee benefit agreement governing the assumption by Hospira of certain defined benefit plan assets and liabilities.

Total benefit payments expected to be paid to participants, which includes payments funded from company assets for medical and dental benefits as well as paid from the plans, are as follows:

|  | Defined Benefit Plans | Medical and Dental Plans |
|---|---|---|
| 2005 | $ 187,205 | $ 66,916 |
| 2006 | 188,754 | 69,215 |
| 2007 | 192,937 | 71,514 |
| 2008 | 200,427 | 73,813 |
| 2009 | 203,812 | 76,112 |
| 2010 to 2014 | 1,190,668 | 392,054 |

The Abbott Stock Retirement Plan is the principal defined contribution plan. Abbott's contributions to this plan were $97,000 in 2004, $90,000 in 2003 and $85,000 in 2002.

Abbott provides certain other post-employment benefits, primarily salary continuation plans, to qualifying domestic employees, and accrues for the related cost over the service lives of the employees.

### Note 6 — Taxes on Earnings
*(dollars in thousands)*

Deferred income taxes reflect the tax consequences on future years of temporary differences between the tax bases of assets and liabilities and their financial reporting amounts. U.S. income taxes are provided on those earnings of foreign subsidiaries and subsidiaries operating in Puerto Rico under tax incentive grants, which are intended to be remitted to the parent company. Except for dividends that will be remitted under the American Jobs Creation Act of 2004, Abbott does not record deferred income taxes on earnings reinvested indefinitely in foreign subsidiaries. Undistributed earnings reinvested indefinitely in

## Notes to Consolidated Financial Statements

foreign subsidiaries as working capital and plant and equipment aggregated $7,896,000 at December 31, 2004. It is not practicable to determine the amount of deferred income taxes not provided on these earnings. Abbott has recorded reserves for income tax loss contingencies in accordance with SFAS No. 5. The maximum possible loss in excess of the recorded reserves is not material. In the United States, Abbott's federal income tax returns for years 1993 to 1995 are in the process of being settled at amounts that approximate recorded reserves, years 1996 to 2000 are settled and the income tax returns for years after 2000 are open.

Earnings from continuing operations before taxes, and the related provisions for taxes on earnings from continuing operations, were as follows:

Earnings From Continuing

| Operations Before Taxes | 2004 | 2003 | 2002 |
|---|---|---|---|
| Domestic | $2,278,180 | $1,657,298 | $2,234,764 |
| Foreign | 1,847,420 | 1,729,853 | 1,086,223 |
| Total | $4,125,600 | $3,387,151 | $3,320,987 |

Taxes on Earnings From

| Continuing Operations | 2004 | 2003 | 2002 |
|---|---|---|---|
| Current: | | | |
| U.S. Federal and Possessions | $ 172,322 | $ 536,305 | $ 336,810 |
| State | 43,456 | 20,873 | 9,382 |
| Foreign | 461,740 | 403,895 | 322,419 |
| Total current | 677,518 | 961,073 | 668,611 |
| Deferred: | | | |
| Domestic | 295,030 | (15,780) | 123,785 |
| Foreign | (24,272) | (62,519) | (16,490) |
| Enacted tax rate changes | 1,488 | (348) | (1,924) |
| Total deferred | 272,246 | (78,647) | 105,371 |
| Total | $ 949,764 | $ 882,426 | $ 773,982 |

Differences between the effective income tax rate and the U.S. statutory tax rate were as follows:

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Statutory tax rate on earnings from continuing operations | 35.0% | 35.0% | 35.0% |
| Benefit of lower tax rates and tax exemptions in Puerto Rico, the Netherlands and Ireland | (7.8) | (9.1) | (7.3) |
| Effect of nondeductible portion of the Ross enteral nutritional settlement | — | 4.0 | — |
| Effect of nondeductible acquired in-process research and development | 2.0 | 1.0 | — |
| State taxes, net of federal benefit | 1.1 | 0.4 | 0.3 |
| Adjustments of prior years' tax requirements primarily as a result of resolutions of prior years' tax audits | (3.6) | — | — |
| Domestic dividend exclusion | (2.6) | (4.8) | (5.6) |
| All other, net | (1.1) | (0.4) | 0.9 |
| Effective tax rate on earnings from continuing operations | 23.0% | 26.1% | 23.3% |

As of December 31, 2004, 2003 and 2002, total deferred tax assets were $2,171,782, $2,505,502 and $2,375,526, respectively, and total deferred tax liabilities were $1,349,972, $1,075,209 and $904,822,

respectively. Valuation allowances for deferred tax assets were not significant. The temporary differences that give rise to deferred tax assets and liabilities were as follows:

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Compensation and employee benefits | $ 247,885 | $ 539,668 | $ 544,148 |
| Trade receivable reserves | 223,507 | 252,559 | 209,899 |
| Inventory reserves | 129,052 | 163,492 | 127,173 |
| Deferred intercompany profit | 379,560 | 380,854 | 240,463 |
| State income taxes | (7,336) | 68,489 | 91,140 |
| Depreciation | (193,224) | (203,019) | (183,410) |
| Acquired in-process research and development and other accruals and reserves not currently deductible | 1,111,611 | 1,005,602 | 1,073,995 |
| Other, primarily the excess of book basis over tax basis of intangible assets | (1,079,388) | (779,402) | (638,598) |
| Total | $ 811,667 | $1,428,243 | $1,464,810 |

On October 22, 2004, the President of the United States signed The American Jobs Creation Act of 2004. Among the provisions of the Act is a provision that allows for the exclusion from income of a portion of the remittances of earnings of foreign subsidiaries to U.S. shareholders through December 31, 2005. The portion of the earnings available for remittance are those earnings designated as reinvested indefinitely in foreign operations as disclosed in Abbott's 2002 financial statements. Abbott would have up to approximately $4,200,000 of such earnings available for remittance, with an estimated tax of up to $340,000 if the entire amount were remitted under the current language of the legislation. The Act continues to be subject to interpretation and rulemaking, and the estimated expense could be affected by that activity. On January 13, 2005, the U.S. Treasury and IRS issued initial guidance covering the Act. Financial Accounting Staff Position 109-2 requires companies to recognize a tax liability for remittance of earnings under the Act in the period management concludes that it will remit those earnings. As of December 31, 2004, management had not decided to remit earnings under the Act. In February 2005, Abbott concluded that it would remit approximately $600,000 in 2005 of foreign earnings previously reinvested indefinitely in accordance with the provisions of the Act. Abbott is continuing to evaluate whether it will remit all or a portion of the remaining $3,600,000 available for remittance under the Act, and expects to decide later in the year. The additional income tax expense required for the $600,000 remittance would be up to approximately $60,000 and will be recorded in the first quarter of 2005.

### Note 7 — Segment and Geographic Area Information
*(dollars in millions)*

Revenue Segments — Abbott's principal business is the discovery, development, manufacture and sale of a broad line of health care products. Abbott's products are generally sold directly to retailers, wholesalers, hospitals, health care facilities, laboratories, physicians' offices and government agencies throughout the world. Effective January 1, 2004, Abbott's segments were reorganized to reflect the shift of certain hospital pharmaceutical products from the Hospital Products segment to the Pharmaceutical Products segment, and the separation of the vascular and spinal product businesses into separate segments. On April 30, 2004, Abbott spun off its core hospital

## Notes to Consolidated Financial Statements

products business which included all of the Hospital Products segment, after its reorganization on January 1, 2004, and a portion of the International segment. In addition, as of January 1, 2004, the Diagnostic Products segment was reorganized into four separate divisions. For segment reporting purposes, these divisions are aggregated and reported as the Diagnostic Products segment. The segment information below has been adjusted to reflect the reorganizations and the spin-off of Abbott's core hospital products business. Abbott's reportable segments are as follows:

*Pharmaceutical Products* — U.S. sales of a broad line of pharmaceuticals.

*Diagnostic Products* — Worldwide sales of diagnostic systems and tests for blood banks, hospitals, consumers, commercial laboratories and alternate-care testing sites.

*Ross Products* — U.S. sales of a broad line of adult and pediatric nutritional products, pediatric pharmaceuticals and consumer products.

*International* — Non-U.S. sales of Abbott's pharmaceutical and nutritional products. Products sold by International are manufactured by domestic and international manufacturing locations.

Abbott's underlying accounting records are maintained on a legal entity basis for government and public reporting requirements. Segment disclosures are on a performance basis consistent with internal management reporting. Intersegment transfers of inventory are recorded at standard cost and are not a measure of segment operating earnings. The cost of some corporate functions and the cost of certain employee benefits are sold to segments at predetermined rates that approximate cost. Remaining costs, if any, are not allocated to segments. Substantially all intangible assets and related amortization from business acquisitions are not allocated to segments. The following segment information has been prepared in accordance with the internal accounting policies of Abbott, as described above, and are not presented in accordance with generally accepted accounting principles applied to the consolidated financial statements.

| | Net Sales to External Customers | | | Operating Earnings | | | Depreciation and Amortization | | | Additions to Long-Term Assets | | | Total Assets | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2004 | 2003 | 2002 | 2004 | 2003 | 2002 | 2004 | 2003 | 2002 | 2004 | 2003 | 2002 | 2004 | 2003 | 2002 |
| Pharmaceutical | $ 7,010 | $ 6,051 | $ 5,062 | $2,459 | $2,092 | $1,891 | $ 63 | $ 73 | $ 60 | $ 66 | $ 64 | $ 60 | $ 2,911 | $ 2,406 | $2,279 |
| Diagnostics (a) | 3,378 | 3,040 | 2,897 | 378 | 249 | 220 | 201 | 202 | 149 | 399 | 301 | 295 | 3,691 | 3,127 | 2,753 |
| Ross | 2,326 | 2,136 | 2,088 | 773 | 720 | 688 | 69 | 65 | 64 | 77 | 93 | 93 | 1,105 | 959 | 871 |
| International (a) | 6,166 | 5,321 | 4,688 | 1,704 | 1,295 | 1,229 | 178 | 198 | 171 | 312 | 297 | 375 | 4,437 | 4,559 | 3,849 |
| Total Reportable Segments | 18,880 | 16,548 | 14,735 | $5,314 | $4,356 | $4,028 | $511 | $538 | $444 | $854 | $755 | $823 | $12,144 | $11,051 | $9,752 |
| Other | 800 | 732 | 545 | | | | | | | | | | | | |
| Net Sales | $19,680 | $17,280 | $15,280 | | | | | | | | | | | | |

(a) Net sales and operating earnings in 2004 and 2003 were favorably affected by the relatively weaker U.S. dollar and were unfavorably affected in 2002 by the relatively stronger U.S. dollar.

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Total Reportable Segment Operating Earnings | $5,314 | $4,356 | $4,028 |
| Corporate functions and benefit plans costs | 341 | 278 | 198 |
| Non-reportable segments | 223 | 68 | 54 |
| Net interest expense | 149 | 146 | 205 |
| Acquired in-process research and development | 279 | 100 | 108 |
| (Income) from TAP Pharmaceutical Products Inc. joint venture | (375) | (581) | (667) |
| Net foreign exchange (gain) loss | 29 | 57 | 71 |
| Other, net (b) | 542 | 901 | 738 |
| Consolidated Earnings from Continuing Operations Before Taxes | $4,126 | $3,387 | $3,321 |

(b) Other, net for 2004 includes acquisition related charges, primarily related to the TheraSense acquisition. 2003 includes charges of $622 for the settlement of the Ross enteral nutritional investigation and $88 for impairments of assets. 2002 includes charges of $173 for restructuring plans, $116 for the FDA consent decree, and $194 for other than temporary declines in the market value of equity securities.

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Total Reportable Segment Assets | $12,144 | $11,051 | $ 9,752 |
| Cash and investments | 2,205 | 1,693 | 1,217 |
| Investment in TAP Pharmaceutical Products Inc. joint venture | 76 | 340 | 370 |
| Current deferred income taxes | 1,032 | 1,165 | 1,023 |
| Non-reportable segments | 1,663 | 582 | 503 |
| Assets held for sale to Hospira and assets of Hospira | 317 | 2,153 | 2,202 |
| All other, net | 11,330 | 9,055 | 8,526 |
| Total Assets | $28,767 | $26,039 | $23,593 |

| | Net Sales to External Customers (c) | | | Long-Term Assets | | |
|---|---|---|---|---|---|---|
| | 2004 | 2003 | 2002 | 2004 | 2003 | 2002 |
| United States | $11,242 | $ 9,919 | $ 8,916 | $ 7,293 | $ 7,071 | $ 8,228 |
| Japan | 987 | 897 | 768 | 1,044 | 1,004 | 308 |
| Germany | 811 | 785 | 709 | 6,176 | 5,332 | 4,257 |
| Canada | 595 | 526 | 449 | 68 | 66 | 53 |
| The Netherlands | 705 | 556 | 426 | 146 | 129 | 109 |
| Italy | 745 | 658 | 554 | 234 | 253 | 185 |
| All Other Countries | 4,595 | 3,939 | 3,458 | 3,072 | 2,570 | 1,997 |
| Consolidated | $19,680 | $17,280 | $15,280 | $18,033 | $16,425 | $15,137 |

(c) Sales by country are based on the country that sold the product.

