TAKEDA MANAGEMENT
MISSION:

# WE STRIVE TOWARD BETTER HEALTH FOR INDIVIDUALS AND PROGRESS IN MEDICINE BY DEVELOPING SUPERIOR PHARMACEUTICAL PRODUCTS.

The Takeda Group contributes to the health of individuals and

to the progress of medicine by applying all our assets,

both fiscal and intellectual, concentrating on our pharmaceuticals business,

creating superior pharmaceutical products and offering top-quality services.

This is our mission and *raison d'etre*.



EXHIBIT

5



**FORWARD-LOOKING STATEMENTS**
This annual report contains forward-looking statements regarding the Company's plans, outlook, strategies and results for the future. All forward-looking statements are based on judgements derived from the information available to the Company at the time of publication.
Certain risks and uncertainties could cause the Company's actual results to differ materially from any projections presented in this report. These risks and uncertainties include, but are not limited to, the economic circumstances surrounding the Company's business; competitive pressures; related laws and regulations; product development programs; and changes in exchange rates.
*The content of this annual report is based on information available as of July 31, 2004, except where indicated otherwise.

## CONTENTS

Financial Highlights------------------------ 01

To Our Shareholders --------------------- 02

Special Topic – Takeda's Strategic

    Approach to Diabetes Treatment--- 08

Research and Development------------- 12

Our Pipeline ---------------------------- 13

Intellectual Property ---------------------14

Production System----------------------- 16

Corporate Social Responsibility--------- 17

Our Product Lineup-----------------------18

Marketing------------------------------ 20

Financial Section---------------------------- 23

Independent Auditors' Report ---------- 48

Board of Directors, Auditors and

    Corporate Officers -------------------- 49

Main Subsidiaries and Affiliates --------- 50

Information ------------------------------ 52

FINANCIAL HIGHLIGHTS:

Takeda Pharmaceutical Company Limited (Formerly Takeda Chemical Industries, Ltd.) and Subsidiaries
Years ended March 31, 2004 and 2003

| | Millions of yen | | % change | Thousands of U.S. dollars (Note) |
| | 2004 | 2003 | 2004/2003 | 2004 |
|---|---|---|---|---|
| Net sales | ¥1,086,431 | ¥1,046,081 | 3.9% | $10,249,348 |
| Operating income | 371,633 | 310,686 | 19.6 | 3,505,975 |
| Income before income taxes and minority interests | 446,144 | 431,898 | 3.3 | 4,208,909 |
| Net income | 285,264 | 271,762 | 5.0 | 2,691,172 |
| Research and development costs | 129,652 | 124,230 | 4.4 | 1,223,135 |
| Capital investments | 62,472 | 35,888 | 74.1 | 589,362 |
| Depreciation and amortization | 28,083 | 29,962 | (6.3) | 264,930 |
| | | | | |
| Per share amounts (Yen and U.S. dollars) | | | | |
| Net income | ¥ 321.86 | ¥ 307.63 | 4.6% | $ 3.04 |
| Cash dividends | 77.00 | 65.00 | 18.5 | 0.73 |
| | | | | |
| Total assets | ¥2,335,660 | ¥2,059,369 | 13.4% | $22,034,529 |
| Shareholders' equity | 1,781,010 | 1,567,732 | 13.6 | 16,801,980 |
| | | | | |
| Number of employees | 14,592 | 14,547 | | |

Note: The U.S. dollar amounts in this report represent translations of Japanese yen, solely for readers' convenience, at the rate of ¥106= US$1, the approximate exchange rate at March 31, 2004.
    Figure in parentheses indicates a decrease.



NET SALES

NET INCOME AND EARNINGS PER SHARE (EPS)

RETURN ON EQUITY (ROE)

02

## To Our Shareholders: A World-Class Pharmaceutical Company: Our Vision For Takeda

### A NEW START AS THE TAKEDA PHARMACEUTICAL COMPANY

In fiscal 2003 we laid the groundwork for an aggressive effort to become an R&D-driven, world-class pharmaceutical company.

To support this initiative, we established a global management system for our marketing, production, development, research, alliance, and intellectual property management functions, along with other strategic changes. One of those moves was the creation of a new senior management structure consisting of a chief executive officer (CEO) and a chief operating officer (COO) in June 2003 to accelerate decision-making, enhance operational agility, and increase overall transparency.

Under this new structure, the chairman of the board acts as the CEO and is ultimately responsible for the performance of Takeda, including that of senior executives and strategic decision-making, while the president serves as the COO and is responsible for the

and practical reform to secure necessary functions.

At the annual shareholders' meeting on June 29, 2004, we changed our English name from Takeda Chemical Industries, Ltd., to one that more accurately reflects the focus of our business—Takeda Pharmaceutical Company Limited. This change was made to ensure that all of our stakeholders around the world understand Takeda's vision for becoming a truly world-class pharmaceutical company with operations that span the globe.

As we move forward we are establishing a business management structure befitting a world-class pharmaceutical company with Japanese heritage. This requires that we carefully monitor the rapidly evolving business environment in the pharmaceutical industry. We are actively watching a range of trends—including large-scale mergers in Japan and overseas, sharply increasing R&D expenses, and the worldwide promotion of measures aimed at controlling medical expenditures.

endometriosis treatment, leuprolide acetate (marketed in Japan as *Leuplin*), remained steady. Increased revenues from ethical drugs, especially these four international strategic products, brought net sales up 3.9 percent year-on-year to ¥1,086.4 billion. And income numbers set record highs:

- **Operating income grew 19.6% to ¥371.6 billion**
- **Ordinary income increased 10.1% to ¥446.1 billion**
- **Net income was up 5.0% at ¥285.3 billion**

As a result, Takeda has now reported 13, 12, and 10 consecutive fiscal years of growth in its net sales, operating and ordinary income, and net income figures, respectively.

Cash dividends per share for fiscal 2003 rose ¥12 to ¥77 per share, marking the 11th consecutive year of higher dividends.

Takeda adheres to a policy of distributing profits based on consolidated performance each year. Taking into consideration






Company's performance.

With respect to internal control, the Auditing Department, which directly reports to the President, and other related divisions and departments are conducting periodical audits of the Company itself and both domestic and overseas affiliated companies for addressing issues such as compliance, the internal control system, and the risk management. Takeda is establishing the optimal structure of corporate governance through continued

### FISCAL 2003 PERFORMANCE: TAKEDA SETS NEW RECORDS

Amid the increasingly challenging environment facing the pharmaceuticals industry worldwide, net sales of the insulin sensitizer, *Actos*, and the hypertension treatment, candesartan cilexetil (marketed in Japan as *Blopress*), increased in Japan and overseas in fiscal 2003 (ended March 31, 2004). In addition, sales of the peptic ulcer treatment, lansoprazole (marketed in Japan as *Takepron*), and the prostate cancer and

the medium to long-term demand for capital required for business investments aimed at increasing corporate value, as well as future financial projections, Takeda is increasing distributions toward a target consolidated payout ratio of 30 percent.

### MANAGEMENT CHALLENGES IN FISCAL 2004

With the launch of the Takeda Pharmaceutical Company in fiscal 2004, Takeda is now focused on the following challenges:



Kunio Takeda
Chairman and
Chief Executive Officer

- Strengthening the R&D pipeline
- Winning greater market share through expanding core products, especially the four international strategic products
- Building a business management structure befitting our vision for Takeda

## STRENGTHENING THE R&D PIPELINE

In response to the management challenges Takeda faces as it transforms into a truly world-class pharmaceutical company, the Company has identified "new sources of growth" as the most important component of our 2001-2005 Medium-term Management Plan, and we have numerous initiatives underway to strengthen our R&D pipeline. The entire Takeda team will continue to work tirelessly to create new products to succeed the four international strategic products that have been our main source of revenue in recent years. We expect to report positive results from these efforts in the near term. At the start of fiscal 2004, we determined that "strengthening the R&D pipeline" was our most critical challenge. Accordingly,

- A MULTINATIONAL COMPANY, DRIVEN BY RESEARCH AND DEVELOPMENT, WHICH LEADS THE WORLD THROUGH ITS UNIQUE STRENGTHS.

- A COMPANY WITH HIGHLY INTEGRATED GLOBAL OPERATIONS.

- A COMPANY THAT MEETS THE NEEDS OF PEOPLE AROUND THE WORLD THROUGH SUPERIOR PRODUCTS AND SERVICES.

- A COMPANY THAT GROWS TOGETHER WITH ITS SHAREHOLDERS AND OTHER STAKEHOLDERS.

