23

# FINANCIAL

# SECTION

# REVIEW OF OPERATIONS AND FINANCIAL CONDITION:

Takeda Pharmaceutical Company Limited (Formerly Takeda Chemical Industries, Ltd.) and Subsidiaries
Year ended March 31, 2004 (Fiscal 2003)

As countries worldwide step up measures to hold down healthcare expenditures, while greater time and investments are required for development of new drugs, the ethical pharmaceuticals industry, which is Takeda's core business, is witnessing even more intense competition. In the United States, the world's largest pharmaceuticals market, double-digit growth in pharmaceuticals sales is unlikely to last much longer. One reason is that the expiration of patents on major drugs is often followed by rapid growth in sales of generic drugs. Also restraining growth are a variety of measures to limit the cost of drugs by the federal government, states, and insurance companies. Moreover, Medicare reforms, imports of less expensive drugs from Canada, and other events indicate that the United States is about to enter a period of fundamental change. Japan has the lowest growth rate of pharmaceuticals sales in the industrialized world due to declining consultation rates associated with an increased co-payment ratio for healthcare services, measures to promote the use of generic drugs, and periodic revisions in National Health Insurance (NHI) drug prices. In Europe as well, growth is slow as every country steps up initiatives to cap drug prices and as parallel imports of drugs climb.

In this environment, Takeda remained focused on fulfilling the goals of its 2001–2005 Medium-term Management Plan. Actions target raising sales of mainstay products, especially international strategic products, and enhancing the R&D pipeline.

## NET SALES

In fiscal 2003, net sales increased ¥40.3 billion, or 3.9%, to ¥1,086.4 billion. The transfer of the agricultural chemicals and latex businesses and the discontinuation of sales of products of Shimizu Pharmaceutical Co., Ltd., both of which occurred during fiscal 2002, together with the yen's appreciation relative to the U.S. dollar, had a negative impact of ¥10.1 billion on sales. Nevertheless, Takeda was able to record higher sales for the thirteenth consecutive year because of a rise of ¥66.8 billion, or 8.2%, in net sales in the ethical drug business in Japan and overseas. [Graph 1]

Domestic sales decreased ¥11.7 billion, or 1.8%, to ¥624.5 billion as domestic growth in ethical drug sales was insufficient to offset the impact of the transfer of the agricultural chemicals businesses and the discontinuation of sales of products of Shimizu Pharmaceutical. Overseas sales expanded ¥52.1 billion, or 12.7%, to ¥461.9 billion as growth in ethical drug sales outweighed the negative effect of foreign exchange rates. Overseas sales were 42.5% of total sales. [Table 1, Graph 1]

## NET SALES AND PROPORTION OF OVERSEAS SALES [Graph 1]



## NET SALES BY REGION [Table 1]

¥ Billion

|  | Fiscal 2003 | Fiscal 2002 | Fiscal 2001 | % change 2003/2002 | % change 2002/2001 |
|---|---|---|---|---|---|
| Japan | 624.5 | 636.2 | 656.3 | (1.8)% | (3.1)% |
|  | 57.5% | 60.8% | 65.3% |  |  |
| North America | 296.0 | 262.2 | 231.8 | 12.9% | 13.1% |
|  | 27.2% | 25.1% | 23.1% |  |  |
| Europe | 147.3 | 129.8 | 97.2 | 13.5% | 33.5% |
|  | 13.6% | 12.4% | 9.7% |  |  |
| Other | 18.6 | 17.8 | 19.7 | 4.3% | (9.6)% |
|  | 1.7% | 1.7% | 1.9% |  |  |

Notes: 1. Lower figures refer to % proportion.
       2. Figures in parentheses indicate a decrease.

## SALES BY BUSINESS SEGMENT [Table 2]

¥ Billion

|  | Fiscal 2003 | Fiscal 2002 | % change 2003/2002 |
|---|---|---|---|
| Pharmaceuticals | 935.3 | 874.2 | 7.0 % |
| • Ethical drugs | 877.1 | 810.3 | 8.2 % |
| • Consumer healthcare | 58.2 | 63.9 | (8.9)% |
| Other | 151.1 | 171.9 | (12.1)% |
| • Bulk vitamin | 11.0 | 15.6 | (29.5)% |
| • Life-environment | 14.0 | 16.2 | (13.1)% |
| • Others | 126.1 | 140.1 | (10.0)% |

Notes: 1. Figures in parentheses indicate a decrease.
       2. Segment classifications have been revised starting from fiscal 2003. The results of fiscal 2002 were retroactively restated accordingly.

## NET SALES BY BUSINESS SEGMENT [Table 2]

(New business segment classifications)

Through fiscal 2002, Takeda's operations were divided into four segments based primarily on similarities of the type and nature of products. Now that the restructuring of non-pharmaceuticals businesses has been largely completed, Takeda is, beginning in fiscal 2003, dividing its operations into two business segments: "Pharmaceuticals" and "Other." Segment information for the previous fiscal year has been restated in accordance with the new classifications.

## PHARMACEUTICALS SEGMENT

In the pharmaceuticals segment, which is made up of the ethical drugs and consumer healthcare (OTC products) businesses, the main activities are the manufacture and sale of ethical drugs, OTC products, and others. Segment sales increased ¥61.1 billion, or 7.0%, to ¥935.3 billion. [Graph 2]

Ethical drug sales rose ¥66.8 billion to ¥877.1 billion. This includes royalty income of ¥50.0 billion, ¥6.3 billion more than in the previous fiscal year.

In Japan, Takeda placed priority on expanding sales of mainstay products, and as a result, sales increased ¥10.2 billion, or 2.4%, to ¥429.7 billion despite the negative impact on sales of ¥20.0 billion from the discontinuation of sales of products of Shimizu Pharmaceutical. Sales of the hypertension treatment *Blopress* increased ¥22.6 billion to ¥92.7 billion. Other mainstay drugs also posted steady growth. Sales of the peptic ulcer treatment *Takepron* increased ¥8.2 billion, sales of *Basen*, which improves postprandial hyperglycemia in diabetes, rose ¥5.9 billion, and sales of the osteoporosis treatment *Benet* advanced ¥5.7 billion.

Outside Japan, consolidated subsidiary Takeda Pharmaceuticals North America, Inc. (TPNA) reported a U.S.$238 million increase in sales of the anti-diabetic drug *Actos* to U.S.$1,364 million. In Europe, lansoprazole (Japanese brand name: *Takepron*), a treatment for peptic ulcers, candesartan cilexetil (Japanese brand name: *Blopress*), a treatment for hypertension, and other mainstay products posted higher sales. As a result, overseas sales rose ¥56.6 billion, or 14.5%, to ¥447.4 billion despite a negative impact of ¥10.0 billion from the yen's appreciation relative to the U.S. dollar.

With the goal of positioning Takeda as a world-class pharmaceuticals company, the 2001–2005 Medium-term Management Plan sets a target of achieving single-year sales* of in-house ethical drugs of at least ¥1 trillion. This target was reached in fiscal 2002. In fiscal 2003, growth in sales of international strategic products and other factors lifted sales of in-house ethical drugs by ¥27.7 billion, or 2.6%, to ¥1,081.0 billion. [Graph 3, Table 3]

By region, sales were down ¥23.9 billion in the Americas. However, sales increased ¥26.0 billion after excluding the negative effect of approximately ¥50.0 billion due to the yen's appreciation relative to

## NET SALES IN THE PHARMACEUTICALS SEGMENT [Graph 2]



Note: Segment classifications have been revised starting from fiscal 2003. The results of fiscal 2002 were retroactively restated accordingly.

## NET SALES OF IN-HOUSE ETHICAL DRUGS AND PROPORTION OF OVERSEAS SALES [Graph 3]



## NET SALES OF INTERNATIONAL STRATEGIC PRODUCTS [Table 3]

¥ Billion

|  | Fiscal 2003 | Fiscal 2002 | Fiscal 2001 | % change 2003/2002 | % change 2002/2001 |
|---|---|---|---|---|---|
| Leuprolide | **109.0** | 105.1 | 98.2 | 3.7 % | 7.1% |
| [Lupron Depot] | **181.1** | 194.1 | 180.3 | (6.7)% | 7.6% |
| Lansoprazole | **156.0** | 133.3 | 114.3 | 17.1 % | 16.6% |
| [Prevacid] | **459.0** | 471.3 | 421.2 | (2.6)% | 11.9% |
| Candesartan | **141.3** | 105.4 | 77.5 | 34.1 % | 36.1% |
| [Blopress] | **141.5** | 105.6 | 81.9 | 34.1 % | 29.0% |
| Pioglitazone | **177.6** | 155.3 | 120.4 | 14.4 % | 29.0% |
| [Actos] | **177.7** | 155.4 | 121.8 | 14.4 % | 27.6% |

Notes: 1. Names in square brackets refer to representative brand names.
2. Upper figures are consolidated net sales, lower figures are global net sales including affiliates accounted for by the equity method.

* Includes sales of equity-method affiliates, which are not included in consolidated net sales because Takeda's ownership is 50% or less.

REVIEW OF OPERATIONS AND FINANCIAL CONDITION:

the U.S. dollar. Sales were up ¥21.8 billion in Europe and Asia and ¥29.9 billion in Japan. Overall, sales continued to climb in all regions with growth driven primarily by international strategic products. [Graph 3, Table 4]

In the consumer healthcare business, there were higher sales from *Actage AN Jo* (tablets), an oral medication for joint and nerve pain that went on sale in March 2003, and *Nicorette*, a smoking cessation aid that saw the March 2004 introduction of a mint-flavored version to enhance the product line. However, a weakened market brought down sales of *Alinamin* health tonics. Furthermore, sales of *Benza* cold remedies were impacted by the discontinuation of the manufacture and sale of cold remedies and nasal decongestants containing phenylpropanolamine hydrochloride (PPA). As a result, consumer healthcare sales decreased ¥5.7 billion, or 8.9%, to ¥58.2 billion.

Sales in the pharmaceuticals segment, including ethical pharmaceuticals and healthcare products, increased ¥61.1 billion, or 7.0%, to ¥935.3 billion, rising 2.5 percentage points to 86.1% of total sales. [Graph 4]

OTHER SEGMENT

The other businesses segment represents the manufacture and sale of bulk vitamins, reagents, activated carbon and wood preservatives, etc.

Net sales in this segment declined ¥20.7 billion, or 12.1%, to ¥151.1 billion, mainly because of the transfer of the agricultural chemicals business. Of this decrease, ¥15.4 billion was due to the transfer and other sales of non-pharmaceutical businesses.

GROSS PROFIT

Gross profit increased ¥71.3 billion, or 9.6%, to ¥817.0 billion. Growth in net sales accounted for ¥30.3 billion of this expansion and an improvement in the gross margin for ¥41.0 billion.

The gross margin rose 3.9 percentage points to 75.2%. An improvement in the product mix due to the shift to in-house products in the ethical pharmaceuticals business and a decrease in the cost of sales accounted for 3.2 percentage points. Changes in the product mix due to the spinning-off of the non-pharmaceuticals businesses accounted for the remaining 0.6 percentage point.

---

NET SALES OF IN-HOUSE ETHICAL DRUGS BY REGION [Table 4]

¥ Billion

|  | Fiscal 2003 | Fiscal 2002 | Fiscal 2001 | % change 2003/2002 | % change 2002/2001 |
|---|---|---|---|---|---|
| Japan | **311.2** | 281.3 | 261.2 | 10.6 % | 7.7% |
|  | **28.8%** | 26.7% | 27.9% |  |  |
| Americas | **634.3** | 658.2 | 580.8 | (3.6)% | 13.3% |
|  | **58.7%** | 62.5% | 62.0% |  |  |
| Europe | **123.6** | 103.8 | 86.4 | 19.1 % | 20.1% |
|  | **11.4%** | 9.8% | 9.2% |  |  |
| Asia | **12.0** | 10.1 | 8.7 | 19.6 % | 15.7% |
|  | **1.1%** | 1.0% | 0.9% |  |  |

Notes: 1. Lower figures refer to % proportion.
2. Figure in parentheses indicates a decrease.

PROPORTION OF EACH BUSINESS SEGMENT TO TOTAL NET SALES [Graph 4]



Note: Segment classifications have been revised starting from fiscal 2003. The results of fiscal 2002 were retroactively restated accordingly.

## OPERATING INCOME

Fiscal 2003 operating income expanded ¥60.9 billion, or 19.6%, to ¥371.6 billion. [Graph 5]

Selling, general and administrative expenses were up ¥10.4 billion because of expenditures to strengthen the sales function, mainly in the United States, and a ¥5.4 billion increase in R&D costs. However, operating income rose for the twelfth consecutive year as these increases were more than offset by the higher gross profit. The operating margin improved to 34.2%, 4.5 percentage points higher than in the previous year. [Graph 6]

In the pharmaceuticals segment, growth in sales of in-house ethical drugs, primarily international strategic products, was greater than the expansion in costs, resulting in a ¥61.8 billion, or 19.4%, rise in operating income to ¥381.3 billion.

In the other businesses segment, operating income increased ¥1.2 billion, or 8.9%, to ¥14.2 billion.

As a result, the pharmaceuticals segment accounted for 96.4% of operating income. [Table 5]

Research and development expenses rose ¥5.4 billion, or 4.4%, from the previous fiscal year to ¥129.7 billion, representing 11.9% of total sales and 13.9% of ethical drug sales. [Graph 7]

To enhance the R&D pipeline as the source of future growth, and quickly launch new products, Takeda bases R&D activities on three elements: in-house R&D, licensing and alliances, and new indications and formulations for existing products. Takeda sets clear priorities in therapeutic areas for R&D and licensing so that resources can be allocated efficiently.

