IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN 16 P 12:52

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC.; ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA AMERICA HOLDINGS, INC.; ONCOLOGY SUPPLY COMPANY; AMERISOURCEBERGEN SPECIALTY GROUP; AMERISOURCEBERGEN CORPORATION; and FICTITIOUS DEFENDANTS,<br><br>Defendants. | Civil Action No: 2:06-cv-536-DRB |

## MOTION TO SUBSTITUTE

Comes now TAP Pharmaceutical Products, one of the defendants, and one of the parties joining in the Notice of Removal of this cause, and moves to substitute the attached Declaration of Ellen T. Klaus for Exhibit 3 to the Notice of Removal and for grounds would show unto the Court as follows:

1. The original Declaration of Ellen Klaus was not available to counsel for the removing parties at the time of filing the Notice of Removal. The attached Declaration is the original of Exhibit 3 to the Notice of Removal filed herein on June 15, 2006.

- 2 -

Dated: June 16, 2006

                                              /s/ Tabor R. Novak

Of counsel:  
Daniel E. Reidy  
James R. Daly  
JONES DAY  
77 West Wacker  
Chicago, IL 60601-1692  
Telephone: (312) 782-3939  
Facsimile: (312) 782-8585  

(*pro hac vice* motions to be filed)

Tabor R. Novak, Jr. (ASB-9503-V72T)  
BALL, BALL, MATTHEWS & NOVAK, P.A.  
P.O. Box 2148  
Montgomery, AL 36102-2148  
Telephone: (334) 387-7680  
Facsimile: (334) 387-3222  

**Counsel for Defendant**  
**TAP PHARMACEUTICAL PRODUCTS INC.**

- 2 -