IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BLUE CROSS AND BLUESHIELD OF ALABAMA; and BLUE CROSS AND BLUE SHIELD OF MICHIGAN,**<br><br>Plaintiff,<br><br>v.<br><br>**TAP PHARMACEUTICAL PRODUCTS INC.; ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA AMERICA HOLDINGS, INC.; ONCOLOGY SUPPLY COMPANY; AMERISOURCE BERGEN SPECIALTY GROUP; AMERISOURCE BERGEN CORPORATION; and FICTITIOUS DEFENDANTS,**<br><br>Defendant. | Civil Action No. 2:06-cv-536-DRB |

## DECLARATION

I, Ellen T. Klaus, declare under penalty under the laws of the United States of America that the following is true and correct:

1. I am a Paralegal Supervisor for Litigation at Abbott Laboratories ("Abbott").

2. This affidavit is based upon my personal knowledge and a review of documents of Abbott.

3. Abbott received service of the summons and the Complaint in the instant lawsuit, *BlueCross BlueShield of Alabama and BlueCross BlueShield of Michigan v. TAP*



*Pharmaceutical Products Inc., et al.*, Case No. CV2006-1350 (State of Alabama, Montgomery Circuit Court) on May 30, 2006, via certified mail.

    4.    Abbott is incorporated in the State of Illinois.

    5.    Abbott's principal place of business is located in Abbott Park, Illinois.

                                              */s/ Ellen T. Klaus*
                                              Ellen T. Klaus

Executed on June 14, 2006

## CERTIFICATE OF SERVICE

      I herby certify that I have served a copy of the foregoing Motion to Substitute by United States mail, properly addressed and postage prepaid, to all counsel of record this 16th day of June 2006.

Irene S. Fiorentinos, Esq.
Jones, Day
77 West Wacker Drive
Suite 3500
Chicago, Illinois 60601-1692

Erik W. Snapp, Esq.
Winston & Strawn, LLP
35 West Wacker
Chicago, Illinois 60601

Thomas P. Sullivan, Esq.
Jenner & Block, LLP
One IBM Plaza
Chicago, Illinois 60611

Pamela B. Slate
Slate Kennedy LLC
166 Commerce Street
Suite 350
Montgomery, AL 36104

Shanin Specter
Donald E. Haviland
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Robert A. Huffaker, Esq.
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
Montgomery, Alabama 36104

Joseph C. Espy, III, Esq.
Melton, Espy & Williams, P.C.
301 Adams Avenue
Montgomery, Alabama 36104

Sandy G. Robinson, Esq.
Cabaniss, Johnston, Gardner, Dumas &
    O'Neal, LLP
P.O. Box 2906
Mobile, Alabama 36652

Kimberly R. West
Wallace, Jordon, Ratliff &
Brandt, LLC
P.O. Box 530910
Birmingham, AL 35298

_/s/ Sabot R. Horahy_
Of Counsel