IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN<br><br>Plaintiffs,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.); ET AL.<br><br><br><br><br>Defendants. | <br><br><br><br><br><br>Case No. 2:06 CV 536 DRB<br><br>Motion for Admission *Pro Hac Vice* |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COMES NOW Tabor R. Novak, Jr., counsel for defendant TAP Pharmaceutical Products Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to James R. Daly of the firm of Jones Day of Chicago, Illinois, to appear *pro hac vice* in this action for the purpose of representing defendant TAP Pharmaceutical Products Inc. Mr. Daly is admitted to practice before the United States District Court for the Northern District of Illinois, which is the district in which he regularly practices law. A Certificate of Good Standing for Mr. Daly is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Dated: June __, 2006

| | |
|---|---|
| Of counsel:<br>Daniel E. Reidy<br>James R. Daly<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601-1692<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br><br>(*pro hac vice* motions pending) | s/ Tabor R. Novak, Jr.<br>Tabor R. Novak, Jr. (ASB-9503-V72T)<br>BALL, BALL, MATTHEWS & NOVAK, P.A.<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, AL 36109<br>Telephone: (334) 387-7680<br>Facsimile: (334) 387-3222<br><br>**Counsel for Defendant**<br>**TAP PHARMACEUTICAL PRODUCTS INC.** |

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. James R. Daly

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That James R. Daly was duly admitted to practice in said Court on (03/12/1982) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/19/2006 )

Michael W. Dobbins, Clerk,
By: Lois A. Lance
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Shanin Specter
Donald E. Haviland
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

George Lombardi
Erik W. Snapp, Esq.
Winston & Strawn, LLP
35 West Wacker
Chicago, Illinois 60601

Thomas P. Sullivan, Esq.
Jenner & Block, LLP
One IBM Plaza
Chicago, Illinois 60611

Pamela B. Slate
Slate Kennedy LLC
166 Commerce Street
Suite 350
Montgomery, AL 36104

Robert A. Huffaker, Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama 36101

Joseph C. Espy, III, Esq.
Melton, Espy & Williams, P.C.
301 Adams Avenue
Montgomery, Alabama 36104

Sandy G. Robinson, Esq.
Cabaniss, Johnston, Gardner, Dumas &
    O'Neal, LLP
P.O. Box 2906
Mobile, Alabama 36652

Kimberly R. West
Wallace, Jordon, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, AL 35298

s/ Tabor R. Novak, Jr.