IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN<br><br>Plaintiffs,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.); ET AL.<br><br><br><br>Defendants. | Case No. 2:06 CV 536 DRB<br><br>Motion for Admission *Pro Hac Vice* |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COMES NOW Tabor R. Novak, Jr., counsel for defendant TAP Pharmaceutical Products Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Daniel E. Reidy of the firm of Jones Day of Chicago, Illinois, to appear *pro hac vice* in this action for the purpose of representing defendant TAP Pharmaceutical Products Inc. Mr. Reidy is admitted to practice before the United States District Court for the Northern District of Illinois, which is the district in which he regularly practices law. A Certificate of Good Standing for Mr. Reidy is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Dated: June __, 2006

Of counsel:
Daniel E. Reidy
James R. Daly
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

(*pro hac vice* motions pending)

s/Tabor R. Novak, Jr.
Tabor R. Novak, Jr. (ASB-9503-V72T)
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Telephone: (334) 387-7680
Facsimile: (334) 387-3222

**Counsel for Defendant**
**TAP PHARMACEUTICAL PRODUCTS INC.**

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Daniel E. Reidy

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Daniel E. Reidy was duly admitted to practice in said Court on (12/10/1974) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/19/2006 )

Michael W. Dobbins, Clerk,

By: Lois A. Lance
Deputy Clerk

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

| | |
|---|---|
| Shanin Specter<br>Donald E. Haviland<br>Kline & Specter<br>1525 Locust Street, 19th Floor<br>Philadelphia, PA 19102 | Robert A. Huffaker, Esq.<br>Rushton, Stakely, Johnston & Garrett<br>P.O. Box 270<br>Montgomery, Alabama 36101 |
| George Lombardi<br>Erik W. Snapp, Esq.<br>Winston & Strawn, LLP<br>35 West Wacker<br>Chicago, Illinois 60601 | Joseph C. Espy, III, Esq.<br>Melton, Espy & Williams, P.C.<br>301 Adams Avenue<br>Montgomery, Alabama 36104 |
| Thomas P. Sullivan, Esq.<br>Jenner & Block, LLP<br>One IBM Plaza<br>Chicago, Illinois 60611 | Sandy G. Robinson, Esq.<br>Cabaniss, Johnston, Gardner, Dumas &<br>   O'Neal, LLP<br>P.O. Box 2906<br>Mobile, Alabama 36652 |
| Pamela B. Slate<br>Slate Kennedy LLC<br>166 Commerce Street<br>Suite 350<br>Montgomery, AL 36104 | Kimberly R. West<br>Wallace, Jordon, Ratliff & Brandt, LLC<br>P.O. Box 530910<br>Birmingham, AL 35298 |

s/ Tabor R. Novak, Jr.