IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN<br><br>Plaintiffs,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.); ET AL.<br><br><br><br>Defendants. | Case No. 2:06 CV 536 DRB<br><br>Corporate Disclosure Statement |

## TAP PHARMACEUTICAL PRODUCTS INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant TAP Pharmaceutical Products Inc. ("TAP") submits this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and in accordance with the Order of the Middle District of Alabama, dated January 14, 2000, Civil Misc. No. 3047. TAP hereby discloses that it is a corporation and that Abbott Laboratories and Takeda America Holdings, Inc are each 50 percent shareholders of TAP. TAP further discloses to this Court that its subsidiaries are wholly owned and has no affiliates that have issued shares to the public other than its 50 percent shareholders.

Dated: June 22, 2006

Of counsel:
Daniel E. Reidy
James R. Daly
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

(*pro hac vice* motions pending)

s/ Tabor R. Novak, Jr.
Tabor R. Novak, Jr. (ASB-9503-V72T)
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Telephone: (334) 387-7680
Facsimile: (334) 387-3222

**Counsel for Defendant
TAP PHARMACEUTICAL PRODUCTS INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Shanin Specter
Donald E. Haviland
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

George Lombardi
Erik W. Snapp, Esq.
Winston & Strawn, LLP
35 West Wacker
Chicago, Illinois 60601

Thomas P. Sullivan, Esq.
Jenner & Block, LLP
One IBM Plaza
Chicago, Illinois 60611

Pamela B. Slate
Slate Kennedy LLC
166 Commerce Street
Suite 350
Montgomery, AL 36104

Robert A. Huffaker, Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama 36101

Joseph C. Espy, III, Esq.
Melton, Espy & Williams, P.C.
301 Adams Avenue
Montgomery, Alabama 36104

Sandy G. Robinson, Esq.
Cabaniss, Johnston, Gardner, Dumas &
    O'Neal, LLP
P.O. Box 2906
Mobile, Alabama 36652

Kimberly R. West
Wallace, Jordon, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, AL 35298

s/ Tabor R. Novak, Jr.