IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA and BLUE CROSS BLUE SHIELD OF MICHIGAN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>TAP PHARMACEUTICAL PRODUCTS, INC., et al., )<br><br>Defendants. ) | 2:06-CV-00536-DRB |

## ORDER

Upon consideration of the *Motion for Admission of George Carter Lombardi and Erik William Snapp Pro Hac Vice* (Doc. 7, filed June 20, 2006), it appears that George Carter Lombardi and Erik William Snapp are members in good standing of the United States District Court for the Northern District of Illinois, and are otherwise eligible to appear *pro hac vice* in this proceeding as counselors of record for Defendant Abbott Laboratories.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 22nd day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE