IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA and BLUE CROSS BLUE SHIELD OF MICHIGAN, et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )   2:06-CV-00536-DRB ) |
| TAP PHARMACEUTICAL PRODUCTS, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the *Motion for Admission Pro Hac Vice* (Doc. 4, filed June 19, 2006), it appears that Thomas P. Sullivan, Robert R. Stauffer, and Nada Djordjevic are members in good standing of the United States District Court for the Northern District of Illinois, and are otherwise eligible to appear *pro hac vice* in this proceeding as counselors of record for Defendants Takeda Pharmaceutical Company Limited and Takeda America Holdings, Inc.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 22nd day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE