IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA and BLUE CROSS BLUE SHIELD OF MICHIGAN, et al., ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| v.                                          ) | 2:06-CV-00536-DRB |
| ) TAP PHARMACEUTICAL PRODUCTS, ) INC., et al.,                             ) ) | |
| Defendants.                         ) | |

## ORDER ON MOTION

Upon consideration of the *Motion for Admission to Practice Pro Hac Vice* (Doc.15, filed June 22, 2006), it appears that Daniel E. Reidy is a member in good standing of the United States District Court for the Northern District of Illinois, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel of record for Defendant TAP Pharmaceutical Products, Inc.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 23rd day of June, 2006.

                                              **/s/ Delores R. Boyd**
                                              DELORES R. BOYD
                                              UNITED STATES MAGISTRATE JUDGE