IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

BLUE CROSS AND BLUE SHIELD OF ) 
ALABAMA and BLUE CROSS BLUE )
SHIELD OF MICHIGAN, et al., )
)
    Plaintiffs, )
)
)
v. )      2:06-CV-00536-DRB
)
TAP PHARMACEUTICAL PRODUCTS, )
INC., et al., )
)
    Defendants. )

## ORDER ON MOTION

Upon consideration of the *Motion to Substitute*, filed by TAP Pharmaceutical

Products, one of the defendants,  (Doc. 13, June 16, 2006), it is, for good cause,

**ORDERED** that the *Motion* is **GRANTED;** accordingly, the attached Declaration

of Ellen T. Klaus, which is the original of Exhibit 3 filed with the Notice of Removal, is

hereby substituted for the exhibit 3 filed on June 15, 2006.

DONE this 26TH  day of June, 2006.


                        **/s/ Delores R. Boyd**
                        DELORES R. BOYD
                        UNITED STATES MAGISTRATE JUDGE