## Alabama SJIS Case Detail

[Navigation buttons: Settings | Parties | Case Action Summary | Witness List | Financial | Consolidated CAS]

### Case

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| County | 03 | Case Number | CV 2006 001350 00 | JID | CNP | Trial | J |
| Style | BLUE CROSS & BLUE SHIELD OF ALABAMA INC ET AL VS TAP PHARMACEUTICAL ET | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 05122006 | Track | |
| Amount | | Status | DISPOSED | Plaintiffs | 002 | Defendants | 007 |
| DJID | CNP | Court Action | R (RMVL FED COURT) 06282006 | | | For | N |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

### Settings

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | Description |
| Date 2 | | Que 2 | | Time 2 | Description |
| Date 3 | | Que 3 | | Time 3 | Description |
| Date 4 | | Que 4 | | Time 4 | Description |
| Cont Date | | Why | | | Cont # |
| RevJmt | | Admin Date | | Why | |
| Appeal Date | | CRT | | Case | 0000 000000 00 |
| TBNV1 | | TBNV2 | | DSDT | DTYP |
| Comment 1 | | | | | |
| Comment 2 | | | | | |

### Party 1

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Party | C 001 | Name | BLUE CROSS & BLUE SHIELD OF ALABAMA | Type | BUSINESS |
| INDX | D/TAP PHARMACE | ANAM | | JID | CNP |
| SSN | | Address 1 | | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | AL 00000 0000 | Phone | 334 000 0000 |
| Atty 1 | WEST KIMBERLY REDMAN | Atty 2 | SLATE PAMELA B | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 06282006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 2

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Party | C 002 | Name | BLUE CROSS & BLUE SHIELD OF MICHIGAN | Type | BUSINESS |
| INDX | D/TAP PHARMACE | ANAM | | JID | CNP |
| SSN | | Address 1 | | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | AL 00000 0000 | Phone | 334 000 0000 |
| Atty 1 | WEST KIMBERLY REDMAN | Atty 2 | SLATE PAMELA B | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 06282006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 3

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Party | D 001 | Name | TAP PHARMACEUTICAL PRODUCTS INC | Type | BUSINESS |
| INDX | P/BC/BS ALABAM | ANAM | | JID | CNP |
| SSN | | Address 1 | 675 N FIELD DR | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | LAKE FOREST IL 60045 4832 | Phone | 334 000 0000 |

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05232006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 06062006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 06282006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 4

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Party | D 002 | Name | ABBOTT LABORATORIES | | | Type | BUSINESS |
| INDX | P/BC/BS ALABAM | ANAM | | | | JID | CNP |
| SSN | | Address 1 | 100 ABBOTT PARK RD | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | ABBOTT PARK IL 60064 3500 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05232006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05302006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 06282006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 5

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Party | D 003 | Name | TAKEDA PHARMACEUTICAL COMPANY LIMITED | | | Type | BUSINESS |
| INDX | P/BC/BS ALABAM | ANAM | | | | JID | CNP |
| SSN | | Address 1 | 478 HALF DAY RD | | | Sex | |
| DOB | | Address 2 | SUITE 500 | | | Race | |
| Country | US | City | LINCOLNSHIRE IL 60069 2934 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05232006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05312006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 06282006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 6

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Party | D 004 | Name | TAKEDA AMERICA HOLDINGS INC | | | Type | BUSINESS |
| INDX | P/BC/BS ALABAM | ANAM | | | | JID | CNP |
| SSN | | Address 1 | 767 THIRD AVE | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | NEW YORK NY 10017 2023 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05232006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 06062006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 06282006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 7

