IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BLUECROSS AND BLUESHIELD OF ALABAMA**; and **BLUECROSS AND BLUESHIELD OF MICHIGAN**, <br><br> Plaintiffs, <br><br> v. <br><br> **TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.); ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED (formerly known as TAKEDA CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA HOLDINGS, INC., ONCOLOGY SUPPLY; AMERISOURCE BERGEN SPECIALTY GROUP; AMERISOURCE BERGEN CORPORATION; FICTITIOUS DEFENDANTS,** the identities of which are unknown to Plaintiffs, and through the exercise of due diligence cannot be known to Plaintiffs at this time, but who will be added as defendants by amendment as necessary upon Plaintiffs' identifying them, **A-Z**, intending to refer those entities or persons that committed any of the acts and/or omissions of which the named Defendants are alleged herein to have committed; **AA-ZZ**, intending to refer to those persons or entities that conspired to commit any of the acts and/or omissions of which the named Defendants are alleged herein to have committed; **AAA-ZZZ**, intending to refer to those persons or entities that have committed any acts or omissions that have proximately caused injury and damage to Plaintiffs as alleged herein, <br><br> Defendants. | CIVIL ACTION NO. 2:06-CV-536-MEF |

**PLAINTIFFS' SUPPLEMENT TO MOTION TO REMAND TO STATE COURT AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Come now the Plaintiffs, BlueCross and BlueShield of Alabama ("BCBS Alabama") and BlueCross and BlueShield of Michigan ("BCBS Michigan"), and, in addition to the bases stated in Plaintiffs' Motion to Remand to State Court and Memorandum of Law in Support Thereof (Dkt. 25), filed previously this date, states as follows:

Defendants not only failed to comply with the procedural requirements of 28 U.S.C. § 1446(a), but also with M.D. Ala. LR 81.1, which provides as follows: "A party who desires to remove a civil action from state court to this court pursuant to 28 U.S.C. § 1446 must file, simultaneously with the notice of removal, clear and legible copies of all records and proceedings from the state court." On this additional basis, this action is due to be remanded without further consideration of the federal question or diversity issues raised in the Notice or Removal.

Respectfully submitted,

/s/ Pamela B. Slate
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, AL 36104
Telephone:   (334) 262-3300
Facsimile:    (334) 262-3301

Kimberly R. West (ASB-2419-E65K)
kw@wallacejordan.com
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35298
Telephone:   (205) 870-0555
Facsimile:    (205) 871-7534

Donald E. Haviland, Jr.
Donald.Haviland@KlineSpecter.com
Shanin Specter
Shanin.Specter@KlineSpecter.com
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone:     (215) 772-1000
Facsimile:      (215) 735-0957
*Motions for Admission Pro Hac Vice To Be Filed*


**ATTORNEYS FOR PLAINTIFFS**
**BLUE CROSS AND BLUE SHIELD OF ALABAMA AND**
**BLUE CROSS AND BLUE SHIELD OF MICHIGAN**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, July 17, 2006, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following:

COUNSEL FOR DEFENDANT TAP PHARMACEUTICAL PRODUCTS, INC.

Tabor Robert Novak, Jr., Esquire
Ball Ball Matthews & Novak PA
P.O. Box 2148
Montgomery, AL 36102-2148
Telephone:   (334) 387-7680
Facsimile:   (334) 387-3222
tnovak@ball-ball.com

Daniel Edward Reidy, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:   (312) 269-4140
Facsimile:   (312) 782-8585
dereidy@jonesday.com

James R. Daly, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:   (312) 782-4141
Facsimile:   (312) 782-8585
jrdaly@jonesday.com

COUNSEL FOR DEFENDANT ABBOTT LABORATORIES

Robert A. Huffaker, Esquire
Rushton Stakely Johnston & Garrett PC
P.O. Box 270
Montgomery, AL 36101-0270
Telephone:   (334) 206-3100
Facsimile:   (334) 262-6277
rah@rsjg.com

Erik W. Snapp, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:   (312) 558-5600
Facsimile:   (312) 558-5700
esnapp@winston.com

George Carter Lombardi, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:   (312) 558-5969
Facsimile:   (312) 558-5700
glombardi@winston.com

COUNSEL FOR DEFENDANTS TAKEDA AMERICA HOLDINGS, INC.
and
TAKEDA PHARMACEUTICAL COMPANY LIMITED

Joseph C. Espy, III, Esquire
Melton Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103-5130
Telephone:    (334) 263-6621
Facsimile:    (334) 263-7252
jespy@mewlegal.com

Nada Djordjevic, Esquire
Jenner & Block LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:    (312) 222-9350
Facsimile:    (312) 840-7305
ndjordjevic@jenner.com

Robert R. Stauffer, Esquire
Jenner & Block LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:    (312) 923-2905
Facsimile:    (312) 840-7305
rstauffer@jenner.com

Thomas P Sullivan, Esquire
Jenner & Block, LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:    (312) 923-2928
Facsimile:    (312) 840-7305
tsullivan@jenner.com

COUNSEL FOR DEFENDANTS AMERISOURCE BERGEN CORPORATION,
AMERISOURCE BERGEN SPECIALTY GROUP,
and
ONCOLOGY SUPPLY COMPANY

Sandra Grisham Robinson, Esquire
Cabaniss Johnston Gardner Dumas & O'Neal
P.O. Box 2906
Mobile, AL 36652-2906
Telephone:    (251) 415-7308
Facsimile:    (251) 415-7350
sgr@cabaniss.com

Ian David Rosenthal, Esquire
Cabaniss Johnston Gardner Dumas & O'Neal
P.O. Box 2906
Mobile, AL 36652-2906
Telephone:    (251) 415-7309
Facsimile:    (251) 415-7350
idr@cabaniss.com

/s/ Pamela B. Slate
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
**SLATE KENNEDY LLC**
166 Commerce Street, Suite 350
Montgomery, AL 36104
Telephone:    (334) 262-3300
Facsimile:    (334) 262-3301