IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-536-MEF |
| ) | |
| TAP PHARMACEUTICAL PRODUCTS, INC., *et al.,* ) ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #25) filed on July 17, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before August 2, 2006. The plaintiffs may file a reply brief on or before August 9, 2006.

DONE this the 18th day of July, 2006.

                                                        /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE