# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Donald E. Haviland, Jr., Bar # 66615, was duly admitted to practice in said Court on September 16, 1993, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                           Clerk of Court

on July 10, 2006.                             BY *(signature)*
                                                    Aida Ayala,     Deputy Clerk