IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUL 18  P 3: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **BLUECROSS AND BLUESHIELD OF ALABAMA;** and **BLUECROSS AND BLUESHIELD OF MICHIGAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**TAP PHARMACEUTICAL PRODUCTS INC.** (formerly known as **TAP HOLDINGS, INC.**); ET AL.<br><br>Defendants. | CIVIL ACTION NO. 2:06-CV-536-MEF |

**MOTION FOR ADMISSION OF SHANIN SPECTER
TO PRACTICE *PRO HAC VICE***

Comes now Pamela B. Slate and Kimberly R. West, counsel for plaintiffs BlueCross and BlueShield of Alabama and BlueCross and BlueShield of Michigan, who are attorneys admitted to practice before this Court, and respectfully move this Honorable Court to grant permission to Shanin Specter of the firm of Kline & Specter, P.C., of Philadelphia, Pennsylvania, to appear *pro hac vice* in this action for the purpose of representing plaintiffs BlueCross and BlueShield of Alabama and BlueCross and BlueShield of Michigan. Mr. Specter is admitted to practice before the United States District Court of the Eastern District of Pennsylvania, which is the district in which he regularly practices law. A Certificate of Good Standing for Mr. Specter is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted,

*/s/ Pamela B. Slate*
_____
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
**SLATE KENNEDY LLC**
166 Commerce Street, Suite 350
Montgomery, AL 36104
Telephone:   (334) 262-3300
Facsimile:   (334) 262-3301

Kimberly R. West (ASB-2419-E65K)
kw@wallacejordan.com
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
P.O. Box 530910
Birmingham, AL 35298
Telephone:   (205) 870-0555
Facsimile:   (205) 871-7534

Donald E. Haviland, Jr.
Donald.Haviland@KlineSpecter.com
Shanin Specter
Shanin.Specter@KlineSpecter.com
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone:   (215) 772-1000
Facsimile:   (215) 735-0957
*Motions for Admission Pro Hac Vice Pending*

**ATTORNEYS FOR PLAINTIFFS**
**BLUE CROSS AND BLUE SHIELD OF ALABAMA AND**
**BLUE CROSS AND BLUE SHIELD OF MICHIGAN**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, July 18, 2006, I have served the foregoing on the following counsel of record by placing same in the United States Mail, postage prepaid and properly addressed to:

### COUNSEL FOR DEFENDANT TAP PHARMACEUTICAL PRODUCTS, INC.

Tabor Robert Novak, Jr., Esquire
Ball Ball Matthews & Novak PA
P.O. Box 2148
Montgomery, AL 36102-2148
Telephone:   (334) 387-7680
Facsimile:   (334) 387-3222
tnovak@ball-ball.com

Daniel Edward Reidy, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:   (312) 269-4140
Facsimile:   (312) 782-8585
dereidy@jonesday.com

James R. Daly, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:   (312) 782-4141
Facsimile:   (312) 782-8585
jrdaly@jonesday.com

### COUNSEL FOR DEFENDANT ABBOTT LABORATORIES

Robert A. Huffaker, Esquire
Rushton Stakely Johnston & Garrett PC
P.O. Box 270
Montgomery, AL 36101-0270
Telephone:   (334) 206-3100
Facsimile:   (334) 262-6277
rah@rsjg.com

Erik W. Snapp, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:   (312) 558-5600
Facsimile:   (312) 558-5700
esnapp@winston.com

George Carter Lombardi, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:   (312) 558-5969
Facsimile:   (312) 558-5700
glombardi@winston.com

COUNSEL FOR DEFENDANTS TAKEDA AMERICA HOLDINGS, INC.
and
TAKEDA PHARMACEUTICAL COMPANY LIMITED

Joseph C. Espy, III, Esquire
Melton Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103-5130
Telephone:   (334) 263-6621
Facsimile:   (334) 263-7252
jespy@mewlegal.com

Nada Djordjevic, Esquire
Jenner & Block LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:   (312) 222-9350
Facsimile:   (312) 840-7305
ndjordjevic@jenner.com

Robert R. Stauffer, Esquire
Jenner & Block LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:   (312) 923-2905
Facsimile:   (312) 840-7305
rstauffer@jenner.com

Thomas P Sullivan, Esquire
Jenner & Block, LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:   (312) 923-2928
Facsimile:   (312) 840-7305
tsullivan@jenner.com

COUNSEL FOR DEFENDANTS AMERISOURCE BERGEN CORPORATION,
AMERISOURCE BERGEN SPECIALTY GROUP,
and
ONCOLOGY SUPPLY COMPANY

Sandra Grisham Robinson, Esquire
Cabaniss Johnston Gardner Dumas & O'Neal
P.O. Box 2906
Mobile, AL 36652-2906
Telephone:   (251) 415-7308
Facsimile:   (251) 415-7350
sgr@cabaniss.com

Ian David Rosenthal, Esquire
Cabaniss Johnston Gardner Dumas & O'Neal
P.O. Box 2906
Mobile, AL 36652-2906
Telephone:   (251) 415-7309
Facsimile:   (251) 415-7350
idr@cabaniss.com

_____
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
**SLATE KENNEDY LLC**
166 Commerce Street, Suite 350
Montgomery, AL 36104
Telephone:   (334) 262-3300
Facsimile:   (334) 262-3301