# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Shanin Specter, Bar # 40928, was duly admitted to practice in said Court on November 7, 1984, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                         Clerk of Court

on July 10, 2006.                                     BY *Aida Ayala*
                                                            Aida Ayala,   Deputy Clerk