IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TAP PHARMACEUTICAL PRODUCTS, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:06-cv-536-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

Upon consideration of the Motions for Admission of Donald E. Haviland, Jr. and Shanin Specter to Appear Pro Hac Vice (Doc. #29 & #30) filed on July 18, 2006, it is hereby

ORDERED that the motions are GRANTED.

DONE this 20th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE