# EXHIBIT 1

## AFFIDAVIT OF MICHAEL MULLEN

STATE OF TEXAS          )

COUNTY OF HOUSTON    )

My name is **Michael Mullen** and I am employed by ASD Specialty Healthcare, Inc. I am over the age of 19 years old and I have personal knowledge of matters set forth herein.

1. ASD Specialty Healthcare, Inc. is incorporated under the laws of the State of California. ASD Specialty Healthcare, Inc. is a nationwide distributor of specialty pharmaceutical products to healthcare providers. It buys pharmaceutical products from vendors internationally, distributes these products in all 50 states, holds distribution licenses in over 40 states that require such licenses, and is formally qualified to do business in 13 states.

2. ASD Specialty Healthcare, Inc. conducts business using several trade names. Specifically, it does business as, and using the trade names, AmerisourceBergen Specialty Group, ASD Healthcare, Besse Medical, and Oncology Supply.

3. The business operated under the name AmerisourceBergen Specialty Group consists of the management and administrative group that oversees all of the activities of ASD Specialty Healthcare, Inc. AmerisourceBergen Specialty Group's business office is located in Texas. I serve as the Chief Financial

Officer of AmerisourceBergen Specialty Group, and my office is in Texas.

4. The business operated under the name ASD Healthcare is a leading distributor of plasma-derivative products and nephrology products. ASD Healthcare's business office is located in Texas and its products are distributed from distribution centers located in Kentucky and Nevada which are operated by and owned/leased by ASD Specialty Healthcare, Inc. d/b/a AmerisourceBergen Specialty Group.

5. The business operated under the name Besse Medical is a leading distributor of biopharmaceuticals and vaccines. Besse Medical's business office is located in Ohio and its products are distributed from the Kentucky distribution center with those of ASD Healthcare.

6. The business operated under the name Oncology Supply is a leading distributor of oncology products to physicians. Oncology Supply's business office is located in Alabama, and it operates and distributes products from a distribution center located in Alabama.

7. The only shareholder of ASD Specialty Healthcare, Inc. is AmerisourceBergen Corporation. AmerisourceBergen Corporation is incorporated under the laws of the State of Delaware and has its principal place of business in Pennsylvania.

8. The corporate office and mailing address of ASD Specialty Healthcare, Inc. are in Addison, Texas.

9. Meetings of the Board of Directors of ASD Specialty Healthcare, Inc. occur in Pennsylvania.

10. The Minute Books and Stockholder register of ASD Specialty Healthcare, Inc. are kept in Pennsylvania.

11. ASD Specialty Healthcare, Inc.'s sales and distribution records are kept in Texas, although the individual branch offices also keep sales records for their particular branch at their offices in Ohio, Texas, and Alabama.

12. Corporate balance sheets and financial statements are kept in Texas and submitted to Pennsylvania for consolidation with the financial results of AmerisourceBergen Corporation.

13. All the officers and directors reflected on the Corporate Minute Books of ASD Specialty Healthcare, Inc. reside in Texas or Pennsylvania.

14. All corporate-wide directives and guidelines are generated in Texas or Pennsylvania.

15. In-house legal, administration, and Information Technology departments are all located in Texas. Human resources manuals and compliance manuals are generated in Pennsylvania. Supplemental human resources manuals and compliance guidelines are generated in Texas. Each branch office also has a finance department. With respect to Sarbanes-

Oxley compliance, each divisional finance department reports to the AmerisourceBergen Specialty Group Controller in Addison, Texas, who in turn reports to the Vice President of Finance for AmerisourceBergen Corporation who is in Pennsylvania.

16. ASD Specialty Healthcare, Inc.'s federal tax returns are prepared in Pennsylvania. State tax returns (individual and consolidated returns) are also prepared in Pennsylvania. There are no separate state or federal tax returns for Oncology Supply.

17. All incoming payments to ASD Specialty Healthcare, Inc. come to lock boxes in Illinois and Texas. There are no corporate trade bank accounts in Alabama. Payments to vendors are made from Texas. Payroll checks are issued from Pennsylvania.

18. Approximately one-third of the employees of ASD Specialty Healthcare, Inc. work in Alabama. There are twelve individuals who constitute the senior management of AmerisourceBergen Specialty Group, which oversees all of the businesses of ASD Specialty Healthcare, Inc. Nine live in Texas. Two live in Alabama. One lives in Ohio.

19. The computer systems and Information Technology department of ASD Specialty Healthcare, Inc. are in Texas.

20. All corporate filings for ASD Specialty Healthcare, Inc. are prepared in Pennsylvania.

21. Based on current estimates, less than 15% of ASD Specialty Healthcare, Inc.'s real property, plant, and equipment values are in Alabama.

22. Each location makes day to day decisions about staffing and routine business matters, but personnel issues are supervised by the Human Resources department in Texas, and all non-routine, major decisions about the business require consultation with senior management in Texas.

_____  8/1/06
Michael Mullen

Sworn to and subscribed before me this
1st day of August, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 9/2/09

DAWN MOORE
MY COMMISSION EXPIRES
September 2, 2009

- 5 -