# EXHIBIT 2



23722

# Alabama  2006
## State Board of Pharmacy

PERMIT NO. 192035

SUPERVISING PHARMACIST

**This is to Certify**
ASD SPECIALTY HEALTHCARE, INC.
345 INTERNATIONAL BLVD
SUITE 400
BROOKS, KY 40109

That is duly licensed as a

MFG/WHSE/DIST

IN CONFORMITY WITH THE PROVISIONS OF ACT #205, GENERAL ACTS OF ALABAMA, 1966 SPECIAL SESSION, AND RULES AND REGULATIONS OF THE BOARD. THIS CERTIFICATE EXPIRES ON THE LAST DAY OF December, 2006   AND MUST BE CONSPICUOUSLY DISPLAYED.

This is Your Receipt For Fee Paid As Required By Law.

ALABAMA STATE BOARD OF PHARMACY

Secretary

THIS PERMIT IS NOT TRANSFERABLE

# Alabama
# State Board of Pharmacy

**2006**

20418

PERMIT NO. 192092



SUPERVISING PHARMACIST

### This is to Certify

That ASD SPECIALTY HEALTHCARE, INC
DBA ONCOLOGY SUPPLY
2801 HORACE SHEPARD DRIVE
DOTHAN, AL 36303-1038
is duly licensed as a

**MFG/WHSE/DIST**

IN CONFORMITY WITH THE PROVISIONS OF ACT #205, GENERAL ACTS OF ALABAMA, 1966 SPECIAL SESSION, AND RULES AND REGULATIONS OF THE BOARD. THIS CERTIFICATE EXPIRES ON THE LAST DAY OF December, 2006 AND MUST BE CONSPICUOUSLY DISPLAYED.

This is Your Receipt For Fee Paid As Required By Law.

**ALABAMA STATE BOARD OF PHARMACY**

*Jerry Moore*, Secretary

THIS PERMIT IS NOT TRANSFERABLE

ASD SPECIALTY HEALTHCARE, INC
DBA ONCOLOGY SUPPLY
2801 HORACE SHEPARD DRIVE
DOTHAN, AL 36303-1038