# EXHIBIT 3

BOOK 0625 PAGE 0854

## COMMONWEALTH OF KENTUCKY
## TREY GRAYSON
## SECRETARY OF STATE

0518196.04    sbates
              ADD

Trey Grayson
Secretary of State
Received and Filed
06/23/2004 12:51:46 PM
Fee Receipt: $20.00



## CERTIFICATE OF ASSUMED NAME

This certifies that the assumed name of

Oncology Supply
_____
[Name under which the business will be conducted]

has been adopted by ASD Specialty Healthcare, Inc.
_____
[Real name - KRS 365.015(1)]

which is the "real name" of   [YOU MUST CHECK ONE]

_____ a Domestic General Partnership              _____ a Foreign General Partnership

_____ a Domestic Registered Limited Liability Partnership     _____ a Foreign Registered Limited Liability Partnership

_____ a Domestic Limited Partnership              _____ a Foreign Limited Partnership

_____ a Domestic Business Trust                   _____ a Foreign Business Trust

_____ a Domestic Corporation                      __X__ a Foreign Corporation

_____ a Domestic Limited Liability Company        _____ a Foreign Limited Liability Company

_____ a Joint Venture

organized and existing in the state or country of California_____, and whose address is

4006 Beltline Road, Suite 200, Addison, TX 75001
Street address, if any                                City           State        Zip Code


The certificate of assumed name is executed by

_____          _____
Signature                           Signature

John Chou, Vice President and Assistant Secretary
Print or type name and title        Print or type name and title

June 21, 2004                       _____
Date                                Date

Document No.: 0N2004110371
Lodged By: KY LENDERS
Recorded On: 06/25/2004   10:25:30
Total Fees:              9.00
Transfer Tax:             .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: TERHIG

County Clerk, please return to:
KENTUCKY LENDERS ASSISTANCE
828 LANE ALLEN ROAD, SUITE 219
LEXINGTON, KY 40504

SSC-226 (7/98)           (See attached sheet for instructions)
KY011 - 04/28/04 CT System Online

END OF DOCUMENT