# EXHIBIT
# 4

A0552580

 

## SECRETARY OF STATE

I, *BILL JONES*, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___2___ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this day of

SEP 2 6 2000

Secretary of State

Sec/State Form CE-107 (rev. 9/98)

OSP 98 13524

A05552254

ENDORSED - FILED
in the office of the Secretary of State
of the State of California

SEP 1 1 2000

BILL JONES, Secretary of State

# CERTIFICATE OF OWNERSHIP
## OF
## ASD SPECIALTY HEALTHCARE, INC.
## INTO
## BERGEN BRUNSWIG SPECIALTY COMPANY

To the Secretary of State
State of California

Pursuant to the provisions of the General Corporation Law of the State of California, the undersigned officers of the domestic parent corporation hereinafter named do hereby certify as follows:

1. The name of the parent corporation, which is a business corporation of the State of California, and which is to be the surviving corporation under the merger herein certified, is Bergen Brunswig Specialty Company ("BBSC").

2. The name of the subsidiary corporation, which is a business corporation of the State of California, and which is to be the disappearing corporation under the merger herein certified, is ASD Specialty Healthcare, Inc. ("ASD").

3. BBSC owns 100% of the outstanding shares of ASD.

4. The following is a copy of the resolution to merge ASD into BBSC as adopted and approved by the Board of Directors of BBSC on August 25, 2000:

> RESOLVED, that ASD be merged into BBSC and that all of the estate, property, rights, privileges, powers and franchises of ASD be vested in and held and enjoyed by BBSC as fully and entirely and without change or diminution as the same were before held and enjoyed by ASD in its name.
>
> RESOLVED, that BBSC assume all of the obligations of ASD.
>
> RESOLVED, that BBSC shall cause to be executed and filed and/or recorded the documents prescribed by the Laws of the State of California, and by the laws of any other appropriate jurisdiction and will cause to be performed all necessary acts within the jurisdiction of organization of ASD and of BBSC and in any other appropriate jurisdiction.
>
> RESOLVED, that ARTICLE First of the Articles of Incorporation of BBSC shall, under the provisions of the merger herein provided for, be amended to read as follows upon the effective date of said merger;
>
> "ARTICLE FIRST: The name of the corporation is ASD Specialty Healthcare, Inc."

B2547/155
08/09/00 867312.01

RESOLVED, that the proper officers of BBSC be, and each of them hereby is, authorized and directed to take or cause to be taken all such further action and to execute and deliver or cause to be executed and delivered all such further agreements, assignments, documents, certificates and undertakings in the name of and on behalf of BBSC and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to carry into effect the intent and purpose of any and all of the foregoing resolutions.

RESOLVED, that all actions taken by such officers prior to the date hereof and contemplated by the foregoing resolutions are hereby ratified, confirmed and adopted as the proper acts and deeds of the Corporation.

On the date set forth below, in the City of Orange in the State of California, each of the undersigned does hereby declare under the penalty of perjury under the laws of the State of California that he signed the foregoing certificate in the official capacity set forth beneath his signature, and that the statements set forth in said certificate are true of his own knowledge.

Signed on: August __28__, 2000

By: _____
    Neil F. Dimick, President

By: _____
    Milan A. Sawdei, Executive Vice President,
    Chief Legal Officer and Secretary



-2-

`2104304`





## SECRETARY OF STATE

I, *BILL JONES,* Secretary of State of the State of California, hereby certify:

That the attached transcript has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this

APR 3 1998



Secretary of State

SEC/STATE FORM CE-107 (REV. 4/97)

97 35086

2104304

## ARTICLES OF INCORPORATION

### OF

### BERGEN BRUNSWIG SPECIALTY COMPANY

FIRST: That the name of the Corporation is:

**Bergen Brunswig Specialty Company**

SECOND: The purpose of the Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THIRD: The name and address of the Corporation's initial agent for service of process in the State of California is:

MILAN SAWDEI
C/O BERGEN BRUNSWIG CORPORATION
4000 Metropolitan Drive
Orange, CA 92868

FOURTH: The Corporation is authorized to issue only one class of shares of stock, which shall be designated as common stock, and the total number of shares which the Corporation is authorized to issue is one thousand (1,000).

FIFTH: The liability of the directors of the Corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

Dated: _____March 30, 1998_____

_Sole Incorporator_

I hereby declare that I am the person who executed the foregoing Articles of Incorporation, which execution is my act and deed.

_Milan A. Sawdei_

H:\LEGAL\DOCS\COR\MAS\BOARD\RESOLUTN\ASD\BBSC.AIO

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system served by U.S. mail:

Shanin Specter. Esq.
Donald E. Haviland, Esq.
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Pamela B. Slate,  Esq.
Slate Kennedy LLC
166 Commerce Street
Suite 350
Montgomery, AL 36104

Kimberly R. West, Esq.
Wallace, Jordan, Ratliff & Brandt, LLC
P. O. Box 530910
Birmingham, Alabama 35298

/s/ Tabor R. Novak, Jr.