## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; AND BLUECROSS AND BLUESHIELD OF MICHIGAN,<br><br>    Plaintiff,<br>vs.<br><br>TAP PHARMACEUTICAL PRODUCTS INC., et al.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO: 2:06-cv-536-MEF<br>)<br>)<br>)<br>) |

### MOTION TO DISMISS

Come now the defendants identified in the plaintiffs' First Amended Complaint as Oncology Supply (sometimes referred to incorrectly as Oncology Supply Company) and AmerisourceBergen Specialty Group and move the court to dismiss the First Amended Complaint against each of them pursuant to Fed. R. Civ. Pro. 12(b) (4) and (5). As grounds, the movants state as follows:

1. This action was filed in the Circuit Court of Montgomery County, Alabama and has since been timely removed to this Court with the consent of all served defendants.

2. Oncology Supply and AmerisourceBergen Specialty Group were improperly named in Plaintiffs' First Amended Complaint. The procedure for remedying this defect has been set out by the United States District Court for the Northern District of Alabama.

> When a defendant is improperly named in a civil action filed in an Alabama State Court and the case is removable and the defendant desires to remove, the proper course of action to affect the removal and to correct the improper name is to timely file notice of removal *and* a 12(b)(4) or 12(b)(5) motion, Fed. R. Civ. P. in the Federal District court to which the case is being removed.

Brizendine v. Continental Casualty Company, 773 F. Supp. 313, at n. 9. (N.D. Ala. 1991), (emphasis in original).

3.      As set out in the affidavit of Diana Kammerer (attached to the Notice of Removal filed on June 15, 2006), and as set out in additional detail in the opposition to Plaintiff's Motion to Remand filed on this date, Oncology Supply is a trade name of ASD Specialty Healthcare, Inc. which is a California corporation. Oncology Supply is not a separate legal entity and it is not separately incorporated.

4.      As further set out in Kammerer Affidavit, AmerisourceBergen Specialty Group is also a trade name of ASD Specialty Healthcare, Inc. It is not a separate legal entity and is not separately incorporated.

5.      Plaintiffs attempted to serve the First Amended Complaint by mailing copies of it and the State Court Summons by certified mail to the following addressees:

> Oncology Supply
> 2801 Horace Shepard Drive
> Dothan, AL 36303-1038
>
>    and
>
> AmerisourceBergen Specialty Group
> 4006 Belt Line Road, Suite 115
> Addison, Texas 75001

6.      Joyce Hatcher, a front desk receptionist for Oncology Supply, signed for the certified mail envelope containing the First Amended Complaint sent to the address in Dothan, Alabama. Regina Green, an administrative assistant, signed for the certified mail envelope sent to the address in Addison, Texas. A copy of the certified mail receipt completed by Ms. Hatcher (as stamped by the Circuit Court Clerk's office) is attached to her affidavit, submitted herewith as Exhibit 1. A copy of the certified mail receipt completed by Ms. Green is attached to the affidavit of her supervisor, Lynda Natale, submitted herewith as Exhibit 2. Neither Ms. Hatcher

nor Ms. Green is an officer, managing or general agent, or agent authorized by law, statute, or appointment to receive service for ASD Specialty Healthcare, Inc. (Exhibits 1 and 2.)

7. ASD Specialty Healthcare, Inc. has obtained a certificate of authority to transact business in Alabama as a foreign corporation. The information publicly available with the Office of the Secretary of Alabama discloses its Registered Agent for service of process (The Corporation Company, 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109) and its principal address (4000 Metropolitan Drive, Orange, California 92868).

8. Under Alabama law, a defendant must be properly named. Cofield v. McDonald's Corporation, 514 So. 2d 953 (Ala. 1987), Brizendine, supra at 320.

9. For the foregoing reasons, plaintiffs' First Amended Complaint is due to be dismissed as to the movants pursuant to Fed. R. Civ. Pro. 12(b)(4) (5).

    Respectfully submitted,

/s/Sandy G. Robinson
**SANDY G. ROBINSON – ROBIS5756**
**IAN D. ROSENTHAL - ROSEI6905**
Attorneys for Defendants
AmerisourceBergen Corporation,
AmerisourceBergen Specialty Group, and
Oncology Supply

**CABANISS, JOHNSTON, GARDNER,**
 **DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama 36652
251/415-7300 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com
idr@cabaniss.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this **2nd** day of **August, 2006,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**James R. Daly**
jrdaly@jonesday.com
mhirst@jonesday.com;ifiorentinos@jonesday.com;cdudley@jonesday.com;jgwinchester@jonesday.com

**Nada Djordjevic**
ndjordjevic@jenner.com

**Joseph C. Espy, III**
jespy@mewlegal.com clucas@mewlegal.com

**Donald E. Haviland, Jr**
donald.haviland@klinespecter.com
kathleen.spurka@klinespecter.com,jennifer.sanborn@klinespecter.com,judy.nisivoccia@klinespecter.com

**Robert A. Huffaker**
rah@rsjg.com va@rsjg.com

**George Carter Lombardi**
glombardi@winston.com

**Tabor Robert Novak, Jr**
tnovak@ball-ball.com

**Daniel Edward Reidy**
dereidy@jonesday.com

**Pamela Beard Slate**
pslate@slatekennedy.com

**Erik W. Snapp**
esnapp@winston.com kbehan@winston.com

**Shanin Specter**
shanin.specter@klinespecter.com diane.grimmie@klinespecter.com

**Robert R. Stauffer**
rstauffer@jenner.com

4

**Thomas P Sullivan**
tsullivan@jenner.com

**Kimberly R West**
kw@wallacejordan.com khh@wallacejordan.com

                                                /s/Sandy G. Robinson
                                                Of Counsel