# EXHIBIT 1

Case 2:06-cv-00536-MEF-TFM    Document 33-2    Filed 08/02/2006    Page 1 of 4

### AFFIDAVIT OF JOYCE HATCHER

STATE OF ALABAMA )

COUNTY OF Houston )

My name is **Joyce Hatcher**, and I am employed by ASD Specialty Healthcare, Inc. d/b/a Oncology Supply, in its Dothan office. I am over the age of 19 years and I have personal knowledge of the matters set forth herein.

1. My signature appears on the attached Certified Mail Receipt indicating that I am the person who signed for the Certified Mail enveloping containing the First Amended Complaint and Summons issued in the case styled Blue Cross and Blue Shield of Michigan, et al. vs. TAP Pharmaceuticals, Inc., et al.; Circuit Court of Montgomery County, Civil Action Number: CV-CV-06-1350. I received and signed for the Certified Mail envelope containing the First Amended Complaint on May 25, 2006.

2. I am employed as a Front Desk Receptionist, and I am not an officer, managing or general agent, or agent authorized by law, statute, or appointment to receive service of process for ASD Specialty Healthcare, Inc.

*Joyce Hatcher*
JOYCE HATCHER

Sworn to and subscribed before me this
28th day of July, 2006.

*Shea Mixon*
NOTARY PUBLIC
My Commission Expires: _____

MY COMMISSION EXPIRES
APRIL 11, 2010

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Joyce Hatcher_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Joyce Hatcher_   5/26/6 |
| 1. Article Addressed to:<br><br>Oncology Supply Company<br>2801 Horace Shepard Drive<br>Dothan, AL 36303-1038 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>S&C DS 1st Amended<br>Online<br>CV-06-1350 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label)   7004 1160 0004 9756 5306 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

Stamp: MAY 2006 Filed — Melissa Rittenour Circuit Clerk