## AFFIDAVIT OF LYNDA NATALE

STATE OF TEXAS )

COUNTY OF DALLAS )

1. My name is **Lynda Natale** and I am employed in Addison, Texas by Integrated Commercialization Solutions, Inc. which is an affiliate of ASD Specialty Healthcare, Inc. I am over the age of 19 years and I have personal knowledge of the matters set forth herein.

2. I am the immediate supervisor of Regina Green who is currently off work due to a medical situation. I am familiar with Ms. Green's signature and it appears on the attached Certified Mail Receipt indicating that she is the person who signed for the Certified Mail envelope containing the First Amended Complaint and Summons issued in the case styled <u>Blue Cross and Blue Shield of Michigan, et al. vs. TAP Pharmaceuticals, Inc., et al.</u>; Circuit Court of Montgomery County, Civil Action Number: CV- CV-06-1350 on May 26, 2006.

3. Ms. Green is employed as an Administrative Assistant, and is not an officer, managing or general agent, or agent authorized by law, statute, or appointment to receive service of process for AmerisourceBergen Specialty Group which is a name that ASD Specialty Healthcare, Inc. does business as.

        *Lynda Natale*    8/1/06
Lynda Natale

Sworn to and subscribed before me this
_1st_ day of _August_, 2006.

_Dawn Moore_
NOTARY PUBLIC
My Commission Expires: 9/2/09

DAWN MOORE
MY COMMISSION EXPIRES
September 2, 2009

- 3 -

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>_(illegible)_ | C. Date of Delivery<br>15-26-06 |
| 1. Article Addressed to:<br><br>Amerisource Bergen Specialty Group<br>4006 Belt Line Road, Suite 115<br>Addison, Texas 75001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered         ☒ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☒ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0004 9756 5290 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |