IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC.; ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA AMERICA HOLDINGS, INC.; ONCOLOGY SUPPLY COMPANY; AMERISOURCEBERGEN SPECIALTY GROUP; AMERISOURCEBERGEN CORPORATION; and FICTITIOUS DEFENDANTS,<br><br>Defendants. | Civil Action No. 2:06cv536<br><br>Judge Fuller<br><br>Supplemental Submission |

## SUPPLEMENTAL SUBMISSION

Pursuant to 28 U.S.C. § 1441 et seq., the defendants have removed this civil action from the Circuit Court of Montgomery, Alabama, to the United States District Court for the Middle District of Alabama.

The defendants jointly make this Supplemental Submission. (See Section III of Defendants' Joint Opposition to Plaintiffs' Motion to Remand)

**Exhibit A:** Copies of the summonses which were served, or purportedly served, with the complaint and amended complaint upon the defendants other than TAP. Each summons is

identical (other than the addressee) to the summonses which were served upon TAP, and which were provided this Court along with the Notice of Removal.

**Exhibit B:** Items in addition to process currently contained in the file of the Circuit Clerk of Montgomery County. These documents are provided to this Court for purposes of completeness. These are:

i) The Civil Cover Sheet which was not served on any defendant;

ii) Return receipt cards which confirm delivery by mail of the process sent by the Circuit Clerk of Montgomery County. These cards were not contained in the file of the Circuit Clerk as of the date of removal of this cause.

Dated: August 2, 2006

Of counsel:
Daniel E. Reidy
James R. Daly
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

(*pro hac vice* motions to be filed)

/s/ Tabor R. Novak, Jr.
Tabor R. Novak, Jr. (ASB-9503-V72T)
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive
Suite 204
P.O. Box 2148
Montgomery, AL 36102-2148
Telephone: (334) 387-7680
Facsimile: (334) 387-3222

**Counsel for Defendant
TAP PHARMACEUTICAL PRODUCTS INC.**

Dated: August 2, 2006

Of counsel:
George C. Lombardi
Erik W. Snapp
WINSTON & STRAWN LLP
35 West Wacker
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

(*pro hac vice* motions to be filed)

/s/ Robert A. Huffaker
Robert A. Huffaker (ASB-7668-U79R)
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 481-0814

**Counsel for Defendant
ABBOTT LABORATORIES**

Dated: August 2, 2006

| | |
|---|---|
| Of counsel:<br>Thomas P. Sullivan<br>Robert R. Stauffer<br>Nada Djordjevic<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>Telephone: (312) 222-9350<br>Facsimile: (312) 840-7305 | /s/ Joseph C. Espy III<br>Joseph C. Espy III (ASB-6591-S82J)<br>MELTON, ESPY & WILLIAMS, P.C.<br>301 Adams Avenue<br>Montgomery, Alabama 36104<br>Telephone: (334) 263-6621<br>Facsimile: (334) 263-7252<br><br>**Counsel for Defendants**<br>**TAKEDA PHARMACEUTICAL COMPANY LIMITED AND TAKEDA AMERICA HOLDINGS INC.** |

Dated: August 2, 2006

/s/ Sandy G. Robinson
Sandy G. Robinson (ROBI5756)
Ian D. Rosenthal (ROSEI6905)
CABANISS, JOHNSTON, GARDNER,
DUMAS & O'NEAL LLP
Post Office Box 2906
Mobile, Alabama 36652
Telephone: (251) 415-7308
Facsimile: (251) 415-7350

**Counsel for Defendant**
**AMERISOURCEBERGEN CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system served by U.S. mail:

Shanin Specter. Esq.
Donald E. Haviland, Esq.
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Pamela B. Slate, Esq.
Slate Kennedy LLC
166 Commerce Street
Suite 350
Montgomery, AL 36104

Kimberly R. West, Esq.
Wallace, Jordan, Ratliff & Brandt, LLC
P. O. Box 530910
Birmingham, Alabama 35298

/s/ Tabor R. Novak, Jr.