EXHIBIT A

**STATE OF ALABAMA**
**MONTGOMERY COUNTY CIRCUIT COURT**

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN,<br><br>**Plaintiffs,**<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.); ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED (formerly known as TAKEDA CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA HOLDINGS, INC., ONCOLOGY SUPPLY; AMERISOURCE BERGEN SPECIALTY GROUP; AMERISOURCE BERGEN CORPORATION; FICTITIOUS DEFENDANTS, the identities of which are unknown to Plaintiffs, and through the exercise of due diligence cannot be known to Plaintiffs at this time, but who will be added as defendants by amendment as necessary upon Plaintiffs' identifying them, A-Z, intending to refer those entities or persons that committed any of the acts and/or omissions of which the named Defendants are alleged herein to have committed; AA-ZZ, intending to refer to those persons or entities that conspired to commit any of the acts and/or omissions of which the named Defendants are alleged herein to have committed; AAA-ZZZ, intending to refer to those persons or entities that have committed any acts or omissions that have proximately caused injury and damage to Plaintiffs as alleged herein,<br><br>**Defendants.** | FILE NO. _CV-06-1350_<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br> |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:     **Abbott Laboratories**
                **100 Abbott Park Road**          D2
                **Abbott Park, IL 60064-3500**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to KIMBERLY R. WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are:

WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

CLERK OF THE COURT

DATED: 05/23/06

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here

To: **Abbott Laboratories**
**100 Abbott Park Road**
**Abbott Park, IL 60064-3500**

7004 1160 0002 5800 1845

## STATE OF ALABAMA
### MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

                    Plaintiffs,

        v.

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

                    Defendants.

FILE NO. _CV-06-1350_

**COMPLAINT**

**JURY TRIAL DEMANDED**



MAY 2006
Filed
Melissa Rittenour
Circuit Clerk

---

### SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:          **Takeda Pharmaceutical Co. Ltd.**
                    **475 Half Day Road**
                    **Suite 500**
                    **Lincolnshire, IL 60069-2934**

D3

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting

or denying each allegation in the Complaint, to KIMBERLY R. WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are: WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

CLERK OF THE COURT

DATED: 05/23/06

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 1160 0002 5800 1852

Takeda Pharmaceutical Co. Ltd.
475 Half Day Road
Suite 500
Lincolnshire, IL 60069-2934

STATE OF ALABAMA
MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

Plaintiffs,

v.

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

Defendants.

FILE NO. _CV-06-1350_

COMPLAINT

JURY TRIAL DEMANDED



MAY 2006
Filed
Melissa Rittenour
Circuit Clerk

---

**SUMMONS**

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    **Takeda America Holdings, Inc.**
**767 3rd Ave**
**New York, NY 10017-2023**    D4

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to KIMBERLY R. WEST, ESQ. and/or SHANIN SPECTER,

ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are: WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

    THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

CLERK OF THE COURT

DATED: _05/23/06_

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7004 1160 0002 5800 1869

To: Takeda America Holdings, Inc.
767 3rd Ave
New York, NY 10017-2023

PS Form ...                    See reverse for instructions

STATE OF ALABAMA
MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

        Plaintiffs,

    v.

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

        Defendants.

FILE NO. _Cv-06-1350_

COMPLAINT

JURY TRIAL DEMANDED



## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's
attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:      **Oncology Supply**
                      **2801 Horace Shepard Drive**    D5
                      **Dothan, AL 36303-1038**

    The Complaint which is attached to this summons is important and you must take immediate action
to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting
or denying each allegation in the Complaint, to KIMBERLY R. WEST, ESQ. and/or SHANIN SPECTER,
ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are:

WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

      THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

 

_____
CLERK OF THE COURT

DATED:_____05/23/06_____



## STATE OF ALABAMA
### MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

              **Plaintiffs,**

      v.

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

              **Defendants.**

FILE NO. _CV-06-1350_

**COMPLAINT**

**JURY TRIAL DEMANDED**



---

### SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:      **Amerisource Bergen Specialty Group**
                      **4006 Belt Line Road, Suite 115**
                      **Addison, Texas 75001**      D6

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to KIMBERLY R. WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are:

WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

       THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_____
CLERK OF THE COURT

DATED:_____05/23/06_____

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 1160 0002 5800 1883

Amerisource Bergen Specialty Group
4006 Belt Line Road, Suite 115
Addison, Texas 75001

