# EXHIBIT B

***This case is related to AWP Litigation Assigned to Judge Price

CV-06-1350

| State of Alabama Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>CIRCUIT COURT – CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐ ☐☐☐☐ ☐☐-☐☐<br>Date of Filing:                    Judge Code:<br>☐☐  ☐☐  ☐☐☐☐         ☐☐☐☐☐<br>Month  Day  Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____ Montgomery County _____, ALABAMA
(Name of County)

__BlueCross and BlueShield of Alabama, et al.__ v. __TAP Pharmaceutical Products, Inc., et al.__
Plaintiff                                                                                             Defendant

First Plaintiff:  ☑ Business  ☐ Individual  ☐ Government  ☐ Other
First Defendant:  ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA  - Wrongful Death
- ☐ TONG  - Negligence: General
- ☐ TOMV  - Negligence: Motor Vehicle
- ☐ TOWA  - Wantonness
- ☐ TOPL  - Product Liability/AEMLD
- ☐ TOMM  - Malpractice-Medical
- ☐ TOLM  - Malpractice-Legal
- ☐ TOOM  - Malpractice-Other
- ☑ TBFM  - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX  - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE  - Personal Property
- ☐ TORE  - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN  - Abandoned Automobile
- ☐ ACCT  - Account & Nonmortgage
- ☐ APAA  - Administrative Agency Appeal
- ☐ ADPA  - Administrative Procedure Act
- ☐ ANPS  - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT  - Civil Rights
- ☐ COND  - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP  - Contempt of Court
- ☐ CONT  - Contract/Ejectment/Writ of Seizure
- ☐ TOCN  - Conversion
- ☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD  - Eviction Appeal/Unlawful Detainer
- ☐ FORJ  - Foreign Judgment
- ☐ FORF  - Fruits of Crime Forfeiture
- ☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB  - Protection From Abuse
- ☐ FELA  - Railroad/Seaman (FELA)
- ☐ RPRO  - Real Property
- ☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP  - Workers' Compensation
- ☐ CVXX  - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):   F ☑ INITIAL FILING        A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER: _____
                         R ☐ REMANDED              T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED       ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: W E S 0 0 8      5/11/06
                                 Date

_Kimberly West_
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☑ UNDECIDED





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Abbott Laboratories
100 Abbott Park Road
Abbott Park, IL 60064-3500

2. Article Number (Transfer from service label)
7004 2160 0002 5800 1845

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Wada Cooper
C. Date of Delivery: 5/30/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

S#C D2
Cv-06-1360

Filed Melissa Rittenour Circuit Clerk

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

---



UNITED STATES POSTAL SERVICE    First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

County Circuit Civil Clerk
Montgomery County Courthouse
251 South Lawrence Street
Montgomery, Alabama 36102-1667

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Takeda Pharmaceutical Co. Ltd.
    475 Half Day Road
    Suite 500
    Lincolnshire, IL 60069-2934

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  5/5/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   SEC D3
   CV-06-1350

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
   (Transfer from service label)   7004 1160 0002 5800 1852

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

County Circuit Civil Clerk
Montgomery County Courthouse
251 South Lawrence Street
Montgomery, Alabama 36102-1667

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Takeda America Holdings, Inc.
   767 3rd Ave
   New York, NY 10017-2023

   Filed
   Melissa Rittenour
   Circuit Clerk

2. Article Number
   (Transfer from service label)

   7004 1160 0002 5800 1869

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]              ☐ Agent
                              ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   SEP 04 2006
   CV-06-1350

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

---

CMP
UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

County Circuit Civil Clerk
Montgomery County Courthouse
251 South Lawrence Street
Montgomery, Alabama 36102-1667

C006



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Amerisource Bergen Specialty Group
   4006 Belt Line Road, Suite 115
   Addison, Texas 75001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Regina Green_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Regina Green    05-25-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   SPC   D6
   CV-06-1350

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1160 0002 5800 1883

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

County Circuit Civil Clerk
Montgomery County Courthouse
251 South Lawrence Street
Montgomery, Alabama 36102-1667

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Mh VL_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Shawn Corda<br>C. Date of Delivery: 5-26-06 |
| 1. Article Addressed to:<br>Amerisource Bergen Corp<br>1300 Morris Drive<br>Suite 100<br>Chesterbrook, PA 19087 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>S&C D7<br>Cv-06-1360<br>3. Service Type<br>☐ Certified Mail ☒ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0002 5800 1890 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

County Circuit Civil Clerk
Montgomery County Courthouse
251 South Lawrence Street
Montgomery, Alabama 36102-1667

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    TAP Pharmaceutical Products, Inc.
    675 N Field Drive
    Lake Forest, IL 60045-4832

2. Article Number
    (Transfer from service label)

    7004 1160 0004 9756 5245

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   S&C D 1st Amended
   online
   CV-06-1350

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

    County Circuit Civil Clerk
    Montgomery County Courthouse
    251 South Lawrence Street
    Montgomery, Alabama 36102-1667



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Takeda Pharmaceutical Co. Ltd.
   475 Half Day Road
   Suite 500
   Lincolnshire, IL 60069-2934

2. Article Number
   (Transfer from service label)     7004 1160 0004 9756 5283

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]      ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   MAY 30 2006   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:

   S&C D3   Ur Amended
   CV-06-1350   Online

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

---

CMP

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   County Circuit Civil Clerk
   Montgomery County Courthouse
   251 South Lawrence Street
   Montgomery, Alabama 36102-1667

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Takeda America Holdings<br>767 3rd Ave    Melissa Ritten<br>New York, NY 10017-2023    Circuit Clerk | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>SpC D4  1st Amended<br>Online<br>CV-06-1350 |
|  | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)    ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0004 9756 5252 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Takeda America Holdings
   767 3rd Ave
   New York, NY 10017-2023

   Melissa Ritten
   Circuit Clerk

2. Article Number
   (Transfer from service label)

   7004 1160 0004 9756 5252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   Spc D4   1st Amended
            Online
   CV-06-1350

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☒ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

County Circuit Civil Clerk
Montgomery County Courthouse
251 South Lawrence Street
Montgomery, Alabama 36102-1667



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Amerisource Bergen Specialty Group
   4006 Belt Line Road, Suite 115
   Addison, Texas 75001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Rayna Lion_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Rayna Lion                    05-06-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Transfer from service label)
   7004 1160 0004 9756 5290

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

County Circuit Civil Clerk
Montgomery County Courthouse
251 South Lawrence Street
Montgomery, Alabama 36102-1667

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_[illegible]_  05-26-06 |
| 1. Article Addressed to:<br><br>Amerisource Bergen Specialty Group<br>4006 Belt Line Road, Suite 115<br>Addison, Texas 75001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0004 9756 5290 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540