# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN, Plaintiffs, <br><br> v. <br><br> TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.);ET AL., <br><br> Defendants. | Case No.:  2:06-cv-536-MEF |

## PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY, OR IN THE ALTERNATIVE, FOR RULE 26(F) CONFERENCE

Come now the Plaintiffs, BlueCross and BlueShield of Alabama ("BCBS Alabama") and BlueCross and BlueShield of Michigan ("BCBS Michigan"), and move this Court to either (1) enter an Order requiring Defendants to respond to the limited jurisdictional discovery proposed by Plaintiffs (attached hereto as Exhibits "A" & "B") within 20 days without the need for parties' planning meeting, or (2) enter an Order requiring the parties to attend a pretrial planning conference within 14 days in Montgomery, Alabama, or at a time and a place of the Court's choosing, pursuant to FED. R. CIV. P. 26(f), and requiring Defendants to respond to said discovery within 7 days following the conference.[1]  In further support of this motion, Plaintiffs state as follows:

---

[1] Plaintiffs maintain that the record before this Court on Motion to Remand will be sufficient for the Court to grant remand, if not summary remand, of this action, as will be addressed further in Plaintiff's Reply Brief in Support of Motion to Remand to State Court, which will be filed August 9, 2006. In the event that the Court disagrees, however, Plaintiffs wish to move forward quickly to remedy the improvident removal of this action.

1.     The defendants removed this action from the Circuit Court of Montgomery County, Alabama on June 16, 2006.

2.     Plaintiffs filed their motion to remand this action on July 17, 2006.

3.     Plaintiffs have proposed to undertake limited jurisdictional discovery on the disputed issues regarding the citizenship of the fictitious defendants and Oncology Supply Company ("OSC"). *See* Motion to Remand to State Court (Dkt. 25) ¶ 60. On July 19, 2006, Plaintiffs served their proposed discovery on defendants, copies of which are attached hereto as Exhibits "A" and "B."

4.     Plaintiffs have sent repeated requests to defendants, inviting them to meet for a Rule 26(f) conference.

5.     On July 19, 2006, Plaintiffs sent a letter to all defendants, offering "to convene and conference with [defendants] pursuant to the Federal Rules of Civil Procedure 16 for the limited purpose of discussing the issues relevant to the Federal Court jurisdiction and Plaintiffs' discovery relating to the same[,]" stating that Plaintiffs were "available to speak with [defendants] at any time beginning . . . Friday, July 21, 2006." *See* Letter from Donald E. Haviland, Jr. to All Counsel, dated July 19, 2006, attached hereto as Exhibit "C."

6.     Plaintiffs reiterated that request to all defendants via e-mail on the following day. *See* E-mail from Kathleen M. Spurka to All Counsel, dated July 20, 2006, attached hereto as Exhibit "D."

7.     Later that same day, Pamela B. Slate again broached the subject with defense counsel, stating: "We hope to hear from you quickly regarding our request for a parties' planning meeting, and are available at your convenience beginning tomorrow." *See* E-mail from Pamela B. Slate to All Counsel, dated July 20, 2006, attached hereto as Exhibit "E."

8.    To date, Defendants have refused to discuss the matter. *See* Letter from Sandy G. Robinson (counsel to Amerisource Bergen("ASB"), Amerisource Bergen Specialty Group ("ABSG"), and OSC) to Plaintiffs' Counsel, dated July 28, 2006, attached hereto as Exhibit "F;" Letter from Irene S. Fiorentinos (counsel to TAP Pharmaceutical Products, Inc.) to Plaintiffs' Counsel, dated August 4, 2006, attached hereto as Exhibit "G;" Letter from Robert R. Stauffer (counsel to Takeda Pharmaceutical Company Limited and Takeda America Holdings, Inc.) to Plaintiffs' Counsel, dated August 7, 2006, attached hereto as Exhibit "H."

9.    The Court has discretion to permit jurisdictional discovery. *See Eaton v. Dorchester Dev., Inc.,* 692 F.2d 727 (11th Cir. 1982) ("It is ... clear that federal courts have the power to order, at their discretion, the discovery of facts necessary to ascertain their competency to entertain the merits."); *Slate v. Shell Oil Co.,* 2006 WL 2135786 (S.D. Ala. July 27, 2006) (six week discovery period permitted on limited jurisdictional question of diversity); *Bloodsworth v. Smith & Nephew*, 2005 WL 3470337 (M.D. Ala. December 19, 2005) (DeMent, J.) (allowing jurisdictional discovery).

