# EXHIBIT "C"

# KLINE & SPECTER

A PROFESSIONAL CORPORATION

---

Direct Fax: 215-735-0957                                                                 Donald.Haviland@klinespecter.com

July 19, 2006

### VIA FIRST CLASS MAIL

TO:   ALL COUNSEL OF RECORD

Re:   *Blue Cross and Blue Shield of Alabama, et al. v. TAP Pharmaceutical Products, Inc., et al.*, Civil Action No. 2:06cv536-MEF (M.D. Al.)

Dear Counsel:

Enclosed please find the following documents related to the above-referenced matter:

1. Self-Executing Disclosure of Plaintiffs, BlueCross and BlueShield of Alabama and BlueCross and BlueShield of Michigan;

2. Notice of Issuance of Subpoenas;

3. Plaintiffs' First Request for Production of Documents to Defendants TAP, Abbott, and Takeda; and

4. Plaintiffs' First Request for Production of Documents to Defendants AmeriSource Bergen Corporation, Oncology Supply and AmeriSource Bergen Specialty Group.

Although we have pending a Motion to Remand which challenges the jurisdiction of the Federal Court, we would like to convene and conference with you pursuant to the Federal Rules of Civil Procedure 16 for the limited purposes of discussing the issues relevant to the Federal Court jurisdiction and Plaintiffs' discovery relating to the same. We are available to speak with you at any time beginning this Friday, July 21, 2006. Please let us know when you are available.

Yours sincerely,

Donald E. Haviland, Jr. /wjm

DONALD E. HAVILAND, JR.

DEH/da
Enclosures

G:\DEH\LUPRON BLUES - (200208)\Letters\All Counsel ltr (encl. ).wpd

PHILADELPHIA: 1525 LOCUST STREET • THE NINETEENTH FLOOR • PHILADELPHIA, PA 19102 • 215-772-1000 TELEPHONE • 800-597-9585 TOLL FREE TELEPHONE • 215-735-0957 FACSIMILE

NEW JERSEY: KLINE & SPECTER • 1800 CHAPEL AVENUE, SUITE 302 • CHERRY HILL, NJ 08002 • 856-662-1180 TELEPHONE • 856-662-1184 FACSIMILE
CO-MANAGING ATTORNEYS: ROBERT ROSS AND DONALD E. HAVILAND, JR.

NEW YORK: 230 PARK AVENUE, SUITE 2525 • NEW YORK, NY 10169 • 212-986-6200 X241 TELEPHONE • 800-916-8716 TOLL FREE TELEPHONE