# EXHIBIT "E"

Case 2:06-cv-00536-MEF-TFM     Document 35-6     Filed 08/07/2006     Page 1 of 3

# Spurka, Kathleen

**From:** Pam Slate [pslate@slatekennedy.com]
**Sent:** Thursday, July 20, 2006 5:55 PM
**To:** Tabor Novak; Spurka, Kathleen; Daniel E. Reidy (TAP); Grimmie, Diane; Haviland, Donald E.; Erik W. Snapp (Abbott - National); George C. Lombardi (Abbott - National); Ian D. Rosenthal (Amerisource); James R. Daly (TAP); Joseph C. Espy, III (Takeda - Local); Nisivoccia, Judy; Kimberly R. West (National Counsel BC/BS of AL & MI); Nada Djordjevic (Takeda - National); Robert A. Huffaker (Abbott - Local); Robert R. Stauffer (Takeda - National); Sandy Grisham Robinson (Amerisource); Specter, Shanin; Thomas P. Sullivan (Takeda - National)
**Subject:** RE: Blue Cross and Blue Shield of Alabama, et al. v. TAP Pharm. Products, Inc., et al., Civil Action No. 2:06cv536-MEF (M.D. Ala.)

No contradiction. Yes, we intend to voluntarily refrain until after the parties' planning meeting (or, of course, until the court grants the permission we requested in the motion to remand). We hope to hear from you quickly regarding our request for a parties' planning meeting, and are available at your convenience beginning tomorrow. Pam

---

**From:** Tabor Novak [mailto:tnovak@ball-ball.com]
**Sent:** Thursday, July 20, 2006 3:48 PM
**To:** Spurka, Kathleen; Daniel E. Reidy (TAP); Diane Grimmie (Specter Asst.); Donald E. Haviland, Jr. (BC/BS of AL & MI); Erik W. Snapp (Abbott - National); George C. Lombardi (Abbott - National); Ian D. Rosenthal (Amerisource); James R. Daly (TAP); Joseph C. Espy, III (Takeda - Local); Judy Nisivoccia (Haviland Asst.); Kimberly R. West (National Counsel BC/BS of AL & MI); Nada Djordjevic (Takeda - National); Pam Slate; Robert A. Huffaker (Abbott - Local); Robert R. Stauffer (Takeda - National); Sandy Grisham Robinson (Amerisource); Shanin Specter (BC/BS of AL & MI); Thomas P. Sullivan (Takeda - National)
**Subject:** Re: Blue Cross and Blue Shield of Alabama, et al. v. TAP Pharm. Products, Inc., et al., Civil Action No. 2:06cv536-MEF (M.D. Ala.)

In light of the content of para. 55 of the Plaintiffs' Remand Petition, I talked to Pam Slate and Susan Kennedy today about the effect of Rule 26(d) prohibiting the initiation of discovery prior to a Planning Meeting. I was assured that it would not be necessary for us to invoke the aid of the Court in order to be certain that this rule would be honored by all parties. Your transmittal appears to be a direct contradiction to the commitment that I received today. Do we need to bring this to the attention of the Court or will you voluntarily refrain from this discovery? Please advise. tabor Novak

----- Original Message -----
**From:** Spurka, Kathleen
**To:** Daniel E. Reidy (TAP) ; Diane Grimmie (Specter Asst.) ; Donald E. Haviland, Jr. (BC/BS of AL & MI) ; Erik W. Snapp (Abbott - National) ; George C. Lombardi (Abbott - National) ; Ian D. Rosenthal (Amerisource) ; James R. Daly (TAP) ; Joseph C. Espy, III (Takeda - Local) ; Judy Nisivoccia (Haviland Asst.) ; Kathleen Spurka (Haviland Asst.) ; Kimberly R. West (National Counsel BC/BS of AL & MI) ; Nada Djordjevic (Takeda - National) ; Pamela Beard Slate (Local Counsel BC/BS of AL & MI) ; Robert A. Huffaker (Abbott - Local) ; Robert R. Stauffer (Takeda - National) ; Sandy Grisham Robinson (Amerisource) ; Shanin Specter (BC/BS of AL & MI) ; Tabor R. Novak, Jr. (TAP) ; Thomas P. Sullivan (Takeda - National)
**Sent:** Thursday, July 20, 2006 3:17 PM
**Subject:** Blue Cross and Blue Shield of Alabama, et al. v. TAP Pharm. Products, Inc., et al., Civil Action No. 2:06cv536-MEF (M.D. Ala.)

As stated in Mr. Haviland's letter to all counsel dated yesterday, attached please find the following documents related to the above-referenced matter:

1. Self-Executing Disclosure of Plaintiffs, BlueCross and BlueShield of Alabama and BlueCross and BlueShield of Michigan;

2. Notice of Issuance of Subpoenas;

3. Plaintiffs' First Request for Production of Documents to Defendants TAP, Abbott, and Takeda; and

4. Plaintiffs' First Request for Production of Documents to Defendants AmeriSource Bergen Corporation, Oncology Supply and AmeriSource Bergen Specialty Group.

Although we have pending a Motion to Remand which challenges the jurisdiction of the Federal Court, we would like to convene

and conference with you pursuant to the Federal Rules of Civil Procedure 16 for the limited purposes of discussing the issues relevant to the Federal Court jurisdiction and Plaintiffs' discovery relating to the same. We are available to speak with you at any time beginning this Friday, July 21, 2006. Please let us know when you are available.


Kathleen M. Spurka

---
**KLINE & SPECTER**
A Professional Corporation
1525 Locust Street, 19th Floor
Philadelphia, PA 19102-3712
215•772•1000 telephone
215•772•1398 direct dial
215•735•0957 facsimile

This message is intended only for the use of the individual or entity to which it is addressed and contains information that is privileged (protected by the attorney-client privilege and the work-product privilege), confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify us immediately via return e-mail and delete the original message from your files.

7/21/2006