# EXHIBIT "F"

# Cabaniss Johnston

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP

Mobile Office
Riverview Plaza
63 South Royal St., Suite 700
Mobile, Alabama 36602

Mailing Address: Post Office Box 2906, Mobile, AL 36652
Telephone: (251) 415-7300 • Facsimile: (251) 415-7350

WILLIAM F. GARDNER
CRAWFORD S. McGIVAREN, JR.
SYDNEY F. FRAZIER, JR.
BENJAMEN T. ROWE
WILLIAM A. ROBINSON
PATRICK H. SIMS
DONALD J. STEWART
ROY J. CRAWFORD
WILLIAM K. THOMAS
F. GERALD BURNETT
DAVID S. DUNKLE
C. FRED DANIELS
G. THOMAS SULLIVAN
CAROLYN L. DUNCAN
DAVID L. KANE
R. BOYD MILLER
R. CARLTON SMYLY
STEVE A. TUCKER
SANDY G. ROBINSON

HERBERT HAROLD WEST, JR.
RICHARD ELDON DAVIS
MELANIE MERKLE BASS
JOHN M. GRAHAM
IAN D. ROSENTHAL
MICHAEL E. TURNER
JARROD J. WHITE
ANNA FUNDERBURK BUCKNER
PHILLIP B. WALKER

DIANE H. CRAWLEY
ANNETTE LANNING KINDERMAN
REBECCA DONELSON PARKS
DIANE BABB MAUGHAN
AMY BELL NELSON
JOHN ALLEN ROBERTS
JOSEPH D. STUTZ
SCOTT A. HOLMES
BRIAN G. WILSON

GEORGE L. MORRIS, IV
ANTHONY L. WATKINS, JR.
MARY KATHRYN JEFFREYS

K.W. MICHAEL CHAMBERS
L. MURRAY ALLEY
E.T. BROWN, JR.
OF COUNSEL

E.H. CABANISS
1857-1936

FORNEY JOHNSTON
1879-1965

LUCIEN D. GARDNER, JR.
1903-1988

M. CAMPER O'NEAL
1907-1989

Park Place Tower • 2001 Park Place North, Suite 700 • Birmingham, Alabama 35203
Telephone: (205) 716-5200 • Facsimile: (205) 716-5389

July 28, 2006

**ALL VIA EMAIL AND**
**UNITED STATES MAIL**

Donald E. Haviland, Jr., Esquire
KLINE & SPECTER
1525 Locust Street, 19th Floor
Philadelphia, PA  19102

Pamela B. Slate, Esquire
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, Alabama  36104

Kimberly R. West, Esquire
WALLACE, JORDAN, RATLIFF &
  BRANDT, LLC
Post Office Box 530910
Birmingham, Alabama  35298

RE: Blue Cross Blue Shield of Alabama, et al. vs.
    TAP Pharmaceutical Products, Inc., et al.
    Our File Number:  907950/09607
    Civil Action Number:  2:06-CV-536-MEF-DRB

Dear Counsel:

We are in receipt of Donald Haviland's letter of July 19, 2006 and Kathleen Spurka's e-mail of July 20, 2006. Based on local practice in the Middle District, we think plaintiffs clearly jumped the gun by serving discovery and issuing non-party subpoenas before there was a scheduling order. Therefore, we believe that the discovery served on our clients is a nullity.

We also believe it is premature to conduct a planning meeting as the Court has not entered a Rule 26(f) Order or indicated that the case is ripe for entry of a scheduling order

Donald E. Haviland, Jr., Esquire
Pamela Beard Slate, Esquire
Kimberly R. West, Esquire
July 28, 2006
Page 2

---

or commencement of discovery. There are additional complications here because you have argued that some preliminary discovery is needed on the jurisdictional issue. We disagree, and will address that matter in our opposition to your remand motion that will be filed next week. Even if the Court were to permit limited discovery on the jurisdictional issues, your proposed discovery goes far beyond that topic to the merits of the suit and therefore is clearly premature at this time.

Because of these concerns, we think it is appropriate to wait until the Court issues a Preliminary Order directing the parties to submit a joint planning report before holding a meeting, submitting a report or initiating discovery.

Please let me know if you would like to discuss this matter.

Yours very truly,

SANDY G. ROBINSON

SGR/kg
cc:  Shanin Specter, Esquire
     James R. Daly, Esquire
     Daniel E. Reidy, Esquire
     Irene S. Fiorentinos, Esquire
     Robert R. Stauffer, Esquire
     Thomas P. Sullivan, Esquire
     Nada Djordjevic, Esquire
     Joseph C. Espy, III, Esquire
     Robert A. Huffaker, Esquire
     George Carter Lombardi, Esquire
     Erik W. Snapp, Esquire
     Tabor Robert Novak, Jr., Esquire
     (All via email)