# EXHIBIT "G"

Case 2:06-cv-00536-MEF-TFM     Document 35-8     Filed 08/07/2006     Page 1 of 3

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1676
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4155
ifiorentinos@jonesday.com

JP348479
080024-105058

August 4, 2006

VIA E-MAIL

Donald E. Haviland, Jr.
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Pamela B. Slate
Slate Kennedy LLC
166 Commerce Street, Suite 350
Montgomery, Alabama 36104

Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, Alabama 35298

Re:   Blue Cross Blue Shield of Alabama, et al. vs.
      TAP Pharmaceutical Products, Inc., et al.
      Civil Action Number: 2:06-CV-536-MEF-DRB

Counsel:

This letter addresses the discovery directed to Defendants and third parties that Plaintiffs attempted to initiate on July 19, 2006. As Tabor Novak stated in his conversations with Pamela Slate on July 20, 2006, this discovery was premature and improper. Therefore, we consider Plaintiffs' First Request for Production of Documents to Defendants TAP, Abbott and Takeda to be a nullity as to which no response is required. We also have received copies of the letters sent to the doctors upon whom subpoenas had been previously served advising them not to respond until further notice. Again, we consider the subpoenas to be a nullity, and expect no further action to be taken with respect to these subpoenas.

With respect to Plaintiffs' request to convene a planning conference regarding discovery, we agree with the view expressed in Sandy Robinson's July 28th letter that such a meeting is premature as the Court has not directed the preparation of a scheduling order or otherwise indicated that discovery should commence. Furthermore, as we set forth in our Opposition to the Plaintiffs' Motion for Remand, we do not see a basis for engaging in the jurisdictional discovery you have requested.

CHI-1546324v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

August 4, 2006
Page 2

      Therefore, we will wait until the Court issues the appropriate scheduling orders before convening a conference regarding discovery. Please let us know if we need to discuss this matter further at this time.

Very truly yours,

Irene S. Fiorentinos

cc:    James R. Daly
         Tabor R. Novak, Jr.
         Nada Djordjevic
         Joseph C. Espy, III
         Robert A. Huffaker
         George C. Lombardi
         Sandy G. Robinson
         Robert R. Stauffer
         Erik W. Snapp