# EXHIBIT "H"

**JENNER&BLOCK**

August 7, 2006

**VIA EMAIL AND FIRST
CLASS MAIL**

Jenner & Block LLP      Chicago
One IBM Plaza           Dallas
Chicago, IL 60611-7603  New York
Tel 312 222-9350        Washington, DC
www.jenner.com

Donald E. Haviland, Jr.
Kline & Specter
1524 Locust Street, 19th Floor
Philadelphia, PA  19102

Pamela B. Slate
Slate Kennedy LLC
166 Commerce Street,
Suite 350
Montgomery, Alabama
36104

Robert R. Stauffer
Tel  312 - 923-9205
Fax  312 – 840-7305
rstauffer@jenner.com

Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, Alabama  35298

Re:   <u>BlueCross and BlueShield of Alabama et al. v. TAP Pharmaceutical Products Inc.,
      et al., Civil Action Number: 2:06-CV-536-MEF-DRB</u>

Dear Counsel:

    We are writing to join in the July 28, 2006 letter sent by Sandy G. Robinson, counsel for AmerisourceBergen Corporation, AmerisourceBergen Specialty Group, and Oncology Supply, in response to the discovery plaintiffs recently served on defendants, including our clients, Takeda Pharmaceutical Company Limited ("Takeda") and Takeda America Holdings, Inc. ("TAH"), and numerous third parties.

    As stated in Ms. Robinson's letter, the discovery served by Donald Haviland on July 19, 2006 was improperly served prior to the entry of a scheduling order and is thus invalid and requires no response from defendants.  Similarly, we also consider the subpoenas served on several third party doctors to be a nullity, and expect that plaintiffs will take no further action with respect to the subpoenas.  Takeda and TAH also agree with the view expressed in Ms. Robinson's letter that a planning meeting is premature at this time, and that the proper course of action is to wait until the Court issues a Rule 26(f) order directing the parties to submit a joint planning report addressing the need for and timing of discovery, prior to holding a planning meeting.

    Please let me know if you wish to discuss this matter.

Very truly yours,

Robert R. Stauffer

cc:   Shanin Specter (via email)
      Thomas P. Sullivan (via email)

Donald E. Haviland, Jr.
Pamela B. Slate
Kimberly R. West
August 7, 2006
Page 2

      Joseph C. Espy, III (via email)
      James R. Daly (via email)
      Daniel E. Reidy (via email)
      Irene S. Fiorentinos (via email)
      Robert A. Huffaker (via email)
      George Carter Lombardi (via email)
      Erik W. Snapp (via email)
      Tabor Robert Novak, Jr. (via email)
      Sandy G. Robinson (via email)