### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN,** | |
| **Plaintiffs,** | **Civil Action No.  2:06CV536** |
| **v.** | **Judge Fuller** |
| **TAP PHARMACEUTICAL PRODUCTS INC.; ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA AMERICA HOLDINGS, INC.; ONCOLOGY SUPPLY COMPANY; AMERISOURCE BERGEN SPECIALTY GROUP; AMERISOURCE BERGEN CORPORATION; and FICTITIOUS DEFENDANTS,** | **Defendant's Motion For Leave To File Instanter Surreply in Opposition To Plaintiffs' Motion To Remand** |
| **Defendants.** | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE INSTANTER SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendants TAP Pharmaceutical Products Inc., Abbott Laboratories, Takeda Pharmaceutical Company Limited, Takeda America Holdings Inc., by their undersigned counsel, hereby seek leave to file instanter the attached Surreply in opposition to Plaintiffs' Motion for Remand.  In support of their Motion, Defendants state as follows:

1.      Plaintiffs, in their Motion to Remand, citing a single case argued that this matter should be remanded because some of the summonses served on Defendants and the state court civil cover sheet were not included with all other materials from the state court record attached to the Notice of Removal.  In their Opposition, Defendants showed how such omissions do not justify remand based on binding precedent of this circuit and the vast majority of courts that have addressed the issue.

2.    In the Reply, Plaintiffs, in support of this argument, did not limit themselves to responding to the cases in Defendants' Opposition but instead cited 18 cases not previously cited by either side. Defendants believe that their Opposition adequately addresses and refutes all the points that Plaintiffs raised in support of this argument, as well as their other arguments regarding remand, and are not seeking to file a surreply in order to repeat arguments. Rather, Defendants seek leave to file the instant surreply simply to address these newly cited cases (which Plaintiffs waited until Reply to raise). The attached four-page surreply shows how all these cases, despite Plaintiffs' characterization to the contrary, do not support remand here.

Dated:  August 18, 2006

Of counsel:
Daniel E. Reidy
James R. Daly
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

s/ Tabor R. Novak Jr.
Tabor R. Novak, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222

**Counsel for Defendant**
**TAP PHARMACEUTICAL PRODUCTS INC.**

Dated:  August 18, 2006

Of counsel:
George C. Lombardi
Erik W. Snapp
WINSTON & STRAWN LLP
35 West Wacker
Chicago, IL  60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

s/ Robert A. Huffaker
Robert A. Huffaker (ASB-7668-U79R)
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
184 Commerce Street
Montgomery, Alabama 36104
Telephone:  (334) 206-3100
Facsimile:  (334) 481-0814

**Counsel for Defendant
ABBOTT LABORATORIES**

Dated:  August 18, 2006

Of counsel:                              s/ Joseph C. Espy III
Thomas P. Sullivan                       _____
Robert R. Stauffer                       Joseph C. Espy III (ASB-6591-S82J)
Nada Djordjevic                          MELTON, ESPY & WILLIAMS, P.C.
JENNER & BLOCK LLP                       301 Adams Avenue
One IBM Plaza                            Montgomery, Alabama 36104
Chicago, IL  60611                       Telephone: (334) 263-6621
Telephone:  (312) 222-9350               Facsimile: (334) 263-7252
Facsimile:   (312) 840-7305

                                         **Counsel for Defendants**
                                         **TAKEDA PHARMACEUTICAL COMPANY**
                                         **LIMITED AND TAKEDA AMERICA**
                                         **HOLDINGS INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system served by U.S. mail:

Donald E. Haviland, Jr.
Donald.haviland@klinespecter.com,
Kathleen.spurka@klinesspecter.com
Jennifer.sanborn@klinespecter.com
Judy.nisivoccia@klinespecter.com

Sandra Grisham Robinson
sgr@xabaniss.com,
kguillot@cabaniss.com

Ian David Rosenthal
idr@cabaniss.com
stheobald@cabaniss.com

Pamela Beard Slate
pslate@slatekennedy.com

Shanin Specter
Shanin.specter@klinespecter.com
Diane.grimmie@klinespecter.com

Kimberly R. West
kw@wallacejordan.com
khh@wallacejordan.com

/s/ Tabor R. Novak, Jr.