## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.), ET AL.,<br><br>Defendants. | CASE NO. 2:06-CV-536-MEF-DRB |

## MOTION FOR LEAVE TO FILE INSTANTER
## SUR-SURREPLY IN SUPPORT OF MOTION TO REMAND TO STATE COURT

Come now the Plaintiffs, BlueCross and BlueShield of Alabama ("BCBSAL") and BlueCross and BlueShield of Michigan ("BCBSM"), seeking leave to file instanter the attached Sur-Surreply in support of their Motion to Remand to State Court, and stating as follows:

1.    Defendants sought leave to file a Surreply in opposition to Plaintiffs' Motion to Remand, claiming that Plaintiffs cited only *Kisor v. Collins*, 338 F. Supp. 2d 1279 (N.D. Ala.2004), in their initial brief in support of remand due to procedural defects, but cited 18 cases in their reply brief that were not previously cited. The apparent complaint by Defendants was that they were ambushed somehow with more than one case that supports Plaintiffs' position.

2.    *Kisor* is on all fours, is from a sister Alabama district court, and explains the rationale behind remanding for procedural defects. It was all that needed to be cited for Plaintiffs' position,

and Plaintiffs were not withholding citation to other similar cases in an attempt to prevent response by Defendants. The additional cases were cited by Plaintiffs to expose the inaccuracies in Defendants' unsubstantiated assertions of law, *see* Defs. Opp. (Dkt. 32) at 16 (claiming that "almost every federal court nationwide," or "a vast majority of the courts," have rejected Plaintiffs' position); *id.* at 17 (asserting that Judge Acker's opinion in *Kisor* has been "widely rejected."), and were appropriately raised in Plaintiffs' reply.

3.    Plaintiffs seek leave to file the attached sur-surreply in support of remand to respond to Defendants' mischaracterizations of the holdings of the cases cited by Plaintiffs, all of which support remand.

Respectfully submitted,

/s/ Pamela B. Slate
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, AL 36104
Telephone:    (334) 262-3300
Facsimile:    (334) 262-3301

Kimberly R. West (ASB-2419-E65K)
kw@wallacejordan.com
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
P.O. Box  530910
Birmingham, AL 35298
Telephone:    (205) 870-0555
Facsimile:    (205) 871-7534

2

Donald E. Haviland, Jr.
Donald.Haviland@KlineSpecter.com
**KLINE & SPECTER**
**A PROFESSIONAL CORPORATION**
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone:    (215) 772-1000
Facsimile:    (215) 735-0957


**ATTORNEYS FOR PLAINTIFFS**
**BLUE CROSS AND BLUE SHIELD OF ALABAMA AND**
**BLUE CROSS AND BLUE SHIELD OF MICHIGAN**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, August 29, 2006, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following:

**COUNSEL FOR DEFENDANT TAP PHARMACEUTICAL PRODUCTS, INC.**

Tabor Robert Novak, Jr., Esquire
Ball Ball Matthews & Novak PA
P.O. Box 2148
Montgomery, AL 36102-2148
Telephone:     (334) 387-7680
Facsimile:     (334) 387-3222
tnovak@ball-ball.com

Daniel Edward Reidy, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:     (312) 269-4140
Facsimile:     (312) 782-8585
dereidy@jonesday.com

James R. Daly, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:     (312) 782-4141
Facsimile:     (312) 782-8585
jrdaly@jonesday.com

## COUNSEL FOR DEFENDANT ABBOTT LABORATORIES

Robert A. Huffaker, Esquire
Rushton Stakely Johnston & Garrett PC
P.O. Box 270
Montgomery, AL 36101-0270
Telephone:     (334) 206-3100
Facsimile:     (334) 262-6277
rah@rsjg.com

Erik W. Snapp, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:     (312) 558-5600
Facsimile:     (312) 558-5700
esnapp@winston.com

George Carter Lombardi, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:     (312) 558-5969
Facsimile:     (312) 558-5700
glombardi@winston.com

4

**COUNSEL FOR DEFENDANTS TAKEDA AMERICA HOLDINGS, INC.**
**and**
**TAKEDA PHARMACEUTICAL COMPANY LIMITED**

Joseph C. Espy, III, Esquire
Melton Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103-5130
Telephone:    (334) 263-6621
Facsimile:    (334) 263-7252
jespy@mewlegal.com

Nada Djordjevic, Esquire
Jenner & Block LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:    (312) 222-9350
Facsimile:    (312) 840-7305
ndjordjevic@jenner.com

Robert R. Stauffer, Esquire
Jenner & Block LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:    (312) 923-2905
Facsimile:    (312) 840-7305
rstauffer@jenner.com

Thomas P Sullivan, Esquire
Jenner & Block, LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
Telephone:    (312) 923-2928
Facsimile:    (312) 840-7305
tsullivan@jenner.com

**COUNSEL FOR DEFENDANTS AMERISOURCE BERGEN CORPORATION,**
**AMERISOURCE BERGEN SPECIALTY GROUP,**
**and**
**ONCOLOGY SUPPLY COMPANY**

Sandra Grisham Robinson, Esquire
Cabaniss Johnston Gardner Dumas &
O'Neal
P.O. Box 2906
Mobile, AL 36652-2906
Telephone:    (251) 415-7308
Facsimile:    (251) 415-7350
sgr@cabaniss.com

Ian David Rosenthal, Esquire
Cabaniss Johnston Gardner Dumas &
O'Neal
P.O. Box 2906
Mobile, AL 36652-2906
Telephone:    (251) 415-7309
Facsimile:    (251) 415-7350
idr@cabaniss.com

/s/ Pamela B. Slate
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, AL 36104
Telephone:    (334) 262-3300
Facsimile:    (334) 262-3301

5