## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN,<br><br>                          Plaintiffs,<br><br>    v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.); et al.<br><br>                          Defendants. | CIVIL ACTION NO. 2:06-CV-536-MEF |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Kline & Specter, P.C. as counsel for plaintiffs in the above-captioned matter.

Respectfully submitted,

Date: September 18, 2006

/s/ Shanin Specter
Shanin Specter, Esquire
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street
The Nineteenth Floor
Philadelphia, PA 19102
215-772-1000 telephone
215-735-0957 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 18, 2006, a Notice of Withdrawal of Counsel was

duly filed and served on all counsel of record, via ECF filing.

/s/ Shanin Specter