IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-536-MEF ) |
| TAP PHARMACEUTICAL PRODUCTS, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #43) filed on September 18, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 20th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE