**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **BLUECROSS AND BLUESHIELD OF ALABAMA**; and **BLUECROSS AND BLUESHIELD OF MICHIGAN**,<br><br>Plaintiffs,<br><br>v.<br><br>**TAP PHARMACEUTICAL PRODUCTS INC.** (formerly known as **TAP HOLDINGS, INC.**); **ET AL.**,<br><br>Defendants. | **CIVIL ACTION NO. 2:06-CV-536-MEF-TFM** |

**JOINT PRO TANTO STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS ONCOLOGY SUPPLY, AMERISOURCEBERGEN SPECIALTY GROUP, AND AMERISOURCEBERGEN CORPORATION**

Come now the Plaintiffs, BlueCross and BlueShield of Alabama and BlueCross and BlueShield of Michigan, and Defendants Oncology Supply (sometimes referred to as Oncology Supply Company), AmerisourceBergen Specialty Group, and AmerisourceBergen Corporation, and jointly stipulate that Plaintiffs' claims against these, and only these, Defendants are due to be dismissed with prejudice. Plaintiffs' Complaint, as amended, remains as originally stated in all other respects against all other Defendants, named or unnamed. An Order is attached for the Court's convenience. These parties have agreed that the undersigned is authorized to file this stipulation on behalf of plaintiffs and the defendants named above.

Respectfully submitted,


/s/Sandy G. Robinson_____
Sandy G. Robinson
Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP
P.O. Box 2906
Mobile, Alabama 36652
(251) 415-7308 telephone
(251) 415-7350 facsimile
sgr@cabaniss.com

**ATTORNEYS FOR DEFENDANTS ONCOLOGY SUPPLY, AMERISOURCEBERGEN SPECIALTY GROUP AND AMERISOURCEBERGEN CORPORATION**


Pamela B. Slate
**SLATE KENNEDY LLC**
166 Commerce Street, Suite 350
Montgomery, AL 36104
(334)262-3300 telephone
(334)252-3301 facsimile

Kimberly R. West
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
P.O. Box 530910
Birmingham, AL 35298
(205)870-0555 telephone
(205)871-7534 facsimile

Donald E. Haviland, Jr.
**THE HAVILAND LAW FIRM LLC**
740 S. Third St., Third Floor
Philadelphia, PA 19147
(215)609-4661 telephone
(215)392-4400 facsimile

**ATTORNEYS FOR PLAINTIFFS BLUECROSS AND BLUESHIELD OF ALABAMA AND BLUECROSS AND BLUESHIELD OF MICHIGAN**

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 23d day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**James R. Daly**
jrdaly@jonesday.com
mhirst@jonesday.com;ifiorentinos@jonesday.com;cdudley@jonesday.com;jgwinchester@jonesday.com

**Nada Djordjevic**
ndjordjevic@jenner.com

**Joseph C. Espy, III**
jespy@mewlegal.com clucas@mewlegal.com

**Donald E. Haviland, Jr**
donald.haviland@klinespecter.com
kathleen.spurka@klinespecter.com,jennifer.sanborn@klinespecter.com,judy.nisivoccia@klinespecter.com

**Robert A. Huffaker**
rah@rsjg.com va@rsjg.com

**George Carter Lombardi**
glombardi@winston.com

**Tabor Robert Novak, Jr**
tnovak@ball-ball.com

**Daniel Edward Reidy**
dereidy@jonesday.com

**Pamela Beard Slate**
pslate@slatekennedy.com

**Erik W. Snapp**
esnapp@winston.com kbehan@winston.com

**Shanin Specter**
shanin.specter@klinespecter.com diane.grimmie@klinespecter.com

**Robert R. Stauffer**
rstauffer@jenner.com

**Thomas P Sullivan**

tsullivan@jenner.com

**Kimberly R West**
kw@wallacejordan.com khh@wallacejordan.com

        /s/Sandy G. Robinson_____
        Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**BLUECROSS AND BLUESHIELD OF ALABAMA**; and
**BLUECROSS AND BLUESHIELD OF MICHIGAN**,

                    Plaintiffs,

v.

**TAP PHARMACEUTICAL PRODUCTS INC.** (formerly known as **TAP HOLDINGS, INC.**); **ET AL.**,

**CIVIL ACTION NO. 2:06-CV-536-MEF-TFM**

                    Defendants.

**ORDER**

Upon consideration of the joint stipulation of dismissal between the Plaintiffs, BlueCross and BlueShield of Alabama, and BlueCross and BlueShield of Michigan, and certain defendants, namely, Oncology Supply (sometimes referred to as Oncology Supply Company), AmerisourceBergen Specialty Group, and AmerisourceBergen Corporation, it is **ORDERED** that all claims against these Defendants, and these Defendants alone, are **DISMISSED** with **PREJUDICE,** each party to bear its own costs**.**  Plaintiffs' claims, as set forth in their Complaint, as amended, remain against all other Defendants, named or unnamed.

      **DONE** this the _____ day of _____, 2007.

_____
CHIEF UNITED STATES DISTRICT JUDGE