IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-536-MEF |
| TAP PHARMACEUTICAL PRODUCTS, INC., *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #45) filed on January 23, 2007, it is hereby

ORDERED that all claims against defendants Oncology Supply (sometimes referred to as Oncology Supply Company), AmerisourceBergen Specialty Group, and AmerisourceBergen Corporation are DISMISSED with prejudice, each party to bear its own costs.

It is further ORDERED that plaintiffs' claims, as set forth in their complaint, as amended, remain against all other named defendants.[1]

DONE this the 25th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Plaintiff's amended complaint, which was filed in Montgomery County Circuit Court, names a number of "fictitious defendants." *See* Doc. # 8. However, fictitious party practice is not allowed in federal court. *See, e.g., Wiggins v. Risk Enter. Mgmt.*, 14 F. Supp. 2d 1279, 1279 n.1 (M.D. Ala. 1998) (DeMent, J.).