IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TAP PHARMACEUTICAL PRODUCTS, INC., *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-536-MEF |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before March 30, 2007.

DONE this the 16th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE