IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC. (formerly known as TAP HOLDINGS, INC.); ET AL.,<br><br>Defendants. | CIVIL ACTION NO. 2:06-CV-536-MEF-TFM |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE
JOINT STIPULATION OF DISMISSAL**

Come now the Plaintiffs, BlueCross and BlueShield of Alabama and BlueCross and BlueShield of Michigan, and Defendants TAP Pharmaceutical Products Inc. ("TAP"), Abbott Laboratories, and Takeda Pharmaceutical Company Limited (f/k/a Takeda Chemical Industries, Ltd.) and Takeda America Holdings, Inc. and respectfully request a thirty (30) day extension of time in which to file a joint stipulation of dismissal of this case.

Respectfully submitted

s/_____
Kimberly R. West
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
P.O. Box 530910
Birmingham, AL 35298
(205)870-0555 telephone
(205)871-7534 facsimile

Donald E. Haviland, Jr.
THE HAVILAND LAW FIRM LLC
740 S. Third St., Third Floor
Philadelphia, PA 19147
(215)609-4661 telephone
(215)392-4400 facsimile

ATTORNEYS FOR PLAINTIFFS
BLUECROSS AND BLUESHIELD OF ALABAMA AND
BLUECROSS AND BLUESHIELD OF MICHIGAN

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with CM/ECF system were served by U.S. mail:

George Lombardi, Esq.
Erik W. Snapp, Esq.
Winston & Strawn, LLP
35 West Wacker
Chicago, Illinois 60601

Robert A. Huffaker, Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama 36101

Thomas P. Sullivan, Esq.
Jenner & Block, LLP
One IBM Plaza
Chicago, Illinois 60611

Joseph C. Espy, III, Esq.
Melton, Espy & Williams, PC
301 Adams Avenue
Montgomery, Alabama 36104

Tabor R. Novak, Jr., Esq.
Ball, Ball, Matthews & Novak, PA
P.O. Box 1148
Montgomery, Alabama 36102

Sandy G. Robinson
Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP
P.O. Box 2906
Mobile, Alabama 36652

Da niel E. Reidy, Esq.
James R. Daly, Esq.
Jones Day
77 West Wacker
Chicago, Illinois 60601

s/_____
Kimberly R. West

2