IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-536-MEF |
| TAP PHARMACEUTICAL PRODUCTS, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that all pending motions (Doc. # 25, 33, 35, 36, and 42) are DENIED without prejudice to the motions being resubmitted to the Court if the need arises.

DONE this 30th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE