IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.,* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>TAP PHARMACEUTICAL PRODUCTS, INC., *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-536-MEF |

## **O R D E R**

Upon consideration of the Joint Motion for an Extension of Time to File Joint Stipulation of Dismissal (Doc. #50) filed on March 29, 2007, it is hereby

ORDERED that the motion is GRANTED in PART and DENIED in PART and the deadline is hereby extended to and including **April 13, 2007**.

DONE this 30th day of March, 2007.

　　　　　　　　　　　　　　　　　　　／s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE