IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLUECROSS AND BLUESHIELD OF ALABAMA; and BLUECROSS AND BLUESHIELD OF MICHIGAN, | |
| Plaintiffs, | Civil Action No. 2:06CV536 |
| v. | Judge Fuller |
| TAP PHARMACEUTICAL PRODUCTS INC., et al. | |
| Defendants. | Joint Report of the Parties Regarding Status of Settlement |

## JOINT REPORT OF THE PARTIES REGARDING STATUS OF SETTLEMENT

As this Court is aware, the parties are pleased to report that they have reached an agreement to settle the outstanding claims in this case against the remaining defendants, TAP Pharmaceutical Products, Inc. ("TAP"), Abbott Laboratories ("Abbott"), Takeda Pharmaceutical Company Limited. ("Takeda"), and Takeda America Holdings Inc. ("TAH") (collectively the "Settling Defendants"). A Settlement Agreement and Release ("Settlement Agreement"), the terms of which the parties have agreed to keep confidential, was signed Monday, April 9, 2007. The Settlement Agreement envisions the settlement of this case upon the transfer of monies by the end of this month.

Because the Settlement Agreement contemplates a short period of time for completion of the settlement beyond that which this Court has afforded the parties pursuant to its most recent Order (requiring the filing of a Stipulation of Dismissal on or before April 13, 2007), the parties are filing this "Joint Report" in order to apprise the Court of certain terms of the Settlement Agreement as they relate to the anticipated dismissal of this action, and in order to obtain an

additional extension of time from the Court by which to file the Stipulation of Dismissal. The Settlement Agreement requires the parties to file a Stipulation of Dismissal within five (5) days of payment to the plaintiffs of the Settlement Amount. The date of payment is currently slated for April 30, 2007, meaning that the Stipulation of Dismissal should be filed on or before May 4, 2007.

There exists a possibility that lawyers for the plaintiffs in the Boston multidistrict litigation (MDL 1430), which case the plaintiffs herein opted out of, may seek to assert claims against the Settlement Amount for fees and costs. The settlement instruments in the MDL litigation required TAP to give advance notice to these lawyers 15 business days before the Settlement Amount is to be transferred during which time the MDL plaintiff counsel "may petition the settlement court, or any other appropriate court, for (i) an order allowing Class Settlement Counsel access to the confidential terms of any such settlement under an appropriate protective order, and (ii) an order directing that a portion of the monies to be paid pursuant to any such settlement be allocated to Class Settlement Counsel as a reasonable attorney's fee to compensate Class Settlement Counsel for efforts undertaken in the Lupron MDL Actions for the benefit of all putative class members." The present Settlement Agreement provides that this Court is the only appropriate Court for resolving any disputes concerning the proposed settlement or the Settlement Agreement. The 15 business day notice required by TAP's agreement in the MDL was sent the same day the Settlement Agreement was executed, April 9, 2007.

In order to allow for the passage of the required notice period and the subsequent payment of the Settlement Amount and filing of the Stipulation of Dismissal, the parties jointly request that the Court extend the period for filing the Stipulation of Dismissal until Friday, May

4, 2007. We will, of course, keep the Court fully apprised of any developments in the meantime and will immediately notify the Court of any filing outside this Court respecting the settlement.

Dated: April 11, 2007

Of counsel:
Donald E. Haviland
THE HAVILAND LAW FIRM
740 South Third Street
Third Floor
Philadelphia, PA 19147

s/ Kimberly R. West
Kimberly R. West
WALLACE, JORDAN, RATLIFF & BRANDT
PO Box 530910
Birmingham, AL 35928

Pamela B. Slate
SLATE KENNEDY, LLC
166 Commerce Street
Suite 350
Montgomery, AL 36104

**Counsel for Plaintiffs**
**BLUE CROSS AND BLUE SHIELD OF ALABAMA AND BLUE CROSS AND BLUE SHIELD OF MICHIGAN**

CHI-1583317v1

Dated: April 11, 2007

Of counsel:
Daniel E. Reidy
James R. Daly
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

s/ Tabor R. Novak Jr.
Tabor R. Novak, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Telephone: (334) 387-7680
Facsimile: (334) 387-3222

**Counsel for Defendant**
**TAP PHARMACEUTICAL PRODUCTS INC.**

Dated: April 11, 2007

Of counsel:
George C. Lombardi
Erik W. Snapp
WINSTON & STRAWN LLP
35 West Wacker
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

s/ Robert A. Huffaker
Robert A. Huffaker (ASB-7668-U79R)
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
184 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 206-3100
Facsimile: (334) 481-0814

**Counsel for Defendant**
**ABBOTT LABORATORIES**

CHI-1583317v1

Dated: April 11, 2007

Of counsel:
Thomas P. Sullivan
Robert R. Stauffer
Nada Djordjevic
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 840-7305

s/ Joseph C. Espy III
Joseph C. Espy III (ASB-6591-S82J)
MELTON, ESPY & WILLIAMS, P.C.
301 Adams Avenue
Montgomery, Alabama 36104
Telephone: (334) 263-6621
Facsimile: (334) 263-7252

**Counsel for Defendants**
**TAKEDA PHARMACEUTICAL COMPANY LIMITED AND TAKEDA AMERICA HOLDINGS INC.**