IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.,* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>TAP PHARMACEUTICAL PRODUCTS, INC., *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-536-MEF |

# **O R D E R**

Upon consideration of the Joint Report of the Parties Regarding Status of Settlement (Doc. #53) filed on April 11, 2007, which the Court construes as a motion for extension of time, it is hereby

ORDERED that the motion is GRANTED to and including May 4, 2007.

DONE this 13th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE