IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BLUECROSS AND BLUESHIELD OF ALABAMA;** and **BLUECROSS AND BLUESHIELD OF MICHIGAN,**<br><br>      Plaintiffs,<br><br>  v.<br><br>**TAP PHARMACEUTICAL PRODUCTS INC.; ABBOTT LABORATORIES; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA AMERICA HOLDINGS, INC.; ONCOLOGY SUPPLY COMPANY; AMERISOURCE BERGEN SPECIALTY GROUP; AMERISOURCE BERGEN CORPORATION; AND FICTITIOUS DEFENDANTS,**<br><br>      Defendants. | **CIVIL ACTION NO. 2:06-CV-536-MEF-TFM** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Plaintiffs, Blue Cross and Blue Shield of Alabama and Blue Cross and Blue Shield of Michigan, and Defendants TAP Pharmaceutical Products Inc. (formerly known as TAP Holdings, Inc.); Abbott Laboratories; Takeda Pharmaceutical Company Limited (formerly known as Takeda Chemical Industries, Ltd.); and Takeda America Holdings, Inc**.**, and jointly stipulate that, pursuant to the Settlement Agreement and Release dated April 9, 2007, all claims in this matter are to be dismissed with prejudice.   Each party shall bear its own costs.  An Order is attached for the Court's convenience.

Dated: May 2, 2007

Respectfully submitted,

s/ Pamela B. Slate
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
**SLATE KENNEDY LLC**
One Commerce Street, Suite 850
Montgomery, AL 36104
(334) 262-3300 telephone
(334) 262-3301 facsimile

Kimberly R. West
kw@wallacejordan.com
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
P.O. Box 530910
Birmingham, AL 35298
(205) 870-0555 telephone
(205) 871-7534 facsimile

Donald E. Haviland, Jr.
haviland@havilandlaw.com
**THE HAVILAND LAW FIRM LLC**
740 S. Third St., Third Floor
Philadelphia, PA 19147
(215) 609-4661 telephone
(215) 392-4400 facsimile

**ATTORNEYS FOR PLAINTIFFS
BLUE CROSS AND BLUE SHIELD OF ALABAMA
AND
BLUE CROSS AND BLUE SHIELD OF MICHIGAN**

        s/_R. Tabor Novak_____
R. Tabor Novak
tnovak@ball-ball.com
**BALL, BALL, MATTHEWS & NOVAK, P.A**.
2000 Interstate Park Dr., Suite 204
Montgomery, AL  36109
(334) 387-7680  telephone
(334) 387-3222  facsimile

Daniel E. Reidy
dereidy@jonesday.com
James R. Daly
jrdaly@jonesday.com
**JONES DAY**
77 West Wacker
Chicago, Illinois 60601
(312) 269-4140 telephone
(312) 782-8585 facsimile

**ATTORNEYS FOR DEFENDANT TAP
PHARMACEUTICAL PRODUCTS INC.**

s/_Robert A. Huffaker _____
Robert A. Huffaker (ASB-7668-U79R)
rah@rsjg.com
**RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.**
184 Commerce Street
Montgomery, Alabama 36104
Telephone:  (334) 206-3100
Facsimile:  (334) 481-0814

George Lombardi
glombardi@winston.com
Erik W. Snapp
esnapp@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60610
(312) 558-5600 telephone
(312) 558-5700 facsimile

**ATTORNEYS FOR DEFENDANT ABBOTT
LABORATORIES**

s/ Joseph C. Espy III
Joseph C. Espy III (ASB-6591-S82J)
jespy@mewlegal.com
**MELTON, ESPY & WILLIAMS, P.C**.
255 Dexter Avenue
Montgomery, Alabama 36104
Telephone: (334) 263-6621
Facsimile: (334) 263-7252

Thomas P Sullivan
tsullivan@jenner.com
Robert R. Stauffer
rstauffer@jenner.com
**JENNER & BLOCK LLP**
330 N. Wabash
Chicago, IL 60611
(312) 222-9350 telephone
(312) 840-7305 facsimile

**ATTORNEYS FOR DEFENDANTS TAKEDA PHARMACEUTICAL COMPANY LIMITED AND TAKEDA AMERICA HOLDINGS, INC.**

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with CM/ECF system were served by U.S. mail:

| | |
|---|---|
| George Lombardi, Esquire<br>Erik W. Snapp, Esquire<br>Winston & Strawn, LLP<br>35 West Wacker<br>Chicago, Illinois 60601 | Robert A. Huffaker, Esquire<br>Rushton, Stakely, Johnston & Garrett<br>P.O. Box 270<br>Montgomery, Alabama 36101 |
| Thomas P. Sullivan, Esquire<br>Robert R. Stauffer, Esquire<br>Jenner & Block, LLP<br>One IBM Plaza<br>Chicago, Illinois 60611 | Joseph C. Espy, III, Esquire<br>Melton, Espy & Williams, PC<br>255 Dexter Avenue<br>Montgomery, Alabama 36104 |
| Daniel E. Reidy, Esquire<br>James R. Daly, Esquire<br>Jones Day<br>77 West Wacker<br>Chicago, Illinois 60601 | Tabor R. Novak, Jr., Esquire<br>Ball, Ball, Matthews & Novak, PA<br>P.O. Box 2906<br>Mobile, Alabama 36652 |

                                                s/ Pamela B. Slate_____
                                                Pamela B. Slate (ASB-8938-A43P)
                                                pslate@slatekennedy.com
                                                **SLATE KENNEDY LLC**
                                                One Commerce Street, Suite 850
                                                Montgomery, AL 36104
                                                (334) 262-3300 telephone
                                                (334) 262-3301 facsimile