IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BLUECROSS AND BLUESHIELD OF ALABAMA**; and **BLUECROSS AND BLUESHIELD OF MICHIGAN**,<br><br>        Plaintiffs,<br><br>v.<br><br>**TAP PHARMACEUTICAL PRODUCTS INC.**; **ABBOTT LABORATORIES**; **TAKEDA PHARMACEUTICAL COMPANY LIMITED**; **TAKEDA AMERICA HOLDINGS, INC.**; **ONCOLOGY SUPPLY COMPANY**; **AMERISOURCE BERGEN SPECIALTY GROUP**; **AMERISOURCE BERGEN CORPORATION**; AND **FICTITIOUS DEFENDANTS**,<br><br>        Defendants. | **CIVIL ACTION NO. 2:06-CV-536-MEF-TFM** |

## ORDER

Upon consideration of the Joint Stipulation of Dismissal With Prejudice (Doc # __) filed on May 2, 2007, it is hereby

ORDERED that all claims in this matter are DISMISSED with prejudice, each party to bear its own costs. Pursuant to the terms of the Settlement Agreement and Release dated April 9, 2007, this Court retains jurisdiction to adjudicate any dispute arising under or otherwise affecting that Agreement.

Done this ____ day of _____, 2007

_____
Honorable Mark E. Fuller
Chief Judge, United States District Court