Abbott 2004 Annual Report

## Notes to Consolidated Financial Statements

### Note 8 — Litigation and Environmental Matters

There are several lawsuits pending in connection with the sales of Hytrin. These suits allege that Abbott violated state or federal antitrust laws and, in some cases, unfair competition laws by signing patent settlement agreements with Geneva Pharmaceuticals, Inc. and Zenith Laboratories, Inc. in 1998. Those agreements related to pending patent infringement lawsuits between Abbott and the two companies. Some of the suits also allege that Abbott violated various state or federal laws by filing frivolous patent infringement lawsuits to protect Hytrin from generic competition. The cases seek treble damages, civil penalties and other relief. Abbott has filed or intends to file a response to each of the complaints denying all substantive allegations.

Abbott has been identified as a potentially responsible party for investigation and cleanup costs at a number of locations in the United States and Puerto Rico under federal and state remediation laws and is investigating potential contamination at a number of company-owned locations. Abbott has recorded an estimated cleanup cost for each site for which management believes Abbott has a probable loss exposure. No individual site cleanup exposure is expected to exceed $3 million, and the aggregate cleanup exposure is not expected to exceed $20 million.

Within the next year, legal proceedings may occur that may result in a change in the estimated reserves recorded by Abbott. For its legal proceedings and environmental exposures discussed in this note and in Note 9, Abbott estimates the range of possible loss to be from approximately $150 million to $210 million. Abbott has recorded reserves of approximately $155 million at December 31, 2004 for these proceedings and exposures. These reserves represent management's best estimate of probable loss, except for one which is recorded at the minimum, as defined by Statement of Financial Accounting Standards No. 5, "Accounting for Contingencies."

While it is not feasible to predict the outcome of all such proceedings and exposures with certainty, management believes that their ultimate disposition should not have a material adverse effect on Abbott's financial position, cash flows, or results of operations.

### Note 9 — TAP Pharmaceutical Products Inc.

TAP Pharmaceutical Products Inc. (TAP) and Abbott have been named as defendants in several lawsuits alleging violations of various state or federal laws in connection with TAP's marketing and pricing of *Lupron*. In 2004, TAP reached an agreement with plaintiffs to settle the allegations and dismiss Abbott and TAP from the cases. The settlement is subject to final court approval. Abbott reversed the reserve it had recorded for this matter and TAP recorded the expected settlement amount. Abbott's portion of TAP's settlement is included in the reserve amounts and range in Note 8 above.

Within the next year, legal proceedings may occur that may result in a change in the estimated reserves recorded by TAP. While it is not feasible to predict the outcome of such pending claims, proceedings, and investigations with certainty, management is of the opinion that their ultimate disposition should not have a material adverse effect on Abbott's financial position, cash flows, or results of operations.

### Note 10 — Spin-off of Hospira

On April 12, 2004, Abbott's Board of Directors declared a special dividend distribution of all of the outstanding shares of common stock of Hospira, Inc. For every 10 Abbott common shares held at the close of business on April 22, 2004, Abbott shareholders received one share of Hospira common stock on April 30, 2004. All of the shares of Hospira's common stock were distributed to Abbott shareholders on a pro-rata basis. Abbott has received a ruling from the Internal Revenue Service that the spin-off qualifies as a tax-free distribution to Abbott and its U.S. shareholders for U.S. federal income tax purposes. Cash, which is generally taxable to the recipient, was paid in lieu of fractional shares. Hospira included the operations relating to the manufacture and sale of hospital products including specialty injectable pharmaceuticals, medication delivery systems and critical care devices and injectable pharmaceutical contract manufacturing. Hospira included Abbott's Hospital Products segment, after that segment's reorganization on January 1, 2004, and portions of Abbott's International segment. The income and cash flows of Hospira and the direct transaction costs of the spin-off have been presented as discontinued operations in the Consolidated Statement of Earnings and Statement of Cash Flows. Prior years' balance sheets have not been adjusted to reflect the effect of the spin-off.

The legal transfer of certain operations and assets (net of liabilities) outside the United States is expected to occur in 2005 and 2006. Approximately half of these operations are expected to be transferred to Hospira in 2005 with the remaining operations transferring in the first half of 2006. These operations and assets are used in the conduct of Hospira's international business and Hospira is subject to the risks and entitled to the benefits generated by these operations and assets. These assets and liabilities have been presented as held for sale in the Consolidated Balance Sheet as of December 31, 2004. The assets and liabilities held for sale consist primarily of inventories, trade accounts receivable, equipment and trade accounts payable, salaries and other accruals.

In April 2004, Abbott borrowed and Hospira assumed $700 million of debt, the proceeds of which were retained by Abbott to reduce short-term borrowings. Hospira is solely responsible for repayment of the principal and for payment of interest on this debt. Abbott has retained liabilities for taxes on income prior to the spin-off, post-employment medical and dental benefits for most of Hospira's U.S. retired employees and U.S. retirement eligible employees, certain potential liabilities, if any, related to alleged improper pricing practices in connection with federal, state and private reimbursement for certain drugs, and the defined benefit retirement plan liabilities and plan assets for most of Hospira's retired employees. In connection with the spin-off, Abbott's defined benefit, medical and dental and employee stock option programs have been adjusted. See footnotes 5 and 11 for further details.

## Notes to Consolidated Financial Statements

Summarized financial information for discontinued operations is as follows: *(dollars in thousands)*

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Net sales | $793,129 | $2,400,228 | $2,405,126 |
| Earnings before taxes | 90,444 | 347,266 | 352,426 |
| Taxes on earnings | 30,429 | 98,758 | 105,728 |
| Net earnings | 60,015 | 248,508 | 246,698 |

The financial information above includes the operations of Hospira through April 30, 2004, the date of the spin-off. As a consequence, the results for the full year 2004 include only four months of the operations of Hospira. The results of the discontinued operations also include direct transaction costs of approximately $36 million and $12 million in 2004 and 2003, respectively.

The following is a summary of the assets and liabilities transferred to Hospira on April 30, 2004: *(dollars in millions)*

| | |
|---|---|
| Trade receivables, net | $ 235 |
| Inventories | 481 |
| Prepaid expenses, deferred income taxes, and other receivables | 269 |
| Net property and equipment | 841 |
| Goodwill | 81 |
| Deferred income taxes and other assets | 91 |
| Total Assets | $1,998 |
| | |
| Short-term borrowings | $ 700 |
| Trade accounts payable, salaries and other accruals | 346 |
| Post-employment obligations and other long-term liabilities | 185 |
| Total Liabilities | $1,231 |
| | |
| Net Assets Transferred to Hospira | $ 767 |

### Note 11 — Incentive Stock Program

The 1996 Incentive Stock Program authorizes the granting of stock options, replacement stock options, stock appreciation rights, limited stock appreciation rights, restricted stock awards, restricted stock units, performance units and foreign qualified benefits. Stock options, replacement stock options and restricted stock awards comprise the majority of benefits that have been granted and are currently outstanding under this program and prior programs. In 2004, Abbott granted 22,314,545 stock options, 3,302,646 replacement stock options, and 605,496 restricted stock awards under the program. The purchase price of shares under option must be at least equal to the fair market value of the common stock on the date of grant, and the maximum term of an option is 10 years. Options granted in 2004, 2003 and 2002 vest equally over three years except for replacement options, which vest in six months. When an employee tenders mature shares to Abbott upon exercise of a stock option, a replacement stock option is granted equal to the amount of shares tendered. Replacement options

are granted at the then current market price for a term that expires on the date of the underlying option grant. Upon a change in control of Abbott, all outstanding stock options become fully exercisable, and all terms and conditions of all restricted stock awards are deemed satisfied. Hospira optionees who were eligible to retire as of the spin-off date are retired from Abbott for purposes of their outstanding options. Approximately 4.8 million Abbott options held by Hospira optionees who were not eligible to retire were cancelled and were replaced by Hospira. Pro forma compensation expense for 2004 reflects the cancellation of the options. Abbott options were adjusted for the effects of the spin-off on the intrinsic value of the options resulting in the issuance of an additional 8.2 million Abbott options.

At January 1, 2005, approximately 44 million shares were reserved for future grants under the 1996 Program. Subsequent to year-end, the Board of Directors granted approximately 22 million stock options from this reserve.

| | Options Outstanding | | | Exercisable Options | |
|---|---|---|---|---|---|
| | | Weighted | | | Weighted |
| | | Average | | | Average |
| | | Exercise | | | Exercise |
| | Shares | Price | | Shares | Price |
| January 1, 2002 | 86,271,959 | $38.25 | | | |
| Granted | 24,688,761 | 56.11 | | | |
| Exercised | (10,068,863) | 28.09 | | | |
| Lapsed | (1,211,101) | 48.22 | | | |
| December 31, 2002 | 99,680,756 | 43.58 | | 59,224,392 | $38.48 |
| Granted | 27,464,985 | 36.56 | | | |
| Exercised | (7,032,966) | 29.08 | | | |
| Lapsed | (2,602,110) | 47.58 | | | |
| December 31, 2003 | 117,510,665 | 42.71 | | 71,944,163 | 41.80 |
| Granted | 25,617,191 | 43.51 | | | |
| Exercised | (10,173,088) | 30.54 | | | |
| Lapsed | (4,868,809) | 45.09 | | | |
| Cancelled in connection with the spin-off of Hospira | (4,826,161) | 43.81 | | | |
| Issued in connection with the spin-off of Hospira | 8,228,700 | n/a | | | |
| December 31, 2004 | 131,488,498 | $41.01 | | 85,810,967 | $41.28 |

| | Options Outstanding at December 31, 2004 | | | Exercisable Options at December 31, 2004 | |
|---|---|---|---|---|---|
| | | Weighted | Weighted | | Weighted |
| Range of | | Average | Average | | Average |
| Exercise | | Remaining | Exercise | | Exercise |
| Prices | Shares | Life (Years) | Price | Shares | Price |
| $18 to $35 | 43,463,178 | 5.6 | $31.69 | 28,784,813 | $30.90 |
| 36 to 45 | 43,999,203 | 7.4 | 41.51 | 20,763,472 | 42.03 |
| 46 to 55 | 44,026,117 | 6.7 | 49.72 | 36,262,682 | 49.09 |
| $18 to $55 | 131,488,498 | 6.6 | $41.01 | 85,810,967 | $41.28 |

Abbott 2004 Annual Report

## Notes to Consolidated Financial Statements

Abbott measures compensation cost using the intrinsic value-based method of accounting for stock options and replacement options granted to employees. Had compensation cost been determined using the fair value-based accounting method, pro forma net income (in billions) and earnings per share (EPS) amounts would have been as follows:

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Net income, as reported | $ 3.2 | $ 2.8 | $ 2.8 |
| Compensation cost under fair value-based accounting method, net of tax | (0.2) | (0.3) | (0.2) |
| Net income, pro forma | $ 3.0 | $ 2.5 | $ 2.6 |
| | | | |
| Diluted EPS from Continuing Operations, as reported | $2.02 | $1.59 | $1.62 |
| Diluted EPS from Continuing Operations, pro forma | 1.90 | 1.47 | 1.50 |
| Basic EPS, as reported | 2.07 | 1.76 | 1.79 |
| Basic EPS, pro forma | 1.94 | 1.62 | 1.65 |
| Diluted EPS, as reported | 2.06 | 1.75 | 1.78 |
| Diluted EPS, pro forma | 1.94 | 1.62 | 1.65 |

The weighted average fair value of an option granted in 2004, 2003 and 2002 was $11.79, $8.73 and $16.47, respectively. For purposes of fair value disclosures, the fair value of an option grant was estimated using the Black-Scholes option-pricing model with the following assumptions:

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Risk-free interest rate | 2.9% | 2.7% | 4.5% |
| Average life of options (years) | 5.4 | 5.4 | 5.4 |
| Volatility | 32.0% | 32.0% | 28.0% |
| Dividend yield | 2.2% | 2.8% | 1.6% |

In December 2004, the Financial Accounting Standards Board (FASB) issued a revised Statement of Financial Accounting Standards (SFAS) No. 123, "Share Based Payment." The revised SFAS No. 123 requires that the fair value of stock options be recorded in the results of operations beginning no later than July 1, 2005. Stock compensation expense under the prior rules would have reduced reported diluted earnings per share by 12 cents in 2004. Upon adoption of the revised standard, prior awards are charged to expense under the prior rules, and awards after adoption are charged to expense under the revised rules. Abbott has not determined the effect of the new standard on its earnings, however, expense under the new standard could be somewhat higher. The effect of adopting the new rules on reported diluted earnings per share is dependent on the number of options granted in the future, the terms of those awards and their fair values, and therefore, the effect on diluted earnings per share could change. Abbott expects to adopt the revised rules on July 1, 2005, but has not determined whether it would adopt prospectively, or retrospectively to January 1, 2005.