- AN ENERGETIC COMPANY THAT ATTRACTS AND RETAINS HIGHLY QUALIFIED PERSONNEL FROM ALL OVER THE WORLD.

04

TO OUR SHAREHOLDERS:



YASUCHIKA HASEGAWA
President and
Chief Operating Officer

we are focused on the following three programs:

- In-house research and development
- In-licensing/alliances
- Promotion of life-cycle management (LCM)

In-house research is the most important key to our success as an R&D-driven pharmaceutical company. We are committed to strengthening our capability for discovering target compounds for new products. We do this through utilization of our genomic database and other resources, while focusing on the selected core therapeutic areas. Takeda's researchers have a passionate resolve to "do everything in our power to create new drugs" and to steadily implement the action plan for each project, which will fuel drug discovery.

We have already put measures in place to shorten the development period and increase the efficiency of investment in the development of new drugs. With the creativity, ingenuity and effort of every member of our staff—and their unflagging pursuit of solutions—we are confident of our future success. As a cornerstone of our transformation, we established the Takeda Global Research & Development Center, Inc. (TGRD) in January 2004, to accelerate decision-making in our development operations and improve the efficiency of systems and administrative processes. Takeda is also making the most of in-licensing/alliances and life-cycle management in addition to accelerating in-house R&D.

Our priority is launching new products in the United States, the world's largest pharmaceuticals market, and we are pursuing the acquisition of products that can be brought to market quickly. We established the Licensing Department that

reports directly to the president in November 2003 to add speed to our decision-making regarding in-licensing and alliances.

In the field of LCM, we are striving to maximize the added value of our core products and the compounds we now have under development. This involves integrated evaluation of the compounds from the viewpoints of novelty, market needs, investment risk, and expected profits based on strong partnerships between each of our marketing, production, development, research, alliance, and patent divisions.

## WINNING GREATER MARKET SHARE THROUGH EXPANDING CORE PRODUCTS

### OVERSEAS MARKET STRATEGY

In the U.S., it is no longer reasonable to expect the pharmaceuticals market to maintain continued double-digit growth. This is due to the pricing pressure being exerted by private health insurance

subsidiary of Takeda, and TAP Pharmaceutical Products Inc. (TAP), a company jointly owned by Takeda and Abbott Laboratories, are focused on increasing sales of Takeda's international strategic products. At the same time, Takeda will fortify our business initiatives in the United States.

In 2003, TPNA reported steadily increasing net sales of *Actos*, up 21.2 percent year-on-year to U.S.$1,364 million, although growth in the number of oral anti-diabetic drug (OAD) prescriptions slowed. Additional efforts to promote the excellent product profile and stable growth in the OAD market suggest that further growth can be expected in 2004.

TAP reported 2003 sales of *Prevacid* (lansoprazole) up 1.0 percent year-on-year to U.S.$3,190 million. Since the launch of over-the-counter competitors, the ethical proton pump inhibitor (PPI) market is experiencing a temporary contraction, but because of the availability of new

dosage forms and intensified direct to consumer (DTC) advertising, steady sales are expected to continue in 2004.

Net sales of *Lupron* (leuprolide acetate) in 2003 were down 10.1 percent to U.S.$788 million, but we plan to recover market share in 2004 by highlighting the superiority of this brand and drug formulation.

### MARKET STRATEGY FOR JAPAN

The market in Japan is dramatically changing, with the revision of National Health Insurance drug prices, aggressive expansion of foreign-capitalized companies, and mergers between Japanese companies creating an increasingly competitive environment. Despite these conditions, Takeda was able to further strengthen its market-leading position by increasing its market share for in-house drugs in the Japanese ethical market in fiscal 2003 from 5.0 percent to 5.4 percent, with *Blopress* becoming the first Takeda product to achieve sales of ¥100 billion



companies and the federal and state governments, and to market penetration by generic products. Additionally, market growth is slowing in some of Takeda's core therapeutic areas, such as treatments for peptic ulcers and prostate cancer/ endometriosis, while competition with other companies' products is increasingly intense.

Within this challenging market environment, Takeda Pharmaceuticals North America, Inc. (TPNA), a wholly owned U.S.



## NET SALES OF INTERNATIONAL STRATEGIC PRODUCTS

¥ Billion

| Fiscal year | '01 | '02 | '03 |
|---|---|---|---|
| Pioglitazone [Actos] | | | 177.6 |
| Lansoprazole [Prevacid] | | | 195.0 |
| Leuprolide [Lupron depot] | | | 109.0 |
| Candesartan [Blopress] | | | 141.3 |

Notes: 1. Names in brackets refer to brand names.
2. Figures are consolidated net sales.



(at the National Health Insurance drug price).

We believe that our organizational strategy, which is driven by the Pharmaceutical Marketing Division, played a significant role, along with the potential of certain products and the quality of individual medical representatives (MRs).

Our strategy allows for individual success factors to be shared by all MRs and applied in their daily promotional activities. We believe that this Takeda's knowledge management can function and improve promotional efficiency not only in Japan, but also overseas.

By further refining our strengths, accurately understanding the needs of the medical profession, and adapting to the necessary changes—such as by developing more small-scale sales offices and eliminating the team leader system —we will maintain our hold on the top market share.

In addition to achieving further growth in sales of *Blopress*, the anti-diabetic drug *Basen* (voglibose), *Leuplin*, and *Takepron*, we are striving for quick penetration and expansion of new products like the osteoporosis treatment, *Benet* (risedronate), and the anti-diabetic drug, *Glufast* (mitiglinide).

**BUILDING A BUSINESS MANAGEMENT STRUCTURE BEFITTING OUR VISION**

To be successful in today's challenging Japanese and overseas markets against larger Western competitors, we will engage in careful study and planning, and then take decisive action to adopt more efficient management practices. Toward this end, we will capitalize on Takeda's unique creativity and management strengths as we work to build a structure that enables the Japanese headquarters to achieve effective management of its domestic and overseas subsidiaries across all organizational functions.

# Fiscal 2004 is the new beginning of Takeda's transformation into a world-class pharmaceutical company.

Specifically, we are now building a global management system for each of our corporate activities: production, research, development, alliances, and intellectual property management. This new global system will centralize the management of our tripolar regional operational bases in Japan, the United States and Europe at divisions and departments located at our Japanese headquarters.

In marketing, for example, we will consider market environment needs and resources to develop optimum operational strategies for each market, building on the basic global marketing strategy established at our Japanese headquarters.

At the headquarters, we will centralize group management by building a system in which each division directly manages a designated function of each domestic and international group company.

True to the commitment of the Takeda team to take on the toughest issues head-on, the entire company is transitioning to a cost structure that will enable us to weather the economic challenges of the future. We are benchmarking all of our costs and services against standard market prices and developing plans for organizational reform and improved business processes, including efforts such as more efficient cost management of our operational practices.

## TAKEDA'S MANAGEMENT MISSION AND MANAGEMENT VISION

To promote unified decision-making and management activities at the group level in a business environment characterized by rapid globalization of management, we understand the need for a clear mission, vision, and standards for a strong foundation for growth. Out of this conviction came our "Corporate Philosophy" in April 2002. This philosophy is a condensed version of our stance on management and business activities, and includes our Management Mission, Management Vision and Corporate Values.

- **Management Mission: Explains the *raison d'être* of the Takeda Group, clarifies our mission**
- **Management Vision: Reflects our long-term goals, built upon our Management Mission and our Corporate Values**
- **Corporate Values: Constitute the basic attitudes that guide our decision-making and day-to-day activities**

The unchanging essence of the Takeda brand—the source of our "Corporate Philosophy" and the very reason Takeda exists—is the "philosophy of creating medicine." At the heart of Takeda is the devoted effort to "provide better drugs and groundbreaking new products to people all over the world." We are committed to passing on this Takeda philosophy — "Takeda-ism"—as the symbol of the Takeda Group to future generations.

Takeda is a company that creates medicine by engaging in business activities with integrity: fairness, honesty, and perseverance. We have staked our success on our ability to win people's trust in our sincerity as a company —not only in Japan, but all over the world.

For the next two years, we will continue our efforts to achieve the goals set out in the 2001-2005 Medium-term Management Plan by changing our business structures and corporate culture. Finally, we will strive to meet the expectations of our stakeholders by implementing reforms and strengthening our business strategies to become a truly world-class pharmaceutical company.

All employees at Takeda Pharmaceutical Company are striving to maximize growth and further improve shareholder value, and we look forward to your continued support for our endeavors in fiscal 2004.