Regarding in-house R&D, Takeda is working to strengthen research activities in selected core therapeutic areas and accelerate its development projects. During fiscal 2003, Takeda established a facility for gene and protein functional analysis in May 2003 in the city of Tsukuba to reinforce its ability to identify drug discovery targets using genomic information. Takeda is also actively conducting joint research with other companies. In August 2003, an agreement was signed for joint research on Alzheimer's disease with Evotec Neurosciences GmbH of Germany. In development activities, Takeda Global Research and Development Center, Inc. started operations in the United States in January 2004 as a wholly owned subsidiary of Takeda Pharmaceuticals North America, Inc. to strengthen Takeda's global development network and promote greater efficiency.

### OPERATING INCOME [Graph 5]



### RATIO OF OPERATING COSTS AND EXPENSES, AND OPERATING INCOME TO NET SALES [Graph 6]



### OPERATING INCOME BY BUSINESS SEGMENT [Table 5]

¥ Billion

| | Fiscal 2003 | Fiscal 2002 | % change 2003/2002 |
|---|---|---|---|
| Pharmaceuticals | **381.3** | 319.4 | 19.4% |
| | **96.4%** | 96.1% | |
| Other | **14.2** | 13.1 | 8.9% |
| | **3.6%** | 3.9% | |
| Eliminations/Corporate | **(23.9)** | (21.8) | |

Notes: 1. Lower figures refer to % proportion.
2. Lower figures in parentheses indicate a negative number.
3. Segment classifications have been revised starting from fiscal 2003. The results of fiscal 2002 were retroactively restated accordingly.

### R&D COSTS AND RATIO TO NET SALES [Graph 7]



Notes: The figures of fiscal 1998 to fiscal 2001 are calculated based on the previous segment classifications, while the figures of fiscal 2002 and thereafter are calculated based on the current segment classification.

Review Of Operations And Financial Condition:

Takeda conducts in-licensing and alliance activities as a measure to enhance the R&D pipeline, in addition to in-house R&D. To reinforce this function, a Licensing Department reporting directly to the president was established in November 2003. In May 2003, Takeda signed an agreement with U.S. company Wyeth and Wyeth Lederle Japan, Ltd. (now Wyeth K.K.) for co-promotion of etanercept (brand name: *ENBREL*), a treatment for rheumatoid arthritis. Takeda also signed an agreement with U.S. company Eli Lilly and Company in December 2003 for joint development and co-marketing of a compound for the treatment of diabetic microvascular complications, and an agreement with U.K. company Alizyme plc in January 2004 for development and marketing of a treatment for obesity and obesity-related diabetes.

### INCOME BEFORE INCOME TAXES AND MINORITY INTERESTS

Fiscal 2003 income before income taxes and minority interests was ¥446.1 billion, an increase of ¥14.2 billion, or 3.3%.

Equity in earnings of affiliates decreased ¥15.9 billion to ¥72.7 billion. This was mainly attributable to a ¥16.2 billion drop in equity in earnings of TAP Pharmaceutical Products Inc., a joint venture with Abbott Laboratories of the United States. In fiscal 2003, net sales at TAP declined US$58 million to US$3,980 million and operating income was lower because of an increase in selling expenses. The result was a US$172 million drop in net income to US$1,162 million. As Takeda holds 50% of TAP's equity, only half of this earnings decline appears on the income statement. While this represents a decrease of US$86 million, there was a total decline of ¥16.2 billion in equity-method earnings after factoring in the effect of foreign exchange, which further reduced equity-method earnings by ¥5.4 billion.

A gain of ¥26.7 billion was recorded in fiscal 2002 from the transfers of the food business and agricultural chemicals business. In fiscal 2003, such gains fell ¥26.7 billion from the previous fiscal year to ¥0.1 billion.

### NET INCOME

Net income increased ¥13.5 billion, or 5.0%, to ¥285.3 billion. [Graph 8]

Income before income taxes and minority interests was up, but the effective tax rate decreased by 1.1 percentage points from 36.5% to 35.4%, mainly the result of tax revisions in Japan, including a revision in the deduction allowed for R&D costs. Due to this decline, income taxes were about the same as in fiscal 2002, increasing only ¥0.4 billion. The result was an increase in net income for the tenth consecutive year.

Earnings per share (EPS) rose ¥14.2, or 4.6%, to ¥321.9. The return on equity (ROE) was 17.0%, 1.2 percentage points lower than one year earlier. [Graph 9]



NET INCOME [Graph 8]



EPS/ROE [Graph 9]

## CASH DIVIDENDS [Graph 10]

Takeda's basic policy is to distribute earnings each fiscal year in line with its consolidated results of operations. These distributions also take into consideration the medium and long-term outlook for funds required for investments needed to increase corporate value and the outlook for the financial position. Accordingly, Takeda strives to increase distributions toward a targeted payout ratio of 30%.

Retained earnings are used for investments that will lead to new sources of growth, such as ethical drug R&D activities and the expansion of operations in the United States and Europe.

Takeda paid cash dividends per share applicable to fiscal 2003 of ¥77, consisting of a term-end dividend of ¥41 and an interim dividend of ¥36. This is ¥12 more than the dividends applicable to the prior fiscal year.

## CAPITAL EMPLOYMENT AND FINANCING [Table 6]

As of March 31, 2004, total assets amounted to ¥2,335.7 billion. Higher market values and other factors raised investment securities by ¥67.2 billion and an improvement in cash flows led to an increase of ¥156.4 billion in liquidity on hand (cash and cash equivalents + time deposits) and marketable securities. Along with other factors, the result was a growth of ¥276.3 billion in total assets. [Graph 11]

Notes and accounts receivable increased ¥7.1 billion to ¥209.8 billion. The notes and accounts receivable turnover ratio rose by 0.02 times to 5.18 times.

Property, plant and equipment increased ¥27.3 billion to ¥230.5 billion, the result of capital expenditures of ¥62.5 billion. Major components of these expenditures were ¥14.9 billion for the purchase of the Takeda Shinagawa Tower, ¥7.3 billion for construction of bulk pharmaceutical production facilities at Takeda Pharma Ireland Limited, ¥4.1 billion for construction of a facility for manufacturing new vaccine solutions at the Hikari Plant, and ¥3.8 billion for construction of a discovery research facility at the Osaka Plant area.

Regarding fund procurement activities, total liabilities grew ¥61.1 billion, or 13.6%, to ¥512.2 billion. While Takeda currently has no loans or bonds outstanding, some consolidated subsidiaries have loans or bonds outstanding, and its debt balance at the end of fiscal 2003 was ¥0.3 billion in bonds, ¥6.8 billion in short-term bank loans, including the current portion of long-term loans, and ¥4.5 billion in long-term loans.

Shareholders' equity increased ¥213.3 billion to ¥1,781.0 billion. The unrealized gain on available-for-sale securities rose ¥54.9 billion and the growth in earnings raised retained earnings by ¥224.0 billion.

The shareholders' equity ratio improved to 76.3% compared with 76.1% at the previous year-end, and there was an increase of ¥234.7 in book value per share to ¥2,011.5. [Graph 12]

## CASH DIVIDENDS PER SHARE [Graph 10]



## BALANCE SHEET HIGHLIGHTS [Table 6]

¥ Billion

|  | Fiscal 2003 | Fiscal 2002 | Fiscal 2001 | % change 2003/2002 | % change 2002/2001 |
|---|---|---|---|---|---|
| Current assets | **1,730.1** | 1,542.2 | 1,345.1 | 12.2% | 14.7 % |
| Property, plant and equipment | **230.5** | 203.3 | 213.4 | 13.4% | (4.7)% |
| Investments and other assets | **375.0** | 313.9 | 406.7 | 19.5% | (22.8)% |
| Total assets | **2,335.7** | 2,059.4 | 1,965.2 | 13.4% | 4.8 % |
| Liabilities | **512.2** | 451.0 | 505.9 | 13.6% | (10.8)% |
| Minority interests | **42.5** | 40.6 | 39.3 | 4.6% | 3.4 % |
| Shareholders' equity | **1,781.0** | 1,567.7 | 1,420.1 | 13.6% | 10.4 % |

Notes: Figures in parentheses indicate a decrease.

## TOTAL ASSETS [Graph 11]



## SHAREHOLDERS' EQUITY AND SHAREHOLDERS' EQUITY RATIO [Graph 12]



REVIEW OF OPERATIONS AND FINANCIAL CONDITION:

**CASH FLOWS** [Table 7]

In fiscal 2003, net cash provided by operating activities increased ¥47.7 billion to ¥311.1 billion. Income taxes paid were up ¥5.7 billion, but income before income taxes and minority interests rose ¥14.2 billion and there was a reduction of ¥18.0 billion in the payment for settlement of a lawsuit involving the bulk vitamin and other cartel issues.

Net cash used in investing activities was ¥139.3 billion compared with net cash provided of ¥140.1 billion in the previous year, a difference of ¥279.5 billion. This was mainly the result of an increase of ¥109.5 billion in payment for purchases of marketable securities and the absence of proceeds from sale of businesses. Growth in capital expenditures caused payment for purchases of property, plant and equipment to increase ¥20.7 billion.

Net cash used in financing activities increased ¥0.4 billion to ¥59.3 billion. There was a net increase in short-term bank loans at consolidated subsidiaries and dividends paid increased ¥6.4 billion.

As a result, after a deduction of ¥59.3 billion for the effect of exchange rate changes on yen translations of cash and cash equivalents at overseas subsidiaries, cash and cash equivalents (marketable securities and time deposits with original maturities of three months or less) increased ¥53.1 billion to ¥1,076.1 billion at the end of the fiscal year.

**EMPLOYEES** [Graph 13]

The workforce of Takeda and its subsidiaries was 14,592 as of March 31, 2004, a net gain of 45 compared with one year earlier. In the pharmaceuticals segment, there was a net increase of 299 employees. In Japan, the number of employees decreased 402 to 9,622 and outside Japan there was an increase of 447 to 4,970.

**RESTRUCTURING OF NON-PHARMACEUTICALS BUSINESSES AND A NEW START AS TAKEDA PHARMACEUTICAL COMPANY LIMITED** [Table 8]

The transition to the most optimal management framework for the non-pharmaceuticals businesses has been completed. With the conversion of the life-environment business into a wholly owned subsidiary in April 2003, all non-pharmaceuticals businesses are now under a new management framework that enables Takeda to fully concentrate on the pharmaceuticals business. As a company devoted solely to pharmaceuticals, Takeda has started anew under the name Takeda Pharmaceutical Company, a company devoted to making steady progress toward becoming a world-class pharmaceuticals company.

CASH FLOW HIGHLIGHTS [Table 7]

¥ Billion

|  | Fiscal 2003 | Fiscal 2002 | Fiscal 2001 |
|---|---|---|---|
| Net cash provided by operating activities | 311.1 | 263.4 | 240.6 |
| Net cash provided by (used in) investing activities | (139.3) | 140.1 | 125.2 |
| Net cash used in financing activities | (59.3) | (59.0) | (52.7) |
| Effect of exchange rate change | (59.3) | (20.0) | 23.5 |
| Net change in cash and cash equivalents | 53.1 | 324.6 | 336.6 |
| Cash and cash equivalents, change from the beginning balance | 53.1 | 324.6 | 336.6 |

Note: Figures in parentheses indicate a decrease.

NUMBER OF EMPLOYEES [Graph 13]



| TOTAL: 14,592 | TOTAL: 14,547 |
|---|---|
| OVERSEAS 34.1% 4,970 | OVERSEAS 31.1% 4,523 |
| DOMESTIC 65.9% 9,622 | DOMESTIC 68.9% 10,024 |
| Fiscal 2003 | Fiscal 2002 |

## LITIGATION

Regarding the bulk vitamin and the food flavor enhancer cartel issue, civil litigation in the United States and Canada is ongoing. In addition, regarding losses alleged to have been sustained as a result of marketing and sales practices for leuprolide acetate, a treatment for prostate cancer and endometriosis, by TAP Pharmaceutical Products Inc. (TAP), in which Takeda's wholly owned subsidiary Takeda America Holdings, Inc. (TAH) owns a 50% stake (the other 50% is owned by Abbott Laboratories), lawsuits seeking damages have been brought against TAP, Abbott Laboratories, and Takeda in several federal and state courts by patients and insurance companies and others. Takeda is diligently coping with these matters.

## OUTLOOK

In fiscal 2004, Takeda is projecting an increase in net sales of ¥13.6 billion, or 1.2%, to ¥1,100.0 billion. Results may be affected by fluctuations in the value of the yen relative to the U.S. dollar and euro. In Japan, Takeda expects continued growth in sales of mainstay products such as *Blopress*, *Takepron*, and *Benet*. Outside Japan, continued growth in local currencies is expected for *Actos* in the United States and *Blopress* and *Takepron* in Europe. As a result, total net sales are projected to rise.

R&D expenditures are expected to increase ¥15.3 billion to ¥145.0 billion to enhance and strengthen the R&D pipeline, Takeda's highest priority. However, this expansion is expected to be outweighed by growth in the gross profit due to higher sales of ethical drugs and an improvement in non-operating income and expenses. Moreover, taxes are expected to decline due to a reduction in the statutory effective tax rate resulting from tax revisions in Japan. Based on this outlook, net income is expected to increase ¥4.7 billion, or 1.7%, to ¥290.0 billion.