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Party | D 005 | Name | ONCOLOGY SUPPLY | | | Type | BUSINESS |
| INDX | P/BC/BS ALABAM | ANAM | | | | JID | CNP |
| SSN | | Address 1 | 2801 HORACE SHEPARD DR | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | DOTHAN AL 36303 1038 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05232006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05242006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 06282006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 8**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 006 | Name | AMERISOURCE BERGEN SPECIALTY GROUP | | | Type | BUSINESS |
| INDX | P/BC/BS ALABAM | ANAM | | | | JID | CNP |
| SSN | | Address 1 | 4006 BELT LINE RD | | | Sex | |
| DOB | | Address 2 | SUITE 115 | | | Race | |
| Country | US | City | ADDISON TX 75001 0000 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05232006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05262006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 06282006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 9**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 007 | Name | AMERISOURCE BERGEN CORPORATION | | | Type | BUSINESS |
| INDX | P/BC/BS ALABAM | ANAM | | | | JID | CNP |
| SSN | | Address 1 | 1300 MORRIS DR | | | Sex | |
| DOB | | Address 2 | SUITE 100 | | | Race | |
| Country | US | City | CHESTERBROOK PA 19087 0000 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05232006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05262006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 06282006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 05162006 | 1131 | TEXT | FIRST AMENDED COMPLAINT ISSUED 05/23/06 CERT MAIL: | KAR |
| 05162006 | 1131 | TEXT | ...TAP PHARMACEUTICAL PRODUCTS INC | KAR |
| 05162006 | 1131 | TEXT | ...ABBOTT LABORATORIES | KAR |
| 05162006 | 1132 | TEXT | ...TAKEDA PHARMACEUTICAL COMPANY LIMITED | KAR |
| 05162006 | 1132 | TEXT | ...TAKEDA AMERICA HOLDINGS INC | KAR |
| 05162006 | 1132 | TEXT | ...ONCOLOGY SUPPLY COMPANY | KAR |
| 05162006 | 1132 | TEXT | ...AMERISOURCE BERGEN SPECIALTY GROUP | KAR |
| 05162006 | 1132 | TEXT | ...AMERISOURCE BERGEN CORPORATION | KAR |
| 05232006 | 1100 | FILE | FILED THIS DATE: 05/12/2006 (AV01) | KAR |
| 05232006 | 1100 | ORIG | ORIGIN: INITIAL FILING (AV01) | KAR |
| 05232006 | 1100 | TDMJ | JURY TRIAL REQUESTED (AV01) | KAR |
| 05232006 | 1100 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | KAR |
| 05232006 | 1100 | ASSJ | ASSIGNED TO JUDGE: HON. EUGENE W. REESE (AV01) | KAR |
| 05232006 | 1102 | PART | BLUE CROSS & BLUE SHIELD OF ALABAMA ADDED AS C001 | KAR |
| 05232006 | 1102 | ATTY | LISTED AS ATTORNEY FOR C001: WEST KIMBERLY REDMAN | KAR |
| 05232006 | 1102 | ATTY | LISTED AS ATTORNEY FOR C001: SLATE PAMELA B (AV02) | KAR |
| 05232006 | 1102 | PART | BLUE CROSS & BLUE SHIELD OF MICHIGAN ADDED AS C002 | KAR |
| 05232006 | 1102 | ATTY | LISTED AS ATTORNEY FOR C002: WEST KIMBERLY REDMAN | KAR |
| 05232006 | 1102 | ATTY | LISTED AS ATTORNEY FOR C002: SLATE PAMELA B (AV02) | KAR |
| 05232006 | 1103 | PART | TAP PHARMACEUTICAL PRODUCTS INC ADDED AS D001 | KAR |