Instructions

STATE OF ALABAMA
MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

        **Plaintiffs,**

    **v.**

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

        **Defendants.**

FILE NO. _Cv-06-1350_

**COMPLAINT**

**JURY TRIAL DEMANDED**



## SUMMONS

   This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

      NOTICE TO:        **Amerisource Bergen Corporation
1300 Morris Drive Suite 100
Chesterbrook, PA 19087**    D7

   The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to KIMBERLY R. WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are:

WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

       THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Melissa Pittman_
CLERK OF THE COURT

DATED: 05/23/06

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 1160 0002 5800 1890

Sent To Amerisource Bergen Corp
Street, Apt. No.; or PO Box No. 1300 Morris Dr Suite 100
City, State, ZIP+4 Chesterbrooks, PA 19087

PS Form 3800, June 2002                    See Reverse for Instructions

## STATE OF ALABAMA
## MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

               **Plaintiffs,**

     **v.**

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY COMPANY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

              **Defendants.**

**FILE NO. CV-06-1350**

**FIRST AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2006 MAY 16 PM 3: 14

## SUMMONS

    This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:       **Abbott Laboratories**
                     **100 Abbott Park Road**
                     **Abbott Park, IL 60064-3500**    D2

    The First Amended Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the First Amended Complaint, to KIMBERLY R.

WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are: WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Melissa Pittman_

CLERK OF THE COURT

DATED: 05/23/06

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 1160 0004 9756 5276

Sent To   Abbott Laboratories
Street, Apt.   100 Abbott Park Road
or PO Box
City, State   Abbott Park, IL 60064-3500

PS Form 3800, June 2002          See Reverse for Instructions

STATE OF ALABAMA
MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

Plaintiffs,

v.

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY COMPANY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

Defendants.

FILE NO. CV-06-1350

**FIRST AMENDED
COMPLAINT**

**JURY TRIAL DEMANDED**

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2006 MAY 16  PM 3:12

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        **Takeda Pharmaceutical Co. Ltd.**
**475 Half Day Road**
**Suite 500**                      D3
**Lincolnshire, IL 60069-2934**

The First Amended Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the First Amended Complaint, to KIMBERLY R. WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are: WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Melissa Pittman_

CLERK OF THE COURT

DATED: __05/23/06__

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 1160 0004 9756 5283

Sent To Takeda Pharmaceutical Co. Ltd.
Street, Apt. or PO Box 475 Half Day Road Suite 500
City, State Lincolnshire, IL 60069-2934

PS Form 3800, June 2002                  See Reverse for Instructions

STATE OF ALABAMA
MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

Plaintiffs,

v.

TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.); ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED (formerly known as TAKEDA CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA HOLDINGS, INC., ONCOLOGY SUPPLY COMPANY; AMERISOURCE BERGEN SPECIALTY GROUP; AMERISOURCE BERGEN CORPORATION; FICTITIOUS DEFENDANTS, the identities of which are unknown to Plaintiffs, and through the exercise of due diligence cannot be known to Plaintiffs at this time, but who will be added as defendants by amendment as necessary upon Plaintiffs' identifying them, A-Z, intending to refer those entities or persons that committed any of the acts and/or omissions of which the named Defendants are alleged herein to have committed; AA-ZZ, intending to refer to those persons or entities that conspired to commit any of the acts and/or omissions of which the named Defendants are alleged herein to have committed; AAA-ZZZ, intending to refer to those persons or entities that have committed any acts or omissions that have proximately caused injury and damage to Plaintiffs as alleged herein,

Defendants.

FILE NO. CV-06-1350

FIRST AMENDED
COMPLAINT

JURY TRIAL DEMANDED

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2006 MAY 16 PM 3: 14

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:      **Takeda America Holdings, Inc.**
                **767 3rd Ave**
                **New York, NY 10017-2023**

D4

The First Amended Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written

Answer, either admitting or denying each allegation in the First Amended Complaint, to KIMBERLY R. WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are:  WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_____
CLERK OF THE COURT

DATED: ___05/23/06___

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent Takeda America Holdings, Inc.
Street 767 3rd Ave
or PO City New York, NY 10017-2023

7004 1160 0004 9756 5252

PS Form 3800, June 2002          See Reverse for Instructions

STATE OF ALABAMA
MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

Plaintiffs,

v.

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY COMPANY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

Defendants.