10.    Where, as here, a defendant makes untested assertions regarding its citizenship in an attempt to defeat Plaintiffs' Motion to Remand, and the citizenship of the fictitious defendants is clearly in Alabama, judicial economy and fairness compel that the limited discovery proposed by the Plaintiffs be allowed. *Cf. Harris v. Beaulieu*, 394 F. Supp. 2d 1348, 1356-57 (M.D. Ala. 2005) (DeMent, J.).

11.    For the foregoing reasons, Plaintiffs seek an Order requiring the Defendants to respond to Plaintiffs' limited jurisdictional discovery within 20 days without the need for a parties' planning meeting. In the alternative, Plaintiffs seek an Order that the parties must attend a planning

conference in Montgomery, Alabama, within 14 days, or at a time and place of the Court's choosing,

and that Defendants must respond to Plaintiffs discovery within 7 days following said conference.

Respectfully submitted,

Dated:  August 7, 2006

/s/ Pamela B. Slate
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, AL 36104
Telephone:     (334) 262-3300
Facsimile:     (334) 262-3301

Kimberly R. West (ASB-2419-E65K)
kw@wallacejordan.com
WALLACE JORDAN RATLIFF & BRANDT LLC
P.O. Box 530910
Birmingham, AL 35298
Telephone:     (205) 870-0555
Facsimile:     (205) 871-7534

Donald E. Haviland, Jr.
Donald.Haviland@KlineSpecter.com
KLINE & SPECTER
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Telephone:     (215) 772-1000
Facsimile:     (215) 735-0957

ATTORNEYS FOR PLAINTIFFS
BLUECROSS AND BLUESHIELD OF ALABAMA AND
BLUECROSS AND BLUESHIELD OF MICHIGAN

4

## CERTIFICATE OF SERVICE

I hereby certify that on this date, August 7, 2006, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following:

### COUNSEL FOR DEFENDANT TAP PHARMACEUTICAL PRODUCTS, INC.

Tabor Robert Novak, Jr., Esquire
Ball Ball Matthews & Novak PA
P.O. Box 2148
Montgomery, AL 36102-2148
Telephone:    (334) 387-7680
Facsimile:    (334) 387-3222
tnovak@ball-ball.com

Daniel Edward Reidy, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:    (312) 269-4140
Facsimile:    (312) 782-8585
dereidy@jonesday.com

James R. Daly, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:    (312) 782-4141
Facsimile:    (312) 782-8585
jrdaly@jonesday.com

### COUNSEL FOR DEFENDANT ABBOTT LABORATORIES

Robert A. Huffaker, Esquire
Rushton Stakely Johnston & Garrett PC
P.O. Box 270
Montgomery, AL 36101-0270
Telephone:    (334) 206-3100
Facsimile:    (334) 262-6277
rah@rsjg.com

Erik W. Snapp, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:    (312) 558-5600
Facsimile:    (312) 558-5700
esnapp@winston.com

George Carter Lombardi, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:    (312) 558-5969
Facsimile:    (312) 558-5700
glombardi@winston.com

5

COUNSEL FOR DEFENDANTS TAKEDA AMERICA HOLDINGS, INC.
and
TAKEDA PHARMACEUTICAL COMPANY LIMITED

Joseph C. Espy, III, Esquire
Melton Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103-5130
Telephone:    (334) 263-6621
Facsimile:    (334) 263-7252
jespy@mewlegal.com

Nada Djordjevic, Esquire
Jenner & Block LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:    (312) 222-9350
Facsimile:    (312) 840-7305
ndjordjevic@jenner.com

Robert R. Stauffer, Esquire
Jenner & Block LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:    (312) 923-2905
Facsimile:    (312) 840-7305
rstauffer@jenner.com

Thomas P Sullivan, Esquire
Jenner & Block, LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:    (312) 923-2928
Facsimile:    (312) 840-7305
tsullivan@jenner.com

COUNSEL FOR DEFENDANTS AMERISOURCE BERGEN CORPORATION,
AMERISOURCE BERGEN SPECIALTY GROUP,
and
ONCOLOGY SUPPLY COMPANY

Sandra Grisham Robinson, Esquire
Cabaniss Johnston Gardner Dumas & O'Neal
P.O. Box 2906
Mobile, AL 36652-2906
Telephone:    (251) 415-7308
Facsimile:    (251) 415-7350
sgr@cabaniss.com

Ian David Rosenthal, Esquire
Cabaniss Johnston Gardner Dumas & O'Neal
P.O. Box 2906
Mobile, AL 36652-2906
Telephone:    (251) 415-7309
Facsimile:    (251) 415-7350
idr@cabaniss.com

/s/ Pamela B. Slate
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, AL 36104
Telephone:    (334) 262-3300
Facsimile:    (334) 262-3301