## Note 12 — Debt and Lines of Credit
*(dollars in thousands)*

The following is a summary of long-term debt at December 31:

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| 5.125% debentures, due 2004 | $ — | $ — | $1,650,000 |
| 6.8% debentures, due 2005 | — | 150,000 | 150,000 |
| 5.625% debentures, due 2006 | 1,600,000 | 1,600,000 | 1,600,000 |
| 6.4% debentures, due 2006 | 250,000 | 250,000 | 250,000 |
| 0.77% Yen notes, due 2007 | 97,343 | 91,324 | — |
| 6.0% debentures, due 2008 | 200,000 | 200,000 | 200,000 |
| 5.4% debentures, due 2008 | 200,000 | 200,000 | 200,000 |
| 1.05% Yen notes, due 2008 | 486,713 | 456,621 | — |
| 3.5% debentures, due 2009 | 500,000 | — | — |
| 1.51% Yen notes, due 2010 | 146,014 | 136,986 | — |
| 3.75% debentures, due 2011 | 500,000 | — | — |
| 1.95% Yen notes, due 2013 | 243,356 | 228,311 | — |
| 4.35% debentures, due 2014 | 500,000 | — | — |
| Other, including fair market value adjustments relating to interest rate hedge contracts designated as fair value hedges | 64,508 | 139,087 | 223,973 |
| Total, net of current maturities | 4,787,934 | 3,452,329 | 4,273,973 |
| Current maturities of long-term debt, including fair market value adjustments relating to interest rate hedge contracts designated as fair value hedges | 156,034 | 1,709,265 | 221,111 |
| Total carrying amount | $4,943,968 | $5,161,594 | $4,495,084 |

Principal payments required on long-term debt outstanding at December 31, 2004, are $156,034 in 2005, $1,855,604 in 2006, $101,104 in 2007, $888,913 in 2008, $500,926 in 2009 and $1,445,078 thereafter.

At December 31, 2004, Abbott had $3,000,000 of unused lines of credit, which support commercial paper borrowing arrangements. Related compensating balances, which are subject to withdrawal by Abbott at its option, and commitment fees are not material. Abbott's weighted average interest rate on short-term borrowings was 2.2% at December 31, 2004 and 1.1% at December 31, 2003 and 2002.

## Note 13 — Business Combinations and Technology Acquisitions

In 2004, Abbott paid approximately $2.3 billion for strategic business and technology acquisitions, as follows. In the fourth quarter 2004, Abbott acquired EAS, a nutritional company with a portfolio of nationally recognized brands, for approximately $320 million in cash and Spine Next, a manufacturer of orthopedic spinal implant devices, for approximately $58 million in cash plus additional milestone payments of up to $23 million upon achievement of future targets. These fourth quarter acquisitions resulted in a charge of $47 million for acquired in-process research and development, intangible assets of approximately $152 million, non-tax deductible goodwill of approximately

## Notes to Consolidated Financial Statements

$191 million and deferred income taxes of approximately $60 million. Acquired intangible assets, primarily trade names, are amortized over 5 to 20 years (average of approximately 18 years). In the second quarter 2004, Abbott acquired TheraSense, Inc., a leader in the development, manufacturing and marketing of blood glucose self-monitoring systems, for approximately $1.2 billion in cash. In the second quarter 2004, Abbott also acquired certain other product technologies for approximately $352 million. These second quarter acquisitions resulted in a charge of $164 million for acquired in-process research and development, intangible assets of approximately $912 million, non-tax deductible goodwill of approximately $623 million and deferred income taxes of approximately $241 million. Acquired intangible assets, primarily product technology, are amortized over 9 to 17 years (average of approximately 13 years). In the first quarter 2004, Abbott acquired i-STAT Corporation, a manufacturer of point-of-care diagnostic products for blood analysis, for approximately $394 million in cash. This acquisition resulted in a charge of approximately $60 million for acquired in-process research and development, intangible assets of approximately $263 million, non-tax deductible goodwill of approximately $109 million and deferred income taxes of approximately $105 million. Acquired intangible assets, primarily product technology, are amortized over 7 to 18 years (average of approximately 17 years).

In 2003, Abbott paid approximately $459 million for strategic business and technology acquisitions, as follows. Abbott acquired ZonePerfect Nutrition Company, a marketer of healthy and nutritious products for active people, for approximately $160 million in cash; Integrated Vascular Systems, Inc., a developer of a novel vessel closure technology, for approximately $65 million in cash; and Spinal Concepts Inc., a marketer of spinal fixation products used in the treatment of spinal disorders, diseases and injuries, for approximately $166 million in cash plus additional milestone payments of up to $40 million if agreed upon targets are met. Abbott also acquired the assets of JOMED N.V.'s coronary and peripheral interventional business for approximately $68 million in cash. These acquisitions resulted in a charge of approximately $100 million for acquired in-process research and development, intangible assets of approximately $222 million and non-tax deductible goodwill of approximately $182 million. Acquired intangible assets, primarily product technology, are amortized over 9 to 25 years (average of approximately 16 years).

In 2002, Abbott acquired the cardiovascular stent business of Biocompatibles International plc and certain cardiovascular stent technology rights from Medtronic, Inc. In addition, Abbott acquired an additional 28.8 percent of the issued common shares of Hokuriku Seiyaku Co., Ltd., resulting in Abbott owning substantially all of the common shares of Hokuriku Seiyaku Co., Ltd. The aggregate cash purchase price ($586 million) of these strategic business and technology acquisitions resulted in a charge for acquired in-process research and development of approximately $108 million, intangible assets of approximately $145 million and non-tax deductible goodwill of

approximately $257 million. Acquired intangible assets, primarily product technology, are amortized over 4 to 13 years (average of approximately 8 years).

Had the above acquisitions taken place on January 1 of the previous year, consolidated sales and income would not have been significantly different from reported amounts.

### Note 14 — Goodwill and Intangible Assets
*(dollars in millions)*

Abbott recorded goodwill of approximately $923, $182 and $316 in 2004, 2003 and 2002, respectively, related to acquisitions. Foreign currency translation adjustments increased goodwill in 2004, 2003 and 2002 by approximately $394, $522 and $251, respectively. In connection with the spin-off of Hospira in 2004, Abbott transferred approximately $81 of goodwill to Hospira. There were no other reductions of goodwill relating to impairments or disposal of all or a portion of a business.

The gross amount of amortizable intangible assets, primarily product rights and technology, was $6,622, $4,841 and $4,504 as of December 31, 2004, 2003 and 2002, respectively, and accumulated amortization was $1,468, $899 and $733 as of December 31, 2004, 2003 and 2002, respectively. The net amount of intangible assets with indefinite lives, primarily registered trade names, not subject to amortization are not significant. The estimated annual amortization expense for intangible assets is $477 in 2005 and 2006, $462 in 2007, $442 in 2008 and $436 in 2009. Intangible assets are amortized primarily on a straight-line basis over 4 to 25 years (average 14 years).

### Note 15 — Equity Method Investments
*(dollars in millions)*

Abbott's 50 percent-owned joint venture, TAP Pharmaceutical Products Inc. (TAP), is accounted for under the equity method of accounting. The investment in TAP was $76, $340 and $370 at December 31, 2004, 2003 and 2002, respectively. Dividends received from TAP were $638, $606 and $695 in 2004, 2003 and 2002, respectively. Abbott performs certain administrative and manufacturing services for TAP at negotiated rates that approximate fair market value. Summarized financial information for TAP is as follows:

| Year Ended December 31 | 2004 | 2003 | 2002 |
|---|---|---|---|
| Net sales | $3,361.6 | $3,979.6 | $4,037.4 |
| Cost of sales | 990.4 | 1,066.8 | 884.1 |
| Income before taxes | 1,181.1 | 1,815.5 | 2,081.4 |
| Net income | 750.0 | 1,161.9 | 1,333.5 |

| December 31 | 2004 | 2003 | 2002 |
|---|---|---|---|
| Current assets | $ 951.7 | $1,451.6 | $1,176.8 |
| Total assets | 1,176.6 | 1,718.1 | 1,580.3 |
| Current liabilities | 976.8 | 965.8 | 791.6 |
| Total liabilities | 1,025.2 | 1,037.2 | 839.8 |

Undistributed earnings of investments accounted for under the equity method amounted to approximately $53 as of December 31, 2004.

Abbott 2004 Annual Report

## Notes to Consolidated Financial Statements

### Note 16 — Stock Purchase Rights

Common shares outstanding are subject to stock purchase rights. The rights are exercisable only if a person or group acquires ten percent or more of Abbott common shares or announces a tender or exchange offer which would result in ownership of ten percent or more of Abbott common shares. Following the acquisition of ten percent or more of Abbott's common shares, the holders of the rights, other than the acquiring person or group, may purchase Abbott common shares at half price. In the event of a merger or other acquisition of Abbott, the holders of the rights, other than the acquiring person or group, may purchase shares of the acquiring entity at half price. The rights were not exercisable at December 31, 2004.

### Note 17 — Quarterly Results (Unaudited)
*(dollars in millions except per share data)*

|                                          | 2004     | 2003     |
|------------------------------------------|----------|----------|
| **First Quarter**                        |          |          |
| Net Sales                                | $4,640.9 | $4,008.9 |
| Gross Profit                             | 2,567.4  | 2,209.0  |
| Net Earnings                             | 822.9    | 801.0    |
| Basic Earnings Per Common Share (a)      | .53      | .51      |
| Diluted Earnings Per Common Share (a)    | .52      | .51      |
| Market Price Per Share – High            | 47.25    | 40.85    |
| Market Price Per Share – Low             | 39.28    | 33.75    |
| **Second Quarter**                       |          |          |
| Net Sales                                | $4,703.0 | $4,126.3 |
| Gross Profit                             | 2,634.3  | 2,277.9  |
| Net Earnings (b)                         | 634.3    | 246.6    |
| Basic Earnings Per Common Share (a) (b)  | .41      | .16      |
| Diluted Earnings Per Common Share (a) (b)| .40      | .16      |
| Market Price Per Share – High            | 44.67    | 46.94    |
| Market Price Per Share – Low             | 39.43    | 37.57    |
| **Third Quarter**                        |          |          |
| Net Sales                                | $4,681.7 | $4,247.8 |
| Gross Profit                             | 2,566.8  | 2,319.1  |
| Net Earnings                             | 804.1    | 761.2    |
| Basic Earnings Per Common Share (a)      | .52      | .49      |
| Diluted Earnings Per Common Share (a)    | .51      | .48      |
| Market Price Per Share – High            | 43.20    | 45.09    |
| Market Price Per Share – Low             | 38.26    | 37.65    |
| **Fourth Quarter**                       |          |          |
| Net Sales                                | $5,654.4 | $4,897.3 |
| Gross Profit                             | 3,027.3  | 2,700.1  |
| Net Earnings                             | 974.6    | 944.4    |
| Basic Earnings Per Common Share (a)      | .62      | .60      |
| Diluted Earnings Per Common Share (a)    | .62      | .60      |
| Market Price Per Share – High            | 47.63    | 47.15    |
| Market Price Per Share – Low             | 40.25    | 39.95    |

(a) The sum of the first quarter, second quarter, third quarter and fourth quarter basic and diluted earnings per share for 2004 do not add to the full year earnings per share amounts due to rounding.

(b) Second quarter 2003 included a pretax charge of $622 for the settlement of the Ross enteral nutritional investigation.

## Management Report on Internal Control Over Financial Reporting

The management of Abbott Laboratories is responsible for establishing and maintaining adequate internal control over financial reporting. Abbott's internal control system was designed to provide reasonable assurance to the company's management and board of directors regarding the preparation and fair presentation of published financial statements.

All internal control systems, no matter how well designed, have inherent limitations. Therefore, even those systems determined to be effective can provide only reasonable assurance with respect to financial statement preparation and presentation.

Abbott's management assessed the effectiveness of the company's internal control over financial reporting as of December 31, 2004. In making this assessment, it used the criteria set forth in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on our assessment, we believe that, as of December 31, 2004, the company's internal control over financial reporting was effective based on those criteria.

Abbott's independent registered public accounting firm has issued an audit report on our assessment of the company's internal control over financial reporting. This report appears on page 63.

Miles D. White
*Chairman of the Board and Chief Executive Officer*

Thomas C. Freyman
*Executive Vice President, Finance and Chief Financial Officer*

Greg W. Linder
*Vice President and Controller*

February 18, 2005

Reports of Independent Registered Public Accounting Firm

*To the Board of Directors and Shareholders of Abbott Laboratories:*

We have audited the accompanying consolidated balance sheets of Abbott Laboratories and subsidiaries (the Company) as of December 31, 2004, 2003 and 2002, and the related consolidated statements of earnings, shareholders' investment, and cash flows for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of Abbott Laboratories and subsidiaries as of December 31, 2004, 2003 and 2002, and the results of their operations and their cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the effectiveness of the Company's internal control over financial reporting as of December 31, 2004, based on the criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated February 18, 2005, expressed an unqualified opinion on management's assessment of the effectiveness of the Company's internal control over financial reporting and an unqualified opinion on the effectiveness of the Company's internal control over financial reporting.