**KUNIO TAKEDA**
Chairman and
Chief Executive Officer

**YASUCHIKA HASEGAWA**
President and
Chief Operating Officer

08

SPECIAL TOPIC – TAKEDA'S
STRATEGIC APPROACH TO
DIABETES TREATMENT:

# DEVELOPING NEW DRUGS FOR TREATING DIABETES TO IMPROVE QUALITY OF LIFE



❝ *The onset of diabetes can be triggered by lifestyle factors such as unhealthy eating and drinking habits or lack of exercise, as well as by genetic factors. The number of people with diabetes is increasing year by year. Treatment starts with diet and exercise regimens, but when these alone do not result in adequate control of blood glucose levels, the crucial questions are when to introduce medicinal therapy and what drugs to use.* ❞

GEORGINA LOYA, MD
HOUSTON FAMILY PRACTICE, TEXAS



## ABOUT DIABETES

Glucose, the energy source of the human metabolism, is taken into the body's cells and transformed into usable energy only with the action of insulin, a hormone secreted by the beta cells of the pancreas. Diabetes is a condition in which the concentration of blood glucose exceeds a certain level for an extended period of time, due to impaired insulin secretion or action.

People with diabetes are prone to three microvascular complications—diabetic nephropathy, retinopathy, and neuropathy—which are believed to be caused and exacerbated by a continued high blood glucose level. Macrovascular disorders, such as cerebral stroke and myocardial infarction, are also complications of diabetes, and strict control of blood sugar is therefore critical.

**Type 1 diabetes:** In this condition, the insulin secretory capacity has become deficient due to the destruction of pancreatic beta cells. Type 1 diabetic patients are dependent on daily injections of insulin. Type 1 diabetes commonly develops during childhood and accounts for fewer than 10% of all people with diabetes.

**Type 2 diabetes:** Hyperglycemia is primarily caused by two genetic conditions: insulin resistance, and a decrease in insulin secretion. Insulin resistance is a clinical state in which there is a decrease in the action of insulin on the liver and peripheral tissues.
In addition, several environmental (lifestyle) factors, such as unhealthy eating habits, lack of exercise, obesity, stress, together with aging, when combined with these genetic conditions, can contribute to the development of type 2 diabetes.

## DIABETES ON THE INCREASE

According to a 2002 report by the American Diabetes Association, 6.3% of the total U.S. population—18.2 million people—have diabetes, and among these, 5.2 million

people do not know that they have the disease. By age group, the report estimated there are 206,000 diabetics under age 20 (0.25% of that segment of the population). Of these, most have type 1 diabetes. The prevalence of diabetes increases with age, with 8.6 million diabetics aged 60 or over (18.3% of that segment of the population).

In Japan, according to a 2002 survey by Japan's Ministry of Health, Labour and Welfare, approximately 7.4 million people are strongly suspected of having the disease. Including these individuals, an estimated 16.2 million people in Japan are already suffering from or suspected of having diabetes. This figure represents a considerable increase over the 1997 survey estimate. Furthermore, it is a fact that only half receive treatment, even those who are strongly suspected of having diabetes. With the increase in the number of people with diabetes, the market for oral anti-diabetic drugs has been expanding 10% every year, and the market trend is expected to continue.

## ORAL ANTI-DIABETIC MARKET     SOURCE: IMS



**U.S.**
$ Million
6,000
4,000
2,000
0
Fiscal year '94 '95 '96 '97 '98 '99 '00 '01 '02 '03
Note: Sales ordered by mail are not included from 1994 to 1997.



**JAPAN**
¥ Billion
150
100
50
0
Fiscal year '94 '95 '96 '97 '98 '99 '00 '01 '02 '03

> **In the 1960s, Takeda got a head start on the rest of the world in basic research on insulin sensitizers. I was a member of the group working on diabetes and was in charge of synthesizing compounds at the time when pioglitazone was discovered. Now, Takeda positions lifestyle-related diseases as its most important core therapeutic area. Accordingly, Takeda puts considerable effort into the development of anti-diabetic drugs. Utilizing the high degree of expertise we have acquired through our research thus far, we will continue working to provide innovative drugs that meet a wide range of medical needs. "**

TAKASHI SODA, PH.D., DIRECTOR AND GENERAL MANAGER
PHARMACEUTICAL RESEARCH DIVISION
TAKEDA PHARMACEUTICAL COMPANY LIMITED



## LEADING RESEARCH ON DIABETES

Takeda has announced specific research results, such as its discovery of the mechanism of the receptor GPR40, a high-potential target for anti-diabetic drugs. Takeda is doing its utmost to deliver the benefits of new compounds discovered by Takeda researchers to patients as soon as possible, through clinical development in Japan and overseas.

### COMPOUNDS CURRENTLY UNDER DEVELOPMENT FOR DIABETES

#### TAK-559
TAK-559 is a non-thiazolidinedione (TZD) PPAR alpha/gamma agonist and insulin sensitizer. It controls blood sugar levels by reducing insulin resistance in the liver and peripheral tissues. Compared to TZD drugs, it is less likely to cause side effects such as weight gain and edema.

TAK-559 is currently in phase II studies in the United States and Europe and phase I studies in Japan.

#### TAK-654
TAK-654, like TAK-559, is a non-thiazolidinedione (TZD) insulin sensitizer. Compared to TZD drugs, it is less likely to cause side effects such as weight gain and edema.

TAK-654 is currently in phase I studies in the United States and Europe and phase I studies in Japan.

#### TAK-428
TAK-428 is a drug for treating diabetic neuropathy. It is based on the novel concept that peripheral nervous tissue that was damaged by diabetes can be repaired and regenerated by stimulating an increase in neurotrophic factors.

TAK-428 is currently in phase I studies in the United States and Europe.

#### Actos/metformin combination
Takeda is currently developing a combination product consisting of Takeda's *Actos* and Andrx Corporation's *Fortamet* (metformin extended release preparation).

## ALLIANCES

To complement in-house research, Takeda enters alliances with outside parties to capitalize on the strengths of well-established existing drugs.

### IN-LICENSING OF DRUGS TO TREAT DIABETES AND DIABETIC COMPLICATIONS

#### Glufast



*Glufast* is an anti-diabetic drug that acts to enhance insulin secretion by stimulating pancreatic beta cells. Compared to traditional insulin secretagogues, the effects of *Glufast* are expressed quickly after dosing. Thus, it improves postprandial hyperglycemia by achieving a more natural pattern of insulin secretion. In May 2004, Takeda began to co-market *Glufast* in Japan with Kissei Pharmaceutical Co., Ltd.

#### TAK-128
Unlike aldose reductase inhibitors, TAK-128 enhances nerve regeneration and has a prolonged effect against diabetic nerve damage. TAK-128 was in-licensed from Mitsubishi Pharma Corporation.

#### LY-333531
LY-333531 is a PKC $\beta$ inhibitor, an enzyme that has been implicated in the induction of angiogenesis and the creation of abnormal blood flow, both of which lead to diabetic microvascular complications. Takeda in-licensed LY-333531 from Eli Lilly and Company. In Japan, Takeda is developing LY-333531 primarily for the treatment of diabetic eye disease.

#### ATL-962
ATL-962 inhibits pancreatic lipase, an enzyme that catalyzes the breakdown of fats. It causes weight loss by reducing the absorption of fats from the diet. The U.K. firm Alizyme plc is currently developing ATL-962 in Europe as a drug to treat obesity and obesity-associated diabetes. Takeda has acquired the exclusive right to develop and market ALT-962 in Japan.

10

## EVIDENCE-BASED MEDICINE

Takeda continues to conduct clinical trials with large numbers of patients targeting various pathologic conditions, even after the launch of new drugs, in order to collect sufficient data for evidence-based medicine.

### OUTCOME STUDIES
#### PROactive
Takeda's PROactive trial investigates the efficacy of *Actos* on macrovascular disease in patients with type 2 diabetes in 19 European countries. The trial compares the efficacy of combining *Actos* or a placebo with standard, conventional treatments. The primary endpoints are cardiovascular events such as myocardial infarction, acute coronary syndromes, cerebral stroke, and lower extremity amputation.

#### PERISCOPE and CHICAGO
Takeda's PERISCOPE and CHICAGO trials, being conducted primarily in the United States, study the potential of *Actos* to reduce the risk of atherosclerosis in patients with type 2 diabetes.

#### DIRECT
DIRECT is the first large-scale trial to study the efficacy of *Blopress* in preventing and treating diabetic retinopathy*. The trial is being conducted jointly in 30 countries, mostly in Europe, by Takeda and AstraZeneca.