This outlook is based on fiscal 2004 exchange rates of U.S.$1 = ¥105 and 1 euro = ¥120.

These forecasts are calculated in accordance with judgments based on information currently available to management. Actual results may differ from these forecasts due to the existence of a number of risks and uncertainties.

Through fiscal 2003, Takeda has consolidated the results of overseas subsidiaries and affiliates having fiscal years ending in December by using their results for the period from January through December. However, to provide shareholders and investors with information in a more timely fashion reflecting operating results, Takeda is, beginning in fiscal 2004, using results of December year-end companies for the period from April through March. The above forecasts take into account this change in the fiscal consolidation.

## RESTRUCTURING OF NON-PHARMACEUTICALS BUSINESSES [Table 8]

| Date | Business | Tie-up with/transfer to | Takeda's holding after tie-up/transfer | Form of tie-up/transfer |
|---|---|---|---|---|
| 1999/08 | Takeda Kagaku Shiryo Co., Ltd. | BASF Japan Ltd. | — | Transfer of business to BASF Japan Ltd. |
| 2000/06 | Animal health business | Schering-Plough K.K. | 40% | Transfer of business to Takeda Schering-Plough Animal Health K.K. |
| 2000/06 | Takeda Badisches Urethanes Industries, Ltd. | BASF Japan Ltd. | — | Elimination of joint venture contract and transfer of shares to BASF Japan Ltd. |
| 2001/01 | Bulk vitamins business | BASF Aktiengesellschaft | —<br><br>34% | Transfer of shares of overseas subsidiary to BASF Aktiengesellschaft<br>Transfer of domestic business to BASF Takeda Vitamins Ltd. |
| 2001/03 | Ganz Chemical Co., Ltd. | Aica Kogyo Co., Ltd. | — | Transfer of shares |
| 2001/04 | Urethane and other chemical products business | Mitsui Chemicals, Inc. | 49% | Transfer of business to Mitsui Takeda Chemicals, Inc.<br>*Upon 5 years after start of operation, all the shares held by Takeda will transfer to Mitsui Chemicals, Inc. |
| 2002/04 | Food business | Kirin Brewery Company, Limited | 49% | Transfer of business to Takeda-Kirin Foods Corporation<br>*Upon 5 years after start of operation, all the shares held by Takeda will transfer to Kirin Brewery Company, Limited. |
| 2002/10 | Synthetic rubber latex business Latex business | Nippon A&L, Inc. | — | Transfer of business to Nippon A&L, Inc. |
| 2002/11 | Agricultural chemicals business | Sumitomo Chemical Co., Ltd. | 40% | Transfer of business to Sumitomo Chemical Takeda Agro Company, Limited.<br>*Upon 5 years after start of operation, all the shares held by Takeda will transfer to Sumitomo Chemical Co., Ltd. |
| 2003/04 | Life-environment business | — | 100% | A wholly-owned subsidiary, Japan EnviroChemicals, Ltd., was formed. |

# ELEVEN-YEAR SUMMARY OF SELECTED FINANCIAL DATA:

Takeda Pharmaceutical Company Limited (Formerly Takeda Chemical Industries, Ltd.) and Subsidiaries

| | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|
| Net sales | ¥ 1,086,431 | ¥1,046,081 | ¥1,005,060 | ¥ 963,480 |
| Operating income | 371,633 | 310,686 | 281,243 | 226,102 |
| Income before income taxes and minority interests | 446,144 | 431,898 | 373,427 | 263,076 |
| Income taxes | 157,911 | 157,485 | 134,892 | 114,148 |
| Minority interests | 2,969 | 2,651 | 2,879 | 2,073 |
| Net income | 285,264 | 271,762 | 235,656 | 146,855 |
| Capital expenditures | 62,472 | 35,888 | 44,766 | 27,411 |
| Depreciation and amortization | 28,083 | 29,962 | 28,430 | 33,605 |
| Research and development costs | 129,652 | 124,230 | 100,278 | 89,846 |
| Per share amounts (Yen and U.S. dollars) | | | | |
| (See Note 13 to consolidated financial statements): | | | | |
| Net income | ¥ 321.86 | ¥ 307.63 | ¥ 267.02 | ¥ 166.39 |
| Cash dividends | 77.00 | 65.00 | 60.00 | 50.00 |
| | | | | |
| Current assets | ¥ 1,730,147 | ¥1,542,198 | ¥1,345,094 | ¥1,138,951 |
| Property, plant and equipment (net of accumulated depreciation) | 230,538 | 203,282 | 213,385 | 220,356 |
| Investments and other assets | 374,975 | 313,889 | 406,737 | 388,465 |
| Total assets | 2,335,660 | 2,059,369 | 1,965,216 | 1,747,772 |
| Current liabilities | 370,562 | 344,705 | 371,785 | 345,626 |
| Long-term liabilities | 141,628 | 106,339 | 134,099 | 152,065 |
| Minority interests | 42,460 | 40,593 | 39,251 | 37,217 |
| Shareholders' equity | 1,781,010 | 1,567,732 | 1,420,081 | 1,212,864 |
| | | | | |
| Number of shareholders | 116,343 | 76,107 | 53,364 | 50,921 |
| Number of employees | 14,592 | 14,547 | 14,511 | 15,900 |

Notes: 1. The U.S. dollar amounts in this report represent translations of Japanese yen, solely for readers' convenience, at the rate of ¥106=US$1, the approximate exchange rate at March 31, 2004.

2. Effective April 1, 1999, all subsidiaries were consolidated and all affiliates were accounted for by the equity method. (See Note 2 to consolidated financial statements for details.)

| | Millions of yen | | | | | | | Thousands of U.S. dollars (Note 1) |
|---|---|---|---|---|---|---|---|---|
| | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 | 2004 |
| | ¥ 923,132 | ¥ 844,643 | ¥ 841,816 | ¥ 838,824 | ¥ 801,341 | ¥ 771,667 | ¥ 727,845 | $ 10,249,348 |
| | 171,443 | 142,220 | 132,952 | 127,350 | 112,707 | 95,285 | 88,434 | 3,505,975 |
| | 202,764 | 182,142 | 166,649 | 147,985 | 125,787 | 107,145 | 103,210 | 4,208,909 |
| | 81,446 | 89,019 | 83,368 | 75,094 | 64,837 | 54,424 | 54,520 | 1,489,728 |
| | 1,693 | 1,368 | 1,671 | 1,508 | 1,106 | 1,291 | 1,064 | 28,009 |
| | 119,625 | 91,755 | 81,610 | 71,383 | 59,844 | 51,430 | 47,626 | 2,691,172 |
| | 37,893 | 29,241 | 34,091 | 30,741 | 30,358 | 36,337 | 42,965 | 589,362 |
| | 33,364 | 32,651 | 32,763 | 31,473 | 33,255 | 29,768 | 27,922 | 264,930 |
| | 77,260 | 80,034 | 79,039 | 71,754 | 68,006 | 67,159 | 62,934 | 1,223,135 |
| | | | | | | | | |
| | ¥ 135.55 | ¥ 103.52 | ¥ 92.97 | ¥ 81.52 | ¥ 68.35 | ¥ 58.74 | ¥ 54.43 | $ 3.04 |
| | 32.00 | 29.00 | 21.25 | 17.25 | 15.00 | 14.00 | 13.00 | 0.73 |
| | | | | | | | | |
| | ¥ 938,236 | ¥ 839,702 | ¥ 841,240 | ¥ 798,752 | ¥ 787,615 | ¥ 721,814 | ¥ 693,837 | $ 16,322,142 |
| | 240,531 | 224,229 | 232,092 | 229,400 | 231,532 | 241,506 | 210,236 | 2,174,890 |
| | 252,895 | 250,114 | 215,628 | 186,296 | 153,086 | 147,428 | 148,350 | 3,537,497 |
| | 1,431,662 | 1,314,045 | 1,288,960 | 1,214,448 | 1,172,233 | 1,110,748 | 1,052,423 | 22,034,529 |
| | 314,747 | 278,857 | 323,375 | 292,249 | 299,032 | 275,636 | 271,498 | 3,495,867 |
| | 104,781 | 111,753 | 116,010 | 146,029 | 147,825 | 157,323 | 145,657 | 1,336,116 |
| | 37,220 | 29,236 | 27,792 | 26,621 | 25,467 | 24,666 | 21,407 | 400,566 |
| | 974,914 | 894,199 | 821,783 | 749,549 | 699,909 | 653,123 | 613,861 | 16,801,980 |
| | | | | | | | | |
| | 51,495 | 54,059 | 59,008 | 71,172 | 81,278 | 87,897 | 89,384 | |
| | 16,254 | 15,776 | 16,443 | 16,586 | 17,258 | 17,580 | 15,792 | |

34

# CONSOLIDATED BALANCE SHEETS:

Takeda Pharmaceutical Company Limited (Formerly Takeda Chemical Industries, Ltd.) and Subsidiaries
Years ended March 31, 2004 and 2003

| | Millions of yen | | Thousands of U.S. dollars (Note 1) |
| | 2004 | 2003 | 2004 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| Current assets: | | | |
| Cash and cash equivalents | ¥ 1,076,084 | ¥1,022,958 | $10,151,738 |
| Time deposits | 5,000 | 25,000 | 47,170 |
| Marketable securities (Note 3) | 241,670 | 118,427 | 2,279,908 |
| Notes and accounts receivable— | | | |
| Trade notes | 22,087 | 23,496 | 208,372 |
| Trade accounts | 179,495 | 168,923 | 1,693,352 |
| Due from affiliates | 8,208 | 10,224 | 77,425 |
| Allowance for doubtful receivables | (641) | (704) | (6,046) |
| Total | 209,149 | 201,939 | 1,973,103 |
| Inventories (Note 4) | 92,931 | 89,485 | 876,705 |
| Deferred income taxes (Note 12) | 81,367 | 62,749 | 767,611 |
| Other current assets | 23,946 | 21,640 | 225,907 |
| Total current assets | 1,730,147 | 1,542,198 | 16,322,142 |
| | | | |
| Property, plant and equipment (Notes 5 and 6): | | | |
| Land | 54,256 | 55,036 | 511,848 |
| Buildings and structures | 255,580 | 240,941 | 2,411,131 |
| Machinery and equipment | 279,671 | 296,787 | 2,638,401 |
| Construction in progress | 26,361 | 6,869 | 248,693 |
| Total | 615,868 | 599,633 | 5,810,073 |
| Accumulated depreciation | (385,330) | (396,351) | (3,635,183) |
| Net property, plant and equipment | 230,538 | 203,282 | 2,174,890 |
| | | | |
| Investments and other assets: | | | |
| Investment securities (Note 3) | 284,541 | 217,326 | 2,684,349 |
| Investments in and advances to affiliates (Note 3) | 72,048 | 76,149 | 679,699 |
| Deferred income taxes (Note 12) | 5,270 | 5,675 | 49,714 |
| Other assets | 13,116 | 14,739 | 123,735 |
| Total investments and other assets | 374,975 | 313,889 | 3,537,497 |
| **TOTAL** | **¥ 2,335,660** | ¥2,059,369 | **$22,034,529** |

See notes to consolidated financial statements.

| | Millions of yen | | Thousands of U.S. dollars (Note 1) |
| | 2004 | 2003 | 2004 |
|---|---|---|---|
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| Current liabilities: | | | |
| Bank loans (Note 6) | ¥ 6,283 | ¥ 3,738 | $ 59,275 |
| Current portion of long-term debt (Note 6) | 655 | 964 | 6,175 |
| Notes and accounts payable— | | | |
| Trade notes | 3,039 | 2,987 | 28,671 |
| Trade accounts | 52,642 | 54,406 | 496,624 |
| Due to affiliates | 17,044 | 19,213 | 160,787 |
| Total | 72,725 | 76,606 | 686,082 |
| Income taxes payable | 93,852 | 84,298 | 885,398 |
| Accrued expenses | 121,364 | 104,606 | 1,144,944 |
| Other current liabilities | 75,683 | 74,493 | 713,993 |
| Total current liabilities | 370,562 | 344,705 | 3,495,867 |
| | | | |
| Long-term liabilities: | | | |
| Long-term debt (Note 6) | 4,661 | 4,866 | 43,972 |
| Reserve for retirement benefits (Note 7) | 48,260 | 55,648 | 455,279 |
| Reserve for SMON compensation (Note 8) | 4,850 | 5,040 | 45,753 |
| Deferred income taxes (Note 12) | 77,075 | 36,007 | 727,121 |
| Other long-term liabilities | 6,782 | 4,778 | 63,991 |
| Total long-term liabilities | 141,628 | 106,339 | 1,336,116 |
| | | | |
| Minority interests | 42,460 | 40,593 | 400,566 |
| | | | |
| Commitments and contingencies (Note 16) | | | |
| | | | |
| Shareholders' equity (Notes 9 and 17): | | | |
| Common stock, | | | |
| authorized 2,400,000,000 shares; | | | |
| issued 889,272,395 shares in 2004 and 2003 | 63,541 | 63,541 | 599,443 |
| Capital surplus | 49,638 | 49,638 | 468,283 |
| Retained earnings | 1,616,676 | 1,392,640 | 15,251,665 |
| Unrealized gain on available-for-sale securities | 127,658 | 72,794 | 1,204,323 |
| Foreign currency translation adjustment | (73,761) | (8,217) | (695,867) |
| Treasury stock, at cost; | | | |
| 4,017,450 shares in 2004, | | | |
| 3,999,407 shares in 2003 | (2,742) | (2,664) | (25,867) |
| Total shareholders' equity | 1,781,010 | 1,567,732 | 16,801,980 |
| **TOTAL** | ¥ 2,335,660 | ¥ 2,059,369 | $ 22,034,529 |