| Date | Time | Code | Description | User |
|---|---|---|---|---|
| 05232006 | 1103 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | KAR |
| 05232006 | 1103 | SUMM | CERTIFIED MAI ISSUED: 05/23/2006 TO D001 (AV02) | KAR |
| 05232006 | 1103 | PART | ABBOTT LABORATORIES ADDED AS D002 (AV02) | KAR |
| 05232006 | 1103 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | KAR |
| 05232006 | 1103 | SUMM | CERTIFIED MAI ISSUED: 05/23/2006 TO D002 (AV02) | KAR |
| 05232006 | 1104 | PART | TAKEDA PHARMACEUTICAL COMPANY LIMITED ADDED AS D00 | KAR |
| 05232006 | 1104 | ATTY | LISTED AS ATTORNEY FOR D003: PRO SE (AV02) | KAR |
| 05232006 | 1104 | SUMM | CERTIFIED MAI ISSUED: 05/23/2006 TO D003 (AV02) | KAR |
| 05232006 | 1105 | PART | TAKEDA AMERICA HOLDINGS INC ADDED AS D004 (AV02) | KAR |
| 05232006 | 1105 | ATTY | LISTED AS ATTORNEY FOR D004: PRO SE (AV02) | KAR |
| 05232006 | 1105 | SUMM | CERTIFIED MAI ISSUED: 05/23/2006 TO D004 (AV02) | KAR |
| 05232006 | 1105 | PART | ONCOLOGY SUPPLY ADDED AS D005 (AV02) | KAR |
| 05232006 | 1105 | SUMM | CERTIFIED MAI ISSUED: 05/23/2006 TO D005 (AV02) | KAR |
| 05232006 | 1105 | ATTY | LISTED AS ATTORNEY FOR D005: PRO SE (AV02) | KAR |
| 05232006 | 1106 | PART | AMERISOURCE BERGEN SPECIALTY GROUP ADDED AS D006 | KAR |
| 05232006 | 1106 | ATTY | LISTED AS ATTORNEY FOR D006: PRO SE (AV02) | KAR |
| 05232006 | 1106 | SUMM | CERTIFIED MAI ISSUED: 05/23/2006 TO D006 (AV02) | KAR |
| 05232006 | 1106 | PART | AMERISOURCE BERGEN CORPORATION ADDED AS D007(AV02) | KAR |
| 05232006 | 1106 | SUMM | CERTIFIED MAI ISSUED: 05/23/2006 TO D007 (AV02) | KAR |
| 05232006 | 1106 | ATTY | LISTED AS ATTORNEY FOR D007: PRO SE (AV02) | KAR |
| 05232006 | 1107 | TEXT | COPY OF COMPLAINT MAILED TO: | KAR |
| 05232006 | 1107 | TEXT | ...TROY KING, ATTORNEY GENERAL | KAR |
| 05232006 | 1107 | TEXT | ...ELLEN BROOKS, DISTRICT ATTORNEY, MGM COUNTY | KAR |
| 05232006 | 1110 | ASSJ | ASSIGNED TO JUDGE: CHARLES PRICE (AV01) | KAR |
| 05232006 | 1133 | TEXT | COPY OF FIRST AMENDED COMPLAINT MAILED TO: | KAR |
| 05232006 | 1133 | TEXT | ...TROY KING, ATTORNEY GENERAL | KAR |
| 05232006 | 1133 | TEXT | ...ELLEN BROOKS, DISTRICT ATTORNEY, MGM COUNTY | KAR |
| 05252006 | 1322 | TEXT | S&C 1ST AMENDED FOR D-5 RETURNED AS SERVED BY | JAG |
| 05252006 | 1322 | TEXT | ...CERT MAIL | JAG |
| 05262006 | 1048 | TEXT | 1 ST AMENDED COMP FOR D-6 RETURNED AS SERVED | JAG |
| 05302006 | 1025 | TEXT | CERT MAIL OF 1ST AMENDED COMP FOR D-3 RETURNED | JAG |
| 05302006 | 1025 | TEXT | ...AS SERVED | JAG |
| 05302006 | 1314 | SERC | SERVICE OF CERTIFIED MAI ON 05/24/2006 FOR D005 | JAG |
| 05302006 | 1612 | TEXT | 1ST AMENDED TO D-7 RETURNED AS SERVED | JAG |
| 05312006 | 1025 | TEXT | CERT MAIL OF 1ST AMENDED COMP FOR D-2 RETURNED | JAG |
| 05312006 | 1025 | TEXT | ...AS SERVED | JAG |
| 06062006 | 1026 | TEXT | CERT MAIL OF 1ST AMENDED COMP FOR D-1 RETURNED AS | JAG |
| 06062006 | 1026 | TEXT | ...RECEIVED ON 06-06-06 | JAG |
| 06092006 | 0935 | TEXT | CERT MAIL OF 1ST AMENDED COMP FOR D-4 RETURNED AS | JAG |
| 06092006 | 0935 | TEXT | ...RECEIVED ON 06-09-06 | JAG |
| 06092006 | 1043 | SERC | SERVICE OF CERTIFIED MAI ON 05/26/2006 FOR D006 | JAG |
| 06152006 | 0852 | TEXT | DFTS NOTICE OF FILING OF NOTICE OF REMOVAL | LAW |
| 06212006 | 0932 | SERC | SERVICE OF CERTIFIED MAI ON 05/26/2006 FOR D007 | JAG |
| 06212006 | 0933 | SERC | SERVICE OF CERTIFIED MAI ON 06/06/2006 FOR D004 | JAG |
| 06212006 | 1020 | SERC | SERVICE OF CERTIFIED MAI ON 05/31/2006 FOR D003 | JAG |
| 06212006 | 1021 | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2006 FOR D002 | JAG |
| 06212006 | 1023 | SERC | SERVICE OF CERTIFIED MAI ON 06/06/2006 FOR D001 | JAG |
| 06302006 | 1544 | STAT | CASE ASSIGNED STATUS OF: DISPOSED (AV01) | JAM |
| 06302006 | 1544 | CACJ | COURT ACTION JUDGE: CHARLES PRICE (AV01) | JAM |
| 06302006 | 1544 | DISP | DISPOSED ON: 06/28/2006 BY (RMVL FED COURT) (AV01) | JAM |
| 06302006 | 1544 | PDIS | C001 DISPOSED BY (RMVL FED COURT) ON 06/28/2006 | JAM |
| 06302006 | 1544 | PDIS | C002 DISPOSED BY (RMVL FED COURT) ON 06/28/2006 | JAM |
| 06302006 | 1544 | PDIS | D001 DISPOSED BY (RMVL FED COURT) ON 06/28/2006 | JAM |
| 06302006 | 1544 | PDIS | D002 DISPOSED BY (RMVL FED COURT) ON 06/28/2006 | JAM |
| 06302006 | 1544 | PDIS | D003 DISPOSED BY (RMVL FED COURT) ON 06/28/2006 | JAM |
| 06302006 | 1544 | PDIS | D004 DISPOSED BY (RMVL FED COURT) ON 06/28/2006 | JAM |
| 06302006 | 1544 | PDIS | D005 DISPOSED BY (RMVL FED COURT) ON 06/28/2006 | JAM |
| 06302006 | 1544 | PDIS | D006 DISPOSED BY (RMVL FED COURT) ON 06/28/2006 | JAM |
| 06302006 | 1544 | PDIS | D007 DISPOSED BY (RMVL FED COURT) ON 06/28/2006 | JAM |