FILE NO. CV-06-1350

FIRST AMENDED
COMPLAINT

JURY TRIAL DEMANDED

2006 MAY 16 PM 3:14    FILED CIRCUIT COURT OF MONTGOMERY COUNTY

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's
attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        **Oncology Supply Company
2801 Horace Shepard Drive
Dothan, AL 36303-1038**        D5

The First Amended Complaint which is attached to this summons is important and you must take
immediate action to protect your rights.  You are required to mail or hand deliver a copy of a written
Answer, either admitting or denying each allegation in the First Amended Complaint, to KIMBERLY R.

WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are: WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

     THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

CLERK OF THE COURT

DATED: 05/23/06



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  **Oncology Supply Company**
Street, Apt. or PO Box  **2801 Horace Shepard Drive**
City, State,  **Dothan, AL 36303-1038**

7004 1160 0004 9756 5306

PS Form 3800, June 2002                    See Reverse for Instructions

STATE OF ALABAMA
MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

                Plaintiffs,

    v.

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY COMPANY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

                Defendants.

FILE NO. CV-06-1350

**FIRST AMENDED
COMPLAINT**

**JURY TRIAL DEMANDED**

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2006 MAY 16 PM 3: 14

---

## SUMMONS

    This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        **Amerisource Bergen Specialty Group
4006 Belt Line Road, Suite 115
Addison, Texas 75001**

D6

    The First Amended Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the First Amended Complaint, to KIMBERLY R.

WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are:  WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

CLERK OF THE COURT

DATED: _05/23/06_

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 1160 0004 9756 5290

Sent To  **Amerisource Bergen Specialty Group**
Street, or PO B  **4006 Belt Line Road, Suite 115**
City, St  **Addison, Texas 75001**

PS Form 3800, June 2002          See Reverse for Instructions

STATE OF ALABAMA
MONTGOMERY COUNTY CIRCUIT COURT

BLUECROSS AND BLUESHIELD OF ALABAMA; and
BLUECROSS AND BLUESHIELD OF MICHIGAN,

        **Plaintiffs,**

    v.

TAP PHARMACEUTICAL PRODUCTS INC. (formerly
known as TAP HOLDINGS, INC.); ABBOTT
LABORATORIES; TAKEDA PHARMACEUTICAL
COMPANY LIMITED (formerly known as TAKEDA
CHEMICAL INDUSTRIES, LTD.); TAKEDA AMERICA
HOLDINGS, INC., ONCOLOGY SUPPLY COMPANY;
AMERISOURCE BERGEN SPECIALTY GROUP;
AMERISOURCE BERGEN CORPORATION;
FICTITIOUS DEFENDANTS, the identities of which
are unknown to Plaintiffs, and through the exercise
of due diligence cannot be known to Plaintiffs at this
time, but who will be added as defendants by
amendment as necessary upon Plaintiffs' identifying
them, A-Z, intending to refer those entities or
persons that committed any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AA-ZZ,
intending to refer to those persons or entities that
conspired to commit any of the acts and/or
omissions of which the named Defendants are
alleged herein to have committed; AAA-ZZZ,
intending to refer to those persons or entities that
have committed any acts or omissions that have
proximately caused injury and damage to Plaintiffs
as alleged herein,

        Defendants.

**FILE NO. CV-06-1350**

**FIRST AMENDED
COMPLAINT**

**JURY TRIAL DEMANDED**

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY.
2006 MAY 16 PM 3: 14

---

## SUMMONS

    This service by certified mail of this summons is initiated upon the written request of plaintiff's
attorney pursuant to the Alabama Rules of Civil Procedure.

    NOTICE TO:        **Amerisource Bergen Corporation**
                       **1300 Morris Drive Suite 100**
                       **Chesterbrook, PA 19087**   D7

    The First Amended Complaint which is attached to this summons is important and you must take
immediate action to protect your rights. You are required to mail or hand deliver a copy of a written
Answer, either admitting or denying each allegation in the First Amended Complaint, to KIMBERLY R.

WEST, ESQ. and/or SHANIN SPECTER, ESQ. and/or DONALD E. HAVILAND, JR., ESQ., the lawyers for the plaintiff, whose addresses are:  WALLACE, JORDAN, RATLIFF & BRANDT, Post Office Box 530910, Birmingham, Alabama 35253 and KLINE & SPECTER 1525 Locust St 19th Flr Philadelphia, PA 19102.

      THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

CLERK OF THE COURT

DATED: _05/23/06_

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7004 1160 0004 9756 5289

Sent To **Amerisource Bergen Corporation**
Street, A **1300 Morris Drive Suite 100**
or PO B **Chesterbrook, PA 19087**
City, Sta

PS Form 3800, June 2002          See Reverse for Instructions