Deloitte & Touche LLP
Chicago, Illinois
February 18, 2005

*To the Board of Directors and Shareholders of Abbott Laboratories:*

We have audited management's assessment, included in the accompanying Management Report on Internal Control Over Financial Reporting dated February 18, 2005, that Abbott Laboratories and subsidiaries (the Company) maintained effective internal control over financial reporting as of December 31, 2004, based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express an opinion on management's assessment and an opinion on the effectiveness of the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations in internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, management's assessment that the Company maintained effective internal control over financial reporting as of December 31, 2004, is fairly stated, in all material respects, based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2004, based on the criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements as of and for the year ended December 31, 2004 of the Company and our report dated February 18, 2005, expressed an unqualified opinion on those financial statements.

Deloitte & Touche LLP
Chicago, Illinois
February 18, 2005

Abbott 2004 Annual Report

## Financial Instruments and Risk Management

### Interest Rate Sensitive Financial Instruments

At December 31, 2004 and 2003, Abbott had interest rate hedge contracts totaling $3.1 billion and $3.25 billion, respectively, to manage its exposure to changes in the fair value of debt due July 2006 through March 2014. Abbott does not use derivative financial instruments, such as interest rate swaps, to manage its exposure to changes in interest rates for its investment securities. As of December 31, 2004 and 2003, Abbott had $1.6 billion and $806 million, respectively, of domestic commercial paper outstanding with an average annual interest rate of 2.2% and 1.1%, respectively, with an average remaining life of 38 days and 29 days, respectively. The fair market value of long-term debt at December 31, 2004 and 2003, amounted to $5.0 billion and $5.4 billion, respectively, and consisted primarily of fixed-rate (average of 4.3% and 4.7%, respectively) debt with maturities through 2023. As of December 31, 2004 and 2003, the fair market value of current and long-term investment securities amounted to $854 million and $316 million, respectively. A hypothetical 100-basis point change in the interest rates would not have a material effect on cash flows, income or market values. (A 100-basis point change is believed to be a reasonably possible near-term change in rates.)

### Market Price Sensitive Financial Instruments

Abbott maintains a portfolio of available-for-sale equity securities from strategic technology acquisitions. The market value of these investments was approximately $96 million and $331 million, respectively, as of December 31, 2004 and 2003. Abbott monitors these investments for other than temporary declines in market value, and charges impairment losses to income when an other than temporary decline in value occurs. A hypothetical 20 percent decrease in the share prices of these investments would decrease their fair value at December 31, 2004 by approximately $19 million. (A 20 percent decrease is believed to be a reasonably possible near-term change in share prices.)

### Non-Publicly Traded Equity Securities

Abbott maintains a portfolio of equity securities from strategic technology acquisitions that are not traded on public stock exchanges. The carrying value of these investments was approximately $30 million and $50 million, respectively, as of December 31, 2004 and 2003. No individual investment is in excess of $14 million. Abbott monitors these investments for other than temporary declines in market value, and charges impairment losses to income when an other than temporary decline in estimated value occurs.

### Foreign Currency Sensitive Financial Instruments

Abbott enters into foreign currency forward exchange contracts to manage its exposure to foreign currency denominated intercompany loans and trade payables and third-party trade payables and receivables. The contracts are marked-to-market, and resulting gains or losses are reflected in income and are generally offset by losses or gains on the foreign currency exposure being managed. At December 31, 2004 and 2003, Abbott held $3.3 billion and $3.0 billion, respectively, of such contracts, which all mature in the next calendar year.

In addition, certain Abbott foreign subsidiaries enter into foreign currency forward exchange contracts to manage exposures to changes in foreign exchange rates for anticipated intercompany purchases by those subsidiaries whose functional currencies are not the U.S. dollar. These contracts are designated as cash flow hedges of the variability of the cash flows due to changes in foreign exchange rates and are marked-to-market with the resulting gains or losses reflected in Accumulated other comprehensive income (loss). Gains or losses will be included in Cost of products sold at the time the products are sold, generally within the next calendar year. At December 31, 2004 and 2003, Abbott held $984 million and $602 million, respectively, of such contracts, which all mature in the next calendar year.

The following table reflects the total foreign currency forward contracts outstanding at December 31, 2004 and 2003:

| (dollars in millions) | 2004 | | | | 2003 | | |
| | Contract Amount | Average Exchange Rate | Fair and Carrying Value Receivable/ (Payable) | | Contract Amount | Average Exchange Rate | Fair and Carrying Value Receivable/ (Payable) |
|---|---|---|---|---|---|---|---|
| Receive primarily U.S. Dollars | | | | | | | |
| in exchange for the following currencies: | | | | | | | |
| Euro | $1,688 | 1.2843 | $(39.1) | | $1,887 | 1.19 | $(11.8) |
| British Pound | 1,112 | 0.542 | (26.7) | | 799 | 0.59 | (11.2) |
| Japanese Yen | 533 | 107.3 | 9.2 | | 229 | 108.9 | 0.6 |
| Canadian Dollar | 301 | 0.785 | (20.0) | | 240 | 0.76 | (2.4) |
| All other currencies | 601 | N/A | (3.3) | | 432 | N/A | (5.5) |
| Total | $4,235 | | $(79.9) | | $3,587 | | $(30.3) |

## Financial Review

Abbott's revenues are derived primarily from the sale of a broad line of health care products under short-term receivable arrangements. Patent protection and licenses, technological and performance features, and inclusion of Abbott's products under a contract or by a pharmacy benefit manager most impact which products are sold; price controls, competition and rebates most impact the net selling prices of products; and foreign currency translation impacts the measurement of net sales. Abbott's primary products are prescription pharmaceuticals, nutritional products and diagnostic testing products. Abbott also owns 50 percent of TAP Pharmaceutical Products Inc. (TAP) that Abbott accounts for on the equity method.

Integration activities, regulatory and legal issues, the worldwide launch of *HUMIRA* and the Hospira spin-off have impacted Abbott's sales, costs and financial position over the last three years.

Subsequent to Abbott's 2001 acquisition of the Knoll pharmaceutical business, which significantly increased the scale of Abbott's pharmaceutical business, Abbott focused on reorganizing and growing its global pharmaceutical business. Abbott has established a global research and development organization and a global manufacturing and distribution organization to serve its domestic and international commercial pharmaceutical operations. Pharmaceutical research and development is focused on five therapeutic areas— immunology, oncology, neuroscience, diabetes/metabolism, and viral diseases. U.S. commercial pharmaceutical operations are focused on primary care, specialty and hospital pharmaceuticals. In 2003, Abbott began the worldwide launch of *HUMIRA*, which achieved worldwide sales of $852 million in 2004.

In 2004, Abbott separated its diagnostic segment into four separate divisions—immunoassay/hematology, glucose testing, molecular, and point of care—to better focus on commercial and scientific opportunities. In early 2004, Abbott acquired TheraSense for $1.2 billion, and began to integrate it with Abbott's glucose testing business. In late 2003, Abbott was informed by the FDA that it may distribute the immunoassay products in the U.S. that were impacted by regulatory restrictions imposed in 1999. Net sales and profits for this business declined over the restricted period, but stabilized in 2004. In 2004, Abbott diagnostics launched more than 80 new products. In the Ross segment in 2003, Abbott settled its portion of an industry-wide investigation of the enteral nutritional business for $614 million.

In 2004, Abbott completed the spin-off of Hospira, Abbott's former hospital products business. Prior to the spin-off, the hospital pharmaceutical and vascular device businesses, which Abbott retained, were transferred to the pharmaceutical business and Abbott Vascular Products segment, respectively. Annual sales of Hospira were approximately $2.4 billion. As part of the spin-off, Hospira assumed $700 million of debt. The historical operating and cash flow results of Hospira are now presented as discontinued operations. Hospira is contractually obligated to purchase the international hospital assets and operations that were not included in the spin-off.

TAP's contribution to Abbott's earnings has declined over the last two years. A part of the decline is due to increased competition for *Prevacid*, TAP's largest selling product, and due to market contraction for prescription proton pump inhibitors. In 2004, TAP recorded additional litigation reserves of $125 million for an anticipated legal settlement.

Abbott's short- and long-term debt totaled $6.8 billion at December 31, 2004, largely incurred to finance acquisitions. Operating cash flows in excess of capital expenditures and cash dividends have allowed Abbott to reduce debt and fund acquisitions over the last three years. At December 31, 2004, Abbott's long-term debt rating was AA by Standard and Poor's and A1 by Moody's Investors Service.

In 2005, Abbott will focus on several key initiatives. In the pharmaceutical business, Abbott expects worldwide sales of *HUMIRA*, its rheumatoid arthritis drug launched in 2003 and 2004, to exceed $1.3 billion in 2005. Abbott will also focus on appropriate market support for *Synthroid*, which became subject to generic U.S. competition in mid-2004. U.S. *Synthroid* sales in 2004 and 2003 were $637 million and $565 million, respectively, and are projected to exceed $400 million in 2005. In 2005, Abbott expects a response from the FDA to Abbott's regulatory submissions made in 2004 for *Xinlay*, for prostate cancer, *Kaletra* once-daily dosing, *Zemplar* capsules, and additional *HUMIRA* indications, and TAP expects a response for its filing for Febuxostat. Abbott expects to submit a similar number of additional pharmaceutical regulatory filings in 2005. Pharmaceutical research and development efforts will continue to be focused in the five therapeutic areas noted above with a significant portion of the development expenditures allocated to new *HUMIRA* indications. In the immunoassay business, attention will be focused on improving revenue growth by capitalizing on recent product launches, launching additional products, and commercial execution of the existing broad product portfolio. In addition, Abbott expects to place with customers additional *ARCHITECT* immunochemistry diagnostic instruments in 2005. With a greater focus on consumer marketing, Ross will maximize the strength of its core brands and expand its healthy-living market presence. In the other business segments, Abbott will focus on developing or acquiring differentiated technologies in higher growth segments of those markets.

Abbott 2004 Annual Report

## Financial Review

### Critical Accounting Policies

*Sales Rebates* — Approximately 40 percent of Abbott's consolidated gross revenues are subject to various forms of rebates and allowances that Abbott records as reductions of revenues at the time of sale. Most of these allowances are in two of Abbott's domestic segments—the Pharmaceutical Products segment and the Ross Products segment. Abbott provides rebates to pharmacy benefit management companies, to state agencies which administer the federal Medicaid program and the Special Supplemental Food Program for Women, Infants, and Children (WIC), wholesalers, group purchasing organizations, and other government and private entities. Rebate amounts are usually based upon the volume of purchases using contractual or statutory prices for a product. Factors used in the rebate calculations include the identification of which products have been sold subject to a rebate, which customer or government price terms apply, and the estimated lag time between sale and payment of a rebate. Using historical trends, adjusted for current changes, Abbott estimates the amount of the rebate that will be paid, and records the liability as a reduction of gross sales when Abbott records its sale of the product. Settlement of the rebate occurs from two to 24 months after sale. Abbott regularly analyzes the historical rebate trends and makes adjustments to reserves for changes in trends and terms of rebate programs. Rebates and chargebacks charged against gross sales in 2004 amounted to approximately $2.4 billion, or 25.6 percent, based on gross sales of approximately $9.3 billion subject to rebate. Rebates and chargebacks charged against gross sales were approximately $1.8 billion in 2003 and $1.4 billion in 2002. A one-percentage point increase in the percentage of rebates to related gross sales would decrease 2004 net sales and operating earnings by approximately $93 million. Other allowances charged against gross sales were approximately $233 million, $191 million and $164 million for cash discounts in 2004, 2003 and 2002, respectively, and $163 million, $171 million and $157 million for returns in 2004, 2003 and 2002, respectively. Cash discounts are known within 15 to 30 days of sale, and therefore can be reliably estimated. Returns can be reliably estimated because Abbott's historical returns are low, and because sales returns terms and other sales terms have remained relatively unchanged for several periods.

Management analyzes the adequacy of ending accrual balances each quarter. In the Ross nutritional business, management uses both internal and external data available to estimate the level of inventory in the distribution channel. Management internally estimates the inventory in the retail channel that is not on the retail shelf. A third party continuously measures time on the retail shelf, which is a relatively significant portion of the time inventory is in the distribution channel. Except for a transition period before or after a change in the supplier for the WIC business in a state, inventory in the distribution channel does not vary substantially. Management also estimates the states' processing lag time based on claims data. In addition, internal processing time is a factor in estimating the accrual. In the WIC business the state where the sale is made, which is the determining factor for the applicable price, is reliably estimable. Estimates are required for the amount of WIC sales within each state where Abbott has the WIC business. External data sources utilized for that estimate are participant data from the U.S. Department of Agriculture (USDA), which administers the WIC program, participant data from some of the states, and internally administered market surveys. The USDA has been making its data available for many years. Internal data includes

historical redemption rates and pricing data. At December 31, 2004, Ross had the exclusive WIC business in 12 states. Recent competitive and market conditions have resulted in a trend towards more WIC sales, and therefore a higher sales rebate provision.