## PARTNERSHIPS WITH OVERSEAS RESEARCH INSTITUTIONS

In June 2002, the University of Oxford, the National Health Service, and three partner companies including Takeda entered into a five-year partnership at the Oxford Centre for Diabetes, Endocrinology and Metabolism (OCDEM). OCDEM integrates basic and clinical research, clinical treatment, and educational functions relating to diabetes and other disorders of the endocrine and metabolic systems. Through the dispatch of researchers and joint research based on concrete research themes, Takeda intends to strengthen interdisciplinary cooperation. Takeda expects this partnership to succeed in advancing its research and development. In February 2004, a new research facility at OCDEM, constructed with a donation from



*Oxford Takeda Wing*

Takeda based on this partnership, was completed. The new facility was named the "Takeda Wing."

Takeda is also involved in ongoing joint research in the United States. Together with the Beth Israel Deaconess Medical Center of the Harvard Medical School, Takeda is searching for drug discovery targets related to obesity and diabetes.

*Diabetic retinopathy: This is one of the leading causes of blindness in developed countries. It is believed to be the most commonly feared complication of diabetes.



### ACTOS
*Actos* offers a new mechanism for treating diabetes. Once-daily dosing with *Actos* decreases insulin resistance and reduces blood sugar levels, without placing an additional burden on the pancreas. The drug is marketed in over 60 countries, and is one of Takeda's international strategic products.

### BASEN
*Basen* is a drug for treating postprandial hyperglycemia. It acts by delaying the digestion and absorption of carbohydrates by inhibiting α-glucosidase, an enzyme that catalyzes the breakdown of disaccharides into monosaccharides in the small intestine. *Basen* has been winning high acclaim as a diabetic treatment particularly suited to Japanese dietary habits and diabetic pathology. In July 2004, Takeda launched *Basen OD Tablets*, an orally disintegrating tablet formulation that provides more convenience for patients.

### TAKEDA SEMINARS ON LIFESTYLE-RELATED DISEASES
Since 1999, Takeda has held seminars on lifestyle-related diseases in Japan on an ongoing basis. Under the theme of "multicare" for lifestyle-related diseases, the seminars aim to communicate to the mass media the latest information on lifestyle-related diseases, including their causes, prevention, treatment, and complications. Since 2000, Takeda has also held multicare forums—also on lifestyle-related diseases—intended for the medical profession. Takeda will continue to provide the latest information and advocate the importance of total care for lifestyle-related diseases.

### SOCIAL CONTRIBUTIONS IN THE UNITED STATES
Each year in autumn, Takeda Pharmaceuticals North America, Inc. (TPNA), a marketer of the anti-diabetic drug *Actos*, is a co-sponsor of the American Diabetes Association's (ADA) charity event "Walk for Diabetes," which raises funds to support diabetic patients. Many TPNA employees and their families participate in the event. In February 2004, the 1,500 participants at the company's National Sales Meeting in San Diego held their own ADA Walk. In addition, TPNA donated U.S.$25,000 to ADA's San Diego office in support of its diabetes-related educational programs.

## PROVIDING INFORMATION ON LIFESTYLE-RELATED DISEASES

Since 1994, Takeda has been marketing *Basen*, a postprandial hyperglycemia treatment for people with diabetes, mainly in Japan, and since 1999, the Company has been marketing *Actos* (pioglitazone hydrochloride), an insulin sensitizer, around the globe.

TPNA, Takeda's U.S. sales company, operates a website (http://www.actos.com/) dedicated to *Actos*, where it provides a wide array of information related to type 2 diabetes, as well as the latest product information. Thanks to its strong, effective product profile, *Actos* was the seventh-fastest product in the history of the U.S. pharmaceutical market to achieve annual sales of U.S.$1 billion. Moreover, *Actos* has grown to become the most prescribed oral medication (on a value basis) for the treatment of type 2 diabetes in the United States.

In Japan, Takeda offers information on lifestyle-related diseases on its website for consumers. Takeda also launched a new page on its website, entitled *Diabetes Prep School*, for the medical profession. Japan's leading diabetologists post explanations of the latest in diabetes treatment and other information helpful to practicing physicians as they provide care for patients.

### NET SALES OF *ACTOS* AND *BASEN*

¥ Billion / $ Million

- *Actos* (Japan)
- *Basen* (Japan)
- *Actos* (U.S.)

Fiscal year '94 '95 '96 '97 '98 '99 '00 '01 '02 '03



(Top) *"Diabetes Prep School"* homepage
(Bottom) *"Actos.com"* homepage



TAKEDA'S MANAGEMENT MISSION:

WE STRIVE TOWARD BETTER HEALTH FOR INDIVIDUALS AND PROGRESS IN MEDICINE BY DEVELOPING SUPERIOR PHARMACEUTICAL PRODUCTS.

In the field of diabetes treatment, Takeda will continue to provide as many treatment options as possible to improve quality of life for patients with a variety of pathologic conditions.

12

**RESEARCH AND DEVELOPMENT:**

# ACCELERATING THE LAUNCH OF SUPERIOR NEW PHARMACEUTICALS

## CUTTING-EDGE TECHNOLOGY FOR INNOVATIVE DRUGS

With the recent decoding of the human genome, using genomic data to discover drug candidates is becoming a mainstream practice. Takeda moved quickly to in-license the human genomic databases and bioinformatic technology of the U.S. firm, Celera Genomics Group, in March 2000, and then the gene expression databases of the U.S. firm, Gene Logic Inc., in March 2002. These strategic steps have given Takeda a strong foundation in drug discovery research based on genomic data. Through discovery of disease-specific expression profiles for differentially regulated genes[*1] and functional analysis research, Takeda is accelerating the identification of new drug discovery targets. Takeda's approach to creating innovative drugs employs the latest technologies in the search for drug discovery targets and an optimization process for candidate compounds. To complement its in-house research, the Company invests in bioventures in the United States through Takeda


*The Tsukuba Research Center*

Research Investment, Inc., with the aim of in-licensing drug discovery targets, seed and lead compounds, and technologies.

| MAIN JOINT RESEARCH ACTIVITIES | |
|---|---|
| Partners | Research subject |
| **JAPAN** | |
| ■ Kagoshima University | Research on efficacy evaluation of anti-HIV drugs |
| ■ Biomolecular Engineering Research Institute | Research on application of biomolecular structures |
| ■ Shin Nippon Biomedical Laboratories | Research on toxico-genomics |
| ■ Keio University | Research on human genome related to hypertension and diabetic organopathy |
| ■ RIKEN (The Institute of Physical and Chemical Research) | Research on human genome related to osteoarthritis |
| ■ RIKEN (The Institute of Physical and Chemical Research) | Analysis of SNPs related to pioglitazone-induced edema |
| ■ Keio University | Target discovery for molecules differentiating neuronal stem cells to neurons |
| ■ Kirin Brewery | Licensing-in of human antibody technology |
| ■ Kyoto University | Cell/Biodynamic Simulation |
| | |
| **OVERSEAS** | |
| ■ WHO | Research on antimalarial drug discovery |
| ■ Celera (U.S.) | Research on human genome |
| ■ Array BioPharma (U.S.) | Research on lead compound synthesis |
| ■ Gene Logic (U.S.) | Database of gene expression (extended target diseases since Mar-03) |
| ■ Oxford Centre for Diabetes Endocrinology and Metabolism (U.K.) | Partnership with Oxford Diabetes Centre |
| ■ Beth Israel Deaconess Medical Center (Harvard Medical School) (U.S.) | Research on drug discovery related to diabetes and obesity |
| ■ Evotec NeuroSciences (Germany) | Drug discovery alliance on Alzheimer's disease |

## CORE THERAPEUTIC AREAS FOR PRIORITY R&D

Takeda allocates a major portion of its development resources to its four core therapeutic areas for priority R&D: (1) lifestyle-related diseases, (2) cancer and urological diseases, and gynecological disorders, (3) central nervous system diseases, and bone and joint diseases, and (4) life-cycle management of drugs for digestive system diseases. To supplement its in-house research, Takeda is

(TGRD) Center, Inc., as a wholly owned subsidiary of Takeda Pharmaceuticals North America, Inc. (TPNA). The TGRD Center conducts clinical trials and manages the submission-approval process for new drug applications in the United States, and also designs and implements post-marketing clinical studies and develops strategies for maximizing added value for drugs that are already on the market. Takeda's clinical development activities in Europe are integrated with the work



| (Ligands / Receptors *2 / Target diseases & areas) |
|---|
| **NOVEL ORPHAN LIGANDS IDENTIFIED BY TAKEDA** |
| Prolactin-Releasing Peptide (PrRP) / hGR3 / Gynecology |
| Apelin / APJ / HIV infection |
| Galanin-like Peptide (GALP) / GalR2 / Obesity |
| RF amide-Related Peptide (RFRP) / OT7T022 / Pain |
| Metastin / OT7T175 (GPR54) / Gynecology |
| Neuropeptide W (NPW) / GPR7/GPR8 / Obesity |
| Neuropeptide B (NPB) / GPR7 / Obesity |

| **NOVEL ORPHAN RECEPTORS (LIGANDS ARE KNOWN) IDENTIFIED BY TAKEDA** |
|---|
| Melanin Concentrating Hormone (MCH) / SLC-1 / Obesity |
| Urotensin II / SENR (GPR14) / Cardiovascular diseases |
| Neuromedin U / FM3/TGR1 / Hypertension |
| Endocrine Gland-VEGF (EG-VEGF) / ZAQ/ I5E / Gynecology |
| Bile acid / TGR5 / Immunology |
| Fatty acid / GPR40 / Diabetes |
| β-alanine / TGR7 (MrgD) / Neurological disorder |

working to enrich its R&D pipeline through in-licensing and to maximize the added value of its products through life-cycle management. Takeda is also working to enhance its in-house research capabilities through joint research and partnerships with outside research institutions.