*See notes to consolidated financial statements.*

36

## CONSOLIDATED STATEMENTS OF INCOME:

Takeda Pharmaceutical Company Limited (Formerly Takeda Chemical Industries, Ltd.) and Subsidiaries
Years ended March 31, 2004, 2003 and 2002

| | Millions of yen | | | Thousands of U.S. dollars (Note 1) |
| --- | --- | --- | --- | --- |
| | **2004** | 2003 | 2002 | **2004** |
| Net sales (Notes 3 and 15) | **¥ 1,086,431** | ¥1,046,081 | ¥1,005,060 | **$10,249,348** |
| Operating costs and expenses (Note 15): | | | | |
| Cost of sales (Note 3) | **269,395** | 300,344 | 337,854 | **2,541,462** |
| Selling, general and administrative (Note 10) | **445,403** | 435,051 | 385,963 | **4,201,911** |
| Total operating costs and expenses | **714,798** | 735,395 | 723,817 | **6,743,373** |
| Operating income (Note 15) | **371,633** | 310,686 | 281,243 | **3,505,975** |
| Other income (expenses): | | | | |
| Interest and dividend income | **10,896** | 10,129 | 9,610 | **102,789** |
| Interest expenses | **(359)** | (420) | (759) | **(3,387)** |
| Equity in earnings of affiliates (Note 3) | **72,663** | 88,591 | 74,282 | **685,503** |
| Gain on sales of businesses (Note 11) | **—** | 29,974 | 26,436 | **—** |
| Gain on sales of property, plant and equipment | **1,814** | 5,282 | — | **17,114** |
| Losses on bulk vitamin and other cartel cases (Note 14) | **(614)** | (8,527) | (12,222) | **(5,794)** |
| Loss on impairment of long-lived assets (Note 5) | **(1,139)** | — | — | **(10,741)** |
| Other—net | **(8,750)** | (3,817) | (5,163) | **(82,550)** |
| Other income (expenses)—net | **74,511** | 121,212 | 92,184 | **702,934** |
| Income before income taxes and minority interests | **446,144** | 431,898 | 373,427 | **4,208,909** |
| Income taxes (Note 12): | | | | |
| Current | **173,457** | 158,792 | 138,411 | **1,636,386** |
| Deferred | **(15,546)** | (1,307) | (3,519) | **(146,658)** |
| Total income taxes | **157,911** | 157,485 | 134,892 | **1,489,728** |
| Income before minority interests | **288,233** | 274,413 | 238,535 | **2,719,181** |
| Minority interests | **2,969** | 2,651 | 2,879 | **28,009** |
| Net income | **¥ 285,264** | ¥ 271,762 | ¥ 235,656 | **$2,691,172** |

| | Yen | | | U.S. dollars (Note 1) |
| --- | --- | --- | --- | --- |
| Amounts per common share (Note 13): | | | | |
| Net income | **¥ 321.86** | ¥ 307.63 | ¥ 267.02 | **$ 3.04** |
| Cash dividends applicable to the year | **77.00** | 65.00 | 60.00 | **0.73** |

*See notes to consolidated financial statements.*

37

# CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY:

Takeda Pharmaceutical Company Limited (Formerly Takeda Chemical Industries, Ltd.) and Subsidiaries
Years ended March 31, 2004, 2003 and 2002

| | Millions of yen | | | Thousands of U.S. dollars (Note 1) |
|---|---|---|---|---|
| | **2004** | 2003 | 2002 | **2004** |
| **Common stock:** | | | | |
| Balance, beginning of year | ¥ 63,541 | ¥ 63,541 | ¥ 63,541 | $ 599,443 |
| Balance, end of year | ¥ 63,541 | ¥ 63,541 | ¥ 63,541 | $ 599,443 |
| **Capital surplus:** | | | | |
| Balance, beginning of year | ¥ 49,638 | ¥ 49,638 | ¥ 49,638 | $ 468,283 |
| Balance, end of year | ¥ 49,638 | ¥ 49,638 | ¥ 49,638 | $ 468,283 |
| **Retained earnings:** | | | | |
| Balance, beginning of year | ¥1,392,640 | ¥1,175,938 | ¥ 989,129 | $13,138,109 |
| Net income | 285,264 | 271,762 | 235,656 | 2,691,172 |
| Cash dividends paid; | | | | |
| ¥69.00 ($0.65)—2004, | | | | |
| ¥62.00—2003 and ¥55.00—2002 (per share) | (60,867) | (54,705) | (48,542) | (574,214) |
| Bonuses to directors and corporate auditors | (361) | (355) | (305) | (3,402) |
| Balance, end of year | ¥1,616,676 | ¥1,392,640 | ¥1,175,938 | $15,251,665 |
| **Unrealized gain on available-for-sale securities** | | | | |
| Balance, beginning of year | ¥ 72,794 | ¥ 115,715 | ¥ 122,388 | $ 686,742 |
| Net change | 54,864 | (42,921) | (6,673) | 517,581 |
| Balance, end of year | ¥ 127,658 | ¥ 72,794 | ¥ 115,715 | $ 1,204,323 |
| **Foreign currency translation adjustment** | | | | |
| Balance, beginning of year | ¥ (8,217) | ¥ 16,480 | ¥ (11,370) | $ (77,515) |
| Net change | (65,544) | (24,697) | 27,850 | (618,352) |
| Balance, end of year | ¥ (73,761) | ¥ (8,217) | ¥ 16,480 | $ (695,867) |
| **Treasury stock (Note 9):** | | | | |
| Balance, beginning of year | ¥ (2,664) | ¥ (1,229) | ¥ (460) | $ (25,130) |
| Purchases of treasury stock | (78) | (1,600) | (1,461) | (737) |
| Sales of treasury stock | — | — | 692 | — |
| Effect of adopting a new accounting standard | — | 165 | — | — |
| Balance, end of year | ¥ (2,742) | ¥ (2,664) | ¥ (1,229) | $ (25,867) |

See notes to consolidated financial statements.

38

# CONSOLIDATED STATEMENTS OF CASH FLOWS:

Takeda Pharmaceutical Company Limited (Formerly Takeda Chemical Industries, Ltd.) and Subsidiaries
Years ended March 31, 2004, 2003, and 2002

| | Millions of yen | | | Thousands of U.S.dollars (Note 1) |
|---|---|---|---|---|
| | **2004** | 2003 | 2002 | **2004** |
| Operating activities: | | | | |
| Income before income taxes and minority interests | ¥ **446,144** | ¥ 431,898 | ¥ 373,427 | $ **4,208,909** |
| Adjustments to reconcile income before income taxes and minority interests to net cash provided by operating activities: | | | | |
| Income taxes paid | **(163,403)** | (157,660) | (132,851) | **(1,541,537)** |
| Depreciation and amortization | **28,083** | 29,962 | 28,430 | **264,930** |
| Gain on sales and disposals of property, plant and equipment | **(1,295)** | (3,307) | (309) | **(12,215)** |
| Equity in earnings of affiliates | **(1,434)** | (1,269) | (21,550) | **(13,527)** |
| Gain on sales of businesses | **—** | (29,974) | (26,436) | **—** |
| Loss on impairment of long-lived assets (Note 5) | **1,139** | — | — | **10,741** |
| Changes in assets and liabilities: | | | | |
| Decrease (increase) in notes and accounts receivable | **(8,653)** | 17,667 | 5,859 | **(81,631)** |
| Increase in inventories | **(3,974)** | (5,170) | (1,611) | **(37,493)** |
| Decrease in notes and accounts payable | **(3,635)** | (5,776) | (590) | **(34,293)** |
| Other | **18,150** | (12,922) | 16,217 | **171,231** |
| Total adjustments | **(135,022)** | (168,449) | (132,841) | **(1,273,794)** |
| Net cash provided by operating activities | **311,122** | 263,449 | 240,586 | **2,935,115** |
| Investing activities: | | | | |
| Payment for purchases of marketable securities | **(251,232)** | (141,762) | (307,636) | **(2,370,111)** |
| Proceeds from sales or maturities of marketable securities | **163,738** | 255,718 | 216,972 | **1,544,698** |
| Increase in time deposits | **(30,000)** | (67,500) | (544,800) | **(283,019)** |
| Decrease in time deposits | **50,000** | 97,500 | 762,500 | **471,698** |
| Payment for purchases of property, plant and equipment | **(54,160)** | (33,477) | (37,523) | **(510,947)** |
| Proceeds from sales of property, plant and equipment | **3,094** | 5,913 | 1,495 | **29,189** |
| Payment for purchases of investment securities | **(22,717)** | (38,469) | (38,945) | **(214,314)** |
| Proceeds from sales of investment securities | **2,097** | 9,358 | 15,147 | **19,780** |
| Proceeds from sales of businesses | **—** | 60,409 | 58,911 | **—** |
| Payment for acquiring a majority interest in former affiliates | **—** | (6,056) | — | **—** |
| Other | **(142)** | (1,486) | (882) | **(1,337)** |
| Net cash provided by (used in) investing activities | **(139,322)** | 140,148 | 125,239 | **(1,314,363)** |
| Financing activities: | | | | |
| Net increase (decrease) in short-term bank loans | **2,560** | (1,233) | (1,230) | **24,156** |
| Proceeds from long-term debt | **900** | 731 | 1,518 | **8,491** |
| Repayment of long-term debt | **(936)** | (1,546) | (2,282) | **(8,830)** |
| Dividends paid | **(60,869)** | (54,435) | (48,541) | **(574,240)** |
| Other | **(999)** | (2,507) | (2,123) | **(9,425)** |
| Net cash used in financing activities | **(59,344)** | (58,990) | (52,658) | **(559,848)** |
| Effect of exchange rate changes on cash and cash equivalents (Note 2) | **(59,330)** | (19,965) | 23,474 | **(559,715)** |
| Net increase in cash and cash equivalents | **53,126** | 324,642 | 336,641 | **501,189** |
| Cash and cash equivalents, beginning of year | **1,022,958** | 698,316 | 361,675 | **9,650,549** |
| Cash and cash equivalents, end of year | **¥1,076,084** | ¥1,022,958 | ¥ 698,316 | **$10,151,738** |
| Additional cash flow information: | | | | |
| Interest paid | ¥ **366** | ¥ 432 | ¥ 872 | $ **3,451** |
| Non-cash investing and financing activities: | | | | |
| Assets and liabilities decreased by sale of businesses and associated proceeds and gain: | | | | |
| Sales price | **—** | 62,260 | 60,000 | **—** |
| Cash and cash equivalents | **—** | (1,851) | (1,089) | **—** |
| Proceeds from sales of businesses | **—** | 60,409 | 58,911 | **—** |
| Assets and liabilities: | | | | |
| Current assets | **—** | 30,261 | 26,639 | **—** |
| Non-current assets | **—** | 14,387 | 17,351 | **—** |
| Current liabilities | **—** | (18,217) | (15,427) | **—** |
| Non-current liabilities | **—** | (365) | (1,245) | **—** |
| Minority interests | **—** | — | (428) | **—** |
| Foreign currency translation adjustment | **—** | (1) | 369 | **—** |
| Net assets | **—** | 26,065 | 27,259 | **—** |
| Unrealized gain | **—** | 4,370 | 5,216 | **—** |
| Gain on sales of businesses | ¥ **—** | ¥ 29,974 | ¥ 26,436 | $ **—** |

See notes to consolidated financial statements.

## Notes To Consolidated Financial Statements:

Takeda Pharmaceutical Company Limited (Formerly Takeda Chemical Industries, Ltd.) and Subsidiaries
Years ended March 31, 2004, 2003, and 2002

### NOTE 1: BASIS OF PRESENTING CONSOLIDATED FINANCIAL STATEMENTS

The accompanying consolidated financial statements have been prepared from the consolidated financial statements issued for domestic reporting purposes in accordance with the provisions set forth in the Japanese Securities and Exchange Law. Takeda Pharmaceutical Company Limited (Formerly Takeda Chemical Industries, Ltd.) (the "Company") and its domestic subsidiaries and affiliates maintain their accounts and records in accordance with the provisions set forth in the Japanese Commercial Code and in conformity with generally accepted accounting principles in Japan, which are different in certain respects as to application and disclosure requirements of International Financial Reporting Standards, while its overseas subsidiaries and affiliates do so in conformity with those of the countries of their domicile.

In preparing the consolidated financial statements, certain reclassifications and rearrangements have been made to the consolidated financial statements issued domestically in order to present them in a form which is more familiar to readers outside Japan.

The consolidated financial statements are stated in Japanese yen, the currency of the country in which the Company is incorporated and operates. The translations of Japanese yen amounts into U.S. dollar amounts are included solely for the convenience of readers outside Japan and have been made at the rate of ¥106 to U.S. $1, the approximate rate of exchange at March 31, 2004. Such translations should not be construed as representations that the Japanese yen amounts could be converted into U.S. dollars at that or any other rate.