In the domestic pharmaceutical business, the most significant charges against gross sales are for Medicaid Rebates, Pharmacy Benefit Manager Rebates and Wholesaler Chargebacks. In order to evaluate the adequacy of the ending accrual balances, management uses both internal and external estimates of the level of inventory in the distribution channel and the rebate claims processing lag time. External data sources used to estimate the inventory in the distribution channel include inventory levels periodically reported by wholesalers and third party market data purchased by Abbott. Management estimates the processing lag time based on periodic sampling of claims data. To estimate the price rebate percentage, systems and calculations are used to track sales by product by customer and to estimate the contractual or statutory price. Abbott's systems and calculations have developed over time as rebates have become more significant, and Abbott believes they are very reliable.

Settlement of rebate accruals from the date of sale ranges from 5 to 12 weeks for WIC, 31 to 35 weeks for Medicaid, 27 to 31 weeks for Pharmacy Benefit Managers and 2 to 8 weeks for Wholesaler Chargebacks. Average settlement times are 8 weeks for WIC, 33 weeks for Medicaid, 29 weeks for Pharmacy Benefit Managers and 6 weeks for Wholesaler Chargebacks.

The following table is an analysis of the four largest rebate accruals, which comprise approximately 82 percent of the consolidated rebate provisions charged against revenues in 2004. Information necessary to prepare this table for 2003 and 2002 is not available due to the spin-off of Hospira that occurred in 2004. Remaining rebate provisions charged against gross sales are not significant in the determination of operating earnings. *(dollars in thousands)*

| | Ross Products WIC Rebates | Pharmaceutical Products | | |
| | | Medicaid Rebates | Pharmacy Benefit Manager Rebates | Wholesaler Charge-backs |
|---|---|---|---|---|
| Balance at January 1, 2004 | $113,362 | $229,070 | $145,195 | $ 37,093 |
| Provisions | 671,817 | 596,330 | 279,681 | 419,486 |
| Payments | (687,132) | (452,342) | (271,078) | (412,526) |
| Balance at December 31, 2004 | $ 98,047 | $373,058 | $153,798 | $ 44,053 |

In the analysis above, due to systems limitations, it is not practical and has not been necessary to break out current versus prior year activity. When applicable, Abbott analyzes current year activity to identify whether material changes in estimate in the current period relate to prior period sales. Changes in estimates for current and prior years' rebate and chargeback accruals have not been material to operating income. Abbott employs various techniques to verify the accuracy of claims submitted to it, and where possible, works with the organizations submitting claims to gain insight into changes that might affect the rebate amounts. For Medicaid and other government agency programs, the calculation of a rebate involves interpretations of relevant regulations, which are subject to challenge or change in interpretation.

Financial Review

*Income Taxes* — Abbott operates in numerous countries where its income tax returns are subject to audits and adjustments. Because Abbott operates globally, the nature of the audit items are often very complex, and the objectives of the government auditors can result in a tax on the same income in more than one country. Abbott employs internal and external tax professionals to minimize audit adjustment amounts where possible. As part of Abbott's calculation of the provision for taxes on earnings, Abbott records the amount that it expects to incur as a result of audits. Each quarter, Abbott reviews its exposures in accordance with Statement of Financial Accounting Standards (SFAS) No. 5, "Accounting for Contingencies." In the U.S., Abbott's federal income tax returns for years 1993 to 1995 are in the process of being settled at amounts that approximate recorded reserves; years 1996 to 2000 are settled, and the income tax returns for years after 2000 are open. As discussed in further detail in Legislative Issues, in February 2005, as a result of the American Jobs Creation Act of 2004, management concluded that it would remit a portion of its foreign earnings previously considered reinvested indefinitely in foreign subsidiaries. Except for dividends that will be remitted under the Act, Abbott does not record deferred income taxes on earnings reinvested indefinitely in foreign subsidiaries.

*Pension and Post-Employment Benefits* — Abbott offers pension benefits and post-employment health care to many of its employees. Abbott engages outside actuaries to calculate its obligations and costs under these programs. With the assistance of outside actuaries, Abbott must develop long-term assumptions, the most significant of which are the health care cost trend rate, discount rate and the expected return on plan assets. A difference between the assumed rates and the actual rates, which will not be known for decades, can be significant in relation to the obligations and the annual cost recorded for these programs. Recent low interest rates have significantly increased unrecognized actuarial losses for these plans. At December 31, 2004, the unrecognized actuarial losses for Abbott's defined benefit plans and medical and dental plans were $1.495 billion and $588 million, respectively. Unrecognized actuarial losses and gains are amortized over the remaining service periods of the employees under the corridor method, in accordance with the rules for accounting for post-employment benefits. Differences between the expected long-term return on plan assets and the actual annual return are amortized over a five-year period. Footnote 5 to the consolidated financial statements describes the impact of a one-percentage point change in the health care cost trend rate; however, there can be no certainty that a change would be limited to only one percentage point. In 2004, 2003 and 2002, Abbott recorded minimum pension liability adjustments of $120 million, $155 million and $343 million, respectively, because the accumulated benefit obligations for certain defined benefit plans exceeded the market value of the plans' assets. This resulted in charges to Accumulated other comprehensive income (loss) of $76 million, $99 million and $203 million, net of taxes, in 2004, 2003 and 2002, respectively. The weighted average discount rate used at December 31, 2004 for determining the accumulated benefit obligations for defined benefit plans whose accumulated benefit obligations were in excess of plan assets was 5.7 percent. A one-percentage

point reduction in the discount rate at December 31, 2004 would result in an increase in the minimum pension liability adjustments and an increase in the charge to Accumulated other comprehensive income (loss) of approximately $779 million and $507 million, respectively.

*Valuation of Intangible Assets* — Abbott has acquired and continues to acquire significant intangible assets that Abbott values and records. Those assets which do not yet have regulatory approval and for which there are no alternative uses are expensed as acquired in-process research and development, and those that have regulatory approval are capitalized. Transactions involving the purchase or sale of intangible assets occur with some frequency between companies in the health care field, and valuations are usually based on a discounted cash flow analysis. Abbott uses a discounted cash flow model to value acquired intangible assets. The discounted cash flow model requires assumptions about the timing and amount of future net cash inflows, risk, the cost of capital, and terminal value. Each of these factors can significantly affect the value of the intangible asset. Abbott engages independent valuation experts who review Abbott's critical assumptions and calculations for significant acquisitions of intangibles. Abbott reviews intangible assets for impairment each quarter using an undiscounted net cash flows approach. If the undiscounted cash flows of an intangible asset are less than the carrying value of an intangible asset, the intangible asset is written down to its fair value, which is usually the discounted cash flow amount. Where cash flows cannot be identified for an individual asset, the review is applied at the lowest group level for which cash flows are identifiable. Goodwill is reviewed for impairment annually or when an event that could result in an impairment of goodwill occurs. At December 31, 2004, goodwill and intangibles amounted to $5.7 billion and $5.2 billion, respectively. Amortization expense for intangible assets amounted to approximately $448 million in 2004. There were no impairments of goodwill in 2004.

*Litigation* — Abbott accounts for litigation losses in accordance with SFAS No. 5, "Accounting for Contingencies." Under SFAS No. 5, loss contingency provisions are recorded for probable losses at management's best estimate of a loss, or when a best estimate cannot be made, a minimum loss contingency amount is recorded. These estimates are often initially developed substantially earlier than the ultimate loss is known, and the estimates are refined each accounting period, as additional information becomes known. Accordingly, Abbott is often initially unable to develop a best estimate of loss, and therefore the minimum amount, which could be zero, is recorded. As information becomes known, either the minimum loss amount is increased, resulting in additional loss provisions, or a best estimate can be made, also resulting in additional loss provisions. Occasionally, a best estimate amount is changed to a lower amount when events result in an expectation of a more favorable outcome than previously expected. For its legal proceedings and environmental exposures, Abbott estimates the range of possible loss to be from approximately $150 million to $210 million. Abbott has recorded reserves at December 31, 2004 of approximately $155 million for these proceedings and exposures. These reserves represent management's best estimate of probable loss, except for one which is recorded at the minimum, as defined by SFAS No. 5.

Abbott 2004 Annual Report

Financial Review

*Stock Compensation* — Abbott currently measures compensation cost using the intrinsic value-based method of accounting for stock options and replacement stock options granted to employees and discloses the impact of the fair value method in the footnotes to the consolidated financial statements. In December 2004, the Financial Accounting Standards Board issued a revised Statement of Financial Accounting Standards No. 123, "Share Based Payment," which requires that fair value be recorded in the results of operations beginning no later than July 1, 2005. Since there is no market for trading employee stock options, there is no certainty that the result of the fair value method would be the value at which employee stock options would be traded for cash. Fair value methods require several assumptions, the most significant of which are stock price volatility and the average life of an option. See Recently Issued Accounting Standards below for further discussion.

Results of Operations
Sales

The following table details the components of sales growth by segment for the last three years:

| Total Net Sales | Total % Change | Components of Change % Price | Components of Change % Volume | Components of Change % Exchange |
|---|---|---|---|---|
| 2004 vs. 2003 | 13.9 | 1.6 | 9.1 | 3.2 |
| 2003 vs. 2002 | 13.1 | 1.3 | 7.8 | 4.0 |
| 2002 vs. 2001 | 9.8 | 0.9 | 9.5 | (0.6) |
| **Total U.S.** | | | | |
| 2004 vs. 2003 | 12.8 | 3.8 | 9.0 | — |
| 2003 vs. 2002 | 11.6 | 1.6 | 10.0 | — |
| 2002 vs. 2001 | 8.6 | 0.9 | 7.7 | — |
| **Total International** | | | | |
| 2004 vs. 2003 | 15.3 | (1.0) | 8.9 | 7.4 |
| 2003 vs. 2002 | 15.1 | 0.9 | 5.0 | 9.2 |
| 2002 vs. 2001 | 11.5 | 0.9 | 12.1 | (1.5) |
| **Pharmaceutical Products Segment** | | | | |
| 2004 vs. 2003 | 15.8 | 7.2 | 8.6 | — |
| 2003 vs. 2002 | 19.5 | 3.3 | 16.2 | — |
| 2002 vs. 2001 | 14.3 | 3.1 | 11.2 | — |
| **Diagnostic Products Segment** | | | | |
| 2004 vs. 2003 | 11.1 | (1.2) | 6.9 | 5.4 |
| 2003 vs. 2002 | 5.0 | — | (1.8) | 6.8 |
| 2002 vs. 2001 | (1.1) | (0.1) | (0.6) | (0.4) |
| **Ross Products Segment** | | | | |
| 2004 vs. 2003 | 8.9 | (0.5) | 9.4 | — |
| 2003 vs. 2002 | 2.3 | (0.9) | 3.2 | — |
| 2002 vs. 2001 | — | (2.2) | 2.2 | — |
| **International Segment** | | | | |
| 2004 vs. 2003 | 15.9 | (1.0) | 9.5 | 7.4 |
| 2003 vs. 2002 | 13.5 | 1.4 | 3.4 | 8.7 |
| 2002 vs. 2001 | 15.6 | 1.3 | 16.1 | (1.8) |

A comparison of the product group sales by segment is as follows. Percentage changes are versus the prior year and are based on unrounded numbers.

| (dollars in millions): | 2004 | Percent Change | 2003 | Percent Change | 2002 | Percent Change |
|---|---|---|---|---|---|---|
| **Pharmaceutical Products** | | | | | | |
| Primary Care | 3,975 | 23 | 3,220 | 26 | 2,549 | 22 |
| Specialty | 2,069 | 33 | 1,561 | 26 | 1,242 | 6 |
| Hospital Pharmaceuticals | 838 | (1) | 847 | 5 | 805 | 19 |
| **Diagnostic Products** | | | | | | |
| Immunochemistry | 2,141 | 2 | 2,094 | 3 | 2,030 | (4) |
| Diabetes Care | 791 | 46 | 542 | 10 | 494 | 9 |
| **Ross Products** | | | | | | |
| Pediatric Nutritionals | 1,146 | 5 | 1,093 | 9 | 1,004 | (4) |
| Adult Nutritionals | 934 | 15 | 809 | (3) | 838 | 1 |
| **International** | | | | | | |
| Other Pharmaceuticals | 3,184 | 21 | 2,629 | 15 | 2,287 | 31 |
| Anti-Infectives | 804 | 5 | 766 | 10 | 696 | (2) |
| Hospital Pharmaceuticals | 592 | 15 | 516 | 18 | 437 | 10 |
| Pediatric Nutritionals | 595 | 13 | 527 | 8 | 486 | 1 |
| Adult Nutritionals | 663 | 12 | 591 | 12 | 528 | 4 |

Sales of new products in 2004 are estimated to be approximately $1.8 billion, led by *HUMIRA* in the Pharmaceutical Products and International segments and incremental sales of approximately $300 million from the acquisitions of TheraSense, ZonePerfect and EAS. Sales in the Pharmaceutical Products segment of *Mobic, TriCor* and *Flomax* in 2004 and 2003 favorably impacted Primary Care Products sales, and increased sales of *HUMIRA* favorably impacted Specialty Products sales in 2004 and 2003. Increased sales of *HUMIRA* also favorably impacted Other Pharmaceuticals sales in the International Segment in 2004. Worldwide sales of *HUMIRA* totaled $852 million in 2004 and $280 million in 2003 and are forecasted to be more than $1.3 billion in 2005. Diagnostic Products and International segment products sales were favorably impacted in 2004 and 2003 by the effect of the relatively weaker U.S. dollar. Diabetes Care product sales for the Diagnostic Products segment were favorably impacted by the acquisition of TheraSense in the second quarter of 2004. In addition, Adult Nutritionals product sales for the Ross Products segment were favorably impacted by the acquisitions of ZonePerfect in the third quarter of 2003 and EAS in the fourth quarter of 2004. In Abbott's annual report on Form 10-K for the year ended December 31, 2003, Abbott disclosed that the FDA was studying conditions under which competitors could rely on Abbott's NDA to market a competitive product to *Synthroid*. In the second quarter 2004, the FDA granted approval for generic competition to *Synthroid* and generic competitors have entered the market. U.S. sales of *Synthroid* in 2004, 2003 and 2002 were $637 million, $565 million and $489 million, respectively. In late 2004, clarithromycin became subject to generic competition

Financial Review

in the United Kingdom and Germany. In May of 2005 the composition of matter patent on clarithromycin in the U.S. expires. In the U.S., Abbott markets clarithromycin in two forms, the immediate release and the extended release forms, both of which are covered by additional non-composition of matter patents. There may be further generic competition for clarithromycin in the U.S. and other countries in 2005 depending on the results of legal proceedings related to the patents. U.S. sales of clarithromycin in 2004 were $458 million, and international sales were $725 million. Sevoflurane has been subject to generic competition in isolated markets outside of the U.S. and further generic competition in international markets is possible. International sales of Sevoflurane were $484 million in 2004. Abbott has periodically sold product rights to non-strategic products and has recorded the related gains in net sales in accordance with Abbott's revenue recognition policies as discussed in footnote 1 to the consolidated financial statements. Related net sales were $144 million in 2004, $241 million in 2003 and $157 million in 2002.