## NEWLY ESTABLISHED "TGRD CENTER, INC."

In January 2004, Takeda established the Takeda Global Research and Development

of the center, with the Takeda Europe Research & Development Centre Ltd. reporting to the TGRD Center. With this new step, Takeda has streamlined and strengthened its global development organization to the benefit of all three regions—Japan, the United States, and Europe. This move will enhance Takeda's R&D pipeline and contribute to sustainable growth for the Company by accelerating the launch of new products.

*1 Disease-specific expression profiles for differentially regulated genes: This concept refers to gene expression that changes in a specific way in a specific disease. Such genes are thought to cause the disease or to be involved in symptom progression.
*2 Ligand and receptor: The binding of a ligand (a substance that activates a receptor) to a cell surface receptor can cause the cell to adjust its own functions.

## OUR PIPELINE:

* The content of this overview is based on information available as of June 30, 2004.

| Development Code [Generic Name] Brand Name (Country/Region) | Drug Class | Indication (Formulation) | Country/ Region | Stage of Development | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | P1 | P2 | P3 | NDA submission | NDA approval |

### LIFESTYLE-RELATED DISEASES

| Development Code [Generic Name] Brand Name (Country/Region) | Drug Class | Indication (Formulation) | Country/ Region | P1 | P2 | P3 | NDA submission | NDA approval |
|---|---|---|---|---|---|---|---|---|
| **TCV-116** [Candesartan cilexetil] »Blopress (Japan, Europe, Asia) Amias, Kenzen, etc. (Europe) | Angiotensin II receptor antagonist | Chronic heart failure | Japan | | | | '01 Dec. | |
| | | | Europe | | | | '04 Apr. | |
| | | Diabetic nephropathy | Japan | | | | | |
| | | Fixed combination with diuretic | Japan | | | | '02 Dec. | |
| | | High dose (32mg) and 32mg tablet | Europe | | | | | '04 Jan. |
| | | High dose | Japan | | | | | |
| | | Outcome study, DIRECT (Diabetic REtinopathy Candesartan Trial) | Europe | | | | | |
| **AD-4833** [Pioglitazone hydrochloride] »Actos (Japan, U.S.A., Europe, Asia) | Insulin resistance-improving drug | Outcome study, PROactive (PROspective PioglitAzone Clinical Trial In MacroVascular Events) | Europe | | | | | |
| | | Delay in progression of atherosclerosis | U.S.A. | | | | | |
| **AO-128** [Voglibose] »Basen (Japan, Asia) | α-glucosidase inhibitor | Impaired glucose tolerance (IGT) | Japan | | | | | |
| | | Fast disintegrating tablet | Japan | | | | | '04 Feb. |
| **TAK-559** [Not decided] | Insulin resistance-improving drug | Diabetes mellitus | Japan | | | | | |
| | | | U.S.A. | | | | | |
| | | | Europe | | | | | |
| **MCC-135** [Caldaret] | Ca++ uptake enhancer/ Na+/Ca++ exchange system inhibitor | Chronic heart failure, myocardial infarction | U.S.A. | | | | | |
| | | | Europe | | | | | |
| **TAK-475** [Not decided] | Squalene synthase inhibitor | Hyperlipemia | Europe | | | | | |
| | | | U.S.A. | | | | | |
| **TAK-428** [Not decided] | Neurotrophic factor production accelerator | Diabetic neuropathy | U.S.A. | | | | | |
| | | | Europe | | | | | |
| **TAK-654** [Not decided] | Insulin resistance-improving drug | Diabetes mellitus | Japan | | | | | |
| | | | U.S.A. | | | | | |
| | | | Europe | | | | | |
| **TAK-536** [Not decided] | Angiotensin II receptor antagonist | Hypertension | U.S.A. | | | | | |
| | | | Europe | | | | | |

### ONCOLOGY AND UROLOGIC DISEASES

| Development Code [Generic Name] Brand Name (Country/Region) | Drug Class | Indication (Formulation) | Country/ Region | P1 | P2 | P3 | NDA submission | NDA approval |
|---|---|---|---|---|---|---|---|---|
| **TAP-144-SR** [Leuprorelin acetate] »Leuplin (Japan) Lupron Depot (U.S.A.) Enantone, etc. (Europe, Asia) | LH-RH agonist | 3-month depot/premenopausal breast cancer | Japan | | | | '04 Feb. | |
| | | | Europe (Germany) | | | | | '04 Jan. |
| | | 6-month depot/prostate cancer | U.S.A./ Europe | | | | | |
| **TAK-453-SR** [Morphine hydrochloride] | Morphine hydrochloride sustained-release capsules | Cancerous pain | Japan | | | | '03 Nov. | |
| **MH-15E** [Morphine hydrochloride] | Morphine hydrochloride for extradural administration | Cancerous pain | Japan | | | | '03 Nov. | |
| **TAK-013** [Sufugolix] | LH-RH antagonist | Endometriosis, uterine fibroid | Japan | | | | | |
| | | | U.S.A. | | | | | |
| | | | Europe | | | | | |
| **TAK-802** [Not decided] | AchE inhibitor | Hypoactive bladder | Japan | | | | | |

### CENTRAL NERVOUS SYSTEM DISEASES, BONE/JOINT DISEASES

| Development Code [Generic Name] Brand Name (Country/Region) | Drug Class | Indication (Formulation) | Country/ Region | P1 | P2 | P3 | NDA submission | NDA approval |
|---|---|---|---|---|---|---|---|---|
| **NE-58095** [Risedronate] | Bone resorption inhibitor | Once-a-week formulation | Japan | | | | | |
| **TAK-375** [Ramelteon] | MT1/MT2 receptor agonist | Primary insomnia | Japan | | | | | |
| | | | U.S.A. | | | | | |
| | | | Europe | | | | | |
| | | Circadian rhythm sleep disorder (CRSD) | U.S.A. | | | | | |

### GASTROENTEROLOGY DISEASES PRODUCT LIFE-CYCLE MANAGEMENT

| Development Code [Generic Name] Brand Name (Country/Region) | Drug Class | Indication (Formulation) | Country/ Region | P1 | P2 | P3 | NDA submission | NDA approval |
|---|---|---|---|---|---|---|---|---|
| **AG-1749** [Lansoprazole] »Takepron (Japan, Asia) Prevacid (U.S.A., Asia) Ogast, Agopton, Lansox, etc. (Europe) | Proton pump inhibitor | Symptomatic-GERD | Japan | | | | | |
| | | Injectable formulation: Upper gastrointestinal bleeding | Japan | | | | '04 Feb. | |
| | | Injectable formulation: GERD | U.S.A. | | | | | '04 May |
| | | Smaller capsule | Japan | | | | | '04 Jan. |
| **TAK-370** [Mosapride citrate] | Serotonin 5-HT4 receptor agonist | Gastro-esophageal reflux disease (GERD) | U.S.A. | | | | | |

14

**INTELLECTUAL PROPERTY:**

# EFFECTIVELY PROTECTING AND UTILIZING INTELLECTUAL PROPERTY CREATED BY R&D

## MAKING INTELLECTUAL PROPERTY A CRITICAL PART OF GLOBAL BUSINESS STRATEGY

Takeda recognized the importance of patents early on, and in 1950 became the first Japanese pharmaceutical company to establish a dedicated organization to handle patents. It has steadily expanded with Takeda's growth over the years. Today, the Company's Intellectual Property Department continues to address the rapid changes taking place in the business environment. Takeda is implementing a global intellectual property strategy, which is aligned with its management vision for the Company's growth over the coming decades.