### NOTE 2: SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

#### PRINCIPLES OF CONSOLIDATION

The accompanying consolidated financial statements include the accounts of the Company and all of its subsidiaries (together the "Companies"). Under the control or influence concept, those companies in which the Company, directly or indirectly, is able to exercise control over operations are fully consolidated. Investments in affiliated companies are accounted for by the equity method. All significant intercompany balances, transactions and unrealized profit are eliminated in consolidation.

Financial information for certain subsidiaries is based on their fiscal year end of December 31.

During the year ended March 31, 2002, the Company established one new subsidiary and acquired a minority interest in one newly established company, which has been accounted for by the equity method. The company also sold five subsidiaries and two affiliated companies during the year ended March 31, 2002. Additionally, due to mergers among consolidated subsidiaries, the total number of consolidated subsidiaries was reduced by three.

During the year ended March 31, 2003, the Company established one new subsidiary and one affiliated company. In addition, one affiliated company accounted for by the equity method in prior periods, and two of its subsidiaries, were included in the consolidation as subsidiaries since the Company acquired additional equity in the companies. Further, during the year ended March 31, 2003, the Company sold four subsidiaries and one affiliated company and liquidated one subsidiary, which were excluded from the consolidation.

During the year ended March 31, 2004, the Company established one new subsidiary. The Company also liquidated one subsidiary and one affiliated company during the year ended March 31, 2004. In addition, due to mergers among consolidated subsidiaries, the total number of consolidated subsidiaries was reduced by three.

#### CASH EQUIVALENTS

Cash equivalents are short-term investments that are readily convertible into cash and are exposed to insignificant risk of changes in value. Cash equivalents include time deposits, certificates of deposit, commercial paper and mutual funds investing in bonds that represent short-term investments, all of which mature or become due within three months of the date of acquisition.

#### MARKETABLE AND INVESTMENTS SECURITIES

Marketable and investment securities are classified and accounted for, depending on management's intent, as follows:

i) *trading securities*, which are held for the purpose of earning capital gains in the near term, are reported at fair value, and the related unrealized gains and losses are included in earnings, ii) *held-to-maturity debt securities*, in which the companies have positive intent and ability to hold to maturity, are reported at amortized cost, and iii) *available-for-sale securities*, which are not classified as either of the aforementioned securities, are reported at fair value, with unrealized gains and losses, net of applicable taxes, in a separate component of shareholders' equity.

The cost of securities sold is determined based on the moving-average method. Non-marketable available-for-sale securities are stated at cost determined by the moving-average method. For other than temporary declines in fair value, available-for-sale securities are reduced to net realizable value by a charge to income.

#### INVENTORIES

All inventories are stated at the lower of cost or market. The average cost method is used to determine cost for the majority of inventories.

#### PROPERTY, PLANT AND EQUIPMENT

Property, plant and equipment are stated at cost. Depreciation of property, plant and equipment of the Company and its domestic subsidiaries is computed substantially by the declining-balance method while the straight-line method is applied to buildings acquired by the domestic companies after April 1, 1998, and is principally applied to the property, plant and equipment of foreign subsidiaries. The range of useful lives is from 15 to 50 years for buildings and structures, and from 4 to 15 years for machinery and equipment.

#### GOODWILL

The excess of the purchase price over the fair value of the net assets ("goodwill") of an acquired subsidiary is amortized using the straight-line method over five years. Goodwill amounts at March 31, 2004 were ¥4,705 million ($44,383 thousand), net of amortization of ¥3,136 million ($29,589 thousand), and are included in Other assets.

#### IMPAIRMENT OF LONG-LIVED ASSETS

The Companies have adopted "Accounting for Impairment of Fixed Assets" and "Guidance for Accounting Standard for Impairment of Fixed Assets", which became applicable to the consolidated financial statements for the year ended March 31, 2004. In accordance with the new accounting standard for impairment of fixed assets, the Companies review long-lived assets for impairment whenever events or changes in circumstance indicate the carrying amount of an asset or asset group may not be recoverable. An impairment loss would be

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS:

recognized if the carrying amount of an asset or asset group exceeds the sum of the undiscounted future cash flows expected to result from the continued use and eventual disposition of the asset or asset group. The impairment loss would be measured as the amount by which the carrying amount of the asset exceeds its recoverable amount, which is the higher of the discounted cash flows from the continued use and eventual disposition of the asset or the net selling price at disposition.

The application of the new accounting standard reduced income before income taxes and minority interests to ¥1,139 million ($10,741 thousand) compared to the previous accounting method.

### RESERVE FOR RETIREMENT BENEFITS

Employees of the Companies terminating their employment either voluntarily or upon reaching the mandatory retirement age are entitled to severance payments based on the rate of pay at the time of termination, length of service and certain other factors.

The Company and domestic subsidiaries have adopted an accounting standard for employees' retirement benefits and accounted for the liability for retirement benefits based on projected benefit obligations and plan assets at the balance sheet date.

Actuarial gains or losses are amortized primarily by the straight-line method over a period within the average remaining years of service of the employees (generally five years). Effective April 1, 2002, the Company adopted a method of amortization over the period starting in the year in which the actuarial gains or losses were incurred. Previously, amortization of actuarial gains and losses started in the year after the year in which such gains or losses were incurred. The effect of this change was to increase retirement benefit expenses for the year ended March 2003 by ¥6,191 million and decrease income before income taxes and minority interests by an equivalent amount, compared to amounts that would have resulted if the previous method had been applied. In accordance with the enforcement of the Defined Benefit Pension Plan Law, the Company applied for an exemption from the obligation to pay benefits for future employee services related to the substitutional portion of its employee pension fund. The Company received approval from the Minister of Health, Labour and Welfare on March 26, 2004. The substitutional portion of pension plan assets expected to be transferred to the government was measured to be ¥15,047 million ($141,953 thousand) as of March 31, 2004. If such a transfer was made on March 31, 2004, income before income taxes and minority interests would have been increased by approximately ¥19,883 million ($187,575 thousand).

Retirement allowances for directors and corporate auditors are recorded to state the liability at the amount that would be required if all directors and corporate auditors retired at each balance sheet date. These amounts are paid subject to approval of the shareholders in accordance with the Japanese Commercial Code.

### STOCK AND BOND ISSUE COSTS

Stock and bond issue costs are charged to income as incurred.

### FOREIGN CURRENCY TRANSACTIONS

The Companies have adopted "Accounting Standard for Foreign Currency Transactions". All short-term and long-term monetary receivables and payables denominated in foreign currencies are translated into Japanese yen at the current exchange rates at the balance sheet date.

Revenue and expense items denominated in foreign currencies are translated using the rate on the date of the transaction. Related exchange gains or losses are credited or charged to income as incurred.

### FOREIGN CURRENCY FINANCIAL STATEMENTS

The financial statements of overseas subsidiaries and affiliates are translated into Japanese yen by the following methods as set forth by an accounting standard for foreign currency translation.

The balance sheet accounts of overseas subsidiaries and affiliates are translated into Japanese yen at the current exchange rates as of the balance sheet date except for intercompany investments and shareholders' equity, which are translated at historical rates. Revenue and expense accounts of overseas subsidiaries and affiliates are translated into Japanese yen at the average exchange rate for the year.

Differences arising from such a translation are shown as "Foreign currency translation adjustment" in a separate component of shareholders' equity.

### INCOME TAXES

Current income taxes are provided for based on amounts currently payable for each year. Deferred income taxes arising from temporary differences in the recognition of assets and liabilities for tax and financial reporting purposes are reflected in the consolidated financial statements. A deferred tax liability is recognized on undistributed earnings of overseas subsidiaries and affiliates, which are not deemed to be permanently invested.

### DERIVATIVE FINANCIAL INSTRUMENTS

The Companies use derivative financial instruments to manage their exposure to fluctuations in foreign exchange and interest rates. Foreign exchange forward contracts, currency options, interest rate swaps, interest rate options, interest rate futures and treasury futures are utilized by the Companies to reduce foreign currency exchange and interest rate risks. The Companies do not enter into derivatives for trading or speculative purposes.

The Companies have adopted "Accounting Standard for Financial Instruments" and "Accounting Standard for Foreign Currency Transactions". These standards require that: a) all derivatives be recognized as either assets or liabilities and measured at fair value, with gains or losses on these derivative transactions being recognized in the statement of income and b) for derivatives used for hedging purposes, if such derivatives qualify for hedge accounting due to high correlation and effectiveness between the hedging instruments and the hedged items, gains or losses on these derivative transactions are deferred until maturity.

Foreign exchange forward contracts employed to hedge foreign exchange exposures related to export sales and royalties are measured at fair value and the related unrealized gains and losses are recognized in income.

Certain accounts denominated in foreign currencies for which foreign exchange forward contracts are used to hedge the foreign currency fluctuations are translated at the contracted rate if the forward contracts qualify for hedge accounting.

Certain accounts denominated in foreign currencies for which currency options are used to hedge the foreign currency fluctuations are measured at fair value and the related unrealized gains and losses are deferred until maturity.

Interest rate swaps, interest rate options, interest rate futures, and treasury futures employed to hedge interest rate fluctuations are measured at fair value and the related unrealized gains and losses are recognized in income.

Interest rate swaps that qualify for hedge accounting and meet

specific matching criteria are not remeasured at market value but the differential paid or received under the swap agreements is recognized and included in interest expense or income.

### APPROPRIATIONS OF RETAINED EARNINGS

Appropriations of retained earnings at each year end are reflected in the financial statements for the following year upon shareholders' approval.

### CASH DIVIDENDS

Cash dividends charged to retained earnings are those actually paid during the year and consist of year-end dividends for the preceding year and interim dividends for the current year.

### RECLASSIFICATIONS

In preparing the accompanying consolidated financial statements, certain reclassifications have been made to the consolidated financial statements for the year ended March 31, 2004 issued domestically. In addition, the consolidated financial statements for 2003 and 2002 have been reclassified to conform to the 2004 presentation.

### NOTE 3: MARKETABLE AND INVESTMENT SECURITIES

The costs and aggregate fair values of marketable and investment securities at March 31, 2004 and 2003 were as follows:

| 2004 | Millions of yen | | | |
|---|---|---|---|---|
| | Cost | Unrealized gain | Unrealized loss | Fair value |
| Securities classified as: | | | | |
| Trading | ¥ — | ¥ — | ¥ — | ¥ 50,803 |
| Available-for-sale: | | | | |
| Equity securities | 33,791 | 211,625 | 44 | 245,372 |
| Debt securities | 221,481 | 112 | 127 | 221,466 |
| Held-to-maturity | 1,511 | 4 | 11 | 1,504 |

| 2003 | Millions of yen | | | |
|---|---|---|---|---|
| | Cost | Unrealized gain | Unrealized loss | Fair value |
| Securities classified as: | | | | |
| Trading | ¥ — | ¥ — | ¥ — | ¥ 55,028 |
| Available-for-sale: | | | | |
| Equity securities | 35,246 | 119,077 | 788 | 153,535 |
| Debt securities | 106,776 | 422 | 179 | 107,019 |
| Held-to-maturity | 13,049 | 15 | 3 | 13,061 |

| 2004 | Thousands of U.S. dollars | | | |
|---|---|---|---|---|
| | Cost | Unrealized gain | Unrealized loss | Fair value |
| Securities classified as: | | | | |
| Trading | $ — | $ — | $ — | $ 479,274 |
| Available-for-sale: | | | | |
| Equity securities | 318,783 | 1,996,462 | 415 | 2,314,830 |
| Debt securities | 2,089,443 | 1,057 | 1,198 | 2,089,302 |
| Held-to-maturity | 14,255 | 38 | 104 | 14,189 |

Significant available-for-sale securities whose fair value is not readily determinable as of March 31, 2004 and 2003 were as follows:

| | Cost | | |
|---|---|---|---|
| | Millions of yen | | Thousands of U.S. dollars |
| | 2004 | 2003 | 2004 |
| Equity securities | ¥6,960 | ¥ 6,949 | $ 65,660 |

Proceeds from sales of available-for-sale securities for the years ended March 31, 2004 and 2003 were ¥8,461 million ($79,821 thousand) and ¥6,847 million, respectively. Gross realized gains and losses on these sales, computed on the moving average cost basis, were ¥62 million ($585 thousand) and no losses on sales, respectively for the year ended March 31, 2004 and ¥12 million and ¥271 million, respectively for the year ended March 31, 2003.