The expiration of licenses or patent protection can affect the future revenues and operating income of Abbott. Significant patent expirations and activities in the next three years are as follows. The Pharmaceutical Products segment markets *TriCor* in the U.S. under a license agreement and patents covering *TriCor* are being challenged by competitors. Abbott is vigorously defending the patents. U.S. sales of *TriCor* were $779 million in 2004. In 2004 Abbott received approval for a form of *TriCor* that has additional therapeutic benefits. This form is covered under non-composition of matter patents which expire in 2017. The Pharmaceutical Products segment has an agreement with Boehringer Ingelheim to co-promote and distribute three of its products. The co-promotion rights for all three products phase out over time, beginning in 2004 and ending in 2006, and distribution rights expire predominately in 2007 and partially in 2008. Margins are disproportionately lower for these products than for the other products in this segment. Related revenues recorded in 2004 were $1.6 billion, an increase of 39 percent over 2003.

Operating Earnings

Gross profit margins were 54.9 percent of net sales in 2004, 55.0 percent in 2003 and 55.4 percent in 2002. The gross profit margin in 2004 was impacted by the favorable mix effect of exchange on the gross profit margin and by unfavorable product mix, primarily increased sales of lower margin Boehringer Ingelheim products, as discussed above, in the Pharmaceutical Products segment. The gross profit margin for 2003 was impacted by a charge of $88 million for an impairment of assets and other expenses as a result of a lower sales forecast for *Abbokinase*; partially offset by favorable product mix, resulting mainly from increased sales in the Pharmaceutical Products segment. The gross profit margin for 2002 included the effects of the Lake County diagnostic FDA consent decree charge, restructuring charges and unfavorable product mix; partially offset by the absence of goodwill amortization in 2002. Gross profit margins in all years were also affected by productivity improvements, higher project expenses for new products, higher manufacturing capacity costs for anticipated unit growth, and the effects of inflation and competitive pricing pressures.

In the U.S., states receive price rebates from manufacturers of infant formula under the federally subsidized Special Supplemental Food Program for Women, Infants, and Children. There are also rebate programs for pharmaceutical products. These rebate programs continue to have a negative effect on the gross profit margins of the Ross and Pharmaceutical Products segments. In addition, pricing pressures unfavorably impacted the gross profit margins for the Ross Products segment in 2004, 2003 and 2002.

The gross profit margins for the Pharmaceutical Products segment were unfavorably impacted in 2004 and 2002 by unfavorable product mix and favorably impacted in 2003 by favorable product mix. In addition, the gross profit margins in 2004 and 2003 for the Pharmaceutical Products segment were unfavorably impacted by increased sales of lower margin Boehringer Ingelheim products and higher other manufacturing costs. The gross profit margins in 2003 and 2002 for the Diagnostic Products segment were impacted by the effects of the FDA consent decree, as discussed below.

Under terms of a 1999 consent decree with the U.S. government, Abbott was prohibited from manufacturing certain diagnostic products for sale in the U.S. until its Lake County, Ill. manufacturing facilities were found to be in substantial conformity with the Food and Drug Administration's (FDA) Quality System Regulation. In December of 2003, the FDA found the facilities to be in substantial conformity and Abbott began the process of manufacturing impacted products for sale in the U.S. In connection with the consent decree, Abbott recorded remediation costs and payments to the government, including a pretax charge of $129 million in 2002.

Research and development expense, excluding acquired in-process research and development, was $1.7 billion in 2004, $1.6 billion in 2003 and $1.5 billion in 2002 and represented 8.6 percent of net sales in 2004 compared to 9.4 percent of net sales in 2003 and 9.7 percent of net sales in 2002. Research and development increased in 2004 and 2003, but not at the same rate as sales due, in part, to lower spending on Phase III clinical trials in 2004 and 2003 compared to 2002. The majority of research and development expenditures are concentrated on pharmaceutical products.

Selling, general and administrative expenses increased 2.4 percent in 2004 compared to increases of 29.1 percent in 2003 and 6.7 percent in 2002. In 2003, Abbott recorded in Selling, general and administrative expenses, a pretax charge of $614 million related to the settlement of the Ross enteral nutritional investigation. This 2003 charge reduced the increase in selling, general and administrative expenses by 15.0 percentage points for 2004 and increased selling, general and administration expenses by 16.5 percentage points over 2002. The increases in selling, general and administrative expenses, excluding the charge for the investigation, were due primarily to increased selling and marketing support for new and existing products, including spending for the launch of *HUMIRA*, as well as spending on other marketed pharmaceutical products. Increases in all three years also reflect inflation, the effect of acquisitions and additional selling and marketing support primarily in the Pharmaceutical Products and International segments.

Abbott 2004 Annual Report

Financial Review

In 2004, Abbott reflected the requirements of Financial Accounting Standards Board Staff Position No. 106-2, "Accounting and Disclosure Requirements Related to the Medicare Prescription Drug, Improvement and Modernization Act of 2003." The effect of this change reduced the post-employment medical and dental plan net cost for 2004 by approximately $33 million.

### (Income) From TAP Pharmaceutical Products, Inc. Joint Venture

Abbott's income from the TAP Pharmaceutical Products Inc. (TAP) joint venture was lower in 2004 and 2003 due to decreased sales due to market contraction for prescription proton pump inhibitors, and in 2004 by approximately $40 million as a result of an agreement with plaintiffs to settle litigation.

### Other (Income) Expense, net

Other (income) expense, net for 2002 includes a charge of $194 million as a result of other than temporary declines in the market values of certain equity securities.

### Net Interest Expense

Net interest expense increased in 2004 due to a higher level of debt, partially offset by higher interest income. Net interest expense decreased in 2003 and 2002 due to a lower level of borrowings and lower interest rates.

### Taxes on Earnings

The effective income tax rates on income from continuing operations were 23.0 percent in 2004, 26.1 percent in 2003 and 23.3 percent in 2002. The effective tax rate for 2004 reflects adjustments of prior years' tax requirements primarily as a result of resolutions of prior years' tax audits. The 2004 effective tax rate also reflects the effect of non-deductible acquired in-process research and development. The effect of these items for 2004 was to decrease the effective tax rate by approximately 1.2 percentage points. The effective tax rate for 2003 includes the effect of the charge for the settlement of the Ross enteral nutritional investigation and the charges for acquired in-process research and development. The effect of these charges for 2003 was to increase the effective tax rate by approximately 2.4 percentage points. Abbott expects to apply an annual effective rate of around 24.0 percent in 2005, excluding the effects of adoption of the new stock compensation rules and for dividends that will be remitted under the American Jobs Creation Act of 2004, both as discussed below.

### Spin-off of Abbott's Core Hospital Products Business

On April 12, 2004, Abbott's Board of Directors declared a special dividend distribution of all of the outstanding shares of common stock of Hospira, Inc. For every 10 Abbott common shares held at the close of business on April 22, 2004, Abbott shareholders received one share of Hospira common stock on April 30, 2004. All of the shares of Hospira's common stock were distributed to Abbott shareholders on a pro-rata basis. Abbott has received a ruling from the Internal Revenue Service that the spin-off qualifies as a tax-free distribution to Abbott and its U.S. shareholders for U.S. federal income tax purposes. Cash, which is generally taxable to the recipient, was paid in lieu of fractional shares. Hospira included the operations relating to the manufacture

and sale of hospital products including specialty injectable pharmaceuticals, medication delivery systems and critical care devices and injectable pharmaceutical contract manufacturing. Hospira included Abbott's Hospital Products segment, after that segment's reorganization on January 1, 2004, and portions of Abbott's International segment. The income and cash flows of Hospira and the direct transaction costs of the spin-off have been presented as discontinued operations in the Consolidated Statement of Earnings and Statement of Cash Flows. Prior years' balance sheets have not been adjusted to reflect the effect of the spin-off.

The legal transfer of certain operations and assets (net of liabilities) outside the United States is expected to occur in 2005 and 2006. Approximately half of these operations are expected to be transferred to Hospira in 2005 with the remaining operations transferring in the first half of 2006. These operations and assets are used in the conduct of Hospira's international business and Hospira is subject to the risks and entitled to the benefits generated by these operations and assets. These assets and liabilities have been presented as held for sale in the Consolidated Balance Sheet as of December 31, 2004. The assets and liabilities held for sale consist primarily of inventories, trade accounts receivable, equipment and trade accounts payable, salaries and other accruals.

In April 2004, Abbott borrowed and Hospira assumed $700 million of debt, the proceeds of which were retained by Abbott to reduce short-term borrowings. Hospira is solely responsible for repayment of the principal and for payment of interest on this debt. Abbott has retained liabilities for taxes on income prior to the spin-off, post-employment medical and dental benefits for most of Hospira's U.S. retired employees and U.S. retirement eligible employees, certain potential liabilities, if any, related to alleged improper pricing practices in connection with federal, state and private reimbursement for certain drugs, and the defined benefit retirement plan liabilities and plan assets for most of Hospira's retired employees. In connection with the spin-off, Abbott's defined benefit, medical and dental and employee stock option programs have been adjusted.

Business Combinations and Technology Acquisitions

In 2004, Abbott paid approximately $2.3 billion for strategic business and technology acquisitions, as follows. In the fourth quarter 2004, Abbott acquired EAS, a nutritional company with a portfolio of nationally recognized brands, for approximately $320 million in cash and Spine Next, a manufacturer of orthopedic spinal implant devices, for approximately $58 million in cash plus additional milestone payments of up to $23 million upon achievement of future targets. These fourth quarter acquisitions resulted in a charge of $47 million for acquired in-process research and development, intangible assets of approximately $152 million, non-tax deductible goodwill of approximately $191 million and deferred income taxes of approximately $60 million. Acquired intangible assets, primarily trade names, are amortized over 5 to 20 years (average of approximately 18 years). In the second quarter 2004, Abbott acquired TheraSense, Inc., a leader in the development, manufacturing and marketing of blood glucose self-monitoring systems, for approximately $1.2 billion in cash. In the second quarter 2004, Abbott

Financial Review

also acquired certain other product technologies for approximately $352 million. These second quarter acquisitions resulted in a charge of $164 million for acquired in-process research and development, intangible assets of approximately $912 million, non-tax deductible goodwill of approximately $623 million and deferred income taxes of approximately $241 million. Acquired intangible assets, primarily product technology, are amortized over 9 to 17 years (average of approximately 13 years). In the first quarter 2004, Abbott acquired i-STAT Corporation, a manufacturer of point-of-care diagnostic products for blood analysis, for approximately $394 million in cash. This acquisition resulted in a charge of approximately $60 million for acquired in-process research and development, intangible assets of approximately $263 million, non-tax deductible goodwill of approximately $109 million and deferred income taxes of approximately $105 million. Acquired intangible assets, primarily product technology, are amortized over 7 to 18 years (average of approximately 17 years).