## IMPORTANCE OF PATENTS FOR PHARMACEUTICAL COMPANIES

In stark contrast with some consumer goods, which may be protected by hundreds or sometimes even thousands of intellectual property rights, pharmaceutical products are often protected only by sever-

al intellectual property rights, despite the lengthy R&D period (10–15 years on average) and enormous capital investment (¥20–¥50 billion). The value of intellectual property rights for a single pharmaceutical product is therefore considerably greater than of those in other industries. It is hardly an overstatement to say that a pharmaceutical product itself represents an intellectual property right.

Accordingly, the primary concerns of intellectual property strategy at a pharmaceutical company are how best to effectively protect and utilize each discovery and development, from new drug discovery targets to final products, in the R&D process, and how best to maintain the market superiority of the Company's products.

## A VITAL PART OF CORPORATE STRATEGY

To back its corporate business strategy with intellectual property rights, a company must depart from the merely conventional han-

dling of patents. A comprehensive intellectual property strategy that promotes business success is essential. Based on consideration of costs, the intellectual property strategy must be closely synchronized with the company-wide corporate business strategy as well as each individual business strategy, from the stage of initial research on new drug discovery targets to the life-cycle management of products already on the market.

Takeda has taken this recognition one step further by devising an intellectual property strategy that seamlessly integrates research, development, production, marketing, and alliances—and is making it a key component of the Company's business strategy itself.

## TAKEDA'S TRIPOLAR INTELLECTUAL PROPERTY SYSTEM

Takeda is expanding its global pharmaceutical business with the aim of becoming an R&D-oriented "world-class pharmaceutical company" of Japanese origin. To effectively



### INTELLECTUAL PROPERTY STRATEGY AT TAKEDA

Corporate business strategy

Research strategy

Development strategy

Intellectual property strategy

Production strategy

Marketing strategy

Integration    Coordination

Research, development, production, marketing, and alliance functions

support these efforts, Takeda has placed the Intellectual Property Department under the direct management of the president and established a tripolar system covering Japan, the United States, and Europe.

Takeda has established a U.S. Intellectual Property Center in Chicago and a European Intellectual Property Center in London and employs patent attorneys locally. By linking these operational bases in Japan, the United States, and Europe, Takeda is able to implement a globally orchestrated intellectual property strategy.

Takeda is currently establishing an IT network linking its three regional operational bases. Based on the early acquisition and rapid evaluation and analysis of information, Takeda can anticipate and prevent, or at least minimize, risks, and can enhance the Company's ability to handle any lawsuits. Anticipating harmonization of patent practices in the three regions, Takeda is developing plans to manage a

world patent network, when world patents become available. In this context, the Company is applying for strategic patents and doing its utmost to win quick approval of patent rights, as well as strengthening the life-cycle management of its products.

The number of patent rights owned by the Company reached 3,336 at the end of fiscal 2003, with 87% of them outside Japan.

### INCREASED ROYALTY INCOME

Takeda has pursued a strategy of aggressive use of intellectual property rights since 1995. This effort, in combination with increasing sales of international strategic products, has brought the Company consistent annual growth in royalty income. This income reached ¥50.5 billion in fiscal 2003, with approximately 97% coming from overseas. The balance after deducting patent royalties paid out has expanded more than fivefold since fiscal 1995.

In order to constantly generate and

its kind in the Japanese pharmaceutical industry. By giving researchers greater incentives, Takeda—which already has a history of emphasizing intellectual property rights—is encouraging researchers to rise to the challenge of innovative research and turn out even more groundbreaking inventions.

Takeda's performance-based compensation system is based on the Company's unique approach to intellectual property. The Company rewards genuinely unique inventions with reasonable compensation based on worldwide sales. Takeda also gives separate rewards to those who contributed to the processes of an invention. The Company even awards reasonable compensation to researchers whose invention outcomes are licensed to third parties. With these measures, Takeda is integrating its performance-based compensation system with its intellectual property and R&D strategies, and also aligning it with its production and business strategies.

The anti-diabetic drug *Actos* (generic name: pioglitazone hydrochloride), the hypertension treatment *Blopress* (generic name: candesartan cilexetil), and the vitamin B₁ preparation *Shin Alinamin A* were selected as products subject to this type of compensation in fiscal 2003.

Takeda's performance-based compensation system already largely reflects the spirit of the recent amendment of Article 35 (on employee inventions) of Japan's Patent Law (effective beginning fiscal 2005), and the Company is now in the process of making the needed practical revisions to its rules governing employees' inventions.



### ROYALTY INCOME



continue to increase royalty income, Takeda considers and implements a variety of means of utilizing its intellectual property rights in addition to strengthening protection of its products and granting licenses to third parties.

### PERFORMANCE-BASED COMPENSATION FOR RESEARCHERS

In 1998, Takeda adopted a performance-based compensation system for employees who make new inventions, the first of

16

PRODUCTION SYSTEM:

# EXPANDING GLOBAL PRODUCTION OF HIGH-QUALITY, COST-COMPETITIVE PRODUCTS

## INCREASING OVERSEAS PRODUCTION

Takeda is building a global production system in tandem with the worldwide expansion of the Company's business. One example is a new plant, Takeda Pharma Ireland Limited, which will go into production in 2004. The new plant, Takeda's first bulk manufacturing site outside Japan, represents an investment of around ¥12 billion. Together with the Hikari Plant in Japan, the new Irish plant will give Takeda two sources of bulk pharmaceuticals to fulfill worldwide demand.

Outside Japan, Takeda now manufactures pharmaceutical products in Ireland, Italy, China, Thailand, and Indonesia. The Company enjoys the advantages of local distribution of products from these plants to nearby nations and regions. Takeda Ireland Limited, which started operations in 1999, is engaged in the production of Takeda's flagship products for the European and U.S. markets, including candesartan, lansoprazole and pioglitazone, and boasts a flexible pro-

consisting of the Hikari, Osaka, and Shonan plants. By the end of March 2006, however, the Shonan plant will be closed. Takeda will consolidate production in Japan at the Hikari and Osaka plants, with the Hikari plant taking on most of the transferred production. A corresponding capital investment of roughly ¥15 billion will be made in the Hikari plant, making it Takeda's most important production site.

## STRATEGIC USE OF OUTSOURCING

In addition to expanding overseas production and streamlining domestic production, Takeda continues to use strategic outsourcing. By building stable "win-win" relationships, Takeda works closely with the toll-manufacturers to which it entrusts production to ensure the highest standard of quality. The share of production outsourced by Takeda reached 65% in fiscal 2003, increasing from approximately 30% in fiscal 2000.

Takeda continues to undertake in-house production of bulk compounds and

pharmaceutical products that require advanced technologies. Takeda is committed to improving its technology and know-how, and to reducing costs to achieve greater competitiveness. The Company is pursuing these goals through the three-tiered strategy described here: (1) expansion of overseas production; (2) streamlining of production in Japan; and (3) strategic use of outsourcing.

## GLOBAL QUALITY ASSURANCE

With the transition to a more cost-effective global production system, Takeda is simultaneously improving its quality assurance system. Inspection and instruction processes using the Takeda Quality Assurance Standards are being implemented at all plants operated by Takeda and its overseas affiliates and toll-manufacturers. Takeda is committed to providing pharmaceuticals with the same assurance of high quality, all around the world.



*Rendering of new Takeda Pharma Ireland plant*

duction system that can be readily adapted for processing of new formulations. Takeda Ireland, the Company's principal manufacturing base for future sales in Europe and the United States, will continue to enhance its facilities and production system to meet growing demand.

## STREAMLINING PRODUCTION IN JAPAN

For several decades, Takeda has maintained a three-plant production system in Japan



**MANUFACTURING BASES**

IRELAND
[Bulk Pharmaceuticals (under construction)/ Pharmaceuticals]

ITALY
[Pharmaceuticals]

CHINA
[Pharmaceuticals]

THAILAND
[Pharmaceuticals]

JAPAN
[Bulk Pharmaceuticals/ Pharmaceuticals]

INDONESIA
[Pharmaceuticals]

# OUR BUSINESS ACTIVITIES CONTRIBUTE SIGNIFICANTLY TO SOCIETY

## CORPORATE SOCIAL RESPONSIBILITY:

### CORPORATE SOCIAL RESPONSIBILITY (CSR)

With economic globalization, the IT revolution, and changes in consumer attitudes, the issue of corporate social responsibility (CSR) has recently become the focus of increasing attention. Simply put, CSR means having a comprehensive perspective on the economic, environmental, and social aspects of corporate activities, and applying that understanding to enhance competitiveness and increase corporate value. A proactive approach to CSR is regarded as a solid investment for the future of any company.