The carrying amounts of debt securities by contractual maturity at March 31, 2004 are as follows:

| | Millions of yen | Thousands of U.S. dollars |
|---|---|---|
| | 2004 | 2004 |
| Due in one year or less | ¥190,199 | $1,794,330 |
| Due in one to five years | 31,180 | 294,151 |
| Due after five years | 1,544 | 14,566 |
| Total | ¥222,923 | $2,103,047 |

Investments in and advances to affiliates at March 31, 2004 and 2003 consisted of the following:

| | Millions of yen | | Thousands of U.S. dollars |
|---|---|---|---|
| | 2004 | 2003 | 2004 |
| Investments at cost | ¥ 37,325 | ¥ 37,335 | $ 352,122 |
| Equity in undistributed earnings | 33,283 | 37,374 | 313,992 |
| Total | 70,608 | 74,709 | 666,114 |
| Advances | 1,440 | 1,440 | 13,585 |
| Total | ¥ 72,048 | ¥ 76,149 | $ 679,699 |

42

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS:

Financial information with respect to affiliates, recorded based on the equity method at March 31, 2004 and 2003 and for each of the three years in the period ended March 31, 2004, is summarized as follows:

| | Millions of yen | | Thousands of U.S. dollars |
|---|---|---|---|
| | 2004 | 2003 | 2004 |
| Current assets | ¥293,393 | ¥287,642 | $2,767,863 |
| Other assets | 179,275 | 196,673 | 1,691,270 |
| Total | 472,668 | 484,315 | 4,459,133 |
| Current liabilities | 217,568 | 226,991 | 2,052,526 |
| Other liabilities | 68,014 | 63,949 | 641,641 |
| Net assets | ¥187,086 | ¥193,375 | $1,764,966 |

| | Millions of yen | | | Thousands of U.S. dollars |
|---|---|---|---|---|
| | 2004 | 2003 | 2002 | 2004 |
| Net sales | ¥740,991 | ¥791,317 | ¥726,032 | $6,990,477 |
| Net income | 146,039 | 178,996 | 150,588 | 1,377,725 |

Sales to and purchases from affiliates were as follows:

| | Millions of yen | | | Thousands of U.S. dollars |
|---|---|---|---|---|
| | 2004 | 2003 | 2002 | 2004 |
| Sales | ¥125,355 | ¥117,986 | ¥125,152 | $1,182,592 |
| Purchases | 64,023 | 72,944 | 78,864 | 603,990 |

## NOTE 4: INVENTORIES

Inventories at March 31, 2004 and 2003 consisted of the following:

| | Millions of yen | | Thousands of U.S. dollars |
|---|---|---|---|
| | 2004 | 2003 | 2004 |
| Finished products and merchandise | ¥ 40,030 | ¥ 38,949 | $ 377,646 |
| Semi-finished products and work-in-process | 28,812 | 32,602 | 271,809 |
| Raw materials and supplies | 24,089 | 17,934 | 227,250 |
| Total | ¥ 92,931 | ¥ 89,485 | $ 876,705 |

## NOTE 5: LOSS ON IMPAIRMENT OF LONG-LIVED ASSETS

The Companies recorded an impairment loss on the following asset group in the year ended March 31, 2004.

| Location | Description | Classification |
|---|---|---|
| Hikari Factory (Hikari-shi, Yamaguchi) | Bulk vitamin manufacturing facility, etc. | Machinery and equipment, Building and structures |

The Companies group the long-lived assets into asset groups (by product categories) whose operating results are regularly reviewed. With respect to the related manufacturing facility and equipment listed above, the Companies plan to discontinue manufacturing in the near future. Accordingly, the Companies reduced the carrying amount of the assets to a recoverable amount, recognized an impairment loss and included such loss in other expenses. The amount consists of machinery and equipment of ¥646 million ($6,094 thousand), building and structures ¥457 million ($4,311 thousand), and other ¥36 million ($336 thousand). The Companies evaluated the recoverability of the assets based on the estimated future cash flows for the remaining useful life discounted at 7.0%.

## NOTE 6: BANK LOANS AND LONG-TERM DEBT

Bank loans consisted of short-term bank loans represented by notes, generally due within one year. The Companies obtain financing by discounting notes and export drafts with banks. Such discounted notes and drafts and the related contingent liabilities are not included in the consolidated balance sheets but are disclosed as contingent liabilities (see Note 16).

The weighted average annual interest rates of short-term bank loans at March 31, 2004 and 2003 were 1.3% and 1.6%, respectively.

Long-term debt at March 31, 2004 and 2003 consisted of the following:

| | Millions of yen | | Thousands of U.S. dollars |
|---|---|---|---|
| | 2004 | 2003 | 2004 |
| Unsecured loans from banks and financial institutions Due 2005 to 2008, weighted-average rate 2.0% | ¥ 1,522 | ¥ 1,740 | $ 14,358 |
| Secured bonds issued by a subsidiary Due 2005 to 2006, weighted-average rate 1.0% | 300 | 300 | 2,830 |
| Secured loans from banks and financial institutions Due 2005 to 2007, weighted-average rate 2.6% | 3,494 | 3,790 | 32,959 |
| Total | 5,316 | 5,830 | 50,147 |
| Less current portion | 655 | 964 | 6,175 |
| Long-term debt, less current portion | ¥ 4,661 | ¥ 4,866 | $ 43,972 |

The annual maturities of long-term debt as of March 31, 2004 were as follows:

| Years ending March 31 | Millions of yen | Thousands of U.S. dollars |
|---|---|---|
| 2005 | ¥  655 | $  6,175 |
| 2006 | 3,402 | 32,100 |
| 2007 | 959 | 9,042 |
| 2008 | 300 | 2,830 |
| Total | ¥ 5,316 | $ 50,147 |

At March 31, 2004, assets pledged as collateral for long-term debt were as follows:

| | Millions of yen | Thousands of U.S. dollars |
|---|---|---|
| Property, plant and equipment, net of accumulated depreciation | ¥  15,784 | $ 148,906 |

As is customary in Japan, security must be given if requested by a lending bank. Banks have the right to offset cash deposited with them against any debt or obligation that becomes due or, in case of default and certain other specified events, against all other debt payable to the banks. None of the lenders has ever exercised this right against the Companies' obligations.

## NOTE 7: RETIREMENT BENEFITS

The Company has a contributory trusted pension plan that is interrelated with the Japanese government social welfare program which consists of a basic portion requiring employee and employer contributions, plus an additional portion established by the Company. The Company received approval for the exemption from obligation to pay benefits for future employee services related to the substitutional portion of the welfare pension fund from the Minister of Health, Labour and Welfare on March 26, 2004. The Company and certain subsidiaries also have non-contributory trusted pension plans that fund a portion of the above retirement benefits. Certain other subsidiaries have unfunded retirement benefit plans.

Reserve for employees' retirement benefits at March 31, 2004 and 2003 consisted of the following:

| | Millions of yen | | Thousands of U.S. dollars |
|---|---|---|---|
| | 2004 | 2003 | 2004 |
| Projected benefit obligation | ¥ 302,486 | ¥ 296,321 | $ 2,853,644 |
| Fair value of plan assets | (240,721) | (190,249) | (2,270,952) |
| Unrecognized actuarial loss | (30,037) | (53,006) | (283,372) |
| Unrecognized prior service cost | 15,059 | 601 | 142,066 |
| Reserve for employees' retirement benefits | ¥  46,787 | ¥  53,667 | $  441,386 |

The components of net periodic retirement benefit costs were as follows:

| | Millions of yen | | Thousands of U.S. dollars |
|---|---|---|---|
| | 2004 | 2003 | 2004 |
| Service cost | ¥  9,075 | ¥  9,651 | $  85,612 |
| Interest cost | 7,314 | 7,054 | 69,002 |
| Expected return on plan assets | (4,686) | (4,876) | (44,210) |
| Amortization of actuarial loss | 11,982 | 14,131 | 113,038 |
| Amortization of prior service cost | (377) | (129) | (3,556) |
| Net periodic retirement benefit costs | ¥ 23,308 | ¥ 25,831 | $ 219,886 |

Assumptions used for the years ended March 31, 2004 and 2003 were set forth as follows:

| | 2004 | 2003 |
|---|---|---|
| Discount rate | 1.5%–2.5% | 1.0%–3.0% |
| Expected rate of return on plan assets | 0.3%–2.5% | 0.3%–2.5% |
| Recognition period of prior service cost | 5 years | 5 years |
| Recognition period of actuarial gain/loss | 5 years | 5 years |

Retirement allowances for directors and corporate auditors are included in Reserve for retirement benefits in the consolidated balance sheets. The amounts were ¥1,473 million ($13,893 thousand) and ¥1,981 million at March 31, 2004 and 2003, respectively.

## NOTE 8: RESERVE FOR SMON COMPENSATION

The Company was a co-defendant with the Japanese government and other pharmaceutical companies in legal actions in Japan. The plaintiffs claimed that a certain medicine, a product of one of the co-defendants, which was distributed by the Company, was a cause of SMON (Subacute Myelo Optical Neuropathy), a neurological disease affecting the plaintiffs.

Compromise settlements have been made with all the plaintiffs through December 25, 1996.

The Company has made a provision in the accompanying consolidated financial statements for estimated future medical treatment payments over the remaining lives of the parties entitled under the compromise settlements.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS:

## NOTE 9: SHAREHOLDERS' EQUITY

Japanese companies are subject to the Japanese Commercial Code (the "Code") to which various amendments have become effective since October 1, 2001

Prior to October 1, 2001, the Code required at least 50% of the issue price of new shares, with a minimum of the par value thereof, to be designated as stated capital as determined by resolution of the Board of Directors. Proceeds in excess of amounts designated as stated capital were credited to additional paid-in capital. Effective October 1, 2001, the Code was revised and common stock par values were eliminated resulting in all shares being recorded with no par value.

Prior to October 1, 2001, the Code also provided that an amount at least equal to 10% of the aggregate amount of cash dividends and certain other cash payments which are made as an appropriation of retained earnings applicable to each fiscal period shall be appropriated and set aside as a legal reserve until such reserve equaled 25% of stated capital. Effective October 1, 2001, the revised Code allows for such appropriations to be set aside as a legal reserve until the total additional paid-in capital and legal reserve equals 25% of stated capital. The amount of total additional paid-in capital and legal reserve which exceeds 25% of stated capital can be transferred to retained earnings by resolution of the shareholders, which may be available for dividends. The Company's additional paid-in capital was presented as capital surplus and legal reserve, which was included in retained earnings, amounted to ¥15,885 million ($149,861 thousand) at March 31, 2004 and 2003.

The Code permits companies to transfer a portion of additional paid-in capital and legal reserve to stated capital by resolution of the Board of Directors. The Code also permits companies to transfer a portion of unappropriated retained earnings, available for dividends, to stated capital by resolution of the shareholders.

The revised Code which became effective from October 1, 2001 eliminated restrictions on the repurchase and use of treasury stock allowing Japanese companies to repurchase treasury stock by a resolution of the shareholders at the general shareholders meeting and dispose of such treasury stock by resolution of the Board of Directors beginning April 1, 2002. The repurchased amount of treasury stock cannot exceed the amount available for future dividends plus the amount of common stock, additional paid-in capital or legal reserve to be reduced in the case where such reduction was resolved at the general shareholders meeting.

Effective July 30, 2003, the Code allows Japanese companies to repurchase treasury stock by a resolution of the Board of Directors, if authorized by the Articles of Incorporation. Accordingly, in order to be able to execute flexible financial strategies which comply with the operating environment, the Company established a new article on repurchase of treasury stock authorized by the resolution of the shareholders at the general shareholders meeting on June 29, 2004.

Under the Code, the amount legally available for dividends is based on retained earnings as recorded in the Company's book. At March 31, 2004, retained earnings available for future dividends amounted to ¥1,146,122 million ($10,812,468 thousand) subject to legal reserve requirements.

Effective April 1, 2002, the Company adopted an accounting standard, "Accounting Standards for Treasury Stock and the Withdrawal of Legal Reserve" issued by the Accounting Standards Board of Japan. Under the standard, the stock of the Company, which is held by its subsidiaries and affiliates, is stated as treasury stock according to the percentage of ownership.

## NOTE 10: RESEARCH AND DEVELOPMENT COSTS

Research and development costs are charged to income as incurred. Research and development costs for the years ended March 31, 2004, 2003 and 2002 were ¥129,652 million ($1,223,135 thousand), ¥124,230 million and ¥100,278 million, respectively.

## NOTE 11: SALES OF BUSINESSES

The Company sold its urethane and other chemical products business in April 2001, resulting in a gain of ¥26,436 million for the year ended March 31, 2002.

The Companies sold their food business in April 2002, agricultural chemicals business in November 2002 and shares of Shimizu Pharmaceutical Co., Ltd in December 2002, resulting in a gain of ¥29,974 million for the year ended March 31, 2003.

## NOTE 12: INCOME TAXES

The effective income tax rates of the Companies differed from the statutory tax rates for the following reasons:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Statutory tax rate | 42.1 % | 42.1 % | 42.1 % |
| Expenses not deductible for tax purposes | 0.8 | 0.9 | 1.1 |
| Loss in subsidiaries | 0.2 | 0.3 | 0.4 |
| Equity in earnings of affiliates | (5.3) | (7.2) | (6.9) |
| Non-taxable dividend income | 0.0 | 0.0 | (0.1) |
| Tax credits primarily for research and development costs | (2.1) | (0.2) | (0.1) |
| Adjustment of deferred tax assets and liabilities at end of period due to change in tax rates | — | (0.3) | — |
| Other - net | (0.3) | 0.9 | (0.4) |
| Effective tax rate | 35.4 % | 36.5 % | 36.1 % |

Deferred tax assets and liabilities consisted of the following:

| | Millions of yen | | Thousands of U.S. dollars |
| | 2004 | 2003 | 2004 |
|---|---|---|---|
| Deferred tax assets: | | | |
| Retirement benefits | ¥ 15,359 | ¥ 16,895 | $ 144,893 |
| Bonuses | 10,616 | 9,842 | 100,151 |
| Research and development costs | 29,048 | 19,531 | 274,040 |
| Enterprise taxes | 10,499 | 7,603 | 99,047 |
| Unrealized intercompany profits | 6,899 | 7,316 | 65,087 |
| Other temporary differences | 52,032 | 44,689 | 490,871 |
| Tax loss carryforwards | 2,880 | 3,090 | 27,167 |
| Total | 127,333 | 108,966 | 1,201,256 |
| Valuation allowance | (3,198) | (3,298) | (30,174) |
| Total deferred tax assets | 124,135 | 105,668 | 1,171,082 |
| Deferred tax liabilities: | | | |
| Undistributed earnings of foreign subsidiaries and affiliates | (10,947) | (7,904) | (103,274) |
| Unrealized gain on available-for-sale securities | (83,771) | (46,209) | (790,289) |
| Basis difference of fixed assets | (11,447) | (11,000) | (107,991) |
| Other temporary differences | (8,408) | (8,322) | (79,324) |
| Total deferred tax liabilities | (114,573) | (73,435) | (1,080,878) |
| Net deferred tax assets | ¥ 9,562 | ¥ 32,233 | $ 90,204 |

On March 31, 2003, Cabinet Order No.9 entitled "Reform of a Portion of Local Tax Law" was issued and this reform was applied to fiscal years beginning on or after April 1, 2004.