In 2003, Abbott paid approximately $459 million for strategic business and technology acquisitions, as follows. Abbott acquired ZonePerfect Nutrition Company, a marketer of healthy and nutritious products for active people, for approximately $160 million in cash; Integrated Vascular Systems, Inc., a developer of a novel vessel closure technology, for approximately $65 million in cash; and Spinal Concepts Inc., a marketer of spinal fixation products used in the treatment of spinal disorders, diseases and injuries, for approximately $166 million in cash plus additional milestone payments of up to $40 million if agreed upon targets are met. Abbott also acquired the assets of JOMED N.V.'s coronary and peripheral interventional business for approximately $68 million in cash. These acquisitions resulted in a charge of approximately $100 million for acquired in-process research and development, intangible assets of approximately $222 million and non-tax deductible goodwill of approximately $182 million. Acquired intangible assets, primarily product technology, are amortized over 9 to 25 years (average of approximately 16 years).

In 2002, Abbott acquired the cardiovascular stent business of Biocompatibles International plc and certain cardiovascular stent technology rights from Medtronic, Inc. In addition, Abbott acquired an additional 28.8 percent of the issued common shares of Hokuriku Seiyaku Co., Ltd., resulting in Abbott owning substantially all of the common shares of Hokuriku Seiyaku Co., Ltd. The aggregate cash purchase price ($586 million) of these acquisitions resulted in a charge for acquired in-process research and development of approximately $108 million, intangible assets of approximately $145 million and non-tax deductible goodwill of approximately $257 million. Acquired intangible assets, primarily product technology, are amortized over 4 to 13 years (average of approximately 8 years).

Had the above acquisitions taken place on January 1 of the previous year, consolidated sales and income would not have been significantly different from reported amounts.

Financial Condition
Cash Flow

Net cash from operating activities of continuing operations amounted to $4.3 billion, $3.4 billion and $3.7 billion in 2004, 2003 and 2002, respectively. Net cash from operating activities in 2003 was lower than 2002 due, in part, to the payment of the Ross enteral nutritional settlement, as discussed above. In 2004, 2003 and 2002, $482 million, $200 million and $106 million, respectively, was contributed to the main domestic defined benefit plan. In addition, Abbott transferred approximately $45 million to Hospira in 2004 in accordance with the employee benefit agreement governing the assumption by Hospira of certain defined benefit plan assets and liabilities. In January 2005, approximately $640 million was contributed to the main domestic defined benefit plan and $140 million was contributed to the post-employment medical and dental benefit plans. Abbott expects pension funding for its main domestic pension plan in 2006 to 2010 to be between $200 million and $400 million annually. The increased contribution in 2005 is due, in part, to anticipation of investment of cash to be remitted under the American Jobs Creation Act of 2004.

Debt and Capital

At December 31, 2004, Abbott's long-term debt rating was AA by Standard and Poor's and A1 by Moody's Investors Service. Abbott has readily available financial resources, including unused lines of credit of $3.0 billion, which support domestic commercial paper borrowing arrangements.

In June 2000, the Board of Directors authorized the purchase of 25 million shares of Abbott's common stock and Abbott purchased 13.3 million shares from this authorization from 2000 through 2003. In 2004, Abbott purchased the remaining 11.7 million of its common shares under this authorization at a cost of approximately $500 million. In October 2004, the Board of Directors authorized the purchase of 50 million shares of Abbott's common stock from time to time. No purchases under this authorization were made in 2004.

Under a registration statement filed with the Securities and Exchange Commission in September 2003, Abbott issued $1.5 billion of long-term debt in 2004 that matures in 2009 through 2014 with interest rates ranging from 3.5 percent to 4.35 percent. Proceeds from this debt were used to fund the acquisition of TheraSense and to pay down domestic commercial paper borrowings. In connection with these borrowings, Abbott entered into interest rate hedge contracts totaling $1.5 billion to manage its exposure to changes in the fair value of the $1.5 billion of debt. These contracts are designated as fair value hedges of the variability of the fair value of fixed-rate debt due to changes in the long-term benchmark interest rates. The effect of the hedge is to change the fixed interest rate to a variable rate.

Abbott retained $700 million of proceeds from borrowings that Hospira assumed as a result of the spin-off and used these proceeds to reduce domestic commercial paper borrowings. In addition, Abbott retired long-term debt of $1.65 billion in 2004 with proceeds from domestic commercial paper borrowings.

Abbott 2004 Annual Report

## Financial Review

### Working Capital

At December 31, 2004, 2003 and 2002, working capital was $3.9 billion, $2.7 billion and $2.1 billion, respectively.

### Capital Expenditures

Capital expenditures of $1.3 billion in 2004 and $1.1 billion in 2003 and 2002 were principally for upgrading and expanding manufacturing, research and development, investments in information technology and administrative support facilities in all segments, and for laboratory instruments placed with customers. An increased proportion of the capital expenditures will be dedicated to domestic and international pharmaceutical operations.

### Contractual Obligations

Abbott has periodically entered into agreements in the ordinary course of business, such as assignment of product rights, with other companies which has resulted in Abbott becoming secondarily liable for obligations that Abbott was previously primarily liable. Since Abbott no longer maintains a business relationship with the other parties, Abbott is unable to develop an estimate of the maximum potential amount of future payments under these obligations. Based upon past experience, the likelihood of payments under these agreements is remote. In addition, Abbott periodically acquires small companies in which Abbott agrees to pay contingent consideration based on attaining certain thresholds. The following table summarizes Abbott's estimated contractual obligations as of December 31, 2004.

*(dollars in millions)*

| | | | Payment Due By Period | | |
|---|---|---|---|---|---|
| | Total | 2005 | 2006 – 2007 | 2008 – 2009 | 2010 and Thereafter |
| Long-term debt, including current maturities and future interest payments | $ 5,829 | $ 371 | $2,269 | $1,549 | $1,640 |
| Operating lease obligations | 366 | 100 | 131 | 84 | 51 |
| Capitalized auto lease obligations | 89 | 30 | 59 | — | — |
| Purchase commitments (a) | 1,707 | 1,571 | 121 | 11 | 4 |
| Other long-term liabilities reflected on the consolidated balance sheet— | | | | | |
| Benefit plan obligations, including minimum pension liability adjustments of $577 | 1,913 | — | 201 | 198 | 1,514 |
| Other | 855 | — | 310 | 148 | 397 |
| Total | $10,759 | $2,072 | $3,091 | $1,990 | $3,606 |

(a)  Purchase commitments are for purchases made in the normal course of business to meet operational and capital expenditure requirements.

### Recently Issued Accounting Standards

In December 2004, the Financial Accounting Standards Board (FASB) issued a revised Statement of Financial Accounting Standards (SFAS) No. 123, "Share Based Payment." The revised SFAS No. 123 requires that the fair value of stock options be recorded in the results of operations beginning no later than July 1, 2005. Stock compensation expense under the prior rules would have reduced reported diluted earnings per share by 12 cents in 2004. Upon adoption of the revised standard, prior awards are charged to expense under the prior rules, and awards after adoption are charged to expense under the revised rules. Abbott has not determined the effect of the new standard on its earnings, however, expense under the new standard could be somewhat higher. The effect of adopting the new rules on reported diluted earnings per share is dependent on the number of options granted in the future; the terms of those awards and their fair values, and therefore, the effect on diluted earnings per share could change. Abbott expects to adopt the revised rules on July 1, 2005, but has not determined whether it would adopt prospectively, or retrospectively

to January 1, 2005. See footnote 11 to the consolidated financial statements for assumptions used by management in calculating the fair value of employee stock options.

In November 2004, the FASB issued SFAS No. 151, "Inventory Costs." This statement clarifies the accounting for the abnormal amount of idle facilities expense, freight, handling costs and wasted material. This statement requires that those items be recognized as current-period expense. In addition the statement requires that allocation of fixed overhead to the cost of conversion be based on the normal capacity of the production facilities. This statement is effective for inventory costs incurred after December 31, 2005. Adoption of this statement will not have a material effect on the financial statements of Abbott.

In June 2002, the FASB issued SFAS No. 146, "Accounting for Costs Associated with Exit or Disposal Activities." SFAS No. 146 requires that a liability for costs associated with an exit or disposal activity be recognized and measured initially at fair value only when the liability is incurred. SFAS No. 146 was effective for exit or disposal activities that

Financial Review

are initiated after December 31, 2002 and did not have a material effect on the financial statements of Abbott. Abbott accounted for the 2002 restructuring plans in accordance with Emerging Issues Task Force (EITF) Issue No. 94-3 and, accordingly, charged to income in 2002 all appropriate exit costs for plans approved by management before December 31, 2002. Accounting for these restructuring plans under SFAS No. 146 would have resulted in some of the expenses that were recorded in 2002 being recorded in 2003. However, a significant amount of expenses would have been charged against income in 2002 under either EITF No. 94-3 or SFAS No. 146.

Legislative Issues

On October 22, 2004, the President of the United States signed The American Jobs Creation Act of 2004. Among the provisions of the Act is a provision that allows for the exclusion from income of a portion of the remittances of earnings of foreign subsidiaries to U.S. shareholders through December 31, 2005. The portion of the earnings available for remittance are those earnings designated as reinvested indefinitely in foreign operations as disclosed in Abbott's 2002 financial statements. Abbott would have up to approximately $4.2 billion of such earnings available for remittance, with an estimated tax of up to $340 million if the entire amount were remitted under the current language of the legislation. The Act continues to be subject to interpretation and rulemaking, and the estimated expense could be affected by that activity. On January 13, 2005, the U.S. Treasury and IRS issued initial guidance covering the Act. Financial Accounting Staff Position 109-2 requires companies to recognize a tax liability for remittance of earnings under the Act in the period management concludes that it would remit those earnings. As of December 31, 2004, management had not decided to remit earnings under the Act. In February 2005, Abbott concluded that it would remit approximately $600 million in 2005 of foreign earnings previously reinvested indefinitely in accordance with the provisions of the Act. Abbott is continuing to evaluate whether it will remit all or a portion of the remaining $3.6 billion available for remittance under the Act, and expects to decide later in the year. The additional income tax expense required for the $600 million remittance would be up to approximately $60 million and will be recorded in the first quarter of 2005.

Other provisions of the Act include a new deduction for qualified domestic production activities and elimination of the extraterritorial income exclusion (ETI). Financial Accounting Staff Position 109-1 requires that the deduction for production activities be recognized in the year reported on the income tax return. The deduction for production activities will be gradually phased in from 2005 to 2009, while the ETI will be gradually phased out in 2005 and 2006. Abbott expects the net effect on these two changes to approximately offset once the phase-ins are completed, with 2005 neutral and with slightly higher expense for 2006 to 2009.

Effective January 1, 2005, the Medicare formula for reimbursement to providers for physician-administered drugs changed. Abbott has determined that the formula change is not expected to have a significant effect on its results of operations.

Abbott's primary markets are highly competitive and subject to substantial government regulation. Abbott expects debate to continue in the U.S. at both the federal and the state levels over the availability, method of delivery, and payment for health care products and services. Abbott believes that if further legislation is enacted, it could have the effect of reducing access to health care products and services, or reducing prices or the rate of price increases for health care products and services. International operations are also subject to a significant degree of government regulation. It is not possible to predict the extent to which Abbott or the health care industry in general might be adversely affected by these factors in the future. A more complete discussion of these factors is contained in Item 1, Business, in the Annual Report on Form 10-K.

Private Securities Litigation Reform Act of 1995 —
A Caution Concerning Forward-Looking Statements

Under the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, Abbott cautions investors that any forward-looking statements or projections made by Abbott, including those made in this document, are subject to risks and uncertainties that may cause actual results to differ materially from those projected. Economic, competitive, governmental, technological and other factors that may affect Abbott's operations are discussed in Exhibit 99.1 to the Annual Report on Form 10-K, which is available upon request.