Important components of CSR include (1) Economic responsibility (financial responsibility to stockholders, employees, the government, and other concerned parties); (2) Environmental responsibility (care for the global environment, management of environmental burdens, etc.); (3) Social responsibility (corporate ethics, contributions to society, consideration for human rights, etc.); and (4) Legal responsibility (compliance with laws and regulations, etc.).

At Takeda, each department has been working to address each one of these components of CSR. The Company is currently reexamining its approach to CSR for the purpose of comprehensively organizing all the related activities, and is also undertaking voluntary initiatives that are appropriate for its unique characteristics as a pharmaceutical company. It is believed that these moves will make it easier for all stakeholders to appreciate the Company's activities.

### TAKEDA'S GLOBAL ENVIRONMENTAL INITIATIVES

Takeda recognizes that working to preserve the global environment is an imperative mission for a company with a global business presence. Accordingly, Takeda places high priority on environmental initiatives in all its business activities. Takeda has the "Takeda Code of Compliance Standards" which includes compliance with environmental laws, regulations, and standards; the efficient use of resources and energy; waste reduction; cooperation in community-based efforts to facilitate environmental preservation; and careful consideration of environmental safety in Takeda's research and production processes.

### ENVIRONMENTAL PRESERVATION POLICY
❶ To promote a fundamental approach to environmental concerns
❷ To reduce the volume of waste
❸ To appropriately manage chemical substances and reduce the volume released into the environment
❹ To conduct further education and training
❺ To contribute to local communities



*TPNA employees participating in "ADA Walk"*          *TAP employees take part in a tree-planting event*          *"Takeda Global Concert"*

© Keith Saunders

### CONTRIBUTING TO SOCIETY IN THE UNITED STATES
Takeda's U.S. subsidiary, Takeda Pharmaceuticals North America, Inc. (TPNA), earnestly strives to contribute to society. TPNA co-sponsors the "Walk for Diabetes" and holds its own American Diabetes Association (ADA) Walk. In addition, it supports the Japanese Garden and Bonsai Exhibit at the Chicago Botanic Garden, it has established a grant system for university researchers, and it contributes to the improvement of local buildings through the volunteer efforts of TPNA employees.

TAP Pharmaceutical Products Inc. (TAP), a joint venture between Takeda and the U.S. firm Abbot Laboratories, was a founding sponsor of The Center for Companies That Care. Launched in 2002, the center works to encourage companies to maintain work environments based on dignity and respect for all employees, and to contribute to their local communities. In fiscal 2003, TAP continued to sponsor the center's activities. TAP also contributes to society on a community and workplace level by participating in blood drives and volunteering in tree planting events.

With a vision for good corporate citizenship that includes full employee participation, both TPNA and TAP encourage employees to get involved in the communities where they live by sponsoring fundraising drives and offering time off to employees for volunteer work.

### TAKEDA GLOBAL CONCERTS
With the aim of contributing to and promoting international cultural exchange, Takeda has sponsored concerts by the London Symphony Orchestra (LSO) since 1989. The effort and passion that the LSO brings to its music mirror Takeda's constant commitment to taking on the challenge of groundbreaking R&D to create innovative pharmaceutical products.

The sixth tour in the "Takeda Global Concert" series began in London in April 2003. During the orchestra's centenary in 2004, the series continued with five concerts in the United States in January, followed by eight concerts in Japan in March. Further concerts are scheduled in Europe in 2004.

18

## OUR PRODUCT LINEUP:

International Strategic Products (Ethical Drugs)

### LEUPROLIDE ACETATE
-FOR PROSTATE CANCER AND ENDOMETRIOSIS



BRAND NAMES:
*LEUPLIN* (JAPAN)
*LUPRON DEPOT* (UNITED STATES)
*ENANTONE* (EUROPE, ASIA)

Drug delivery system (DDS) research has resulted in the formulation of leuprolide acetate in sustained-release formulation for the treatment of prostate cancer and endometriosis. The sustained-release formulation, *Lupron Depot*, which is available in dosages of up to once every four months, contributes significantly to improving the quality of life of patients. Leuprolide acetate is marketed in over 70 countries and is considered a gold standard therapy for prostate cancer.

### LANSOPRAZOLE
-FOR PEPTIC ULCERS



BRAND NAMES:
*TAKEPRON* (JAPAN, ASIA)
*PREVACID* (UNITED STATES, ASIA)
*OGAST, LANSOX, AGOPTON* (EUROPE)

Once-daily dosing with lansoprazole, a proton pump* inhibitor (PPI) developed by Takeda, provides fast symptom relief for gastric and duodenal ulcers, and achieves high healing rates. Supported by this excellent profile, lansoprazole is marketed in around 100 countries and is recognized as the top brand in major countries. In 2004, Takeda received approval for a smaller capsule form of lansoprazole in Japan and an injectable preparation in the United States.

*Proton pump: An enzyme that functions in the final stages of acid secretion in gastric parietal cells.

### CANDESARTAN CILEXETIL
-FOR HYPERTENSION



BRAND NAMES:
*BLOPRESS* (JAPAN, EUROPE, ASIA)
*AMIAS, KENZEN* (EUROPE)

Candesartan cilexetil is an angiotensin II receptor antagonist*, or blocker (ARB), a class of agents that is revolutionizing hypertension treatment. In over 70 countries, candesartan enjoys a trusted reputation in the medical profession, as its once-daily dosing provides patients with gradual and steady hypotensive action that lasts many hours, but with a lesser degree of adverse reactions. Based on the results of a large-scale clinical trial, CHARM, Takeda applied in April 2004 for an additional indication of chronic heart failure for *Blopress* in Europe.

*Angiotensin II receptor antagonist: Inhibits angiotensin II, a hormone that increases blood pressure.

### PIOGLITAZONE HYDROCHLORIDE
-FOR DIABETES



BRAND NAME:
*ACTOS* (JAPAN, UNITED STATES, EUROPE, ASIA)

Pioglitazone hydrochloride offers a new mechanism for treating type 2 diabetes. Once-daily dosing with pioglitazone improves insulin resistance and reduces blood sugar levels, without placing an additional burden on the pancreas. The drug is marketed in over 60 countries and is valued by physicians for use in patients where strict blood sugar level control is required.

## Primary Ethical Drugs in Japan

### VOGLIBOSE
-FOR DIABETES

### MITIGLINIDE
-FOR DIABETES

### RISEDRONATE
-FOR OSTEOPOROSIS







BRAND NAME: *BASEN*

Voglibose is an anti-diabetic agent that improves postprandial hyperglycemia. It acts by delaying the digestion and absorption of carbohydrates by inhibiting α-glucosidase, an enzyme that catalyzes the breakdown of disaccharides into monosaccharides in the small intestine. Voglibose, marketed in Japan as *Basen*, has been winning high acclaim as a diabetic treatment particularly suited to Japanese pathological conditions and dietary habits. In July 2004, Takeda launched *Basen OD Tablets*, an orally disintegrating tablet formulation that enhances convenience for patients.

BRAND NAME: *GLUFAST*

Mitiglinide is an anti-diabetic drug that acts to enhance insulin secretion by stimulating pancreatic beta cells. Compared to conventional insulin secretagogues, the effects of mitiglinide are expressed quickly after dosing. It therefore improves postprandial hyperglycemia by achieving a more natural pattern of insulin secretion. In May 2004, Takeda began to co-market mitiglinide in Japan under the brand name *Glufast*, with Kissei Pharmaceutical Co., Ltd.

BRAND NAME: *BENET*

Large-scale clinical investigations have confirmed that once-daily dosing with risedronate increases bone mass and reduces the risk of bone fractures. Risedronate is marketed as *Benet* in Japan, and its small, film-coated tablets are notable for being easy for elderly people to take.

## Leading OTC Drugs and Quasi-Drugs

**Vitamin Products:**

 







*SHIN ALINAMIN A*     *ALINAMIN EX*     *HICEE B MATE 2*     *HICEE WHITE 2*     *ACTAGE AN JO*

**Health Tonic Drinks (Quasi-drugs):**

**Cold Remedies:**











*ALINAMIN V*     *ALINAMIN V&V NEW*     *ALINAMIN 7*     *ALINAMIN 7 GOLD*     *BENZA BLOCK IP*

20

# CONTRIBUTING TO THE HEALTH OF INDIVIDUALS WORLDWIDE THROUGH RELIABLE PRODUCTS AND INFORMATION

## MARKETING IN JAPAN

Takeda continues to pursue promotional activities in line with its commitment to providing "superior drugs and quality information to all healthcare professionals and all patients."