As a result of this reform, the statutory income tax rate to be used for the calculation of deferred income taxes concerning temporary differences, which are expected to be realized or settled on or after April 1, 2004, was changed from 42.1% to 40.9%.

This change did not have a material effect on the Companies' consolidated financial statements.

## NOTE 13: AMOUNTS PER COMMON SHARE

The computations of net income per common share were based on the weighted average number of common shares outstanding during the year. The number of shares used in the computations was 885,264 thousand shares, 882,267 thousand shares and 882,547 thousand shares for the years ended March 31, 2004, 2003 and 2002, respectively.

Effective April 1, 2002, the Company adopted an accounting standard for earnings per share of common stock issued by the Accounting Standards Board of Japan. The adoption of this accounting standard did not have a material effect for earnings per share of common stock.

The Company did not have securities or contingent stock agreements that could potentially dilute net income per common share in the years ended March 31, 2004, 2003 and 2002.

Cash dividends per common share are the amounts applicable to the respective years.

## NOTE 14: LITIGATION

The Company was assessed a fine by the European Commission regarding the bulk vitamin cartel issue in November 2001. In addition, civil litigation in the United States and Canada is ongoing, concerning the bulk vitamin cartel issue and the food flavor enhancer cartel issue.

Other expenses in the accompanying consolidated statements of income for the years ended March 31, 2004, 2003, and 2002, included ¥614 million ($5,794 thousand), ¥8,527 million, and ¥12,222 million, respectively, for amounts paid and expected to be paid related to the above matters. Because certain of the lawsuits are still ongoing, the total payments that will result from their ultimate resolution cannot be estimated with certainty.

Regarding losses alleged to have been sustained in relation to marketing and sales practices for leuprolide acetate (brand name in the United States: Lupron Depot) by TAP Pharmaceutical Products Inc. ("TAP"), in which the Company's wholly owned subsidiary Takeda America Holdings, Inc. owns a 50 percent stake (the other 50 percent is owned by Abbott Laboratories), lawsuits seeking damages have been brought against TAP, Abbott Laboratories and the Company in federal and state courts by patients, insurance companies and others. These pending lawsuits are still in or before their discovery stages, and it is not feasible to predict the outcome of such lawsuits with certainty.

## NOTE 15: SEGMENT INFORMATION

With the separation of the Life-Environment Business executed on April 1, 2003, the reorganization of the non-pharmaceutical business is essentially completed. Accordingly, the Companies have changed their business segments, which were previously presented as "Pharmaceuticals", "Bulk Vitamin and Food", "Chemical Products", and "Other Business" reflecting similarities in the type and nature of their products, to "Pharmaceuticals" and "Other Business", based on the actual business management structure, effective from the year ended March 2004. The pharmaceuticals segment is composed of those operations involved in the production and sale of ethical and over-the-counter pharmaceuticals and quasi-drugs. The other segment is composed of those operations involved in the production and sale of bulk vitamins, reagents, active carbon, and wood preservatives etc. Summarized financial information by business segment for the years ended March 31, 2004 and 2003 is as follows:

46

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS:

Amounts for the year ended March 31, 2003 are restated according to the business classification after change.

| | Millions of yen Net sales | |
| --- | --- | --- |
| | 2004 | 2003 |
| Pharmaceuticals | ¥ 935,291 | ¥ 874,205 |
| Other | 151,140 | 171,876 |
| Consolidated | 1,086,431 | 1,046,081 |

| | Millions of yen Operating income | |
| --- | --- | --- |
| | 2004 | 2003 |
| Pharmaceuticals | ¥381,265 | ¥319,419 |
| Other | 14,222 | 13,061 |
| Eliminations/Corporate | (23,854) | (21,794) |
| Consolidated | ¥371,633 | ¥310,686 |

| | Thousands of U.S. dollars | |
| --- | --- | --- |
| | Net sales 2004 | Operating income 2004 |
| Pharmaceuticals | $ 8,823,499 | $ 3,596,841 |
| Other | 1,425,849 | 134,175 |
| Eliminations/Corporate | — | (225,041) |
| Consolidated | $10,249,348 | $ 3,505,975 |

There were no significant inter-segment sales. In order to conform with the change in the segment classification and to state the profit and loss of each business more clearly, corporate administrative expenses that were previously allocated to each business segment proportionally, based on the amount of operating expenses, can be classified in any specific segment are directly allocated to "Eliminations/Corporate" from the year ended March 31, 2004. Corporate administrative expenses included in "Eliminations/Corporate" consisted principally of expenses related to Takeda's administrative departments, the Corporate Strategy & Planning Department, Strategic Product Planning Department, Human Resources Department, Finance & Accounting Department, Legal Department and Corporate Communications Department. As a result of these changes, operating income recorded in "Eliminations/Corporate" for the years ended March 31, 2004 and 2003 decreased ¥24,613 million and ¥22,119 million, respectively.

| | Millions of yen | | | |
| --- | --- | --- | --- | --- |
| | Identifiable assets | | Depreciation and amortization | |
| | 2004 | 2003 | 2004 | 2003 |
| Pharmaceuticals | ¥ 658,719 | ¥ 591,125 | ¥19,729 | ¥ 22,078 |
| Other | 260,282 | 199,948 | 8,354 | 7,884 |
| | 919,001 | 791,073 | 28,083 | 29,962 |
| Corporate | 1,416,659 | 1,268,296 | — | — |
| Consolidated | ¥ 2,335,660 | ¥2,059,369 | ¥28,083 | ¥ 29,962 |

| | Millions of yen | | | |
| --- | --- | --- | --- | --- |
| | Loss on impairment of long-lived assets | | Capital expenditures | |
| | 2004 | 2003 | 2004 | 2003 |
| Pharmaceuticals | ¥ — | ¥ — | ¥38,540 | ¥ 25,691 |
| Other | 1,139 | — | 23,932 | 10,197 |
| | 1,139 | — | 62,472 | 35,888 |
| Corporate | — | — | — | — |
| Consolidated | ¥1,139 | ¥ — | ¥62,472 | ¥ 35,888 |

| | Thousands of U.S. dollars | | | |
| --- | --- | --- | --- | --- |
| | Identifiable assets 2004 | Depreciation and amortization 2004 | Loss on impairment of long-lived assets 2004 | Capital expenditures 2004 |
| Pharmaceuticals | $ 6,214,330 | $186,119 | $ — | $ 363,582 |
| Other | 2,455,488 | 78,811 | 10,741 | 225,780 |
| | 8,669,818 | 264,930 | 10,741 | 589,362 |
| Corporate | 13,364,711 | — | — | — |
| Consolidated | $22,034,529 | $264,930 | $10,741 | $ 589,362 |

Corporate assets are principally cash and cash equivalents, marketable securities and investment securities. Corporate assets included in "Corporate" consisted principally of surplus operating capital (cash and marketable securities) and long-term investments (investment securities) of the Company and a holding company in the United States and other subsidiaries.

Geographical segments were previously classified as "Domestic" and "Overseas" according to the location of the consolidated group companies. From the year ended March 31, 2004, geographical segments have been changed to three segments: "Japan", "North America" and "Europe and Asia", because of the increasing importance of our business in the North America region. Consistent with the business segment information, the corporate administrative expenses that cannot be classified in any specific segments are included in "Eliminations/Corporate".

Geographic segment data are as follows:

| | Millions of yen | | |
| | Net sales | Operating income | Identifiable assets |
| | 2004 | 2004 | 2004 |
|---|---|---|---|
| Japan | ¥ 828,306 | ¥354,093 | ¥ 705,263 |
| North America | 159,914 | 26,728 | 176,930 |
| Europe and Asia | 98,211 | 13,844 | 92,428 |
| Eliminations/Corporate | — | (23,032) | 1,361,039 |
| Consolidated | ¥1,086,431 | ¥371,633 | ¥2,335,660 |

| | Thousands of U.S. dollars | | |
| | Net sales | Operating income | Identifiable assets |
| | 2004 | 2004 | 2004 |
|---|---|---|---|
| Japan | $ 7,814,206 | $ 3,340,497 | $ 6,653,426 |
| North America | 1,508,626 | 252,150 | 1,669,152 |
| Europe and Asia | 926,516 | 130,608 | 871,956 |
| Eliminations/Corporate | — | (217,280) | 12,839,995 |
| Consolidated | $10,249,348 | $ 3,505,975 | $22,034,529 |

Geographic data for net sales to customers outside Japan are as follows;

| | Millions of yen | | | Thousands of U.S. dollars |
| | Net sales to customers outside Japan | | | Net sales to customers outside Japan |
| | 2004 | 2003 | 2002 | 2004 |
|---|---|---|---|---|
| North America | ¥296,004 | ¥262,246 | ¥231,794 | $2,792,493 |
| Europe | 147,334 | 129,781 | 97,215 | 1,389,942 |
| Other | 18,582 | 17,809 | 19,705 | 175,305 |
| Total | ¥461,920 | ¥409,836 | ¥348,714 | $4,357,740 |

| | Percentage of consolidated net sales | | |
| | 2004 | 2003 | 2002 |
|---|---|---|---|
| North America | 27.2 % | 25.1 % | 23.1 % |
| Europe | 13.6 | 12.4 | 9.7 |
| Other | 1.7 | 1.7 | 1.9 |
| Total | 42.5 % | 39.2 % | 34.7 % |

## NOTE 16: COMMITMENTS AND CONTINGENCIES

Commitments outstanding at March 31, 2004 for the purchase of property, plant and equipment amounted to approximately ¥20,342 million ($191,907 thousand).

At March 31, 2004, contingent liabilities were as follows:

| | Millions of yen | Thousands of U.S. dollars |
|---|---|---|
| Loans guaranteed | ¥ 5,600 | $ 52,831 |
| Notes and export drafts discounted | 322 | 3,038 |

## NOTE 17: SUBSEQUENT EVENT

On June 29, 2004, the shareholders of the Company approved payment of a year-end cash dividend of ¥41.00 ($0.39) per share to holders of record at March 31, 2004, totaling ¥36,441 million ($343,779 thousand) and bonuses to directors and corporate auditors of ¥232 million ($2,189 thousand).

48

# INDEPENDENT AUDITORS' REPORT:

Tohmatsu & Co.

# Deloitte.

Osaka Kokusai Building
3-13 Azuchimachi 2-chome,
Chuo-ku, Osaka, 541-0052, Japan
Tel: +81-6-6261-1381
Fax: +81-6-6261-1238
www.tohmatsu.co.jp

To the Board of Directors of Takeda Pharmaceutical Company Limited:

We have audited the accompanying consolidated balance sheets of Takeda Pharmaceutical Company Limited (formerly Takeda Chemical Industries, Ltd.) and subsidiaries as of March 31, 2004 and 2003, and the related consolidated statements of income, shareholders' equity, and cash flows for each of the three years in the period ended March 31, 2004, all expressed in Japanese yen. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in Japan. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of Takeda Pharmaceutical Company Limited and subsidiaries as of March 31, 2004 and 2003, and the consolidated results of their operations and their cash flows for each of the three years in the period ended March 31, 2004, in conformity with accounting principles generally accepted in Japan.

As discussed in Note 15 to the consolidated financial statements, the Company has changed its allocation method of corporate administrative expenses to each segment for the year ended March 31, 2004.

Our audits also comprehended the translation of Japanese yen amounts into U.S. dollar amounts and, in our opinion, such translation has been made in conformity with the basis stated in Note 1. Such U.S. dollar amounts are presented solely for the convenience of readers outside Japan.