Abbott 2004 Annual Report

## Summary of Selected Financial Data (a)

*(dollars in million, except per share data)*

| Year ended December 31 | | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|---|
| Summary of Operations: | | | | | | |
| Net Sales | $ | 19,680.0 | 17,280.3 | 15,279.5 | 13,918.5 | 11,520.6 |
| Cost of products sold | $ | 8,884.2 | 7,774.2 | 6,820.5 | 6,107.1 | 4,762.1 |
| Research and development (b) | $ | 1,696.8 | 1,623.8 | 1,474.5 | 1,491.8 | 1,245.6 |
| Selling, general and administrative | $ | 4,921.8 | 4,808.1 | 3,724.9 | 3,491.0 | 2,669.6 |
| Operating earnings | $ | 3,898.3 | 2,974.0 | 3,151.9 | 1,498.2 | 2,981.9 |
| Interest expense | $ | 200.2 | 188.3 | 238.9 | 307.3 | 113.9 |
| Interest income | $ | (51.1) | (41.9) | (33.5) | (71.4) | (90.1) |
| Other (income), net | $ | (376.4) | (559.5) | (374.4) | (231.3) | (436.9) |
| Earnings from continuing operations before taxes | $ | 4,125.6 | 3,387.2 | 3,321.0 | 1,493.6 | 3,395.0 |
| Taxes on earnings from continuing operations | $ | 949.8 | 882.4 | 774.0 | 215.9 | 906.1 |
| Earnings from continuing operations | $ | 3,175.8 | 2,504.7 | 2,547.0 | 1,277.7 | 2,488.9 |
| Basic earnings per share from continuing operations | $ | 2.03 | 1.60 | 1.63 | 0.82 | 1.61 |
| Diluted earnings per share from continuing operations | $ | 2.02 | 1.59 | 1.62 | 0.82 | 1.59 |
| | | | | | | |
| Financial Position: | | | | | | |
| Working capital | $ | 3,908.8 | 2,650.9 | 2,119.6 | 492.4 | 3,078.7 |
| Long-term investments | $ | 145.8 | 406.4 | 250.8 | 647.2 | 638.0 |
| Net property and equipment | $ | 6,007.9 | 6,281.8 | 5,828.1 | 5,551.5 | 4,816.9 |
| Total assets | $ | 28,767.5 | 26,039.3 | 23,592.7 | 22,755.5 | 14,796.7 |
| Long-term debt | $ | 4,787.9 | 3,452.3 | 4,274.0 | 4,335.5 | 1,076.4 |
| Shareholders' investment | $ | 14,325.8 | 13,072.3 | 10,664.6 | 9,059.4 | 8,570.9 |
| Return on shareholders' investment from continuing operations | % | 23.8 | 22.6 | 28.0 | 15.9 | 34.4 |
| Book value per share | $ | 9.18 | 8.36 | 6.82 | 5.83 | 5.54 |
| | | | | | | |
| Other Statistics: | | | | | | |
| Gross profit margin | % | 54.9 | 55.0 | 55.4 | 56.1 | 58.7 |
| Research and development to net sales | % | 8.6 | 9.4 | 9.7 | 10.7 | 10.8 |
| Net cash from operating activities of continuing operations | $ | 4,306.0 | 3,385.2 | 3,653.5 | 3,083.7 | 2,780.0 |
| Capital expenditures | $ | 1,291.6 | 1,050.1 | 1,105.4 | 963.6 | 836.8 |
| Cash dividends declared per common share | $ | 1.04 | 0.98 | 0.94 | 0.84 | 0.76 |
| Common shares outstanding (in thousands) | | 1,560,024 | 1,564,518 | 1,563,068 | 1,554,530 | 1,545,934 |
| Number of common shareholders | | 88,582 | 91,212 | 94,687 | 97,760 | 101,272 |
| Number of employees | | 60,617 | 58,181 | 57,819 | 56,426 | 45,571 |
| Sales per employee (in dollars) | $ | 324,662 | 297,010 | 264,265 | 246,668 | 252,806 |
| Market price per share – high | $ | 47.63 | 47.15 | 58.00 | 57.17 | 56.25 |
| Market price per share – low | $ | 38.26 | 33.75 | 29.80 | 42.00 | 29.375 |
| Market price per share – close | $ | 46.65 | 46.60 | 40.00 | 55.75 | 48.438 |

(a)  In 2004, Abbott spun off Hospira Inc. and as a result, prior years' statements of income and cash flows have been adjusted to reflect the effects of the spin-off.

(b)  In 2004, 2003, 2002 and 2001 Abbott also recorded pretax charges of $279, $100, $108 and $1,330 for acquired in-process research and development related to business acquisitions.

## Directors and Corporate Officers

### Directors

Roxanne S. Austin
*Former President and
Chief Operating Officer,
DIRECTV, Inc.
El Segundo, Calif.*

William M. Daley
*Chairman of the Midwest,
JP Morgan Chase & Co.
Chicago, Ill.*

H. Laurance Fuller
*Retired Co-Chairman
of the Board,
BP Amoco, p.l.c.
London, United Kingdom*

Richard A. Gonzalez
*President and
Chief Operating Officer,
Medical Products Group,
Abbott*

Jack M. Greenberg
*Retired Chairman and
Chief Executive Officer,
McDonald's Corp.
Oak Brook, Ill.*

Jeffrey M. Leiden, M.D., Ph.D.
*President and
Chief Operating Officer,
Pharmaceutical
Products Group,
Chief Scientific Officer,
Abbott*

The Rt. Hon. Lord Owen CH
*Chairman of Global
Natural Energy, p.l.c.
London, United Kingdom*

Boone Powell, Jr.
*Retired Chairman,
Baylor Health Care System
Dallas, Texas*

Addison Barry Rand
*Chairman and
Chief Executive Officer,
Equitant
Stamford, Conn.*

W. Ann Reynolds, Ph.D.
*Retired Director, Center for
Community Outreach
and Development,
The University of Alabama
at Birmingham
Birmingham, Ala.*

Roy S. Roberts
*Managing Director,
Reliant Equity Investors
Chicago, Ill.*

William D. Smithburg
*Retired Chairman, President
and Chief Executive Officer,
The Quaker Oats Co.
Chicago, Ill.*

John R. Walter
*Retired President and
Chief Operating Officer,
AT&T Corp.
Basking Ridge, N.J.;
Former Chairman and
Chief Executive Officer,
R.R. Donnelley & Sons Co.
Chicago, Ill.*

Miles D. White
*Chairman of the Board
and Chief Executive Officer,
Abbott*

### Senior Management

Miles D. White*
*Chairman of the Board
and Chief Executive Officer*

Richard A. Gonzalez*
*President and
Chief Operating Officer,
Medical Products Group*

Jeffrey M. Leiden, M.D., Ph.D.*
*President and
Chief Operating Officer,
Pharmaceutical
Products Group,
Chief Scientific Officer*

Richard W. Ashley*
*Executive Vice President,
Corporate Development*

Jose M. de Lasa*
*Executive Vice President
and General Counsel
(Retires March 31, 2005)*

Thomas C. Freyman*
*Executive Vice President,
Finance and
Chief Financial Officer*

William G. Dempsey*
*Senior Vice President,
Pharmaceutical Operations*

John C. Landgraf*
*Senior Vice President,
Global Pharmaceutical
Manufacturing and Supply*

Holger Liepmann*
*Senior Vice President,
International Operations*

Gary E. McCullough*
*Senior Vice President,
Ross Products*

Joseph M. Nemmers, Jr.*
*Senior Vice President,
Diagnostic Operations*

Laura J. Schumacher*
*Senior Vice President,
Secretary and
General Counsel*

Thomas M. Wascoe*
*Senior Vice President,
Human Resources*

### Corporate Vice Presidents

Alejandro A. Aruffo, Ph.D.
*Vice President, Abbott
Immunology R&D and President,
Abbott Bioresearch Center*

Catherine V. Babington
*Vice President, Investor Relations
and Public Affairs*

Michael G. Beatrice, Ph.D.
*Vice President, Corporate
Regulatory and Quality Science*

Jeffrey R. Binder
*Vice President and President,
Abbott Spine*

Olivier Bohuon
*Vice President,
European Operations*

Charles M. Brock
*Vice President, Chief Ethics
and Compliance Officer*

William E. Brown III, Ph.D.
*Vice President, Diagnostic
Assays and Systems
Development*

Douglas C. Bryant
*Vice President, Diagnostic
Global Commercial Operations*

Thomas F. Chen
*Vice President, Pacific, Asia
and Africa Operations*

Michael J. Collins
*Vice President, Diagnostic
Commercial Operations, U.S.*

Jaime Contreras
*Vice President, Diagnostic
Commercial Operations,
Europe, Africa and Middle East*

Thomas J. Dee
*Vice President, Internal Audit*

Edward J. Fiorentino
*Vice President and President,
Abbott Diabetes Care*

Stephen R. Fussell
*Vice President, Compensation
and Development*

Robert B. Hance
*Vice President and President,
Vascular Devices*

Zahir Lavji
*Vice President, Japan Operations*

Elaine R. Leavenworth
*Vice President,
Government Affairs*

John M. Leonard, M.D.
*Vice President, Global
Pharmaceutical Development*

Greg W. Linder
*Vice President and Controller*

Richard J. Marasco
*Vice President, Ross Products,
Pediatrics*

Heather L. Mason
*Vice President, Pharmaceutical
Products, Specialty Operations*

P. Loreen Mershimer
*Vice President, Pharmaceutical
Products, Integrated Healthcare
Marketing and Policy*

Edward L. Michael
*Vice President and President,
Molecular Diagnostics*

Karen L. Miller
*Vice President,
Information Technology
(Retires March 31, 2005)*

Sean E. Murphy
*Vice President, Global
Licensing/New Business
Development*

Daniel W. Norbeck, Ph.D.
*Vice President, Global
Pharmaceutical Discovery*

D. Stafford O'Kelly
*Vice President, Latin America
and Canada*

Donald V. Patton, Jr.
*Vice President,
International Marketing*

AJ J. Shoultz
*Vice President, Taxes*

Preston T. Simons
*Vice President, Information
Technology*

Mary T. Szela
*Vice President, Pharmaceutical
Products, Primary Care
Operations*

James L. Tyree
*Vice President, Global
Licensing/New Business
Development*

Susan M. Widner
*Vice President, Corporate
Marketing*

*Denotes executive officers*

Abbott 2004 Annual Report

## Shareholder and Corporate Information

### Stock Listing

The ticker symbol for Abbott's common stock is ABT. It is listed on the New York, Chicago, Pacific, London and Swiss exchanges. It is traded on the Boston, Cincinnati and Philadelphia exchanges.

### Quarterly Dividend Dates

Dividends are expected to be declared and paid on the following schedule in 2005, pending approval by the board of directors:

| Quarter | Declared | Record | Paid |
|---------|----------|--------|------|
| First | 2/18 | 4/15 | 5/15 |
| Second | 6/10 | 7/15 | 8/15 |
| Third | 9/9 | 10/14 | 11/15 |
| Fourth | 12/9 | 1/13/06 | 2/15/06 |

### Tax Information for Shareholders

Tax information regarding the Hospira spinoff is available online at www.abbottinvestor.com.

Abbott is an Illinois High Impact Business and is located in a U.S. federal Foreign Trade Sub-Zone (Sub-Zone 22F). Dividends may be eligible for a subtraction from base income for Illinois income tax purposes.

*If you have any questions, please contact your tax advisor.*

### Dividend Reinvestment Plan

The Abbott Dividend Reinvestment Plan offers registered shareholders an opportunity to purchase additional shares, commission-free, through automatic dividend reinvestment and/or optional cash investments. Interested persons may contact the transfer agent, call Abbott's Investor Newsline or write Abbott Shareholder Services.

### Dividend Direct Deposit

Shareholders may have quarterly dividends deposited directly into a checking or savings account at any financial institution that participates in the Automated Clearing House system. For more information, please contact the transfer agent, call the Investor Newsline or write Abbott Shareholder Services.

### Annual Meeting

The annual meeting of shareholders will be held at Abbott's corporate headquarters on Friday, April 22, 2005, at 9 a.m. Questions regarding the annual meeting may be directed to the Corporate Secretary.

A copy of Abbott's 2004 Form 10-K Annual Report, as filed with the Securities and Exchange Commission, is available on the Abbott Web site at www.abbott.com or by contacting the Investor Newsline.

### CEO and CFO Certifications

In 2004, Abbott's chief executive officer (CEO) provided to the New York Stock Exchange the annual CEO certification regarding Abbott's compliance with the New York Stock Exchange's corporate governance listing standards. In addition, Abbott's CEO and chief financial officer filed with the U.S. Securities and Exchange Commission all required certifications regarding the quality of Abbott's public disclosures in its fiscal 2004 reports.

Investor Newsline
(847) 937-7300

Investor Relations
Dept. 383, AP6D2

Shareholder Services
Dept. 312, AP6D2

Corporate Secretary
Dept. 364, AP6D2

Abbott
100 Abbott Park Road
Abbott Park, IL 60064-6400 U.S.A.
(847) 937-6100

Web Site
www.abbott.com

Global Citizenship Report
Visit www.abbott.com/citizenship to read Abbott's current global citizenship report.

Transfer Agent and Registrar
EquiServe
P.O. Box 43010
Providence, RI 02940-3010
(888) 332-2268
www.EquiServe.com

Shareholder Information
Shareholders with questions about their accounts may contact the transfer agent, call the Investor Newsline or write Abbott Shareholder Services.

Individuals who would like to receive additional information or have questions regarding Abbott's business activities may call the Investor Newsline, write Abbott Investor Relations or visit Abbott's Web site.

---

Some statements in this annual report may be forward-looking statements for purposes of the Private Securities Litigation Reform Act of 1995. Abbott cautions that these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those indicated in the forward-looking statements. Economic, competitive, governmental, technological and other factors that may affect Abbott's operations are discussed in Exhibit 99.1 to our Securities and Exchange Commission 2004 Form 10-K, and are incorporated by reference. We undertake no obligation to release publicly any revisions to forward-looking statements as the result of subsequent events or developments.

---

Abbott trademarks and products in-licensed by Abbott are shown in italics in the text of this report. Mobic, Together Rx and Herceptin are not trademarks of Abbott Laboratories.
© 2005, Abbott Laboratories

 Printed on Recycled Paper

Abbott
100 Abbott Park Road, Abbott Park, IL 60064-6400 U.S.A.
(847) 937-6100 www.abbott.com



# Takeda

CONTRIBUTES

TO THE

HEALTH OF

INDIVIDUALS

WORLDWIDE



year ended March 31, 2004

# 2004
annual report