Takeda's mainstay products—the anti-hypertensive *Blopress*, the anti-ulcerant *Takepron*, the osteoporosis treatment *Benet*, the postprandial hyperglycemia (in diabetes) treatment *Basen*, and the anti-diabetic drug *Actos*—recorded increased sales in fiscal 2003. *Blopress* alone achieved sales of over ¥100 billion at the National Health Insurance (NHI) drug price. In fiscal 2003, Takeda launched *Glufast*, a new short-acting insulin secretagogue, and *Basen OD Tablets*, a new formulation of oral disintegration. With these new treatment options alongside *Basen* and *Actos*, Takeda's product line is able to provide a multitude of treatment options for diabetes that will suit the pathology of each individual patient.

Responding to changes in the healthcare environment in Japan, Takeda almost doubled its number of branch offices to 156 in October 2003, with the aim of developing more market-oriented promotional strategies. Under this highly flexible system, every Takeda medical representative (MR) acts as a true professional, working with initiative to accomplish each of his or her responsibilities. Focusing on direct face-to-face interactions, Takeda MRs develop field activities that blend organizational and IT strategies. Takeda concentrates on building networks of specialists and providing support for enhanced cooperation between the specialists and primary care physicians, particularly in the field of lifestyle-related diseases. The Company has equipped each branch office



Takeda Pharma Ges.m.b.H
**Gabriele Rudolf/
Dr. Helmut Hasibeder**

Takeda Pharmaceutical
Company Limited
**Yumi Kazusa**

Takeda Pharmaceuticals North America, Inc.
**Jackie Klein/Chris Beane**

with a videoconferencing system, winning acclaim for taking this high-tech approach to delivering the latest medical and drug therapy-related information to healthcare professionals across the country.

Each branch office also has access to Takeda's IT system, Knowledge Force, which enables MRs around the country to share success factors. Takeda has created an exciting, cutting-edge work environment to facilitate constant improvement in the skills and knowledge of its MRs.

Every year, Takeda MRs receive the highest evaluations on physician surveys performed by external ratings firms. With a strong sense of mission, Takeda will continue to provide high quality, useful information to healthcare professionals and all patients.

*Takeda Pharmaceutical Company Limited, Kagoshima MRs (Group shot above)*
*(from left) Tomoharu Kawakami/Yasuhiko Sasano/Maiko Takahashi/Masao Akazawa/Mitsunobu Nakamura/Hideshi Amioka/Nazuna Kuramoto/Hirohiko Ohsako*



## TAKEDA PHARMACEUTICALS NORTH AMERICA, INC. (TPNA)

Takeda's U.S. subsidiary Takeda Pharmaceuticals North America, Inc. (TPNA) launched *Actos* in August 1999. Once-daily dosing with *Actos*, Takeda's anti-diabetic drug, provides effective control of blood glucose levels, and a unique lipid profile, for people with type 2 diabetes. *Actos'* strong product profile coupled with the ongoing patient education provided by TPNA and its co-promotion partner, Eli Lilly and Company, has resulted in a continuing high rate of growth for the drug. With fiscal 2003 sales topping U.S.$1.3 billion, *Actos* has become the No. 1 oral anti-diabetic drug in the United States on a prescription value basis.

In January 2004, TPNA began to co-promote *Niaspan* (extended-release niacin) and *Advicor* (extended-release niacin/lovastatin), two cholesterol-improving drugs developed by the U.S. firm, Kos Pharmaceuticals, Inc.



*Laboratoires Takeda*
**Xavier Baville/Nicolas Dufourt**



*Boie-Takeda Chemicals, Inc.*
**Beverly Cabrera**

*Takeda Pharmaceutical Company Limited*
**Makoto Sasada**

*Takeda Chemical Industries (Taiwan), Ltd.*
**Wang, Chih-Chung/Liu, Yu-Shsuan**

## MARKETING IN EUROPE

Since the establishment of Laboratoires Takeda in France in 1978, Takeda has made steady progress in building a solid sales structure in Europe. The Company established its own sales channels in Germany in 1981, Italy in 1982, Austria in 1993, the United Kingdom in 1997, and Switzerland in 1998.

This commitment to a powerful presence in Europe has enabled four of Takeda's international strategic products to penetrate the European market: leuprorelin acetate (*Enantone*), lansoprazole (*Ogast, Lansox, Agopton*), candesartan cilexetil (*Blopress, Amias, Kenzen*), and pioglitazone hydrochloride (*Actos*). Sales of Takeda's ethical drugs have increased steadily in Europe, winning the Company a growing market share.

### NET SALES OF IN-HOUSE ETHICAL DRUGS IN EUROPE



¥ Billion

123.6

| Fiscal year | '00 | '01 | '02 | '03 |

*Takeda Pharmaceuticals North America, Inc. MRs (Group shot above)*
*(from left) Dr. Bobby Greely/Lisa Fendrick/Dolores Phillips/Jason Brady/Jaleesa Hatchet/Jesse Sanchez/Tracy Foster*

22

MARKETING:

## COMMITMENT TO COMPLIANCE

Compliance with internal standards and external requirements is of critical importance to Takeda, and is directly related to our mission as a company. Every company in the Takeda Group emphasizes the practice of corporate ethics. In Japan, the Company has established the Takeda Compliance Program, and any person or organization that represents Takeda is required to adhere to it.

In the exchange of information with healthcare professionals, Takeda operates in the belief that the ultimate value of the Company is found in its capacity to contribute to society. Takeda is consistent and sincere in its efforts to provide superior products, information, and services—the result of the hard work, skills, and enthusiasm of individual Takeda employees—to people pursuing better health and to medical professionals. MRs at Takeda's overseas sales companies also apply the highest ethical standards in all their work. Throughout the companies of the Takeda Group, MRs have pledged to observe corporate ethics in everything they do.

# CONSUMER HEALTHCARE—FOR HEALTHIER AND HAPPIER LIVES

Takeda's consumer healthcare business, which includes consumer healthcare (over-the-counter) drugs and quasi-drugs, pursues a strategy of cultivating its non-prescription product brands to become the first choice in their respective categories and win the trust of consumers and their

toms arising from fatigue accumulated through rigorous and busy daily lives. Such activity includes our efforts to help pharmacies create sales locations where consumers can easily select fatigue relieving products, as well as providing accurate and optimal pharmaceutical information. Our

will succeed the *Benza Block* (silver package) and *Benza Block SP* (yellow package) series of cold remedies, which had been leading products within the cold category up until their discontinuation.

Offering product choices that specifically address skin troubles, the *Hicee* brand continues to strengthen its product line. The flagship products of the *Hicee* brand are *Hicee White 2*, a vitamin C containing product that lightens liver spots and freckles, and *Hicee B Mate 2*, a vitamin $B_2$ and $B_6$ containing product that offers relief from acne and roughness of the skin.

The *Scorba* brand of athlete's foot treatments saw the launch of *Scorba LX Powder-In* in February 2004, a new type of aerosol preparation containing powder.



Shin Alinamin A & Alinamin EX          Alinamin V          Hicee          Actage AN Jo

families throughout their lives.

The *Alinamin* brand, a series of products containing a vitamin $B_1$ derivative, fursultiamine (thiamin tetrahydrofurfuryl disulfide; TTFD), includes tablet dosage forms *Alinamin EX* and *Shin Alinamin A*; and health tonic drinks *Alinamin V*, *Alinamin 7*, and *Alinamin 7 Gold*; as well as *Alinamin V&V New*, which was launched in May 2003. Takeda aims to enhance and solidly establish the position of *Alinamin* as the leading consumer brand to combat symp-

goal is to enlighten and enhance the knowledge of the consumers so that they can find the best solution for alleviating their fatigue at their own discretion.

Within the *Benza* brand, in August 2003 Takeda discontinued production and marketing of its cold remedies and rhinitis remedies that contained phenylpropanolamine (PPA). In January 2004, Takeda launched *Benza Bien Yaku* (rhinitis remedy) and is moving forward with preparations to market new products that

Actage AN Jo, launched in March 2003, continues to enlighten people that joint pain can be treated using oral preparations, instead of topical treatments such as ointments and patches, which are traditionally the primary choice in Japan.

In March 2004, *Nicorette Mint*, a mint-flavored version of the smoking cessation product *Nicorette*, was launched to provide smokers with an additional option when they decide to give up smoking.