*Deloitte Touche Tohmatsu*

June 29, 2004

# BOARD OF DIRECTORS, AUDITORS AND CORPORATE OFFICERS:

**Chairman of the Board and
Chief Executive Officer**
KUNIO TAKEDA

**President and Chief Operating Officer**
YASUCHIKA HASEGAWA

**Executive Vice President**
SHOZO NAKAMURA
*General Manager*
Pharmaceutical Production Division

**Managing Directors**
HIROSHI AKIMOTO, PH.D.
*General Manager*
Intellectual Property Department

MAKOTO YAMAOKA
*General Manager*
Pharmaceutical Marketing Division

**Directors**
KIYOSHI KITAZAWA, PH.D.
*General Manager*
Pharmaceutical Development Division

TAKASHI SODA, PH.D.
*General Manager*
Pharmaceutical Research Division

HIROSHI SHINHA
*General Manager*
Legal Department

TOYOJI YOSHIDA
*General Manager*
Corporate Communications Department

**Full-time Corporate Auditor**
YUZURU TAKAGI

**Corporate Auditors**
KIYOSHI TAURA
NAOAKI YOSHII
YOICHI ASAKAWA

**Corporate Officers**
YASUHIKO YAMANAKA
*General Manager*
Corporate Strategy & Planning Department

KAZUAKI IKEYA
*General Manager*
Strategic Product Planning Department

KOUICHI TSUJI
*General Manager*
Human Resources Department

HIROSHI TAKAHARA
*General Manager*
Finance & Accounting Department

KATSUMI NOZAWA
*Deputy General Manager*
Pharmaceutical Marketing Division

TSUTOMU MIURA
*General Manager*
Ethical Products Marketing Department
Pharmaceutical Marketing Division

YOSHIRO SAKATANI
*General Manager*
Tokyo Branch
Pharmaceutical Marketing Division

MUTSUHO HONDA
*General Manager*
Osaka Branch
Pharmaceutical Marketing Division

SABURO HAMANAKA
*General Manager*
Division of Americas

HIROSHI OHTSUKI, PH.D.
*President*
Consumer Healthcare Company

50

## Main Subsidiaries And Affiliates:

### Takeda Pharmaceutical Company Limited

#### Pharmaceuticals

#### Japan

■ **Nihon Pharmaceutical Co., Ltd.**
9-8, Higashikanda 1-chome
Chiyoda-ku, Tokyo 101-0031, Japan
Tel: +81-3-3864-8411
Fax: +81-3-3864-8837
Voting Shares Owned: 87.6%

▨ **Takeda Healthcare Products Co., Ltd.**
2-21, Osadano-cho
Fukuchiyama-shi
Kyoto 620-0853, Japan
Tel: +81-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
Fax: +81-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
Voting Shares Owned: 100.0%

■ **Wyeth K.K.**
Hattori Building
10-3, Kyobashi 1-chome
Chuo-ku, Tokyo 104-0031, Japan
Tel: +81-3-3561-8781
Fax: +81-3-3561-0267
Voting Shares Owned: 40.0%

■ **Amato Pharmaceutical Products, Ltd.**
995 Saso-cho
Fukuchiyama-shi,
Kyoto 620-0932, Japan
Tel: +81-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
Fax: +81-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
Voting Shares Owned: 30.0%

#### U.S.A.

■ **Takeda America Holdings, Inc.**
555 Madison Avenue
New York, NY 10022, U.S.A.
Tel: +1-212-421-6950
Fax: +1-212-355-5243
Voting Shares Owned: 100.0%

■ **Takeda Research Investment, Inc.**
435 Tasso Street, Suite 300
Palo Alto, CA 94301, U.S.A.
Tel: +1-650-328-2900
Fax: +1-650-328-2922
Voting Shares Owned: 100.0%*

■ **Takeda Pharmaceuticals North America, Inc.**
475 Half Day Road
Lincolnshire, IL 60069, U.S.A.
Tel: +1-847-383-3000
Fax: +1-847-383-3080
Voting Shares Owned: 100.0%*

■ **Takeda Global Research & Development Center Inc.**
475 Half Day Road
Lincolnshire, IL 60069, U.S.A.
Tel: +1-847-383-3000
Fax: +1-847-383-3587
Voting Shares Owned: 100.0%**

■ **TAP Pharmaceutical Products Inc.**
675 North Field Drive
Lake Forest, IL 60045, U.S.A.
Tel: +1-847-582-2000
Fax: +1-847-582-5797
Voting Shares Owned: 50.0%*

#### Europe

■ **Takeda Europe Research & Development Centre Ltd.**
Savannah House 11-12
Charles II Street
London SW1Y 4QU,
United Kingdom
Tel: +44-20-7484-9000
Fax: +44-20-7484-9062
Voting Shares Owned: 100.0%

■ **Laboratoires Takeda**
15 quai de Dion-Bouton
92816 Puteaux cedex, France
Tel: +33-1-4625-1616
Fax: +33-1-4697-0011
Voting Shares Owned: 100.0%

■ **Takeda UK Limited**
Takeda House, The Mercury Centre
Wycombe Lane, Wooburn Green
High Wycombe, Buckinghamshire
HP10 OHH, United Kingdom
Tel: +44-1628-537-900
Fax: +44-1628-526-615
Voting Shares Owned: 100.0%

■ **Takeda Italia Farmaceutici S.p.A.**
Via Elio Vittorini, 129
00144 Rome, Italy
Tel: +39-06-502601
Fax: +39-06-5011709
Voting Shares Owned: 76.9%

■ **Takeda Pharma GmbH**
Viktoriaallee 3-5
52066 Aachen, Germany
Tel: +49-241-941-0
Fax: +49-241-941-2222
Voting Shares Owned: 100.0%

■ **Takeda Pharma Ges.m.b.H**
Seidengasse 33-35
A-1070, Vienna, Austria
Tel: +43-1-524-40-64
Fax: +43-1-524-40-66
Voting Shares Owned: 100.0%***

■ **Takeda Pharma AG**
Alpenblickstrasse 26
CH-8853 Lachen, Switzerland
Tel: +41-55-451-5200
Fax: +41-55-451-5220
Voting Shares Owned: 100.0%***

▨ **Takeda Ireland Limited**
Bray Business Park, Kilruddery,
Co. Wicklow, Ireland
Tel: +353-1-205-0600
Fax: +353-1-205-0601
Voting Shares Owned: 100.0%

▨ **Takeda Pharma Ireland Limited**
Grange Castle Business Park,
Nangor Road, Dublin 22, Ireland
Tel: +353-1-467-2400
Fax: +353-1-467-2401
Voting Shares Owned: 100.0%

## OTHERS

### ASIA

**Tianjin Takeda Pharmaceuticals Co., Ltd.**
No.11 Xinghua Road
Tianjin Xiqing Economic
Development Area
Tianjin, China
Tel: +86-22-2397-0011
Fax: +86-22-2397-2230
Voting Shares Owned: 75.0%

**Takeda Chemical Industries (Taiwan), Ltd.**
7th Floor, Great China Bldg.
No. 217, Sec.3
Nanking East Road, Taipei, Taiwan
Tel: +886-2-2712-1112
Fax: +886-2-2712-1118
Voting Shares Owned: 100.0%

**Boie-Takeda Chemicals, Inc.**
12th Floor, Sky Plaza Bldg.
6788 Ayala Avenue, Oledan Square
Makati City, Metro Manila, Philippines
Tel: +63-2-886-6954 or 6961
Fax: +63-2-886-6941
Voting Shares Owned: 50.0%

**Takeda (Thailand), Ltd.**
12-A Floor, Si Ayutthaya Bldg.
487/1, Si Ayutthaya Road
Bangkok 10400, Thailand
Tel: +66-2-248-0994 to 7
Fax: +66-2-248-0998
Voting Shares Owned: 48.0%

**P.T. Takeda Indonesia**
Plaza DM 15th Floor
Jl. Jend. Sudirman Kav. 25
Jakarta 12920, Indonesia
Tel: +62-21-526-7656
Fax: +62-21-526-7657
Voting Shares Owned: 70.0%

**Wako Pure Chemical Industries, Ltd.**
1-2, Doshomachi 3-chome
Chuo-ku, Osaka 541-0045, Japan
Tel: +81-6-6203-3741
Fax: +81-6-6203-2029
Voting Shares Owned: 70.3%

**Takeda Food Products, Ltd.**
20, Imoji 3-chome, Itami-shi
Hyogo 664-0011, Japan
Tel: +81-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
Fax: +81-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
Voting Shares Owned: 100.0%

**BASF Takeda Vitamins Ltd.**
3-3, Kioicho, Chiyoda-ku
Tokyo 102-8570, Japan
Tel: +81-3-3238-2800
Fax: +81-3-3238-2523
Voting Shares Owned: 34.0%

**Takeda-Kirin Foods Corporation**
11th Floor,
Nichirei Higashi-Ginza Bldg.
19-20, Tsukiji 6-chome
Chuo-ku, Tokyo 104-0045, Japan
Tel: +81-3-5148-5311
Fax: +81-3-5565-0461
Voting Shares Owned: 49.0%

**Japan EnviroChemicals, Ltd.**
3-8 Doshomachi 2-chome
Chuo-ku, Osaka 541-0045, Japan
Tel: +81-6-6204-2940
Fax: +81-6-6204-2443
Voting Shares Owned: 100.0%

**Minabe Chemical Industries, Ltd.**
173-1, Kisato, Minabe-cho
Hidaka-gun, Wakayama
645-0011, Japan
Tel: +81-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
Fax: +81-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
Voting Shares Owned: 100.0%

**Davao Central Chemical Corporation**
Km19, Tibungco,
Davao City 8000, Philippines
Tel: +63-82-238-0042 to 5
Fax: +63-82-238-0046
Voting Shares Owned: 80.0%

**Mizusawa Industrial Chemicals, Ltd.**
13-6, Nihonbashi-Muromachi
1-chome, Chuo-ku,
Tokyo 103-0022, Japan
Tel: +81-3-3270-3821
Fax: +81-3-5201-7467
Voting Shares Owned: 54.3%

**MITSUI TAKEDA CHEMICALS, INC.**
17th Floor, Shiodome City Center
1-5-2, Higashi-Shimbashi,
Minato-ku, Tokyo 105-7117, Japan
Tel: +81-3-6253-4100
Fax: +81-3-6253-4267
Voting Shares Owned: 49.0%

**Century Chemical Works Sdn. Bhd.**
Mk.1, No.1026
Prai Industrial Complex
13609 Prai, Province Wellesley
Penang, Malaysia
Tel: +60-4-3907966
Fax: +60-4-3907817
Voting Shares Owned: 25.0%

**Sumitomo Chemical Takeda Agro Company, Limited**
Sumitomo Fudosan Kayabachou
Building,
16-3, Shinkawa 1-chome
Chuo-ku, Tokyo 104-0033, Japan
Tel: +81-3-3537-8622
Fax: +81-3-3537-8649
Voting Shares Owned: 40.0%

**Takeda Schering-Plough Animal Health K.K.**
3-7, Hiranomachi 2-chome
Chuo-ku, Osaka 541-0046, Japan
Tel: +81-6-4706-6261
Fax: +81-6-4706-6251
Voting Shares Owned: 40.0%

| | |
|---|---|
| ■ | Development |
| ▦ | Manufacturing |
| ■ | Marketing |
| ■ | Manufacturing and Marketing |
| ■ | R&D, Manufacturing and Marketing |
| ■ | Holding Company, etc. |

| | |
|---|---|
| * | Owned by Takeda America Holdings, Inc. |
| ** | 100% subsidiary of Takeda Pharmaceuticals North America, Inc. |
| *** | 100% subsidiary of Takeda Pharma GmbH |

52

# CORPORATE INFORMATION:
As of March 31, 2004

## TAKEDA PHARMACEUTICAL COMPANY LIMITED

**Founded:**
June 12, 1781

**Date of Incorporation:**
January 29, 1925

**Paid-in Capital:**
¥63,541 million

**Number of Shareholders:**
116,343

**Common Shares Issued:**
889,272,395

**Independent Certified Public Accountants:**
Deloitte Touche Tohmatsu
(by Tohmatsu & Co., a member firm of Deloitte Touche Tohmatsu)
Osaka Kokusai Building
3-13, Azuchimachi 2-chome
Chuo-ku, Osaka 541-0052, Japan

**Stock Exchange Listings:**
(#4502) Tokyo, Osaka, Nagoya, Fukuoka, Sapporo

**Transfer Agent:**
The UFJ Trust and Banking Co., Ltd.
6-3, Fushimi-machi 3-chome
Chuo-ku, Osaka 541-8502, Japan

## PRINCIPAL SHAREHOLDERS

| Name | Number of Shares Held (thousands) | Percentage of Total Shares Outstanding (%) |
|---|---|---|
| Japan Trustee Services Bank, Ltd. (Trust account) | 71,038 | 7.99% |
| Nippon Life Insurance Company | 57,427 | 6.46% |
| The Master Trust Bank of Japan, Ltd. (Trust account) | 50,411 | 5.67% |
| State Street Trust & Banking Co., Ltd. | 22,880 | 2.57% |
| Morgan Grenfell And Co Ltd. 600 | 21,661 | 2.44% |
| The Chase Manhattan N.A. London, S.L. Omnibus Account | 20,484 | 2.30% |
| Dai-ichi Life Insurance Company | 19,029 | 2.14% |
| Takeda Science Foundation | 17,911 | 2.01% |
| The Chase Manhattan Bank, N.A. London | 10,527 | 1.18% |
| Mellon Bank Treaty Clients Omnibus | 9,918 | 1.12% |

## MONTHLY STOCK PRICE RANGE (TOKYO STOCK EXCHANGE)



## MONTHLY TRADING VOLUME



*TOPIX (Tokyo Stock Price Index) is an intellectual property that belongs to the Tokyo Stock Exchange, Inc. (TSE). All the rights to calculate, publicize, disseminate, and use the index value are reserved by the TSE.

For further information,
please contact:

HEAD OFFICE
1-1, Doshomachi 4-chome
Chuo-ku, Osaka 540-8645, Japan
Tel: +81-6-6204-2111
Fax: +81-6-6204-2880

TOKYO HEAD OFFICE
12-10, Nihonbashi 2-chome
Chuo-ku, Tokyo 103-8668, Japan
Tel: +81-3-3278-2111
Fax: +81-3-3278-2000

URL
http://www.takeda.com/

 Takeda Pharmaceutical Company Limited

PRINTED WITH SOY INK. Printed on 100% recycled paper.    Printed in Japan